


Rhashea Lynn Harmon'El
Chief Juris Consul

Marie Poppi White Feather El
First Assistant Juris Consul

# GUALE YAMASSEE MBC/INAAN
# JURIS CONSUL OFFICE
JurisConsulOffice@GualeYamasseeCourt.org
267.312.7322
December 28, 2020

United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond Virginia, 23219

<strong>RE:    <u>Xi Chin Clan  et al. vs. Queen Elizabeth et al.</u></strong>

Greetings:

To the clerk of courts:

Enclosed please find a Civil Cover Sheet and *In Forma Pauperis* application for Xi Chin Clan et al vs. Queen Elizabeth et al. filed Thursday December 24, 2020 through mailing at 2:30 p.m. at the United States Post Office, when upon arrival to the Court House, we found the Court House 'closed" without any official public notice affixed or other communication indication.

As per the mailbox rule established in common law and American Jurisprudence: "documents are received by the government when they are placed in the care and custody of the U.S. Postal Service".

We therefore, enclose the Civil Cover Sheet and our *In Forma Pauperis* application to accompany the documents filed prior to the December 25, 2020 celebration.
**Thank you for your attention to this matter.**

Salutations,

Rhashea Lynn Harmon-El
Chief Juris Consul

cc:
Guale Yamassee Court
File


RECEIVED
JAN -6. 2021
CLERK, U.S. DISTRICT COURT
RICHMOND, VA


