

# א

# Credentials & Status

I.      Chief White Owl CV

II.     Benedict Bellispoir Chin El Vow of
        Poverty 11.19.2013

III.    Rhashea Lynn Harmon'El, Esq. Bio

IV.     Official Certificate of:
        MBC/Indigenous Native American
        Association of Nations GAR
        Association and Attorney GAR

V.      Lawful standing of Mund Bareefan
        Clan and the Indigenous Native
        American Association of Nations'
        Tribes and Clans

VI.     Treaty of 1730

VII.    Treaty of Hopewell 1786

VIII.   Treaty of Holston 1791

IX.     Treaty of Camp Holmes 1835

## ABOUT

**Benedict Belllspoir Chin**
*An Indigenous student of law and  Aboriginal Bailiff Marshal investigating treaty violations for Indigenous Peoples on North America.  Has written to Queen Elizabeth the Second reminding her of our agreements on North America. Over ten years devoted to the goal of bridging the communication gap between law enforcement and Indigenous Peoples in several States and actively seeking ways to clear up the misunderstandings of Indigenous issues in our everyday life.  First peoples are everyday people.*

*Serve as Member of the Board of Directors and public representative promoting the mission, goals and objectives of Labour of Love Non-Governmental Organization and 501(c)(3).  Labour of Love is an international non-profit that supports education and healthy living resources for students in need.*

## Professional Experience

Seasoned Aircraft Mechanic with A&P and FCC licenses as well EASA Certification as a Quality Inspector.  Over 25 years of experience, diagnosing, maintaining, repairing various aircraft engines and systems. Continues to study aviation, compliance, law, and Indigenous issues to create an overall positive side effect on the planet.

**Airbus North America**
*Fourteen (14) years in various positions with increasing responsibilities*

- Airbus Aircraft On Ground (AOG) Representative (12 years)
  *Supporting vital requirements for aircraft negatively impacted by emergency and non-emergency events*
  - Receive and respond to emergencies and non-emergencies for Airbus commercial fleet supporting the Americas major Airlines, including US Airways, American Airlines, United Airlines, Jet Blue, Delta, Lan Chili, TAM, Avianca, and many others
  - Provide technical, logistical, compliance, and administrative support to international colleagues and customers 24 hours daily, 365(6) days annually for AIRBUS Commercial Fleet A300-600; A310; A318 through A321; A330; A340; A350 and the A380
- EASA-Certified Quality Inspector on the Airbus Quality Management Team at Satair warehouse in Ashburn, Virginia (2 years)
  - Ensure safety and compliance; focused on quality inspections, audits, and certifying aircraft parts; tooling; hardware that supports Airbus commercial fleet

o As a Designated Quality Representative or DQR inspector for PALL Corporation onsite, conduct inspections for ten different product lines for Satair customers across the globe

**Independence Air**
*One (1) year as A&P and Avionics Mechanic troubleshooting, repairing and performing OEM upgrades on CRJs*

**Trans World Airlines (now American Airlines)**
*Fifteen (15) years until events of September 11, 2001, severely impacted the airline industry*

- Experience includes but not limited to, OP15 Checks, Check Cs; Heavy Checks, troubleshooting and repairing various aircraft systems as well as CAT I, II, and III for Boeing Fleet 747, 767, 757, 727, Lockheed Martin L1011, Mc Dondal Douglas MD80, DC9

On November 19 2013 the same day of the 150 year Anniversary of the Gettysburg address given by the 16th President Abraham Lincoln of the United States of America

I Benedict Bellispoir Chin El (Elder) of the Chin Clan declare before the Prince William Board of County Supervisors

HON. COREY A. STEWART, CHAIRMAN

HON. W.S. WALLY COVINGTON III, VICE CHAIRMAN

HON. MAUREEN S. CADDIGAN

HON. PETE CANDLAND

HON. JOHN D. JENKINS

HON. MICHAEL C. MAY

HON. MARTIN E. NOHE

HON. FRANK J. PRINCIPI

At the 2pm meeting I was the 9th person to speak before them stated the following . . .

That I am a Virginia Citizen Free inhabitant on North America and Elder of my Clan

I have taken a vow of poverty and the El Family American Light Society

All documents were presented at the same time. Also stated all should be involved in making Virginia and America better.

The above statements are the facts

5 5· 1 - 106

INS # 200112200 136978

# CONSTITUTION OF VIRGINIA

A DECLARATION OF RIGHTS made by the good people of Virginia in the exercise of their sovereign powers, which rights do pertain to them and their posterity, as the basis and foundation of government.

**Section 1. Equality and rights of men.**

That all men are by nature equally free and independent and have certain inherent rights, of which, when they enter into a state of society, they cannot, by any compact, deprive or divest their posterity; namely, the enjoyment of life and liberty, with the means of acquiring and possessing property, and pursuing and obtaining happiness and safety.

Dwelling location parcel of land third planet from the Sun on North America N38.78° W77.48°; Lot 174, N16° 10'58W, S79° 04'38W, N82° 13'19E, S07° 46'41E; Instrument № 200210010126646 Mortgage Prom Note MIN № 100159969203365484; Account № 6920336548; Application № 7000153391; Document № 501191 – Note: The aforementioned should be tied to the American Meridian metes and bounds as described in section 435 of the Revised Statues by Act of Congress dated September 28, 1850, and not surveyed or tied to the meridian of Greenwich adopted only for nautical and astronomical purposes at the International Conference held at Washington in October 1884. All listed collateral has an individual unlimited security interest and is exempted from levy. All of which land as a hereditament is lawfully surveyed and tied to the "meridian of the Observatory of Washington known as the American Meridian." Reference—UCC1 Prince William County #20130605057437,#201310180104324…(Exhibit-A--13-pages). All listed collateral and structures on said parcel of land has an individual unlimited security interest and is exempted from levy.

Fee schedule for dwelling located at 5981 Callie Furnace Court Manassas Virginia 20112

| DESCRIPTION | LIEN AMOUNT |
|---|---|
| Roof | $2,000,000.00 |
| Basement | $500,000.00 |
| Rooms @ $500,000.00 each<br>5 Bedrooms<br>Kitchen<br>Tea Room<br>Family Room<br>Sitting Room | $4,500,000.00 |
| Bathrooms<br>Upstairs Master Bath $250,000.00<br>Downstairs Master Bath $150,000.00<br>Other Bathrooms (3) $75,000.00 | $475,000.00 |
| Floors @ $500,000.00 each<br>Upstairs<br>First Floor<br>Basement | $1,500,000.00 |
| Doors<br>Front Door  $500,000.00<br>Patio Door $250,000.00<br>Side Door $100,000.00<br>Kitchen Door $250,000.00<br>Basement Door $300,000.00<br>Garage Doors $300,000.00 | $1,700,000.00 |
| Windows @ $100,000.00 each<br>Upstairs (11)<br>First Floor (10) | $2,600,000.00 |

| DESCRIPTION | LIEN AMOUNT |
|---|---|
| Basement (5) | |
| Furnaces<br>    Upstairs $150,000.00<br>    Downstairs $300,00.00 | $450,000.00 |
| Appliances<br>    Washer and Dryer $20,000.00<br>    $200,000.00 for the following:<br>    Dishwasher<br>    Fridge<br>    Stove<br>    Other appliances | $220,000.00 |
| Deck | $100, 000.00 |
| Driveway | $500,000.00 |
| All electrical outlets including main panel in dwelling | $1,000,000.00 |
| All telephone lines inside and outside | $1,000,00.00 |
| All CAT5 cable and cable lines and main box | $1,000,000.00 |
| All water lines and sewer lines | $2,000,000.00 |
| Air conditioners outside of dwelling | $200,000.00 |
| Verizon Box #7535 | $2,000,000.00 |
| NORTHERN VIRGINIA ELECTRIC COOPERATIVE JUNCTION BOX# 455231055 | $5,000,000.00 |
| Channell Commercial Corporation COMCAST BROADBAND CABLE# 15375 | $5,000,000.00 |
| All Trees | $1,000,000.00 |
| All Grass | $2,000,000.00 |
| All sidewalks, including repair and maintenance, snow removal, sweeping, washing, leaf removal (from 2002 through present) | $5,000,000.00 |
| Mail box | $100 |
| TOTAL | $23,200,100.00 |

3

**Rhashea Lynn Harmon D'Elohiym, Esq.**
**P.O. Box 7446**
**Philadelphia, Pennsylvania [19101]**
**267.312.7322**
**RLH@RLHMAATLAW.COM**

Rhashea Lynn Harmon attended Indiana University of Pennsylvania (IUP) in 1995. She majored in English with a minor in Pre-law and Business. While attending IUP, she participated in several service and social organizations, wherein she either held leadership positions or served as a member. Her concern for the community was not limited to IUP's service organizations; she volunteered yearly to serve the homeless and assist The American Red Cross.

While focusing on increasing her participation in the community and excelling in her professional career, in the Spring of 1997 she was initiated into Alpha Kappa Alpha Sorority, Incorporated. Her initiation along with her line sister's and several other members established them as Charter Members for the Rho Rho Chapter on IUP's Campus. This was a tremendous responsibility for the Charter members.

Rhashea obtained her undergraduate degree through a full academic scholarship, paying additional expenses through obtaining on campus and off campus employment and working security in Doylestown, Pennsylvania, when home from college. She graduated, *cum laude*, in 1999.

In 1999 she entered Duquesne University School of Law. Unfortunately, due to personal and legal matters involving her daughter that interfered with her studies, she was not invited to return for the 2000-2001 educational year. Duquesne University Law School is a Law School of exemplary scholarship with a minimum grade point average of 3.0 required for graduate students. Rhashea's GPA for 1999-2000 enrollment year fell below the requisite 3.0 GPA and she was dismissed.

In 2000 she was employed as a law clerk at The Law Offices of Thomas More Holland, in The City of Philadelphia, wherein she assisted attorneys in drafting EEOC and PHRC complaints, drafted Memoranda of Law, conducted intakes, attended Social Security Administrative (SSA) conferences and hearings, and investigated Personal Injury (PI) matters. The Law Clerk position and mentorship of Attorney Thomas More Holland provided Rhashea with the opportunity to gain first-hand experience with the realities of the legal profession.

During the 2000-2001 year she was not invited to return to Duquesne Law, she became an MBA candidate at Philadelphia University. Working in the professional world and attending graduate school in her hometown of birth, provided her with an opportunity to truly assess her situation and decide if becoming a lawyer was truly what she wanted.

In 2001 she was hired and became a legal assistant for the City of Philadelphia's DHS' Law Department. She maintained her caseload, prepared case files for Mental Health Court, assisted attorneys in mediation and hearing sessions, drafted and filed Termination of Parental Rights (TPR) Complaints, prepared subpoenas, scheduled appointments with

**Rhashea Lynn Harmon D'Elohiym, Esq.**
**P.O. Box 7446**
**Philadelphia, Pennsylvania [19101]**
**267.312.7322**
**RLH@RLHMAATLAW.COM**

social workers and discussed and updated case files, and supervised the Parent Locator System (PLS).   While employed for The City of Philadelphia, she also attended Philadelphia University, as an MBA candidate and continued to work evening shifts as Security Supervisor at Standard Press Steel (SPS).

In August of 2001 she returned to Duquesne University School of Law in Pittsburgh, Pennsylvania with a more focused purpose and concentrated her studies in international law. Rhashea entered the evening program which provided her with the opportunity to work during the day. Rhashea worked as a legal secretary, legal assistant, and paralegal through temporary agencies the entire time in law school. Through the different positions in which she worked, she again gained hands on experience concerning the inner workings and realistic application and function and operations of the legal system.

In 2003 Rhashea served as a summer intern at The DA's office in Philadelphia and studied abroad in Ireland at the University College of Dublin taking International courses in International Property Law, European Union (EU) law and International Arbitration. Rhashea received a Certificate of Completion upon completion of her summer studies in Dublin, Ireland. While studying abroad, Rhashea had the opportunity to visit The Courts in Dublin as well as the European Union legal venues.

In 2004 she interned at the Superior Court of Pennsylvania with then Judge Maureen Lally-Green (current Dean of Duquesne Law), and The Federal Court for the Western District of Pennsylvania, with then District Court Judge Thomas Hardiman (current Appellate Judge for the Western District of Pennsylvania).

While in law school, Rhashea was involved in politics at school as well as on a national level. She was the Vice President of the Federalist Society and volunteered assisting Pat Toomey in his Campaign for Senate. It was a conversation she personally had with Pat Toomey that would inspire her to later travel and later move to China to learn about conducting business with China.

Rhashea's next educational endeavor presented itself in 2005 when, upon graduating from law school, she, acting on information received from her conversation with Senator Pat Toomey, ventured to China to explore opportunities and expand her international legal knowledge, specifically concerning how to engage in international business with China and other countries.

In 2005 while residing in China, Rhashea was invited to become a Judge for several Chinese Law School Students competing for the Jessup Moot Court Competition, to be held in Washington D.C., United States of America, in the year 2006. This experience provided her with the opportunity to meet and engage with legal minds from various parts of the world.

**Rhashea Lynn Harmon D'Elohiym, Esq.**
**P.O. Box 7446**
**Philadelphia, Pennsylvania [19101]**
**267.312.7322**
**RLH@RLHMAATLAW.COM**

In 2006, she became the private business English tutor for the CEO of Bai Xiang (White Elephant), Noodle Manufacturing Co., in Zheng Zhou, Henan Province, China, while also teaching English to English Majors at Henan Gongye Da Xue (Henan University of Technology) in Zheng Zhou, China, a public university, teaching some of China's brightest students. Public Universities in China are State(government) operated and therefore more prominent than Private Universities and therefore much more competitive to be accepted.

Additionally, as her knowledge of the culture, business, and language expanded, in the Autumn of 2006 she was offered a professorship at Yang-En Da Xue, teaching Global Marketing and International Law and International Issues in a small town, called Ma Jia (Horse Town), located outside of Quanzhou, Fujian at China's first Private University. Ma Jia can be found on line with its mountainous views and serene like paradise island like appearance.

Yang-En is situated at the maritime starting point of the Chinese Silk Road. During her time there, she lectured on the global economy and the effects the international market had on the global economy; lectures included overviews of related international laws, treaties, and agreements amongst and between countries (states), and how race, culture, location, class, status and purchasing power affected consumer behavior. Furthermore, rules regarding international copy right, international trademark, and international patent laws were covered, along with various China (local) laws, U.S. laws, U.K. laws, EU laws, Africa laws, Japan Laws, and South American Laws, all of which had to be researched and updated to keep abreast of the fast growing global market.

Teaching at foreign universities was where Rhashea first began to understand how History played a significant part in every educational facet of our lives; especially law.

In 2007, Rhashea was offered an instructor's position at The Princeton Review in Beijing, China. She was employed by The Princeton Review and because of its newly arrived base to China, she was responsible not only for teaching courses, but also for creating lessons and workbook curriculum on behalf of the international company. The instructor position in Beijing provided Rhashea with the opportunity to learn how the organization operated on an international level and how their workbooks and materials and classes were created, structured, and organized. This insight into one of the World's leading Test Preparation Companies again, contributed to a deeper understanding about Education and Scholarship. "A genius without education is like silver in the mine" as Benjamin Franklin *allegedly* stated.

Furthermore, while teaching full-time as an instructor for The Princeton Review, Rhashea was employed as a part-time Legal Research and Writing and Torts professor at Bei Wei Da Xue and served as Manager and International Legal Consultant for a JV restaurant, The Mexican Wave; owned and operated by an American couple from Iowa and a China government entity.

**Rhashea Lynn Harmon D'Elohiym, Esq.**
**P.O. Box 7446**
**Philadelphia, Pennsylvania [19101]**
**267.312.7322**
**RLH@RLHMAATLAW.COM**

The Restaurant was the first Foreign owned business and Foreign run restaurant owned and operated business in China going back more than 20 years at the time Rhashea was there; it was established back in a time when the Chinese government was not permitting Westerners to conduct business in China and China was mostly closed to the rest of the world.

Here, Rhashea had the unique opportunity to be personally mentored and trained in international business, international labor laws and international hospitality law by the owners of this Foreign business situated in one of China's most economically affluent business districts in Beijing, which was situated down the street from the Silk Market; a famous tourists trap.

Here, at the Mexican Wave, because Rhashea, had recently graduated from law school in 2005, placed Rhashea in a position where she was involved in the daily operations and management of the business, which included: purchasing and meal preparation and payroll and management of employees, hiring and termination; and legal matters involving the business and JV partnership. This is where Rhashea first learned that there is a difference between owning a business or managing one and working for one.

Wearing so many hats at the Mexican Wave, Rhashea also attended meetings and had the honor of participating in negotiations and developing a business relationship with the JV's State Government's China Attorney, Mr. Ji. Through this relationship, Rhashea received first-hand information and knowledge regarding how business was truly conducted in China and how the relationship between Wai Guo Ren (outsiders) or Lao Wei (foreigners) and Chinese operated in business.

While working was a large part of Rhashea's time spent in China, there remained a substantial amount of time to travel. Rhashea spent most of her free time traveling throughout China and learning China's language, paying attention to the different dialects, and learning about China's culture, China's history (which expanded her Western History knowledge) and international commodity business hubs. Some places she visited, she later returned to reside and study the towns and their significance in the global economy.

Studying and traveling immensely throughout China, Rhashea was later able to competently advise foreign business owners regarding conducting business in China based on her first-hand knowledge and experiences.

Further, possessing a centrally based position at the Mexican Wave and becoming verse in the Chinese language provided Rhashea with direct access to many foreign business travelers and expats, which in turn provided her with an international client base to provide international business consulting and assistant traveling services to prominent business venues throughout China.

**Rhashea Lynn Harmon D'Elohiym, Esq.**
**P.O. Box 7446**
**Philadelphia, Pennsylvania [19101]**
**267.312.7322**
**RLH@RLHMAATLAW.COM**

Rhashea's experience in China was truly invaluable and unique as during this time, not only did indigenous people from America travel much to China but more specifically an indigenous female was a very unusual sight.

Unfortunately, in late 2008 upon receiving notice of the passing of her grandmother on her father's side of the family, Rhashea abandoned all endeavors in China. Her expat life came to an unexpected abrupt end.

Thereafter, she left for the U.K and spent time assisting two (2) students at the University of Nottingham, in Nottingham (yes, where the famed Robinhood story derives) researching and editing their Thesis. Both students graduated with "Distinction" due to Rhashea's counsel and instruction. Rhashea again took this time while mourning the passing of her grandmother, traveling the U.K. and privately studying Western history. She visited University of Manchester as part of this private study. University of Manchester is one of the leading research universities in the United Kingdom.

In 2009, Rhashea returned to Philadelphia. She functioned in the capacity as an advisor and education consultant and after school instructor-tutor. Additionally, she became a volunteer at the John Heinz Wildlife Refuge at Tinicum, in Philadelphia Pennsylvania where she was provided an opportunity to learn about the marsh lands, environment and how the U.S. government invests in preserving wildlife lands and territories.

In 2010, Rhashea was the Pennsylvania Republican candidate for State Senatorial District 8. Rhashea obtained over 10,000 votes; approximately 14% of the vote. She knocked on thousands of doors and spoke personally to thousands of constituents within District 8. It was the first time Rhashea had run for office and although the idea was not originally hers, it was politically and realistically enlightening concerning how government truly operates.

While preparing for the NY, NJ, and PA BAR exam, Rhashea managed a Law Firm in Upper Darby Pennsylvania, wherein she performed numerous relevant functional positions in assisting the Solo Law firm in winning numerous cases through applying her exemplary research and writing skills.

In 2012 Rhashea started RLH Ma'at Law concentrating her practice in the areas of Contract Law, Family Law, Employment Law and International Law. Additionally, Rhashea was legal counsel for the Tulsi Mandir, based in NY, Adam Services Inc., and LA21.

Additionally, she became certified as an Arbitrator for the First Judicial District of Pennsylvania Court of Common Pleas. Since 2012 Rhashea has arbitrated on average (four) 4 cases a year.

**Rhashea Lynn Harmon D'Elohiym, Esq.**
**P.O. Box 7446**
**Philadelphia, Pennsylvania [19101]**
**267.312.7322**
**RLH@RLHMAATLAW.COM**

In 2015 upon announcing her intention to run for Mayor, Rhashea Lynn Harmon's life drastically changed. Rhashea began making strides in her research and historical information about her ancestral indigenous roots and North America's history surfaced. This is also the year an attempt was made on her life through poisoning during a personal Land Lord Tenant legal dispute. The poison severely damaged her organs and it took approximately three (3) years for her to recover without relapsing. All of Rhashea's research materials, books, artifacts, and collections acquired and collected from her travels were stolen, including gifts from foreign government officials throughout her travels and studies were lost. Most importantly indigenous family memorabilia and mementos were lost.

During her recovery, Rhashea continued to research and educate herself through researching her family's history and the history of the Americas.

Resultingly, in 2015 RLH Ma'at Law was transformed into RLH Ma'at Law & The Rights of Indigenous Peoples, focusing primarily on correcting the injustices committed against Indigenous Peoples in the Americas. This Advocacy Franchise operates under a Divine Trust and assists others in becoming conscious regarding their Indigenous Status and Indigenous Rights under Divine Law.

In 2016, while healing and recovering from the poison, Rhashea began taking Dao Yin Yoga and training in Qi Gong and Ba Gua with Shifu Chik Mason the founder and creator of Spirit Winds Martial Arts. In 2018 she also returned to ballet to assist in rebuilding the damage to her organs and nervous system as well as to begin rebuilding her musculetal skeletal structure.

Since 2015, Rhashea reconnected with her Indigenous Tribal Family community, became certified in Dao Yin Yoga and Lin Zi Treatment, trains in Ba Gua Martial Arts and has been performing since 2018 with her Shifu.

Today she serves as Guale Yamassee's Chief Juris Consul (CJC), which is substantially different from an attorney based upon her indigenous autochthonous status, duties according to Torah and the Nation's Constitution and responsibilities to the land, Tiamat (Earth), and Indigenous people.

In 2018, Rhashea was presented with the honor, by Supreme Grand Chief Black Hawk Thunderbird, to assist with rebuilding the government structure of the Guale Yamassee Indigenous Native American Association of Nations. Her primary responsibility with Guale-Yamassee through the Courts is to oversee and manage the Judicial Arm of the Government and to work closely with the Nation's Chiefs as we collectively work together to rebuild our Nation and its people.

R. Lynn Harmon-El, Esq.





**From the Desk of the SGC Black-Hawk H. Thunderbird Mund Bareefan Clan**
**Indigenous Native American Association of Nations,**
**Guale,Yamassee, Cherokee, Mechica, Creek, Seminole, Washitaw,**
**Comanche,et,al;**

Attorney, Rhashea Lynn Harmon El aka R.Lynn Hatshepsut Ma'at Kare El, aka Silver Moon Walking Water Stick

Whose official signature appears as: _____ to this instrument and to the instrument of writing hereto annexed, was at the time of affixing the same thereto, duly appointed as a Licensed Juris Consultant/Attorney under the rules of the MBC/ INDIGENOUS NATIVE AMERICAN ASSOCIATION OF NATIONS GAR ASSOCIATION AND ATTORNEY GAR, pursuant to the admission process prescribed in Chapter 1, § 1-1: Eligibility for Admission and Practice; and shall be considered a member in good standing.

"I, _____, do solemnly swear (or affirm) that I am competently familiar with and will support the Indigenous Native American Association of Nations (INAAN) Constitution and laws of the Indigenous Native American Association of Nations. I voluntarily and willingly consent to the jurisdiction of the Indigenous Native American Association of Nations and resolve to conduct myself uprightly, honestly with honor and integrity and within according to MBC/INAAN codex laws as an Officer, International Juris Consultant, Attorney, and Counselor of the Indigenous Native American Association of Nations courts and I shall discharge my solemn duties with fidelity."

Signature: _SGC Black-Hawk H. Th____   Date: 5/18/2000





*Copy*

**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations (MBC/INAAN)**

Date 8/3/2020

## With regard to the lawful standing of the Mund Bareefan Clan and the Indigenous Native American Association of Nations' tribes and clans :

To: Honorable Judge, Judge Terre Fratesi

I am Black-Hawk H. Thunderbird, Most Principal Chief of The Mund Bareefan Clan/Indigenous Native American Association of Nations (MBC/INAAN).

I respectfully request that this Honorable Court yield jurisdiction in this matter to our tribal council in the State of Tennessee.

I submit the following communication as a friend to the court and with respect.

I have attached a color copy of the Authentication Certificate, and the "Brief in Support" section of said agreement. I am legal custodian of the attached certificate. I have also attached certified copies of certification from the State of Tennessee, and certification from our original indigenous homeland in the State of Georgia.

We are Guale-Yamassee Native Americans a US Department of State AUTHENTICATED INDIGENOUS TRIBAL ENTITY. United States Authentication February 11th, 2004.

Mund Bareefan Embassy Clan is outside the BIA yet is acknowledged in and by the United States and all US States and jurisdictions as an authentic Indigenous Native American clan/tribe that has secured the Rights of Self-Determination with a constructive agreement between  Mund Bareefan Embassy Clan, and the US Department of State.



**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations (MBC/INAAN)**

The Tanasi Yamassee Tribe in the State of Tennessee is one of our associated tribes and is in full rights and protections of indigenous rights as outlined in our law, and similar to the US INDIAN CHILD WELFARE LAW/ACT.

Our tribal councils, agencies, its official departments, our officially associated tribes and representatives; our official policies and this instrument is supported by our constructive agreement made between the "United States" Department of State, and Mund Bareefan Clan on <u>February 11th, 2004</u>, made in accord with our tribal policies and the policies of the United States Department of State. This said agreement can be verified through the our INARS data authentication retrieval and tracking system (<u>DARTS</u>)*; as well as at the "<u>DARTS</u>" data base at the US Department of State Authentication office. * (Document Authentication Retrieval and Tracking System)

2 FAM 1291.5 Processing (TL: GEN-313; 08-18-2004) (The United States FOREIGN AND DOMESTIC AFFAIRS MANUEL = **FAM**)

> The Authentications Office tracks all correspondence and documents through the Document Authentication, Retrieval, and Tracking Systems (DARTS). A case service number is assigned to all requests received in the Authentications Office. This service number appears on all authentication certificates and tracks all aspects of the authentication process, as well as fees collected, and is used as an effective method for the Authentications Office's internal control process.

There has been some question made with regard to public policy.

2 FAM 1291.2 Scope and Policy (TL: GEN-313; 08-18-2004)



**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations (MBC/INAAN)**

a. The Authentications Office authenticates a variety of documents from commercial organizations, private citizens, and officials of Federal and State governments. Documents include, but are not limited to, company bylaws, powers of attorney, trademark, diplomas, treaties, warrants, extraditions, agreements, certificates of good standing, and courier letters.

b. It will not authenticate documents that are contrary to public policy or are for an improper or unlawful purpose (see 22 CFR 131.1).

PART 131—CERTIFICATES OF AUTHENTICATION   Title 22: Foreign Relations
All non-judicial records or books kept in any public office of any State, Territory, or Possession of the United States, or copies thereof, shall be proved or admitted in any court or office in any other State, Territory, or Possession by the attestation of the custodian of such records or books, and the seal of his office annexed, if there be a seal, together with a certificate of a judge of a court of record of the county, parish, or district in which such office may be kept, or of the Governor, or secretary of state, the chancellor or keeper of the great seal, of the State, Territory, or Possession that the said attestation is in due form and by the proper officers.



**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations (MBC/INAAN)**

Treatment of this type notification to "all" the tribunals and public offices of the United States, "and of the Sevels States", is outlined in chapter 2 section 113 of the USC. I respectfully refer to a review of UNITED STATES Code Title 1

> "The edition of the laws and treaties of the United States, published by Little and Brown, and the publications in slip or pamphlet form of the laws of the United States issued under the authority of the Archivist of the United States, and the Treaties and Other International Acts Series issued under the authority of the Secretary of State shall be competent evidence of the several public and private Acts of Congress, and of the treaties, international agreements other than treaties, and proclamations by the President of such treaties and international agreements other than treaties, as the case may be, therein contained, in all the courts of law and equity and of maritime jurisdiction, and in all the tribunals and public offices of the United States, and of the several States, without any further proof or authentication thereof."

_____

**SGA Black H. Thunderbird**



**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations (MBC/INAAN)**

# ATTACHMENTS



**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations (MBC/INAAN)**

Copy Certification # 11083.2020-1



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## CERTIFICATE OF AUTHENTICATION

I, TRE HARGETT, Secretary of State of the State of Tennessee, do hereby certify that BRENDA WYNN whose signature appears on the attached certificate, is (or was) at the time of signing same, the legally elected, commissioned, qualified, and acting COUNTY CLERK OF DAVIDSON COUNTY, TENNESSEE, authorized to take acknowledgements, and this person's official act as such, is entitled to full faith and credit; and I further certify that to the best of my knowledge and belief the signature to the attached certificate is the genuine signature of said BRENDA WYNN, COUNTY CLERK OF DAVIDSON COUNTY, TENNESSEE at the time of signing.



**In Witness Whereof,** I have hereto affixed my signature and the Great Seal of the State of Tennessee, at Nashville, this 8th day of February in the year of our Lord Two Thousand Seventeen

_____
Secretary of State

by _____

Document # 17-02066

To verify authenticity, visit http://tnbear.tn.gov/apostille/verify.aspx and enter the document # from this certificate
For further information please contact the Business Services Division at (615) 741-0536





**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations (MBC/INAAN)**

Copy Certification # 110832020-2



## State of Georgia

**By His Excellency SONNY PERDUE**

GOVERNOR AND COMMANDER-IN-CHIEF OF THE ARMY AND NAVY OF THIS STATE AND OF THE MILITIA THEREOF

### To All whom these Presents shall Come -- Greeting,

*Know Ye* THAT          **MARIE CHANEY**

whose official signature appears to the instrument of writing hereto annexed, was at the time of affixing the same thereto, the duly appointed deputy clerk of the Superior Court of DeKalb County, Georgia, as appears from the Records of this Department, and that her attestation is in due form. *The same, as the same, to be faith, credit and authority is and ought to be had and given to were here*

I further certify that the Secretary of State of the State of Georgia is the Custodian of the Great Seal of said State.

*In witness whereof, I have hereunto set my hand and caused the Great Seal of the State to be affixed, this day, at the Capitol in the City of Atlanta, this ___ day of ___, in the year of our Lord ___ and of the Independence of the United States of America the ___*



*By the Governor*
**Secretary of State**

*Sonny Perdue*
Governor

Executive Department
Atlanta, Ga. ___

Executive Secretary



**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations (MBC/INAAN)**

Copy Certification # 110832020-3



# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I certify That the document hereto annexed is under the Seal of the State(s) of Georgia, and that such seal(s) is/are entitled to full faith and credit.

In testimony whereof, I, [...], Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the [...] Assistant Authentication Officer of the said Department, at the city of Washington, in the District of Columbia, this [...] day of February, 2004.

Secretary of State

Authentication Officer
Department of State

*For the contents of the annexed document the Department assumes no responsibility.*

*This certificate is not valid if it is removed or altered in any way whatsoever.*





**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations (MBC/INAAN)**

Copy Certification # 110832020-4

**Sections of the Brief in Support presented to and certified by the US Department of State, for the completion of authentication with the United State et al,**

"The Yamassee Native American Government; MT. 'Arafat Embassy, (hereinafter *(MBC/INAAN) and* "we") as do other Governments and their Embassies require the U.S. Department of State to authenticate documents to be used in the United States of America for said documents to be considered legal. <u>Yamassee Native American Government Representatives/Diplomats are not limited to or required to carry US governmental or any other foreign governments issued licensing, such as but not limited to **apostilles, diplomas, birth certificates, passports, marriage licenses, driver's licenses, vehicle registration plates and so on**</u>. Diplomats of the Yamassee Native American Government "MT. 'Arafat Embassy" are being inconvenienced by US Governmental and private employees. Yamassee Native American Government Officials and MT. 'Arafat Embassy Personnel carry very specific identification papers which are recorded with our data base at the ISMRS and all of the other agencies required by the US State Department for the authentication process to be complete. This is a clear honest communication of our intent towards co-operation and for the protection of both the Yamassee Native American Government, and the US Government. The documents including our passports will be used in the United States of America and when necessary, internationally".

 **Article 31**: "Indigenous people, as a specific form of exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their internal and local affairs, including culture, religion, education, welfare, economics activities, land and resourced, management, environment and entry by non-members, as well as ways and means for financing these autonomous functions."



**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations (MBC/INAAN)**

### "The Of Bill of Rights Of MBC/INAAN Indigenous Peoples"

**Article 36:**  Indigenous people have the right to the recognition, observance and enforcement of treaties, agreements and other constructive arrangements concluded with States or their successor, according to their original sprit of intent, and to have States honor and respect such treaties, agreements and other constructive arrangements. Conflicts and disputes which cannot otherwise be settled should be submitted to competent international bodies agreed to by all parties concerned."

I respectfully request that this Honorable Court yield jurisdiction in this matter to our tribal council pursuant to our pre-existing agreement.  We thank you for your diligence with regard to the welfare of our indigenous national/child.

Thank you,

Most Principal Chief Black Hawk H. Thunderbird





*Treaty of Alliance and Commerce between* Great Britain *and the Nation of the* Cherrokees *in* America.   Sept. 20, 1730.

I. FORASMUCH as you Scayagufta Oukah, chief of the city of Teftetfa, you Scalilofken Ketaguftah, you Tathtowe, you Clogittah, you Kolkannah, and you Ukwanequa, were fent by Moytoy de Telliquo, with approbation of the whole nation of the Cherrokees, in an affembly held at Nikoffen the 14th of April, 1730, to Sir Alexander Cuming, Bart. in Great Britain, where you have feen the great King George, at whofe feet the faid Sir Alexander Cuming, by the exprefs order of Moytoy, and the whole nation of the Cherrokees, has laid the crown of your nation, the fkulls of your enemies, and the plumes of honour, as a mark of your fubmiffion : the King of Great Britain, who has a tendernefs for the powerful and great nation of the Cherrokees, his good children and fubjects, has authorifed us to treat with you ; and in this character we confer with you, as if the whole nation of the Charrokees, its old men, its young men, its women and children were here prefent : and you ought to look upon the words which we fay to you, as if pronounced from the lips of the Great King your mafter, whom you have feen ; and we will confider the words

X 4

which

( 316 )

which you shall speak to us, as the words of your whole nation, delivered frankly and sincerely to the Great King. Whereupon we give you four pieces of striped serge.

II. Hear therefore the words of the Great King, whom you have seen, and who has commanded us to tell you, that the English in all places, and on both sides the great mountains, and great lakes, are his people and children whom he dearly loves; that their friends are his friends, and their enemies his enemies; that he is pleased that the great nation of the Cherokees has sent you hither, to polish the chain of friendship which is betwixt him and them, betwixt your people and his people; that the chain of friendship betwixt him and the Indians of the Cherokees, is like the sun which gives light, both here and upon the high mountains that they inhabit, and which warms the hearts both of the Indians and the English. And as we see no spots in the sun, so there is no rust nor dirt on this chain: and as the Great King holds one end of it fastened to his breast, 'tis his intention that you should take up the other end of the chain, and fix it to the breast of Moytoy Telliquo, and to those of your wife old men, your captains and your people, in such manner that it may never be broke nor loosed. And hereupon we give you two pieces of blue cloth.

III. The Great King and the Indians of the Cherrokees, being thus united by the chain of friendſhip, he has ordered his children, the Indians of Carolina, to traffic with the Indians, and to furniſh them with whatever commodities they want, ar.d to build houſes, and ſow corn with ſpeed, all the way from Charles-Town to the Cherrokees-Town, on the other ſide of the great mountains ; for he would have the Indians and the Engliſh live together like children of one and the ſame family, whoſe Great King is their dear father : and foraſmuch as the Great King has given his lands on both ſides the great mountains to the Engliſh his children, he grants the Indians of the Cherrokees the privilege to live where they pleaſe. And upon this we give you a piece of red cloth.

IV. The great nation of the Cherrokees being at preſent the children of the Great King of Great Britain, and he being their father, the Indians ought to confider the
Engliſh

3

( 317 )

Englifh as brothers, of one and the fame family, and ought always to be ready at the governor's orders to fight againft any nation whatfoever, either Whites or Indians, that fhall moleft or attack the Englifh. And hereupon we give you twenty mufkets.

V. The Cherrokees nation fhall take care to keep the way of commerce clean, and that there be no blood in the road where the Englifh white men travel, even though they happen to be accompanied by any other nation at war with the Cherokees. Whereupon we give you two hundred weight of gunpowder.

VI. That the Cherrokees nation fhall not fuffer any of its people to traffic with any other white men befides the Englifh, and fhall grant leave to no other nation to build any fort or habitation, or to fow corn in their country, either near any towns of the Indians, or on the lands belonging to the Great King; and if any thing like it be undertaken, you muft give advice of it to the Englifh governor, and act as he fhall order you, for maintaining the rights of the Great King over the lands of Carolina. Whereupon we give you five hundred weight of mufket bullets, and the fame quantity of cannon ball.

VII. That in cafe any negro flave runs away from his Englifh mafter into the woods, the Indians of the Cherrokees fhall do what they can to apprehend him, and bring him back to the plantation from whence he fled, or to the governor's houfe; and for every negro which the Indians fhall thus retake, they fhall have a mufket, and a fentinel's fuit of cloaths. Whereupon we give you a box full of vermilion, with 10,000 flints, and 6 dozen of hatchets.

4

VIII. That if an Englishman has the misfortune to kill an Indian, the king or chief of the Cherrokees shall first of all make his complaint to the English governor, and the person who committed the murder shall be punished according to the laws, as much as if he had killed an Englishman; and in like manner if an Indian kill an Englishman; the guilty Indian shall be delivered up to the governor, who shall punish him according to the English laws, and as if he was an Englishman. Whereupon

( 318 )

upon we give you twelve dozen of clasp-knives, four dozen of kettles, and ten dozen of bells.

IX. You are to know, that every thing we have said to you are the words of the Great King whom you have seen; and to shew that his heart is open and sincere to his children and friends the Cherrokees, and their whole nation, he puts his hand into this Bandelier, which he demands may be received and shewn to your whole nation, to their children and Grand-chidlren, to confirm what has been said to you, and to perpetuate this treaty of peace and friendship between the English and the Cherrokees, as long as the mountains and rivers are in being, and as long

5

as the fun fhall fhine.   Whereupon we give you this Ban-delier.

Signed,

| | |
|---|---|
| *Oukah Ulah,* | *Clogoittah,* |
| *Scalilofken Ketaguftah,* | *Kollannah,* |
| *Tathtowe,* | *Ukwanequa.* |

By order of the Commiffioners at Whitehall,  the 30th of September, 1730.

ALLURED POPPLE.

And underneath,

'Tis for the fecurity of Moytoy de Telliquo, that I have feen, examined, and approved of all the articles contained in the above agreement, to which the faid Indians have by my advice given their confent.

Signed,

ALEX. CUMING.



Library of Congress

In **TESTIMONY WHEREOF,** the Parties hereunto have affixed their Hands and Seals, the Day and Year first above mentioned. *Attest,  **ALEXANDER CAMPBELL,**  Sec'y to Commissioners. *Witnesses.* W. FINNEY, Maj. B. B. THOS. DOYLE, Capt. B. B. NATHAN M'DOWELL, Ens. JOHN SAFFENGER, HENRY GOVY, KAGY GALLOWAY, his X mark. JOHN BOGGS, SAM. MONTGOMERY, DANIEL ELLIOT, JAMES RINKER, NATHA. SMITH JOS. SUFFREIN, his X mark. or KEMEPENO SHAWNO, ISAAC ZANE, (a Wiandot) his X mark. The HALF-KING of the WIANDOTS,) their XX marks. The CRANE of the WIANDOTS, ) Capt. PIPE of the DELAWARES, his X mark. Capt. BOHONGEHELAS, his X mark. TETEBOCKSHIEKA, his X mark. The BIG CAT of the DELAWARES, his X mark. PIERRE DROULLAR. *(Signed,)* G. R. CLARKE, (L.S.) RICHD. BUTLER, (L.S.) SAML. H. PARSONS, (L.S.) AWEECONY, his X mark. () KAKAWIPILATHY, his X mark. () MALUNTHY, his X mark. () MUSQUAUCONOCAH, his X mark. () MEANYMSECAH, his X mark. () WAUPAUCOWELA, his X mark. () NIHIPEEWA, his X mark. () NIHINESSICOE, his X mark. ()

**ARTICLES of a TREATY,** Concluded at **HOPEWELL,** on the **KEOWEE,** between **BENJAMIN HAWKINS, ANDREW PICKENS, JOSEPH MARTIN** and **LACKLAN M'INTOSH, COMMISSIONERS PLENIPOTENTIARY** of the **UNITED STATES** of **AMERICA,** of the one Part, and **HEAD-MEN** and **WARRIORS** of all the **CHEROKEES** of the other.

**THE** Commissioners Plenipotentiary of the United States in Congress assembled, give peace to all the **CHEROKEES,** and receive them into the favor and protection of the United States of America, on the following conditions.

*Art.* 1. The Head-Men and Warriors of all the Cherokees, shall restore all the prisoners, citizens of the United States, or subjects of their allies, to their intire liberty: They shall also restore all the negroes, and all other property taken during the late war from the citizens, to such person, and at such time and place, as the commissioners shall appoint.

Articles of a treaty, concluded at the mouth of the Great Miami, on the north-western bank of the Ohio, the thirty-first of January, one thousand seven hundred and eighty-six, between the commissioners plenipotentiary of the United States of America, of the one part, and the chiefs and warriors of the Shawanoe Nation of the other part. http://www.loc.gov/resource/bdsdcc.18101

Library of Congress

*Art.* 2. The Commissioners of the United States in Congress assembled, shall restore all the prisoners taken from the Indians, during the late war, to the Head-Men and Warriors of the Cherokees, as early as is practicable.

*Art.* 3. The said Indians for themselves, and their respective tribes and towns, do acknowledge all the Cherokees to be under the protection of the United States of America, and of no other sovereign whosoever.

*Art.* 4. The boundary allotted to the Cherokees for their hunting grounds, between the said Indians and the citizens of the United States, within the limits of the United States of America, is, and shall be the following, viz. beginning at the mouth of Duck river on the Tenessee; thence running north-east, to the ridge dividing the waters running into Cumberland from those running into the Tenessee; thence eastwardly along the said ridge to a north-east line to be run, which shall strike the river Cumberland forty miles above Nashville; thence along the said line to the river; thence up the said river to the ford where the Kentucky road crosses the river, thence to Campbells line, near Cumberland gap; thence to the mouth of Clauds creek on Holstein; thence to the Chimmey Top mountain; thence to Camp creek, near the mouth of Big Limestone, on Nolichuckey; thence a southerly course six miles to a mountain; thence south to the North-Carolina; thence to the South-Carolina Indian boundary, and along the same south-west over the top of the Oconee mountain till it shall strike Tugalo river; thence a direct line to the top of the Currohee mountain; thence to the head of the South fork of Oconee river.

*Art.* 5. If any citizen of the United States, or other person not being an Indian, shall attempt to settle on any of the lands westward or southward of the said boundary which are hereby allotted to the Indians for their hunting grounds, or having already settled and will not remove from the same with six months after the ratification of this treaty, such person shall forfeit the protection of the United States, and the Indians may punish him or not as they please-provided nevertheless, that this article shall not extend to the people settled between the fork of French Broad, and Holstein rivers, whose particular situation shall be

Library of Congress

transmitted to the United States in Congress assembled for their decision thereon, which the Indians agree to abide by.

*Art.* 6. If any Indian or Indians, or person residing among them, or who shall take refuge in their nation, shall commit a robbery, or murder or other capital crime on any citizen of the United States, or person under their protection, the nation, or the tribe to which such offender or offenders may belong, shall be bound to deliver him or them up to be punished according to the ordinances of the United States; provided that the punishment shall not be greater than if the robbery or murder, or other capital crime, had been committed by a citizen on a citizen.

*Art.* 7. If any citizen of the United States, or person under their protection, shall commit a robbery or murder or other capital crime, on any Indian, such offender or offenders shall be punished in the same manner as if the murder or robbery or other capital crime, had been committed on a citizen of the United States; and the punishment shall be in presence of some of the Cherokees, if any shall attend at the time and place, and that they may have an opportunity so to do, due notice of the time of such intended punishment shall be sent to some one of the tribes.

*Art.* 8. It is understood that the punishment of the innocent under the idea of retaliation, is unjust, and shall not be practiced on either side, except where there is a manifest violation of this treaty; and then it shall be preceded, first by a demand of justice, and if refused, then by a declaration of hostilities.

*Art.* 9. For the benefit and comfort of the Indians, and for the prevention of injuries or oppressions on the part of the citizens or Indians; the United States in Congress assembled shall have the sole and exclusive right of regulating the trade with the Indians, and managing all their affairs in such manners as they think proper.

*Art.* 10. Until the pleasure of Congress be known, respecting the ninth article, all traders, citizens of the United States, shall have liberty to go to any of the tribes or towns of the

---

Articles of a treaty, concluded at the mouth of the Great Miami, on the north-western bank of the Ohio, the thirty-first of January, one thousand seven hundred and eighty-six, between the commissioners plenipotentiary of the United States of America, of the one part, and the chiefs and warriors of the Shawanoe Nation of the other part. http://www.loc.gov/resource/bdsdcc.18101

Library of Congress

Cherokees to trade with them, and they shall be protected in their persons and property, and kindly treated.

*Art.* 11. The said Indians shall give notice to the citizens of the United States, of any designs which they may know or suspect to be formed in any neighbouring tribe, or by any person whosoever, against the peace, trade or interest of the United States.

*Art.* 12. That the Indians may have full confidence in the justice of the United States respecting their interests, they shall have the right to send a deputy of their choice, whenever they think fit, to Congress.

*Art.* 13. The hatchet shall be forever buried, and the peace given by the United States, and friendship re-established between the said states on the one part, and all the Cherokees on the other, shall be universal; and the contracting parties shall use their utmost endeavours to maintain the peace given as aforesaid, and friendship re-established.

**IN WITNESS** of all, and every thing herein determined, between the United States of America, and all the Cherokees—We their underwriten commissioners, by virtue of our full powers have signed this definitive treaty, and have caused our seals to be hereunto affixed.— **DONE** at Hopewell on the Keowee, this twenty-eighth of November, in the year of our Lord one thousand seven hundred and eighty-five. (Signed) BENJAMIN HAWKINS, (L.S.) ANDW. PICKENS, (L.S.) JOS. MARTIN, (L.S.) LACHN. M'INTOSH (L.S.) KOATOHEE, or Corn Tassell of Toquo, his X mark () SCHOLAUETTA, or Hanging Man of Chota, his X mark () TUSKEGATAHU, or Long Fellow of Chistohoe, his X mark () OOSKWHA, or Abraham of Chilkowa, his X mark () KOLAKUSTA, or Prince of North, his X mark () NEWOTA, or the Gritz of Chicamaga, his X mark () KONATOTA, or the Rising Fawn of Highwassay, his X mark () TUCKASEE, or Young Tarrapin of Allajoy, his X mark () TOOSTAKA, or the waker of Oostanawa, his X mark () UNTOOLA, or Gun rod of Seteco, his X mark () UNSUOKANAIL, Buffalo White Calf New Cussee his X mark () KOSTAYEAK, or Sharp Fellow Wataga, his X mark () CHONOSTA, of Cowe,

Articles of a treaty, concluded at the mouth of the Great Miami, on the north-western bank of the Ohio, the thirty-first of January, one thousand seven hundred and eighty-six, between the commissioners plenipotentiary of the United States of America, of the one part, and the chiefs and warriors of the Shawanoe Nation of the other part. http://www.loc.gov/resource/bdsdcc.18101

Library of Congress

his X mark () CHESCOONWHA, Bird in Close of Tomotlug, his X mark () TUCKASEE, or Tarrapin of Hightowa, his X mark () CHESETOA, or the Rabit of Tlacoa, his X mark () CHESECOTETONA, or Yellow Bird of the Pine Log, his X mark () SKETALOSKA, Secon Man of Tillico, his X mark () CHOKASATAHE, Chickasaw Killer Tasonta, his X mark () ONANOOTA, of Koosoatee, his X mark () OOKOSETA, or Sower Mush of Kooloque, his X mark () UMATOOETHA, the Water Hunter, Choikamawgee his X mark () WYUKA, of Lookout Mountain, his X mark () TULCO, or Tom of Chatuga, his X mark () [Signers carried forward.] [Signers brought forward] WILL, of Akoha, his X mark () NECATEE, of Sawta, his X mark () AMOKONTAKONA, Kutcloa, his X mark () KOWETATAHEE, in Frog-Town, his X mark () KEUKUCH, Talkoa, his X mark () TULATISKA, of Chaway, his X mark () WOOALUKA, the way layer, Chota, his X mark () TATLIUSTA, or Porpus of Tilassi, his X mark () JOHN, of Little Tallico, his X mark () SKELELAK, his X mark () AKONOLUCHTA, the Cabbin, his X mark () CHEANOKA, of Kawetakac, his X mark () YELLOW BIRD, his X mark () (Witnesses) WM. BLOUNT, SAM TAYLOR, major, JOHN OWEN, JESS WALTON, JOHN COWAN, capt. commandant, THOS. GEGG, W. HAZZARD.

JAMES MADISON, ARTHUR COODEY, Sworn Interpreters.

Articles of a treaty, concluded at the mouth of the Great Miami, on the north-western bank of the Ohio, the thirty-first of January, one thousand seven hundred and eighty-six, between the commissioners plenipotentiary of the United States of America, of the one part, and the chiefs and warriors of the Shawanoe Nation of the other part. http://www.loc.gov/resource/bdsdcc.18101

And the United States shall on or before the same day, and at the same place, restore to the Cherokees, all the prisoners now in captivity, which the citizens of the United States have captured from the Cherokees.

As of October 2016, the GeorgiaInfo website is no longer being maintained and updated. (https://georgiainfo.galileo.usg.edu/)

About    Topics    Features    Educator Resources (/educator_resources/)

Search

## ARTICLE IV.

The boundary between the citizens of the United States and the Cherokee nation, is and shall be as follows: Beginning at the top of the Currahee /E/ mountain, where the Creek line passes it; thence a direct line to Tugelo river; thence northeast to the Occunna mountain, and over the same along the South-Carolina Indian boundary to the North-Carolina boundary; thence north to a point from which a line is to be extended to the river Clinch, that shall pass the Holston at the ridge which divides the waters running into Little River from those running into the Tennessee; thence up the river Clinch to Campbell's line, and along the same to the top of Cumberland mountain; thence a direct line to the Cumberland river where the Kentucky road crosses it; thence down the Cumberland river to a point from which a south west line will strike the ridge which divides the waters of Cumberland from those of Duck river, forty miles above Nashville; thence down the said ridge to a point from whence a south west line will strike the mouth of Duck river.

And in order to preclude forever all disputes relative to the said boundary, the same shall be ascertained, and marked plainly by three persons appointed on the part of the United States, and three Cherokees on the part of their nation.

And in order to extinguish forever all claims of the Cherokee nation, or any part thereof, to any of the land lying to the right of the line above described, beginning as aforesaid at the Currahee mountain, it is hereby agreed, that in addition to the consideration heretofore made for the said land, the United States will cause certain valuable goods, to be immediately delivered to the undersigned Chiefs and Warriors, for the use of their nation; and the said United States will also cause the sum of one thousand dollars to be paid annually to the said Cherokee nation. And the undersigned Chiefs and Warriors, do hereby for themselves and the whole Cherokee nation, their heirs and descendants, for the considerations above-mentioned, release, quit-claim, relinquish and cede, all the land to the right of the line described, and beginning as aforesaid.

## ARTICLE V.

It is stipulated and agreed, that the citizens and inhabitants of the United States, shall have a free and unmolested use of a road from Washington district to Mero district, and of the navigation of the Tennessee river. /F/

## ARTICLE VI.

It is agreed on the part of the Cherokees, that the United States shall have the sole and exclusive right of regulating their trade. /G/

## ARTICLE VII.

The United States solemnly guarantee to the Cherokee nation, all their lands not hereby ceded. /H/

## ARTICLE VIII.

If any citizen of the United States, or other person not being an Indian, shall settle on any of the Cherokees' lands, such person shall forfeit the protection of the United States, and the Cherokees may punish him or not as they please. *(K)*

As of October 2018, the Georgialnfo website is no longer being maintained and updated.

## ARTICLE IX.

No citizen or inhabitant of the United States, shall attempt to hunt or destroy the game on the lands of the Cherokees; nor shall any citizen or inhabitant go into the Cherokee country, without a passport first obtained from the Governor of some one of the United States, or /J/ territorial districts, or such other person as the President of the United States may from time to time authorize to grant the same.

## ARTICLE X.

If any Cherokee Indian or Indians, or person residing among them, or who shall take refuge in their nation, shall steal a horse from, or commit a robbery or murder, or other capital crime, on any citizens or inhabitants of the United States, the Cherokee nation shall be bound to deliver him or them up, to be punished according to the laws of the United States. /K/

## ARTICLE XI.

If any citizen or inhabitant of the United States, or of either of the territorial districts of the United States, shall go into any town, settlement or territory belonging to the Cherokees, and shall there commit any crime upon, or trespass against the person or property of any peaceable and friendly Indian or Indians, which if committed within the jurisdiction of any state, or within the jurisdiction of either of the said districts, against a citizen or white inhabitant thereof, would be punishable by the laws of such state or district, such offender or offenders, shall be subject to the same punishment, and shall be proceeded against in the same manner as if the offence had committed within the jurisdiction of the state or district to which he or they may belong, against a citizen or white inhabitant thereof. /L/

## ARTICLE XII.

In case of violence on the persons or property of the individuals of either party, neither retaliation or reprisal shall be committed by the other, until satisfaction shall have been demanded of the party of which the aggressor is, and shall have been refused. /M/

## ARTICLE XIII.

The Cherokees shall give notice to the citizens of the United States, of any designs which they may know, or suspect to be formed in any neighboring tribe, or by any person whatever, against the peace and interest of the United States. /N/

## ARTICLE XIV.

That the Cherokee nation may be led to a greater degree of civilization, and to become herdsman and cultivators, instead of remaining in a state of hunters, the United States will from time to time furnish gratuitously the said nation with useful implements of husbandry, and further to assist the said nation in so desirable a pursuit, and at the same time to establish a certain mode of communication, the United States will send such, and so many persons to reside in said nation as they may judge proper, not exceeding four in

number, who shall qualify themselves to act as interpreters. These persons shall have
lands assigned by the Cherokees for cultivation for themselves and their successors in
office, but they shall return to the common stock if they cease to ... traffic. /O/

All animosities for past grievances shall henceforth cease, and the contracting parties will
carry the foregoing treaty into full execution with all good faith and sincerity. /P/

ARTICLE XVI.

This treaty shall take effect and be obligatory on the contracting parties, as soon as the
same shall have been ratified by the President of the United States, with the advice and
consent of the Senate of the United States. /Q/

In witness of all and every thing herein determined between the United States of America
and the whole Cherokee nation, the parties have hereunto set their hands and seals, at
the treaty ground on the bank of the Holston, near the mouth of the French Broad, within
the United States, this second day of July, in the year of our Lord one thousand seven
hundred and ninety-one.

William Blount, governor in and over the territory of the United States of America south of
the river Ohio, and superintendent of Indian Affairs for the southern district, (L.S.)

Chuleoah, or the Boots, his x mark, (L.S.)

Squollecuttah, or Hanging Maw, his x mark, (L.S.)

Occunna, or the Badger, his x mark, (L.S.)

Enoleh, or Black Fox, his x mark, (L.S.)

Nontuaka, or the Northward, his x mark, (L.S.)

Tekakiska, his x mark, (L.S.)

Chutloh, or King Fisher, his x mark, (L.S.)

Tuckaseh, or Terrapin, his x mark, (L.S.)

Kateh, his x mark, (L.S.)

Kunnochatutloh, or the Crane, his x mark, (L.S.)

Cauquillehanah, or the Thigh, his x mark, (L.S.)

Chesquotteleneh, or Yellow Bird, his x mark, (L.S.)

Chickasawtehe, or Chickasaw Killer, his x mark, (L.S.)

Tuskegratehe, Tuskega Killer, his x mark, (L.S.)

Kulsatehe, his x mark, (L.S.)

Tinkshalene, his x mark, (L.S.)

Sawutteh, or Slave Catcher, his x mark (L.S.)

As of October 2019, the GeorgiaInfo website is no longer being maintained and updated.

Aukueh, his x mark, (L.S.) (https://georgiainfo.galileo.usg.edu/)

Oosenaleh, his x mark, (L.S.)

About      Topics      Features      Educator Resources (/educator_resources/)

Kenotetah, or Rising Fawn, his x mark, (L.S.)

Search

Kanetetoka, or Standing Turkey, his x mark, (L.S.)

Yonewatleh, or Bear at Home, his x mark, (L.S.)

Long Will, his x mark, (L.S.)

Kunoskeskie, or John Watts, his x mark, (L.S.)

Nenetooyah, or Bloody Fellow, his x mark, (L.S.)

Chuquilatague, or Double Head, his x mark, (L.S.)

Koolaquah, or Big Acorn, his x mark, (L.S.)

Toowayelloh, or Bold Hunter, his x mark, (L.S.)

Jahleoonoyehka, or Middle Striker, his x mark, (L.S.)

Kinnesah, or Cabin, his x mark, (L.S.)

Tullotehe, or Two Killer, his x mark, (L.S.)

Kaalouske, or Stopt Still, his x mark, (L.S.)

Kulsatche, his x mark, (L.S.)

Auquotague, the Little Turkey's Son, his x mark, (L.S.)

Talohteske, or Upsetter, his x mark, (L.S.)

Cheakoneske, or Otter Lifter, his x mark, (L.S.)

Keshukaune, or She Reigns, his x mark, (L.S.)

Toonaunailoh, his x mark, (L.S.)

Teesteke, or Common Disturber, his x mark, (L.S.)

Robin McClemore, (L.S.)

Skyuka, (L.S.)

John Thompson, Interpreter.

James Cery, Interpreter.

Done in presence of - -

Dan'l Smith, Secretary Territory United States south of the river Ohio.

Thomas Kennedy, of Kentucky.

As of October 2018, the GeorgiaInfo website is no longer being maintained and updated.

Jas. Robertson, of Mero District.
(https://georgiainfo.galileo.usg.edu/)

Claiborne Watkins, of Virginia.

Jno. McWhitney, of Georgia.

Search

Fauche, of Georgia.

Titus Ogden, North Carolina.

Jno. Chisolm, Washington District.

Robert King.

Thomas Gegg. A/ Proclamation, Feb. 7, 1792. B/ Peace and friendship perpetual. C/ Indians acknowledge protection of United States. D/ Prisoners to be restored. E/ Boundaries. F/ Stipulation for a road. G/ United States to regulate trade. H/ Guarantee. I/ No citizen to settle on Indian lands. J/ Nor hunt on the same. K/ Indians to deliver up criminals. L/ Citizens of United States committing crimes in Indian territory to be punished. M/ Retaliation restrained. N/ Cherokees to give notice of designs against United States. O/ United States to make presents. P/ Animosities to cease. Q/ Ratification.



GALILEO
(HTTPS://WWW.GALILEO.USG.EDU/)

GEORGIA*INFO*
AN ONLINE GEORGIA ALMANAC
©2019 DIGITAL LIBRARY OF GEORGIA (HTTPS://DLG.GALILEO.USG.EDU/)
NEW GEORGIA ENCYCLOPEDIA
(HTTPS://WWW.GEORGIAENCYCLOPEDIA.ORG/)   UGA LIBRARIES
(HTTPS://WWW.LIBS.UGA.EDU/)   CONTACT US
(HTTPS://WWW.GALILEO.USG.EDU/CONTACT)



Treaty of August 24, 1835
Treaty of Camp Holmes

Treaty with the Comanche and Witchetaw Indians and their associated Bands.

For the purpose of establishing and perpetuating peace and friendship between the United States of America and the Comanche and Witchetaw nations, and their associated bands or tribes of Indians, and between these nations or tribes, and the Cherokee, Muscogee, Choctaw, Osage, Seneca and Quapaw nations or tribes of Indians, the President of the United States has, to accomplish this desirable object, and to aid therein, appointed Governor M. **Stokes,** M. **Arbuckle** Brigdi.-Genl. United States army, and F. W. **Armstrong,** Actg. Supdt. Western Territory, commissioners on the part of the United States; and the said Governor M. **Stokes** and M. **Arbuckle,** Brigdi. Genl. United States army, with the chiefs and representatives of the Cherokee, Muscogee, Choctaw, Osage, Seneca, and Quapaw nations or tribes of Indians, have met the chiefs, warriors, and representatives of the tribes first above named at Camp Holmes, on the eastern border of the Grand Prairie, near the Canadian river, in the Muscogee nation, and after full deliberation, the said nations or tribes have agreed with the United States, and with one another upon the following articles:

**Article 1.** There shall be perpetual peace and friendship between all the citizens of the United States of America, and all the individuals composing the Comanche and Witchetaw nations and their associated bands or tribes of Indians, and between these nations or tribes and the Cherokee, Muscogee, Choctaw, Osage, Seneca and Quapaw nations or tribes of Indians.

**Article 2.** Every injury or act of hostility by one or either of the contracting parties on the other, shall be mutually forgiven and forever forgot.

**Article 3.** There shall be a free and friendly intercourse between all the contracting parties hereto, and it is distinctly understood and agreed by the Comanche and Witchetaw nations and their associated bands or tribes of Indians, that the citizens of the United States are freely permitted to pass and repass through their settlements or hunting ground without molestation or injury on their way to any of the provinces of the Republic of Mexico, or returning therefrom, and that each of the nations or tribes named in this article, further agree to pay the full value for any injury their people may do to the goods or property of the citizens of the United States taken or destroyed, when peaceably passing through the country they inhabit, or hunt in, or elsewhere. And the United States hereby guaranty to any Indian or Indians of either of the said Comanche or Witchetaw nations, and their associated bands or tribes of Indians, a full indemnification for any horses or other property which may be stolen from them: Provided, that the property so stolen cannot be recovered, and that sufficient proof is produced that it was actually stolen by a citizen of the United States, and within the limits thereof.

**Article 4.** It is understood and agreed by all the nations or tribes of Indians parties to this treaty, that each and all of the said nations or tribes have free permission to hunt and trap in the Great Prairie west of the Cross Timber, to the western limits of the United States.

**Article 5.** The Comanche and Witchetaw nations and their associated bands or tribes of Indians, severally agree and bind themselves to pay full value for any injury their people may do to the goods or other property of such traders as the President of the United

States may place near to their settlements or hunting ground for the purpose of trading with them.

**Article 6.** The Comanche and Witchetaw nations and their associated bands or tribes of Indians, agree, that in the event any of the red people belonging to the nations or tribes residing south of the Missouri river and west of the State of Missouri, not parties to this treaty, should visit their towns or be found on their hunting ground, that they will treat them with kindness and friendship and do no injury to them in any way whatever.

**Article 7.** Should any difficulty hereafter unfortunately arise between any of the nations or tribes of Indians parties hereunto, in consequence of murder, the stealing of horses, cattle, or other cause, it is agreed that the other tribes shall interpose their good offices to remove such difficulties, and also that the Government of the United States may take such measures as they may deem proper to effect the same object, and see that full justice is done to the injured party.

**Article 8.** It is agreed by the commissioners of the United States, that in consequence of the Comanche and Witchetaw nations and their associated bands or tribes of Indians having freely and willingly entered into this treaty, and it being the first they have made with the United States or any of the contracting parties, that they shall receive presents immediately after signing, as a donation from the United States; nothing being asked from these nations or tribes in return, except to remain at peace with the parties hereto, which their own good and that of their posterity require.

**Article 9.** The Commanche and Witchetaw nations and their associated bands or tribes, of Indians, agree, that their entering into this treaty shall in no respect interrupt their friendly relations with the Republic of Mexico, where they all frequently hunt and the Comanche nation principally inhabit; and it is distinctly understood that the Government of the United States desire that perfect peace shall exist between the nations or tribes named in this article and the said republic.

**Article** **10.**
This treaty shall be obligatory on the nations or tribes parties hereto from and after the date hereof, and on the United States from and after its ratification by the Government thereof.

Done, and signed, and sealed at Camp Holmes, on the eastern border of the Grand Prairie, near the Canadian river, in the Muscogee nation, this twenty-fourth day of August, one thousand eight hundred and thirty-five, and of the independence of the United States the sixtieth.


Montfort **Stokes**
M. **Arbuckle,** Brigadier-General U. S. Army
**Comanches:**
Ishacoly, or the wolf, his x mark
Queenashano, or the war eagle, his x mark
Tabaqueena, or the big eagle, his x mark
Pohowetowshah, or the brass man, his x mark
Shabbakasha, or the roving wolf, his x mark
Neraquassi, or the yellow horse, his x mark
Toshapappy, or the white hare, his x mark
Pahohsareya, or the broken arm, his x mark

Pahkah, or the man who draws the bow, his x mark
Witsitony, or he who sucks quick, his x mark
Leahwiddikah, or one who stirs up water, his x mark
Esharsotsiki, or the sleeping wolf, his x mark
Pahtrisula, or the dog, his x mark
Ettah, or the gun, his x mark
Tennowikah, or the boy who was soon a man, his x mark
Kumaquoi, or the woman who cuts buffalo meat, his x mark
Taqquanno, or the amorous man, his x mark
Kowa, or the stinking tobacco box, his x mark
Soko, or the old man, his x mark

**Witchetaws:**
Kanostowah, or the man who don't speak, his x mark
Kosharokah, or the man who marries his wife twice, his x mark
Terrykatowatix, the riding chief, his x mark
Tahdaydy, or the traveller, his x mark
Hahkahpillush, or the drummer, his x mark
Lachkah, or the first man in four battles, his x mark
Learhehash, or the man who weans children too soon, his x mark
Lachhardich, or the man who sees things done in the wrong way, his x mark
Noccuttardaditch, or the man who tries to excel the head chief, his x mark
Katarded wadick, or the man who killed an enemy in the water, his x mark
Losshah, or the twin, his x mark
Taytsaaytah, or the ambitious adulterer, his x mark
Tokaytah, or the summer, his x mark
Musshakratsatady, or the man with the dog skin cap, his x mark
Kipsh, or the man with one side of his head shaved, his x mark

**Cherokees:**
Dutch, his x mark
David **Melton,** his x mark

**Muscogees:**
Roley **McIntosh,** his x mark
Chilly **McIntosh**
Cho-co-te-tuston-nogu, or marshal of the Cho-co-te-clan, his x mark
Tus-ca-ne-ha, or the marshal, his x mark
Tusly **Harjoe,** or crazy town, his x mark
Alexander **Lasley,** his x mark
Neha **Harjoe,** or crazy marshal, his x mark
Tustunucke **Harjoe,** or crazy warrior, his x mark
Powes **Emarlo,** or marshal of Powes clan, his x mark
Cosa **Yehola,** or marshal of Cosa clan, his x mark
Powes **Yehola,** or marshal of Powes clan, his x mark
Toma **Yehola,** or marshal of Toma clan, his x mark

Cosado **Harjoe,** or crazy Cosada, his x mark
Neha **Harjoe,** or crazy marshal, his x mark
Cosada **Tustonnogee,** or the Cosada warrior, his x mark
Octiyachee **Yehola,** or marshal of Octiyachee clan, his x mark
Nulthcup **Tustonnogee,** or the middle warrior, his x mark
Ufala **Harjoe,** or crazy Ufala, his x mark
Cholafixico, or a fox without a heart, his x mark
Joseph **Miller,** his x mark
Samuel **Brown,** his x mark
Archi **Kennard,** his x mark
Towannay, or the slender man, his x mark
Saccasumky, or to be praised, his x mark
Siah **Hardridge,** his x mark
Warrior **Hardridge,** his x mark
George **Stedham,** his x mark
Itchhas **Harjoe,** or crazy beaver, his x mark
Itchofake **Harjoe,** or crazy deer?s heart, his x mark
Satockhaky, or the broad side, his x mark
Semehechee, or hide it away, his x mark
Hoyane, or passed by, his x mark
Melola, or waving, his x mark
Mateter, or the man who missed it, his x mark
Billy, his x mark
Tuskia **Harjoe,** or crazy brave, his x mark
Aussy, or the pursuer, his x mark
Tohoithla, or standing upon, his x mark
John **Hambly**
K. **Lewis**
John **Wynn**
David **McKillap**

**Choctaws:**
Musha-la-tubbee, or the man killer, his x mark
Na-tuck-a-chee, or fair day, his x mark
Par-chee-ste-cubbee, or the scalpholder, his x mark
To-pi-a-chee-hubbee, or the painted face, his x mark
Ya-cha-a-o-pay, or the leader of the warriors, his x mark
Tus-qui-hola-tah, or the travelling warrior, his x mark
Tic-eban-jo-hubbee, or the first for war, his x mark
Nucke **Stubbee,** or the bullet that has killed, his x mark
Toqua, or what you say, his x mark
Po-sha-ma-stubbee, or the killer, his x mark
Nuck-ho-ma-harjoe, or the bloody bullet, his x mark
Thomas **Mickie,** his x mark
Halam-be-sha, or the bat, his x mark
Ok-chia, or life, his x mark

Tus-ca-homa-madia, or the red warrior, his x mark
Tun-up-me-a-moma, or the red man who has gone to war, his x mark
Par-homa, or the red hoop, his x mark
No-wah-ba, the man who kills the enemy when he meets him, his x mark
Hisho-he-meta, or a young waiter, his x mark
Cho-ma-la-tubbee, or the man who is sure his enemy is dead, his x mark
Hokla-no-ma, the traveller in the town, his x mark
William, his x mark
Neasho **Nubbee**, he who knows where the enemy is killed, his x mark
Jim, his x mark
Eu-eck **Harma**, or the man who is never tired, his x mark
Nat-la **Homa**, or the bloody man, his x mark
Pia-o-sta, or to whoop four times, his x mark
Pa-sha-oa-cubbee, or the man who puts his foot on the scalp, his x mark
La-po-na, or the man who killed the enemy, his x mark
A-mo-na-tubbee, or lying in wait to kill, his x mark
A-fa-ma-tubbee, or the man who kills every thing he meets, his x mark

**Osages:**
Fah-ha-la, or the leaping deer, his x mark
Shone-ta-sah-ba, or the black dog, his x mark
Wah-shin-pee-sha, or the wicked man, his x mark
Tun-wan-le-he, or the town mover, his x mark
Whoa-har-tee, or the war eagle, his x mark
Me-tah-ne-gah, or the crazy robe, his x mark
Wah-she-sho-hee, or the smart spirit, his x mark
Ah-ke-tah, or the soldier, his x mark
Weir-sah-bah-sha, or the hidden black, his x mark
Ne-ko-jah, or the man hunter, his x mark
Hor-tea-go, or like night, his x mark
Wah-hah-tah-nee, or the fast runner, his x mark
Wah-nah-shee, or the taker away, his x mark
Ces-sah-ba, or the man in black, his x mark
Es-kah-mar-ne, or the white horn, his x mark
Kou-sah-she-la, or walking together, his x mark
Tcha-to-kah, or the buffalo, his x mark
O-ke-sah, or the man aside, his x mark
Wah-she-wah-ra, or the stopper, his x mark
Wah-ho-ba-shungee, ortheidolater, his x mark
Tone-ba-wah-tcha-la, or hard to look at the sun rising, his x mark
Shoe-chem-mo-nee, or the elk whistler, his x mark
Wash-kah-cha, or the tumbler, his x mark
Wah-ha, or the Pawnee chief's namesake, his x mark
Wah-kee-bah-nah, or the hard runner, his x mark
War-tcha-sheen-gah, or the scalp-carrier, his x mark
O-shaun-ga-tun-ga, or the big path, his x mark

Wah-hee-no-pee, or the bone necklace, his x mark
Lee-sap-kah-pee, or the man who missed his enemy, his x mark
Wah-to-ke-hak, or raw meat, his x mark
Wah-wah-shee, or quick runner, his x mark
Kah-he-ka-saree, or chief killer, his x mark
O-lash-tah-ba, or plate-licker, his x mark
Ma-ne-nah-shee, or the walker, his x mark
Shaun-ga-mo-nee, or the fall chief, his x mark
Tee-sha-wah-ra, or dry grass, his x mark
Ne-kah-wah-shee-tun-gah, or the brave spirit, his x mark

**Senecas:**
Thomas **Brant**, his x mark
Small Crout **Spicer**, his x mark
Isaac, his x mark
Mingo **Carpenter,** his x mark
John **Sky**, his x mark
Henry **Smith,** his x mark
Little Town **Spicer,** his x mark
Young **Henry,** his x mark
Peter **Pork,** his x mark
William **Johnston,** his x mark
Big **Bone,** his x mark
Big **Isaac,** his x mark
Civil **Jack,** his x mark
Ya-ga-ha, or the water in the apple, his x mark
Cau-ya-que-neh, or the snow drift, his x mark
Ya-ta-ato, or the little lake, his x mark
Douglass, his x mark
George **Herring**, his x mark

**Quapaws:**
Hi-ka-toa, or the dry man, his x mark
Wa-ga-de-tone, or the maggot, his x mark
Wa-to-va, or the spider, his x mark
Ca-ta-hah, or the tortoise, his x mark
Ma-towa-wah-cota, or the dug out, his x mark
Wa-go-dah-hou-kah, or the plume, his x mark
Ma-com-pa, or the doctor of the nose, his x mark
Cas-sa, or the black tortoise, his x mark
Haw-tez-chee-ka, or the little cedar, his x mark
Ma-so-goda-toah, or the hawk, his x mark
Wa-ka-toa-nosa, or the standing man, his x mark
Motosa, or the black bear, his x mark
Mor-bre-tone, or the little hawk, his x mark
Mar-to-ho-ga, or the white bear, his x mark

To-se-ca-da, or he who shows his track, his x mark
Tah-tah-ho-so, or the wind, his x mark
Hi-da-khe-da-sa, or the panther eagle, his x mark
O-tene-cah-chee-ka, or he who struck the enemy, his x mark
Me-ki-wah-kotah, or the star, his x mark
Ka-ti-mo-ne, or clear weather, his x mark
Vet-he-ka-ne, or thunder, his x mark
Ne-to-sa-mo-ne, or the black freshet, his x mark


**In presence of:**
R. B. **Mason,** major of dragoons,
G. **Birch,** major, U. S. Army,
Francis **Lee,** captain, Seventh Infantry,
Samuel G. I. **DeCamp,** surgeon,
W. **Seawell,** lieutenant and aid de camp; secretary to the commissioners,
Thomas B. **Ballard,**
Augustine A. **Chouteau,**
John **Hambly,** United States interpreter to the Creeks,
George **Herron,**
Leonard C. **McPhail,** assistant surgeon, U. S. Army,
Robert M. **French**