# ꓛ

# Supporting Documents

i.      Guale Yamassee Constitution

ii.     Chief Juris Consul Discovery Requests
        to Matrix Financial Services Corp.
        01.14.2019 (unanswered)

iii.    03.15.2019 Letter Rogatory

iv.     Special Letter Rogatory 7.18.2019

v.      Derivative Account w/07.09.2019
        Special Order Sua Sponte

vi.     Affidavit of Intent to File Derivative
        Action 12.20.2019

vii.    2003 5981 Callie Furnace Court-Note

viii.   2005 50 Lovell Road, Holden,
        Massachusetts 01520-Note

ix.     2005 50 Lovell Road, Holden,
        Massachusetts 01520-Mortgage

x.      2011 1361 S. 46th Street-Note

xi.     2011 1361 S. 46th Street Mortgage

xii.    2016 Deed Transfer to The Be Kind
        Trust (Charitable)

xiii.   Special Power of Attorney of Mund
        Bareefan Clan

xiv.    Mortgage Loan Fraud FinCen.gov; An
        Industry Assessment Based upon
        Suspicious Activity Report Analysis.
        11.2006

xv.     New York Times - Flawed Paperwork
        Aggravates a Foreclosure Crisis
        10.3.2010

xvi.    U.S. Attorneys Office sues Flagstar
        Bank for Fraudulent Mortgage Lending
        Practices And Settles For $132.8
        Million And Other Concessions
        2.24.2012

xvii.   Families of Philadelphia 2014

xviii.  Jury awards $5.4 million to couple after
        finding fraud in foreclosure case against

𝔚𝔢𝔩𝔩𝔰 𝔉𝔞𝔯𝔤𝔬 𝔞𝔫𝔡 𝔦𝔱𝔰 𝔪𝔬𝔯𝔱𝔤𝔞𝔤𝔢 𝔰𝔢𝔯𝔳𝔦𝔠𝔢𝔯. 12.10.2015

xix.    𝔐𝔦𝔞𝔪𝔦 𝔍𝔲𝔡𝔤𝔢 𝔱𝔥𝔯𝔢𝔞𝔱𝔢𝔫𝔰 𝔇𝔦𝔱𝔢𝔠𝔥 𝔏𝔞𝔴𝔶𝔢𝔯𝔰 𝔴𝔦𝔱𝔥 𝔠𝔯𝔦𝔪𝔦𝔫𝔞𝔩 𝔠𝔥𝔞𝔯𝔤𝔢𝔰 𝔣𝔬𝔯 𝔥𝔦𝔡𝔦𝔫𝔤 𝔡𝔬𝔠𝔲𝔪𝔢𝔫𝔱𝔰. 12.14.2017

ᐯᗯ  ᗱᗰ᙭ᐟᐟᐱᐱᐟ᙭  ᔑᗱᗯ

ᐅᐟᐟᚐᐟᗯᐟ᙭ᚓ  ᗯᐯᚐᑌᐅ—ᐟᐟ᙭— ᑌᐱ,

ᐅᑌᐱᏗ ᐱᐟᐟ�795Q—Equivalent. (signs)

**El Istabnaw Shik Mulalays Lehumaat-un
Mund Barechn Sanah Gabelu
Yamassee Mutmak Antiek-aat
Uwduju Istabnaw-un**

**The Constitution Of The Indigenous
Peoples,
MT.  A'rafat Embassy Clan
Yamassee Native Americans
An Organic Constitution**

1

ᓅ&ᒥᓀᒡ᙭ᒥᒥᑕ ᐟᒥᒪᐱᒪᐟ ᐁᒡ "ᒷᒥᐱᐁᐁᐁ᙭ᓄᐁ ᒣᐅᐁ᙭"

ᓅ&ᒥᓀᒡ᙭ᒥᒥᑕ ᐟᒥᒪᐱᒪᐟ ᐁᒡ "ᒷᒥᐱᐁᐁᐁ᙭ᓄᐁ ᒥᐧ ᐅᐁ᙭"

Recitation Life "The Sothern Cult"ure"

ᐁᐱᐁᐁ ᒥᐤᒥ ᙭ᒥᒡᐤᑱ ᐁᒥᑕᐱᐧ; ᙭ᒥᑐᐁᐧ ᐁᒥᑕᐁᐁ ᐟᒥᒥᐧᐅᒼ ᐧᒼᒺᐁ᙭ ᑐᒥᒼ ᒺᒼᐧᐅᒺᐧ
ᐟᒥᒼᐧᑐᒼᐱᐁᐁᐧᐁᐁ ᒥᓄ ᐁᒡ ᐁᐱᐁᒺᒼ.

We are pure energy; a single thought manifesting with a double movement in the cosmos.

ᐁᐱᐁᐁ ᒥᐤᒥ ᒥᑞᒼᒥᐁᒥᐁᓯ ᓅᒡᒥ ᐁᒡ ᒥᐤᓅᒼ, ᐁᒡ ᐁᒣᐧᒼ, ᐁᒡ ᐟᒥ᙭ᐅᐟ, ᓇᐱᐧᐟᒼ, ᐁᒡ ᙭ᐧᐟᒥ, ᙭ᒥ
ᐁᒡ ᒥᒼᐧᐅ.

We are kin to the ethers, the fire, the air, wind, the water, and the earth.

ᐁᐱᐁᐁ ᑐᒥᐁᒥᐁᒥ ᙭ᐅᒣᐧᐧᐁ ᑐᒥᒼᐧᓄᒼ ᐁᒡ ᐧᒥ᙭ᐅᒼᒼ ᒺᒺᒣ ᙭ᒥᒺᒼ᙭ ᓄᒥᓄ ᐁᒡ ᙭ᒥᒷᒪᓅᒼ᙭ᑐ ᒣᐱ.

We are conceived within the cycles of time within the Galatic Universe.

ᑐᒥᒼᐧᓄᒼ ᐁᒡ ᐧᒥ᙭ᐅᒼᒼ ᒺᒺᒣ ᙭ᒥᒺᒼ᙭ ᐁᐱᐁᐁ ᙭ᐅᒣᐧᐧᐁ, ᒷᒥᒥᐁᒥᐁᒼ ᒣᓅᒣᒥᒪᒥ᙭᙭ᒼ ᑐᒥᒼ ᐁᒡ ᙭᙭ᒥᒣ
ᒺᒺᒣ, ᙭ᒥ ᒣᒼ ᐟᒥᒺ᙭ ᑐᒡ᙭ᑐᒡᒥᒼ.

With the turn of time we manifest, brought through by the nature of, and for this planet.

᙭ᒥᑐᐁᐟ-ᐁᒥᒥ ᒺᒼᐧᐅᒼᒼ᙭ ᙭᙭ᐁ ᙭ᐅᐟᒼᒼ ᙭ᒥ ᐁᒡ ᒥᒼᐧᐅ᙭ ᒺᒺᒣ "ᒼ᙭᙭᙭ᒼ᙭ᐅ᙭᙭" ᑐ᙭᙭ᒼ᙭᙭ᑐ᙭᙭-ᐁᒥᒼ

Our essence has grown from the water and soil of    "Ammatum" our Mother.

᙭ᒥᑐᐁᐟ-ᐁᒥᒼ ᑐᒥᒣᐁᐁ ᒺᒼᐧᐅᒺ ᙭ᐅᒺᒼᐟ ᑐᒥᒼᐧᐅᒼᒼ ᒺᒺᒣ ᐁᒡ ᒺᒣᐅᒼᒥᒼ᙭ ᒺᒺᒣ ᑐᒼᐁᐅᒼᒼ ᒺᒥᒷᐁᒼᐧᐁᐁ
ᐧᐅ᙭ ᑐᒥᒣᐁᐁ ᐟᒥᒼᒺᐅᒼᒼ ᐧᒼᒺᐁ᙭ ᙭᙭ᐁ ᐟᒥᒺᒼ ᒥᒼᐧᐅ.

Our essence is shared among many, stemming from the branches of a great tree that sprang forth from this land.

ᒺᐁᐧᐅᒼᒼᒥᒼᒼ-ᐁᒥᒼ ᙭ᒥᒺᐅᒼᐅ ᙭ᒥ ᒼ᙭ᐧᐅ᙭-ᐁᒥᒼ ᐟᒥᒺᒥᐁᐁ ᒣᓅᐟᐟᒼ ᐁᒥᒺᒣ ᐁᒥ᙭᙭ᒺ ᙭ᒥᒺᐅᒼᒡ ᒺᒥᒼᐧᐅᒺ-ᐅᐁᐁ
ᒥᒡᒼ ᐟᒥᒺᒺ ᒥᒼᐧᐟᒼᒼᒪᒪᒣ ᐁᒥᒺᐅᐟᒼ ᒼ᙭ᓄᐧᑐ᙭.

Our branches extend, and our foliage continues to spread like a canopy across this Land now called America.

ᐁᐱᐁᐁ ᒥᐤᒥ ᐁᒼᐧᐅᐟ "ᐁᒡ ᒷᒥᐱᐁᐁᐁ᙭ᓄᐁ ᒣᐅᐁ᙭" ᐁᐱᐁᐁ ᒥᐤᒥ ᙭ᒥᐟᒥᒼᐁᒼ᙭᙭ᒣ.

We are called "The Southern "Cult"(ure).   We are "Indigenous"…

ᐧᒼ᙭ᒥᒼ

RaMus

ᒣᒷᐧᐁ᙭ ᒼᑐᒥᒷᐧᐧ ᙭ᒥᑐᒪ   ᒼᒼ᙭᙭ᐅᐁ ᒼᒼᒼᐁᐧ ᒼᒼᒼᑐᐧᐅᐧ

**Published by RaMus publications Copyright © 2003**
by INARS amended 9-11-08-2008 All rights reserved
under International and Indigenous Laws and
Conventions.  Published in the Jurisdiction of,
M'AECYNA INARS catalog number: 001-00100101
The First and most important to all members of the of Mund Bareefan Embassy Clan, is loyalty to all Yamassee
Native Americans, Original Cherokee, Seminole, Creek, Shushuni, Washitaw,  and all "Mound Builders".

TO THE HONOR OF THE ANCIENT HEAVENLY ONES, TO THE GLORY OF THE MUND BAREEFAN EMBASSY CLAN, YAMASSEE NATIVE AMERICIANS AND WITH GRATITUDE TO SUPREME GRAND CHIEF EMERITUS, SUPREME GRAND CHIEF BLACK THUNDERBIRD EAGLE; WE THE PEOPLE AND I SUPREME GRAND CHIEF BLACK-HAWK THUNDERBIRD, SUPREME GRAND CHIEF OF MUND BAREEFAN EMBASSY CLAN YAMASSEE NATIVE AMERICANS-NATIVE AMERICAN ASSOCIATIOON OF NATIONS, DID ON THIS DAY MARCH 13TH 2003, RE-ESTABLISHED THIS ORGANIC CONSTITUTION FOR ALL YAMASSEE NATIVE AMERICANS;

#### el baadur
Fi hagug, a'dulduk, hotep, fadumdum, a'shug, mafur; yakhudy, najuh wa ganun, enen, el lehumaat shil Mund Bareefan shagruth gabelu yamassee asaluy amrek-aát, mur-rasukh haza uwduyik istabnaw.

### The Beginning
### Principles of Oneness
IN TRUTH, JUSTICE, PEACE, FREEDOM, LOVE, JOY, UNITY, SUCCESS AND LAW, We The People Of Mund Bareefan Embassy Clan Yamassee Native Americans-Native American Associatioon of Nations, Re-establish This organic Constitution.

4

## Makul   1: hagug

1.  enen lazum baruf el hagug  shil nasuf-na, laghut-na, thaguf-na, wa   istasraad-na ila el gadum
wahed-aat. enen lazum  begu hagugmul lama waazuz kar ahud ukhray wa lazum  hayuh bi wa
bagum li el hagug wa nut-shaayu  lakun el hagug.  fa kalun zi.

1.1  bi laghut, enen ma'nu yamassic el gadum laghut shil haruy-aat-na, wa el  laghut shil kuwar-na.
yamassee atha bi tri-laghutal, daabur yamassic, esbane wa engleze.

1.2  Bi hekay-na,  enen ma'nu el hekay shil el nuwbun shil  amrek, ham alazi kalana imsift hen,
ham alazi begu el yamassee asaluy-aat shil haza jed ard hassa' kaalun naduy amrek, kalu
shamul wa janub amreke, amma kathalek amma el ard shil she kalun kaalun naduy canada.

1.3   enen karut thagufal zahuth-na wa gasud ila nasuf-na  amma yamassee fi thaguf-na, wa fi
laghut-na, yamassic.

1.4   khala Zi kalun baruf bi kull, haza kalun she enen  kalana, atha wa  sofa kalun gasud  ila amma,
hen-dashuw.

5

2.3  enen karut liyya lamud aru-aat-na liyya wazuz bi-a'dul fi kull fau'l-aat shil hayuh-hum, lama waazuz kar ham shil am-na, gabelu-na, wa hau-na, ja dar wa a'bru'.

## Statute 2:  JUSTICE

2.1  We The People Mund Bareefan Clan Yamassee Native Americans (hereinafter MA'ECYNA) Must Learn To Pass Judgment Justly And Without Prejudice.

2.2  We The People MAECYNA Hereby Declare Our Right To Self-Determination The Right To Autonomy Or Self-Government In Matters Relating To Our Internal And Local Affairs Including Culture, Religion, Information, Education, Media, Health, Housing, Employment, Social Welfare, Economic Activity, Land And Resource  Management, Environment, Financial Security, And Welfare.

2.3  We Have To Teach Our Children To Deal Justly In All Acts Of Their Lives, When Dealing With Those Of Our Nation, Our Clan, And Our Family, At Home And Abroad.

## ꝏ⁄ꞇ ꓤꞀꞇ ꔓꓽ  ꞇ�719ꙁ⼂

3.  ꙅᐱꙅᐱ ᐁꞇ ᐁꙅꞇꓴ꒿⁄⼂ꓥ ꝏ⁄ꞇꙁꞁᐱ⁄ ꓪ⁄ꓴ⼂꒒ꝏ ꓷ⁄ꞇꞁ9 ᐁꞇ ꙅ⁄ꞇꝎꞇ ꞃꙷꞆ ꓪ⁄ᐱ⁄ ꙷꙅꙅꓴꞇ ꞃꙷꞆ ꓭꓷꓴꞆ-ᐱ⁄ ᐁꙷ ꙷꞁꝎꓴ ꓝꙷꞇꞇ⁄ ꞇ⁄ꞇꓴꞇ ᐁꙷ ꞇ⼂ꓳꓴ⼂ꞁ⁄Ꝏꙍ, ꓭ⁄ꓳ⁄ᐁꙅ⼂ꓶ-ꝏ⁄꒒ꓴꝏ, ꙶ⁄ꞇꙐꓴ9, ꞇꞂꙅꙁꙶꓴᐁꞇ ꞇ⁄Ꝏꙍꞇ-⁄⼂ꙅ, ꙅᐱꙅᐱ ꓶ⁄ꞇꙐ꒒ ꒐ꙷꞇꞇ⁄ ꓷ⁄ꞇꞁ9 ᐁꞇ ꛃ⁄ꞁꓴꞆ ꞃꙷꞆ ꞇ⁄ꞇꓴꞇ-ᐱ⁄ ꒐ꙷ ᐁꞇ ꞇ⁄꒒Ꙓ⼂꒐⼂ꓽꞇ ꞁꝎ ꙛꙒꙁ⁄ ꓷ⁄ꞇꞁ9 ᐁꞇ ꙷꞇꙒ9ꓺ ⼂9ꓴ-⼂⼂ꙅ-ᐱ⁄ ꓶꙅ⁄ꞁ⼂ꙅ ꙶ⁄ ꞁꙒ⼂ ꓶ⁄ꞁ⼂ꓴꙅꙅ ꙅⲥꙷꝎꙍꓽ ꙅᐱꙅᐱ ꞁꓴꝎꙍ ꙶꞁ⼂ꓴꞆ ꙺꓴꙷꓴ꞉⼂ꙅ꞉ ꙁꓴꝎꙁ⁄ꙁꙅ꞉ ꙶ⁄ꞇ ꞇⲥꙷꓴꙅꙅ꞉꞊

## Makul  3: hotep

3  enen el lehum-aat MAECYNA lazum gayur el tahul shil lana weluy shil a'gul-na fi talu liyya hayuh fi hathumaws, kathalek-mazum, ]awur, hotepmul hawul-aat.  enen karut liyya gayur el sabul shil  hayuh-na Li  el hasun, ash sofa gayur el tarug aru-aat-na kalana wa atha kaalun barum.  enen lazum khalug thaguf-aat budlabut  wa hadunif.

## Statute 3: PECAE

3.  We The People MAECYNA Must Change The Condition Of Our State Of Mind, In Order To Live In Harmonious, Well-Balanced, Stable, Peaceful Environments.  We Have To Change The Course Of Our Lives For The Better, Which Will Change The Way Our Children Were And Are Being Programmed.  We Must Create Environments Suitable And Protective.

## ꝏ⁄ꞇ ꓤꞀꞇ  4꞉  ꞁ⁄ꞇꙇꓴꝏꙇꓴꝏ

4.  ꙅᐱꙅᐱ ᐁꞇ ᐁꙅꞇꓴ꒿⁄⼂ꓥ ꝏ⁄ꞇꙁꞁᐱ⁄, ꞁꓴꝎꙍꞀ ꞁ⁄ꙷꙌꞀ ꙇꓴꓺ ꞁꙷ ꙷⲥꞀꙍ  ꙅᐱꙅᐱ ꞁꓳ⁄ ꞁ⁄ꙇꓴꙅ ᐁꙅꞇꓴꝏ⁄⁄⼂ꙅ-ꓴꙅ ꙶ⁄ ꞁꓳ⁄-ꙅꙅ꙽ꝏ ꞁ⁄9ꓴꙅ⁄⁄⼂ꙅ, ꙶ⁄ꝏ ꙅ⁄-Ꙁꓴꙅꙷꙷꞇ-⁄⁄⼂ꙅ- ⁄ꞇ ꝏꙅꛃꙅ⁄꒿⁄ꙁꙅꙅꙅ-⁄⁄⼂ꓥ ꙷⲥ⁄ ⁄ꙷꙷ꞉⼂ C⁄ⲥꙅꙁ ⁄ꞁꙒꙅ-ᐱ⁄ ꙶ⁄ ꙅꞁ⁄ꓤꙅ ꞁⲥ⁄ ᐁꞇ ꞇ⁄ⲥꙅꙅ ꞃꙷꞆ ꙺꙶꞀꙅꙒꙅꙀꙅꙅ ꞃꙷꞆ ꞁ⁄ꙷꓴꝏ-ꙅꙅ ꙷꙅꙅ-ꞃꙷꞆ ᐁꞇ ꙺⲥꓺꙅꙅꙍ ꙅꙌꙅ⁄⁄ ꓶ⁄ⲥꙅꙅ ꙅꞁꙀ⁄ꙅ ꙅꙷ ꝏ⁄ꞇ-ꓤꙅ꒿⁄-ꙅꙅ  ⁄ꙶꙶ ꝏ⁄ꞇꞇꙅꞁꞁ-ꙅꙅ ꞃꙷꞆ ꓷ⁄꒐⼂ꙅꙅꞇ-ꞇꓴ ⁄ꙶꙶ ꞇ⁄, Ꙁꙅꓺ ꓶ⁄ⲥꙅꙅꙅ,

## Makul  4: fadumdum

4. enen el lehumaat MAECYNA lazum baruf dek bi tabu' enen atha faduy lehumaat-un wa atha-tem jarut-aat, wam un-istany-aat-al mustakhadeem-aat ila  ayi,  lalul nasuf-na wa fakut ala el  halut shil  thabugment shil jarum-un wen-shil el shakhus sofa kalun badan bi mah-kum-un wa mahluf-un shil gabelu-hu aw ha, dek kaalun, uduw-aat shil el mund Bareefan gabelu yamassee asaluy amrek-aat, kull shil ash atha, lehumaat-hum kaalun shil el bizatu naslu tarukh-ikal wa mahalaws baadur-aat.

## Article 4: FREEDOM

4. We The People Mund Bareefan Clan Yamassee Native Americans Must Know That By Nature We Are A Free People And Are Neither Slaves, Nor Unintentional Servants To Any, Save Ourselves And Only In The Case Of A Punishment Of A Crime Whereof The Party Shall Have Been Duly Convicted By A Court And A Jury of His Or Her Peers, That Being, Members Of The Mund Bareefan Clan Yamassee Native Americans, All Of Which Are, Their Only Peers Being Of The Same Genetic Historical And Indigenous Origin.

5

ᔑ᙮ᒲ᙮ᔑᔑᔑ ᒉᖇ ᕆᔑᔑᔑ ᒍᔑ᙮ ᔑᔑᔑ ᔑᔑᔑ ᔑᔑᔑᔑ ᔑᔑᔑ ᔑᔑᔑᔑ ᔑᔑ ᒥᔑᔑᕆ
ᕆᔑᔑᕆ, ᔑᔑᔑ ᔑᔑᔑᕆᔑᔑ ᔑᔑᔑᔑᔑᔑ᙮

## Makul  5: a'shug

5. 1   enen el lehum-aat  MAECYNA lazum mur-a'lum liyya  a'shug nasuf-na .  enen lazum kharud.  enen lazum a'shug fahsul-aat-na, thaguf-aat-na, mod istathraam-na ila dunya hasunat-ment wa najuzment-aat.  haza sofa nasul el a'shug shil  ukhary-aat amma enen a'lum liyya a'shug yamassee nasuf-na. dek kalaun  kalu taduhfin-na,  amma kathalek amma  thahunfin-na.  enen lazum mur- a'lum liyya gabul  kull yamassee amma hau. kull shil  enen atha lehumaat kar el bizatu baadur.  enen lazum  taruh kull nakur nafun lagub-aat dek enen  bu tem najub liyya kalun naduy aw baruf bi.  enen lazum taruh kull amun-aat wa  thaguf-aat dek hala/tem a'la-nawur hudurw-aat-na  wa thaguf-aat-na.  enen lazum adub ahud wa jull nakur  amur-aat, thaguf-aat, lehum-aat, fi el weluy-aat  fi ash antu hayuh. el fadumdum  shil bakhura wa  nasuf- istaflaal fi el  weluy-aat  fi ash antu hajuj.  enen lazum kalun  zayud hasud kar el sahut,  tawfug, shatug, wafurik, a'glu,  wa  maduy kathalek-kaalun shil ahud ukhray.

5.2   enen lazum bamul kull fi gadur-na liyya manun lehumaat-na min aglu istadghaat maduy ista-athaal,  wa nasuf - istakhraab bi el  samus shil ayi  wa kull shaayu-aat shil tasuf.  li gabla enen hadar-na fi damus kar ham  menu khafuz enen maduy  wa a'glu  darur, enen tamrun-na bi-sahut-haayuh bi-tabu'.

## Article . 5: LOVE

5.1     We The People Mund Bareefan Clan   Yamassee Native Americans Must Re-Learn To Love Ourselves.  We Must Care. We Must Love Our. Images, Our Cultures, Our Pass Contributions To World Improvement And Accomplishments.  This Will Breed The Love Of Others As We Learn To Love Our Yamassee Selves.  That Is Both Our Appearance, As Well As Our Intelligence.  We Must Re-Learn To Accept All Yamassee As Family.  We Are One Community Or People With The Same Origin.  We Must Reject All Foreign Given Titles That We Do Not Choose To Be Called Or Identified By.  We Must Reject All Religions And Cultures That Do Not Highlight Our Presence And Cultures.  We Must Respect Each And Every Foreign Religion, Culture, People, In The Environments In Which They Belong.  The Freedoms Of Choice And Self-Determination In The Environments In Which They Belong.  We Must Be Concerned With The Health, Welfare, Environment, Economic, Mental, And Physical Stability Of Each Other.

5.2     We Must Do All In Our Power To Prevent Our People From Mental Depression And Physical Degradation, Self-Destruction By The Use Of Any And All Substances Of Abuse.  For Before We Came In Contact With Those Who Wished Us Physical And Mental Harm We Practiced Healthy Living.

## ᔑᔑᒍᕆᔑ 5: ᔑᔑᔑᔑ

5.   ᔑᔑᔑ ᔑᔑ ᔑᔑᔑᔑᔑᔑ ᔑᔑᔑᕆ ᔑᔑᕆᔑᔑᔑ ᔑᔑᕆᕆᕆ ᔑᔑᔑᔑᔑ ᔑᔑᔑ ᔑᔑᔑᔑᔑᔑ
ᔑᔑᔑᕆ ᔑᔑᔑᔑᔑ ᔑᔑᔑᔑ ᔑᔑᕆ ᔑᔑᕆ ᔑᕆᕆᔑᔑᔑᔑᔑ, ᔑᔑᔑᔑᔑᔑ, ᕆᔑᔑᔑᔑᕆᕆ,
ᔑᔑ ᔑᔑᔑᔑᔑᔑ ᔑᕆ ᔑᔑᔑᔑᕆ ᕆᕆᔑᔑᔑᔑ, ᔑᔑᔑᔑᔑᔑᔑ, ᔑᔑ ᔑᔑᔑᔑᔑᔑ
ᔑᔑ, ᔑᔑᔑᔑᕆ ᔑᔑᕆᔑ, ᔑᔑᔑᕆ ᔑᔑ ᔑᔑᕆᔑ ᔑᔑᔑᕆᕆᔑᔑ, ᔑᔑᔑ ᔑᔑᔑᔑ
ᔑᔑ ᔑᔑᕆᕆᔑᔑ ᕆᕆ ᔑᔑᕆᔑᔑᔑᔑᔑ ᒍᔑᕆ ᔑᕆᔑᔑᔑᔑᔑ ᔑᔑ ᔑᕆᔑᔑᕆᕆᕆ, ᕆᕆ

ᏐᎪᏌᎠ ᏁᏅᎵᎡᏍᏎᏈ ᏆᏁᏠᏋᏟ ᏓᏁᎤ  ᏓᏁᎤᎵᏁᏟᏟᎡᏟᎡᏑᎵᏁᎵ,  ᏆᎵ  ᏆᏁᎤᏆᎵ ᏆᏐᎪᏌ  ᏐᎪᏌᎠ
ᏓᏁᏤᏌᏤ.

## Makul  6: mafur

6.     enen el lehumaat mund Bareefan shagruth gabelu  yamassee asaluy amrek-aat lazum khalug
       s'audynuss, istajmaam, dahukment, wa sarurment bi saamus mod-thaguf-na, masur-aat-na, ragus-aat-
       na, saamus gadum, zagun wa jadud mafrud-aat. enen lazum akhuz el masu'leya li sau'dynuss-na kalu
       bi-nafusal  wa bi-maduy, li enen atha-tem mathul ham  hawaali-na,  wa  wasta menu  enen hayuh.

## Article 6: JOY

6.     We The People Mund Bareefan Clan Yamassee Native Americans Must Create  Happiness, Recreation,
       Entertainment, And Enjoyment By Utilizing Our Culture, Our Past Customs, Traditions, Dances, using
       Ancient, Old And New Methods.  We Must Take The Responsibility For Our Own Happiness Both
       Spiritually And Physically, For We Are Unlike Those Around Us, And Amongst Whom We Presently Live.

ᏆᏁᏠᏌᏟ      7: ᏓᏁᏆᎤᎠᏓ

7.     ᏐᎪᏌᎠ ᏌᏟ ᏟᏐᏓᎤᏆᏲᎾᏁᏁᏈ ᏆᏌᎠᎦ ᎵᎾᎠᏐᏐᎾᏐᏁᎯ ᏓᏁᏥᏌᏇ   ᏉᎾᎵᏌᏟᎤ     ᏓᏁᏠᎾᏪᏤᏐᏐ
       ᏁᎤᎾᏟᏌᏓ ᏁᏩᏊᏐᏤ-ᎲᏁᏈ ᏟᏁᎦᏌᏞ ᎵᏐᏌᎤ ᏆᏁᏓᏐᎦ ᏟᏈ: ᏴᏝᏌᏟ, ᏝᏁᏩᏌᏆ, ᏎᏁᏆᏌᏓ,
       ᏴᏆᏌᏝᏐᏁᏈ, ᏐᏁᏪᏴᏐᏁᏈ ᏆᎵ ᏴᏟᏌᏈ ᏟᏍᏓᏓᏐ ᏓᏁᏤᏌᏓ ᏝᏐᏵᏴ ᏁᎾᏐᎵ ᏓᏁᏌᏑᎾ, ᏐᏁᏴ ᎠᏌ,
       ᏐᎪᏌᎠ ᎫᏁᏊᏌᏈ ᏟᏍᏓᏓᏐ ᏆᏁᏞᏴ ᎵᏁᏌᏊᏐᏐᏟ ᎵᏍᎡᏴᏌᏘᏌ ᏐᏁᏩᏴᎾᏁᏈᎵᎵ ᏆᎵ ᏴᏟᏌᏐ
       ᏟᏍᏓᏓᏐ ᏓᏁᏤᏌᏈ ᏟᏈ, ᏓᏍᏌ, ᏆᎵ ᎵᏈ ᏁᏆᏴᎦ ᏌᏇᎾᏁᏈ. ᏟᏈ ᏐᏴᎦᏁᏆᏐᏐ ᏆᏴᏴᎦᏁᎵ,
       ᏐᎪᏌᎠ ᏟᏁᎤᏊᏐ ᏉᏁᎤᏌᏟ ᏝᏐᏪᏴ, ᏴᏆᎤᎵ ᏆᎵ ᎵᎾᏩᎤᏊ ᏌᏟ ᎾᏐᏐᏐᏐᏆᏪᎵ,
       ᏘᏪᏆᎾᏆᏟᏟᏓᏐᏐᏁᏓᏐᏐᏆ, ᏐᎾᏤᏌᏊᎾᏐᏁᏈ  ᏆᎵ ᏓᏁᏆᏌᏟᏈᎡ ᏐᎾᏞᏌᏴ ᏉᏈᏟ ᏓᏁᎾ ᎵᏈ ᎾᎾᎵᎡᏈ
       ᏟᏍᏓᏓᏐ ᏎᎾᏟᏌᏮ ᏎᎾᏴᏑᎦ, ᏌᎾᏆᏲ ᎵᎾᎤᎵᏘᏐ, ᏆᎵ ᏆᏐᏊᎡᏮᏐ ᎵᏁᏪᏴᏴᎡᏐᏐᏟ ᏁᏆ
       ᏓᏁᎤᏌᎦᏈ.

## Makul  7: yakhudy

7.     enen el lehum-aat mund Bareefan shagruth  gabelu yamassee asaluy amrek-aat lazum begu wahed fi:
       a'gul, gasum, rawuh, a'wuzaat, masu'aat wa a'lum ila hayuh gemu'  amma hau-un,  ma'anu, enen
       karut liyya wagu' nasufal bi-duhya masu'-aat-na  wa  a'lum liyya hayuh li, shil, wa  bi ahud ukhray. li
       mudaree  wau'd-na, enen lazum  shagul gemu', a'wun  wa  nasur  el assest, istaslaheeya, mahuraat wa
       hayulic makhuth shil  ham  fi am-na liyya   khalug  khathur, Sawut,  natujif , wa tarufif Gemu'aat aw
       yakhudy

## Article  7: UNITY

7.     We The People Mund Bareefan Shagruth Gabelu Yamassee Native Americans Must Become One In:
       Mind, Body, Soul, Wants, Pursuits, And Learn To Live Together As A Family, Meaning We Have To Drop
       Our Personal Worldy Pursuits And Learn To Live For, Of, And By Each Other.  For Our Future
       Assurance, We Must Work Together, Cooperate And Facilitate The Qualifications, Skills and Artistic
       Abilities Of Those In Our Own Nation, To Create Stable, Sound, Productive, And Progressive
       Communities Or Unity.

## Makul 8: NAJUH

8.  enen el lehumaat mund Bareefan shagruth  gabelu  yamassee asaluy  amrek-aat lazum mur-rakhut fi
    lehumaat-naa el haguget-aat dek najuh  wa istanjaah hadur min  ista-a'waan  wa istash-haam.

8.1  enen lazum  shagul gemu' liyya najuz  haduf-aat dek  sofu  natuj fi  najuh-na amma lehumaat-un.  enen
    lazum nasur ahud ukhray fi kull tarugaat shil   hayuh

8.2  enen lazum a'lum liyya  tamud  ala  thagut, adub  wa  nasur wahed ukhray, liyya  najuh fi ayi  wa  kull shil
    shagulaat-na.

8.3  enen lazum  samus el a'liet kamunlal. enen  lazum  a'lum liyya   sabug  biwasati getaat,  ala washu'-aat,  wa biwasati matub-sagut-aat dek atha yanukh  fug liyya  masuk wara-a taruf-na, gadulth,  wa  najuh bi  ham menu  khawuf   yakulet-na shil   nasuf  maluk, nawusment, Istaflaal ,  wa natuj  amma lehumaat-un.

8.4  el kow-tafugbut dashur,  kalun ham shaduy  aw humim, yabus katur  wagut  faahus liyya   dagul enen  dakhul  kaalun ukhray nim nasuf-na wa  nu'ana.

8.5  enen lazum  yanukh wasuf, tem un-wasfu  haduf-aat li nasuf-na amma a'hul-aat  wa rakhut mala-a  shaduw  fi saanub  el hasun shil  wagut-na wa   malmus-na, Mahuraat, yakulet  wa  Istarbaay  liyya  kalun najuhmul gabelu-un.

## Article 8: SUCCESS

8.  We The People Mund Bareefan Embassy Clan   Yamassee Native Americans Must Re-instill In Our People The Realities That Success And Succession Comes From Cooperation And Participation.

8.1  We Must Work Together To Accomplish Goals That Would Result In Our Success As A People.

We Must Support Each Other In All Manners Of Life.

8. 2   We Must Learn To Depend On, Trust, Respect And Help One Another, In Order To Succeed In Any And All Of Our Undertakings.

8. 3  We Must Utilize Our Highest Potential.  We Must Learn To Proceed Through Blocks, Over Hurdles, And Through Pit-falls That Are Set Up To Hold Back Our Progress, Growth, And Success By Those Who Fear Our Ability Of Self-Rule, Government, Determination, And Progress As A People.

8. 4  The Disagreeable Beings, Be They Force Or Human, Spends Much Time Trying To Deceive Us Into Being Other Than Ourselves And Our Kind.

8. 5   We Must Set Vivid, Not Unclear Goals For Ourselves As Sovereigns And Put Full Force In Making The Best Of Our Time And Substance, Skills, Talents And Education In Order To Be A Successful Clan.

## ᎤᏍᎢ ᎫᎢ Ꭻ꞉  ᎪᎤᎦᎩᎴᎿ

9.  ᏙᎷᏙᎿ  ᏙᏟ ᏟᏙᎢᏛᎤᎤᎤᎤᎯ ᎤᏙᎦᎬ ᎿᎤᎧᏙᏙᏙᎤᎴᎿ ᎩᎤᎦᏂᎤᏐ  ᎪᎤᎿᏙᎫᎢ  ᎢᎤᎤᏌᏙᏙᎬ  ᎫᏛᎤᎦᎤᎢ ᎤᎧᎧᏙᏙᎧᎤ  ᎢᎤᎦᎦᎢᎤ ᏟᎤᏟᎤᏚ  ᏙᎬᎤ ᎤᎤᎤᎿ ᎪᎢᏘᎨ ᎪᎤᎤᏌᎿ ᏙᎤᎬᎢ  ᏯᏚᎦᎤᎡᎬᏙᎤ ᎤᎤᎧᏏᏛ ᏘᏟ  ᏙᎷᏙᎿ  ᎧᎤᎤᎤ ᏟᏛᎢᎢᎤ ᎢᎦᏛᎿ  ᎪᎤᎤᏌᎿᎿᎤᎤ ᎤᎤᎤᏌᎿ, ᎿᏚ ᎪᎤᎿ ᎩᎤᎦᎢᎢ ᎤᎧ ᎩᎤᎿ-ᎩᎤᎦᎢᎢ ᎤᏟ ᏙᎷᏙᎿ ᎿᏚ ᎩᎤᏚ ᎤᏙᎤᎤ ᎿᏚ ᎫᎤᎿᎿ ᏙᎧᎧᏙᎤ- ᎤᎿᏛᎤᏙ-ᎿᎿ,

## Makul 9: ganun

9. enen el lehumaat mund Bareefan shagruth gabelu yamassee asaluy amrek-aat lazum-tem sanub wam gabul ayi ganun dek dura-tem sarud ila enen amma lehumaat-un bi tabu'. enen atha tem liyya adub ganun sanab, shaday aw yan-shaday ala enen bi ham menu bu-tem karut hasun ahum-na, sahut, tawfug, wa mathur fi a'gul. enen atha/tem liyya sanub amunwas istanghash wa ganunaat, dek kalana kataelbi ayi aw gan baruf or un-baruf bashur, liyya nasur-na.

9.1 enen atha tem liyya khalug ganunaat li ukharyaat dek butem thabug ila tabu'-hum, salumty wa kathalek-kaalun. enen atha liyya adub el ganunaat shil ukharyaat dek gasud ila hum, tem ila el shawur shil maakuth bi hum, lakun bi-sahul bakhuz shil maguy a'dub, wa el kanruh shil ganun wa yaguwment. enen atha liyya yaguw ganunaat-na Wasta a'hul gabelu uduwaat-na.

9. 2 el istamdaar shil A'zum Akbur Maku kalun li hayuh. el A'zum Akbur Maku sofa najub najuhat-hu gabla antuf haruk ala ila a'lat hayuh-un. antuf aw antus sofa kalun shil el zera shil el maecyna yamassee asaluy amrek-aat.

9.3 enen atha ila sanub ganun-aat dek atha wafuj-but, tafug-but, wa damumbut ila kull el mahalaws lehumaat shil am-na. enen atha tem liyya rakhut istanghash-aat ala farud-aat min nasuf - istaflaal wa sanut-aat. enen atha liyya hayuh bi el ganun-aat fi istabnaw-na.

13

## Article 9: LAW

9.   We The People Must Not Make Nor Accept Any Law That Do Not Relate To Us As A People By Nature. We Are Not To Respect Laws Made, Forced Or Enforced Upon Us By Those Who Do Not Have Our Best Interest, Health, Welfare, Or Wealth In Mind.  We Are Not To Make Religious Restrictions And Laws, That Have Been Inscribed By Any Or Some Known or Unknown Being For Us, To Help Us.

9.1   We Are Not To Create Laws For Others That Do Not Apply To Their Nature, Safety And Well Being.  We Are To Respect The Laws Of Others That Pertain To Them, Not To The Point Of Abiding By Them, But Simply Out Of Due Respect And The Principle Of Law And Enforcement.  We Are To Enforce Our Laws Amongst Our Sovereign Clan Members.

9.2   The Position Of Maku Is For Life.  The Grand Maku Will Choose His Successor Before He Moves On To A Higher Life.  He Or She Will Be Of The Blood-Line Of The MAECYNA Yamassee Native Americans.  .

9.3   We Are To Make Laws That Are Acceptable Agreeable, And Comprisable To All The Indigenous People Of Our Nation.  We Are Not To Put Restrictions On Individuals From Self-Determination And Pursuits.  We Are To Live By The Laws In Our Constitution.

ᴋⳝⳃ𐐩∪4  Z

Farug 2
Part 2

## Makul 10:  Jawhur Muhmim Daroreaat

Istadbaan 1
Enen, mahalaws lehum-aat shil mund Bareefan shagruth  gabelu  yamassee asaluy amrek-aat,  amma kathalek amma ahud humim  karut  tabu'al hagug-aat  ila  tau'm, laabus, istarbaay, daar, wa da'wual-ista-alaaj, li fi  ayi ansu'ity, haza  kalun muhmim.

## Article 10:  Basic Human Necessities

Section 1
We, Indigenous Mund Bareefan Clan   Yamassee Native Americans, As Well As Each Humans Have Natural Rights To Food, Clothing, Education, Shelter, And Medical-Attention, For In Any Society, This Is Humane.

## Makul    11 Istahraas:

istabdaan 1
Enen,  mahalaws Mund Bareefan shagruth  gabelu  yamassee asaluy  amrek-aat,  karut el hagug liyya akhuz el darore tarug-aat  kar-fi ganun-aat-na,  amma  antus aw  antuf nazur  liyya  kalun batukh fi  bashur-aat-na amma kathalek amma munasubty-na, hau-aat, sadug-aat,  wa shakhual shaayu-aat.  Wa hagug-na liyya sawun wa zawul zaeu-aat ala bashur-aat-na amma kathalek amma ala shakhusal munasubty-na.

## Article 11:  Protection

Section 1
We, Indigenous Mund Bareefan Embassy Clan Yamassee Native Americans-Native American Associatioon of Nations, Have The Right To Take The Necessary Means Within Our Own Laws, As She Or He Sees Fit To Be Secure In Our Beings As Well As Our Property, Families, Friends, And Personal Effects, And Our Right To Keep And Bear Arms On Our Beings As Well As On Our Personal Property.

15

ᕐᗯᐧᕐᐃᒧᐧᕐᕐᐱ Z
ᐧᕐᐱᕐᐱ, ᐧᕐᕿᕐᑕᕐ᙭ᗯ ᑕᕐᕿᑌᐧᕐᕐᕐᐱ ᐧᒪᐃᐃ ᐱᕐᕿᕐᕐᕐᕐᐱ ᕥᕐᕿᕿᑌᕲ ᕥᕐᐱᕐᑕᑌ ᕿᕐᐧᕐᗯᐃᕐᕐ
ᕐᗯᕐᑕᑌᕿ ᕐᐧᕿᕐᒧᕐᕐᕐᕐ ᑮᕐᕿᑌᕐ ᕐᑕ ᕿᕐᕘᑌᕘ ᕐᑕᕐ ᗰᕐᑕᑌᕿᕐᕐᕐᐱᕐ ᕿᕐᗰᑌᕐᕐᕐᒧᑌᕐ,
ᕿᕐᗰᑌ, ᕐᕘᒧ, ᗰᕐ, ᕿᕐᐧᒪᐧᕐ.

## Istabdaan 2
enen, mahalaws lehumaat mund Bareefan shagruth  gabelu  yamassee asaluy amrek-aat karut el hagug liyya weluy-aat-na hawu-fadu-a, hawu, ard, wa, yamum.

## Section 2
We, Indigenous Mund Bareefan Clan Yamassee Native Americans Have The Inalienable Right To Our States, Space, Air, Land, And Sea.

### ᐧᕐᒍᑌᑕ 1Z: ᕥᕐᐱᑌᐱᕐᑕ ᐧᕐᕿᑌᐧᒧᕐᕐᕐ

ᕐᗯᕐᐃᒧᐧᕐᕐᐱ 1
ᑕᕟ ᒍᑌᑕᑕ ᕥᕐᐱᑌᐱᕐᑕ ᐧᕐᕿᑌᐧᒧᕐ, ᑌᕲᑌᕽᕐᑌᐱ ᕥᕟᑕ ᕐᑕ ᐧᕐᕿᕐᑕᕐ᙭ᗯ ᐧᒪᐃᕲ ᐱᕐᕿᕐᕐᕐᐱ ᕥᕐᕿᕿᑌᕲ ᕥᕐᐱᕐᑕᑌ ᕿᕐᐧᕐᗯᐃᕐᕐ ᕐᗯᕐᑕᑌᕿ ᕐᐧᕿᕐᒧᕐᕐᕐ ᕿᕐᒍᑌᑕᕐᕽᐧ ᒍᕐᑕᑌᐱ ᗯᕐᗰᑌᐱᕐ ᐱᑌᕽ ᕐᗰ ᐧᕐᗰᕐᒍᑌ ᑕᕟ ᕽᕐᗯᑌᕐᕐᑌᐱ ᕥᕟᑕ ᗯᕐᕿᑌᗯᕐᑕᕐᑌᐱ ᐧᕐᑕᑌᒍ ᒍᕐᕲᑌᕿ ᐧᕐᕲᑌᕟᑕ ᕐᑕ ᕥᕐᗰᑌᐱ ᕽᕐᑌᕲᕿᕐᑕ ᕥᕐᒍᑌᑕᕐᕐᕐ, ᕐᗰ ᕐᕿᕟ ᑌᕽᕿᕐᕿ ᐧᕐᑕᑌᒍᕐᕐᕐ ᕥᕟᑕ ᑌᕽᕿᕐᕿ ᕐᐧᕐᑌᐱ.

## Makul 12: Ganunal mahum-aat

## Istabdaan  1
Li kull ganunal mahum-aat, uduw-un shil el mahalaws mund Bareefan shagruth  gabelu  yamassee asaluy amrek-aat   yakul-tem   kalun sawub-but aw masak Li  tasuf-un shil sayusal-un maluk kathuy amma el shawun tejural  shekul-aat, aw  ayi ukhray mluk-aat shil  ukhray am-un.

## Article 12: Legal Matters

## Section 1
For All Legal Matters, A Member Of The Indigenous Mund Bareefan Clan   Yamassee Native Americans Cannot Be Accused Or Held For An Abuse Of A Political Rules Such As The Uniform Commercial Rules, Or Any Other Rules  Of Another Nation.

## Istabdaan  2
ᕿᕐᐧᒪᐃᕐᕐ ᕐᗯᕐᑕᑌᕿ ᕐᐧᕿᕐᒍᕐ ᕐᕐᕐ ᗰᕐ ᑌᕽᕿᕐᕿ ᕐᕐ ᗰᕐ ᐧᕐᕿᕐᑕᕐ᙭ᗯ ᑕᑌᑌᕿᕐᕐᕐ ᗯᐧᕐᑌ ᕐ᙭ᑌᕘ ᕽᕐᕲᑌᕿᕽᑌᕐ, ᕥᕐᐱᑌᐱᕟᕽ, ᕐᕲᑌᕿᕽᕐ, ᑕᕐᕲᑌᐱᕐᕐ, ᕥᕐᐱᕐᑕᑌᕐᕐ ᕐᗰ ᑌᕽᕿᕐᕿ ᕥᕐᕿᑌᗯ ᑕᕟᕿᕿᕐ ᐧᕐᐱᑌᐱ ᗯᕐ᙭ᑌᕘ ᕥᕟᑕ ᐱᕐᕐᗯᕲ ᕐᕟ ᕐᕿᕟ ᗰᕐᑕᑌᕿᕐᕐᕐ ᕐᕐ᙭ᑌᕲ ᕐᗯᕐᗯᑕᕐᕐᕐ.

Yamassee asaluy amrek-aat wa  ukhray  am-aat  wa mahalaws lehum-aat sofu  akhuz tathurtuf,  ganunit, adurtif, ladunal, gabelual aw ukhray gayus liyya manun sakhug shil  naasu' fi ayi weluy-aat takhuth istaslaat-na.

**Section 2**
Yamassee Native Americans And Other Nations And Peoples Should Take Effective Legislative, Administrative, Judicial, Tribal Or Other Measures To Prevent Acts Of Suffering In Any Territory Under Our Jurisdiction.

## Istadbaan 3
Yamassee atha tabu'al farud-aat menu lazum tabu' el fakut wahed hagug ganun, dek kaalun tabu'al ganun.
**Section3**
Yamassee Are Natural Individuals Who Must Follow The Only One True Law, That Being Natural Law.

## Makul 13: Safur

Istabdaan 1
kull uduw-aat shil el mahalaws mund Bareefan shagruth gabelu yamassee asaluy amrek-aat kaakun tabu'al tabu'-aat wa aslunal mahalaws lehumaat, wa atha-tem khadu' ila aiy saysal maluk-aat shil any ukhray am, hajuz kull tabu'al hagug-aat liyya safur el shareya-tarug, a'la-tarug, bi-tarug, moya-tarug, wa hawu-tarug un mamn..

## Article 13: Travel

Section 1
All Members Of The Indigenous Mund Bareefan Embassy Clan  Yamassee Native Americans Being Natural Individuals And "Indigenous Peoples", And Are Not Subject To Any Political Rules  Of Any Other Nation, Reserves All Natural Rights To Travel The Roadways, Highways, Byways, Waterways, And Airways Unhindered.

## Article 14 Education

Λᒥ, ᗡᒥᕮᐱᑌ ᐯᐸ ᒥᐱᑌᒍᒥᒥᒥ, ᒥᐱᑌᐡᑫᒥᒥᒥ ᙭ᒥ ᒥᑫᑌᘳᒥᒥᒥ ᒍᒑᐸ ᐯᐸ ᒐᒥᒥᑌᐧᐯᐯ
ᐸᒥᐱᐯᐸᑌ ᒍᒑᐸ ᒥᐯᒥᒥᑌᒐ ᒥᒥᑫᒑᐯᐡᐸ᙭ᘳᒥᒥᒥ, ᐸᐅ ᐯᐱᐯᐱ ᒥᐅᒥᐸ ᐯᐸ ᒐᒥᐯᐯᐱ ᐸᐸᒐᒐᒥ ᐸᒥ᙭ᑌᘲᐧᐯ
ᒐᐯ᙭ᘳᒐᒐᐧᐸᒥ, ᐅᒥᐸᑌᐯᘳᐧᐸᒥ, ᒐᒥᒐᑌᐸᐧᐸᒥ, ᙭ᒥ ᙭ᒥᐅᕮᐧᐸᒥ.

## Istadbaan 1
kull uduw-aat shil el fadun wa a'hul mund Bareefan shagruth gabelu yamassee asaluy amrek-aat, el aslunal mahalaws lehumaat shil haza ard, henak-bi bajul gur-gharuw-but hagug-aat liyya rabuy nasuf-na, ma'anu el anush-aat, anus-aat wa aru-aat shil el yamassee gabelu shil asaluy amrek-aat, li enen atha el hasun liyya lamud hekay-na, thaguf-na, hayul-na, wa wathu'-na'.

## Section 1
All Members Of The Free And Sovereign Mund Bareefan Clan Yamassee Native Americans, The "Indigenous Peoples" Of This Hemisphere, Hereby Reserves Our Inalienable Rights To Educate Ourselves, Meaning Our Woman, Men And Offspring Of The Yamassee Clan Of Native Americans, For We Are The Best Qualified To Teach Our-Story, Culture, Art, And Science.

ᒑᐸᐯᒥᘳᐸᒥᒥᐸ  Ƶ
ᐯᐸ ᙭ᑌᐸᘲ ᐸᒥᑫᐯᐯᐯᒥᒥᐸ ᒍᒥᒐᐧᑌᘲ ᐸᒥᐱᐯᐸᑌ ᒐᒥᒥᑌᐧᐯᐯ ᒥᐯᒥᒥᑌᒐ ᒥᒐᐯᐡᐸ᙭ᘳᒥᒥᒥ ᘳᒥᒐᑌᘲᒥᐸ
ᘳᒥᑫᑌᘯ ᐯᐸ ᐸᑌᑫᐧᒐᘳᑌ᙭᙭ᘲᘯᘯ ᒐᒥᐸᑌᐸ ᐸᒑᐸᐸᒥ ᘳᒥ᙭᙭ᘯᘯ ᙭ᒑ ᒍᒥᐸᑌᐸ ᒑᐸᐯᒥᘳᐡᐸᒥᒥᒐᐧᒥᐸ
ᒍᐯᐸᑌᐸᒐᐧᒥᒥᐸᐧᐸᒥ ᐸᒑᐸᐸᒥ ᘯᒑᐸᐸᒥ ᒑᐸᐯᒥᘳᐡᐸᒥᒥᒐ ᐡᒑ ᒐᒥᐸᑌᐸᐧᐸᒥ ᒐᒥᒐᐯᐡᐸ᙭ᘲᘯᘯ, ᐡᒑ ᒐᒥᐸᒥ
ᐅᒥᐸᑌᐡᒥᐸ ᒍᒥᐸᑌᐧᐡᘳᐸᐅ ᒍᒑᐸ ᒐᒥᐸᘲᐧᐯ ᙭ᒥ ᕮᒥᒐᑌ᙭.

## Istabdaan 2
el mund Bareefan shagruth gabelu yamassee asaluy amrek-aat kaman karut el gur-gharuwbut hagug liyya rasykh wa salut istarbaayal shekul-aat-na'liyya razug Istarbaay fi laghut-na Yamassic, fi lana thagufal shatuh-kali shil laamud wa a'alum.

## Section 2
The Mund Bareefan Embassy Clan   Yamassee Native Americans Also Have The Inalienable Right To Establish And Control Our Educational Systems To Provide Education In Our Own Language Yamassic, In Our Cultural Methods Of Teaching And Learning.

ᒑᐸᐯᒥᘳᐸᒥᒥᐸ  ƺ
ᐸᒥᑫᑌᘳᐧᒥᒥᒥ ᘯᐯᐸᒥ ᙭ᒥᐸᑌᐸ ᒥ᙭᙭ᘯᐸᐯᐱ ᐸᘲᒥᒥ ᐯᐱᐧᒥ᙭ᑌᘲ ᘲᐯ᙭ ᐯᐸ ᙭ᑌᐸᘲ ᐸᒥᑫᐯᐯᐯᒥᒥᐸ
ᒍᒥᒐᐧᑌᘲ ᐸᒥᐱᐯᐸᑌ ᒐᒥᒥᑌᐧᐯᐯ ᒥᐯᒥᒥᑌᒐ ᒥᒐᐯᐡᐸ᙭ᘳᒥᒥᒥ ᙭ᒥᑫᑌᘯ ᐯᐸ ᐡᒥᑫᘲᘯ ᐸᒑᐸᐸᒥ
ᒥ᙭ᑌᑫ ᒑᐸᐯᒥᘳᐡᐸᒥᒥᒐ ᐸᒥ ᙭ᑌᐸᐸ ᘲᒥᑫᑌᐧᐧᒥᒥᒥ.

# istadbaan 3
gayus-aat sofu kalun akhuzlen liyya en-akud dek el mund Bareefan shagruth gabelu yamassee asaluy amrek-aat karut el farus liyya akhuz istarbaay ja kull saruh-aat

## Section3
Measures Shall Be Taken To Ensure That Mund Bareefan Clan Yamassee Native Americans Have the Opportunity to Acquire Education At All Levels (stages).

ᚱᚹᚹᚷᚦᚱᚱᚦᚱᚱ 4

fi istazyaad, ukhray nawusment-aat sofu  hakur el  hagug-aat shil enen el lehumaat  shil  el mund Bareefan shagruth gabelu yamassee asaluy amrek-aat  liyya rasukh istarbaay-al khedm-aat-na.  kull nawusment-aat sofu hakur  wa adub  del Istarbaay-al nazum-aat.

## Section 4
In Addition, Other Governments Should Recognize The Inalienable Right Of We The People Of The Mund Bareefan Clan Yamassee Native Americans To Establish Our Own Educational Services.  All Governments Should Recognize And Respect These Educational Systems.

ᚱᚹᚹᚷᚦᚱᚱᚦᚱᚱ 5

## Istabdaan  5
el laamud shil a'mum dahuth  wa mahur-aat dek sofa. nasur el aru-aat shil  el mund Bareefan shagruth  gabelu yamassee asaluy amrek-aat liyya shahum bi-amla-a wa ala mua'dul gaadum-un wa sofu kalun rasuf-un shil istarbaay li del lehum-aat.

## Section 5
The Imparting Of General Knowledge And Skills That Will Help The Children Of Mund Bareefan Embassy Clan Yamassee Native Americans-Native American Associatioon of Nations to Participate Fully And On An Equal Footing Shall Be An Aim Of Education For These Peoples.

ᚱᚹᚹᚷᚦᚱᚱᚦᚱᚱ 6

## Istabdaan 6
Istarbaayal gayus-aat sofu kalun akhuzlen wasta kull istadbaan-aat  shil  el   amal yakhudy, wa wasta ham dek atha  fi ghalub madur  damus  kar el mund Bareefan shagruth  gabelu  yamassee asaluy amrek-aat,  kar el

sadud shil zaayul tahuz-aat dek antu yakul bahuy fi adub shil gabelu-na. ila haza ghamud, anuy-aat sofu kalun sanub liyya en-akud dek hekay-na, daftur-aat, wa ukhray Istarbaayal malmusal razug a'dul-un, daguy, wa namumif suwra-al shil el weluy-aat wa thaguf-aat shil mahalaws lehum-aat.

## Section 6
Educational Measures Shall Be Taken Among All Section Of The National Community, And Particularly Among Those That Are In Most Direct Contact With The Mund Bareefan  Clan  Yamassee Native Americans With The Object Of Eliminating Prejudices That They May Harbor In Respect Of Our Clan.  To This End, Efforts Shall Be Made To Ensure That Our-story, Textbooks, And Other Educational Materials Provide Fair, Accurate, And Informative Portrayal Of The Societies And Cultures Of  Indigenous Peoples.

# Makul  15 Nasukh-katub

Istabdaan1
haza istadbaan  sofu harus  ayi  wa kull kuteba, wa kull sanuy-aat shil hayul wa/am ukhray  ghalugif shaghul-aat.  mund Bareefan shagruth gabelu  yamassee asaluy  amrek-aat hajuz el gur gharuwbut hagug liyya  nasukh-katud shaghul-aat-na. haza bi-makhsus ghatuy kull mund Bareefan shagruth gabelu  istazh-aath, imsift shahed-aat, jawuz-aat, amal-it-warug-aat, ranuk-aat, laghut-na, wa ukhray-aat.

# Article 15:  Copyright

## Section 1
This Section Shall Protect Any And All Written, Artistic And/Or Otherwise Creative Works.  Mund Bareefan Clan Yamassee Native Americans Reserve The Inalienable Right To Copyright Our Own Works.  This Especially Covers All Mund Bareefan   Clan Identification, Birth Certificate, Passports, Nationality Papers, Our Language, and others.

**Section: 1**
El mund Bareefan shagruth gabelu shil el yamassee asaluy amrek-aat sofa tahum nasuf-hum, wa am-hum wa gabelu-hum, eza el hatug hadur.

## Article  16:  Defense

**Section:1**
The Mund Bareefan Embassy Clan Of The Yamassee Native Americans Will Defend Themselves, And Their Nations, If The Need Arises.

ᕈᙍᎲᎧᎧᏗᎧᎧᎧᎧ: Ƶ

ᐁᏟ ᎧᏌᏗᏏᏗ ᏗᎧᎧᎧᐁᐁᏗᎧᎧᎧᏗ ᎧᎧᏇᎧᎧᏗᏟ ᎧᏗᏗᎧᐁᏟᏌ ᎧᕈᏟ ᐁᏟ ᏇᎧᎧᎧᎧᐁᐁᏗᐁ ᎧᎧᎧᏟᏌᏇ ᎧᎧᎧᏏᐁᏆᐁ ᎧᎧᎧ
ᎧᎧᐁᎧᎧ ᐁᎧᏇᏌᎧᎧ ᎧᎧᎧᐁᎧᎧᏗᎧᎧ ᎧᎧ ᎧᎧᎧᐁᐁᏟᏌ ᎧᕈᐁᏗ ᎧᎧᏆᏌᏇ ᎧᎧᎧᎧ ᎧᎧᏫᎧᎧᐁᐁᎧ ᎧᎧᎧᎧ
ᎧᎧᐁᏌᏗᕈᐁ ᎧᏌᏌ ᐁᎧᎧ ᐁᏟ ᏇᎧᎧᏌᏗ ᎧᎧᎧᏌᏟ.   ᏇᎧᐁᎧᎧ ᎧᎧᐁᎧᎧ ᏆᎧᏟᏌᏗ ᎧᎧᏟᏌᏟ ᏗᕈᏗ ᐁᏗᐁᏗ
ᐁᏟ ᏟᐁᏇᏌᏆᐁᎧᎧᎧ ᎧᕈᏟ ᐁᏟ ᏓᏌᏗᏏᏗ ᏗᎧᎧᎧᐁᐁᏗᎧᎧᎧᏗ ᎧᎧᏇᎧᎧᏗᏟᏌ ᎧᏗᏗᎧᐁᏟᏌ ᎧᕈᏟ ᐁᏟ ᏇᎧᎧᎧᎧᐁᐁᎧᎧ
ᎧᎧᎧᏟᏌᏇ   ᎧᎧᎧᏏᐁᏆᐁ ᎧᎧᎧ.

**Istabdaan: 2**
El mund Bareefan shagruth gabelu  shil el yamassee asaluy amrek-aat sofa  tahum dar-ard-naa wa gabelu min nakur amma  kathalek amma  dajunik a'yud eza  el  hatug  wasul. haza Sofa  kalun falul bi  enen el lehum-aat shil el mund Bareefan embassy clan shil el yamassee amma asaluy  amrekaat.

**Section 2**
The Mund Bareefan Embassy Clan Of The Yamassee Native Americans Will Defend Our Homeland From Foreign As Well As Domestic Foes If The Need Arrives. This Will Be Determined By We The People Of The Mund Bareefan Embassy Clan Of The Yamassee Native Americans.

ᎧᎧᏆᏌᏗ  Ꮟ

ᎧᎧᏆᏌᏟ ᏙᏦ: ᕈᙍᎧᎧᎧᎧ-ᎧᎧᎧᎧᎧ ᎧᕈᏟ ᕈᙍᎧᎧᎧᏆᏗᎧᎧᎧᏇ ᎧᕈᏟ ᏗᎧᎧᐁᐁᏟᏌ ᎧᎧᏏᎧᎧᏌᏟᏟ-ᎧᎧᎧ

ᕈᙍᎲᎧᎧᎧᎧᎧᎧᎧ:Ꮃ

ᕈᙍᎲᎧᎧᏗᎧᎧᎧᎧ ᏟᕈᏆᏆᎧᎧ ᎧᎧᎧᐁᏌᏗ ᎧᐁᐁᏆᏌᎧᎧᏌᎧᏫ, ᐁᎧᎧᏌᏟᐁ, ᎧᎧᎧ   ᕈᙍᎧᎧᎧᏆᏗᎧᎧᏇ   ᎧᕈᏟ ᐁᏟ
ᎧᏌᏗᏏᏗ ᏗᎧᎧᎧᐁᐁᏗᎧᎧᎧᏗ ᎧᎧᏇᎧᎧᏗᏟᏌ   ᎧᎧᎧᐁᏌᏟ-ᎧᎧᎧ ᎧᎧᎧ ᎧᎧᏏᎧᎧᏌᏟᏟ-ᎧᎧᎧ ᏆᎧᏟᏌᏗ ᐁᏫᎧ
ᎧᎧᏆᎧᎧᎧᎧᎧ ᕈᏟᎧᎧ ᐁᏟ   ᐁᎧᎧᎧᏗᏏ  ᎧᎧᎧᐁᏌᏗᎧᎧᎧᎧ.

### Makul 17:  Istam-naan shil istahjaah shil gabelu sambul-aat.
**istadbaan:1**
istagnaan liyya  manun  weh-samus, tasuf, wa  istahjaah  shil el mund Bareefan shagruth gabelu  manuf-aat wa sambul-aat is fi sakumane ila el taabu'  ganun-aat , fi sakum kar el Taabu' ganun-aat ..

## Article 17:  Prevention of Desecration of Clan Symbols

Section  1
Legislation To Prevent Misuse, Abuse, And Desecration Of The Mund Bareefan Embassy Clans' Flags and symbols Is In Accordance To The Following Laws.

ᴍᕽ∕∕ᵟᕐ∕∕∧ 1

ᕽ∕∕4ᑌᕊ ƎᕽᑌᏣᕔ-ᑌᕐ∧ ᕊ∕∕ᴣᑌᏟ-ᕽᕔᕽᴐ ᴣ∕∕Ꮯᑌ∧ ᴍ∕∕ᑕᑌᏟ ∕∕ᕈ ᕽ∕∕ᵟᕽᑌ∧ ᕈᏒᏟ ᴍ∕∕ᕽᕐᑌᏟ-∕∕ᕽ-∧∕∕
ᕽ∕∕ᴍᕽ∕ ᑌᕽ9∕∕ᕈ ᕈ∕∕ᕈᑌ-∕∕ᕽ, " ᕔᏟ ᕽ∕∕ᑌᏟ, ᕽƎᕽᑌᏓ-4ᕔᕊᑌ, ᴍ∕∕Ꮣᑌ∧ ᕽ-∕∕ᕽ-ᕽᕽ, ∕∕ᕽ∕∕Ꮯ-
ᴍ∕∕ᕽᑌᏟ, ∕∕ᕽ ᑌᕽ9∕∕ ᴍ∕∕ᕽᕐᑌᏟ-∕∕ᕽ ᕈᏒᏟ ᕔᏟ ᕽᑌᏋᕔ ᕐ∕∕9ᕽᕔᕔ∕∕∧ ᕈ∕∕4ᕊᑌᕔ 4∕∕ᕐᕔᏟᑌ
ᕈᏒᏟ ᕔᏟ ᕈ∕∕ᕽ∕∕ᴍᴍᕔᕔ ∕∕ᴍ∕∕Ꮯᑌᕈ ∕∕ᕽ9ᕔᴣ-∕∕ᕽ, ∕∕ᕽᕽ ∕∕ᕈᏋᕽ ᕽ∕∕ᕔᑌᏟ-∧ᑌᴍᴍ ᕈᕔᕐ∕∕ᴣ-ᕈᏒᏟ


Istabdaan 1
tagur a'wuth-un yakul-tem kalun sajul ash tadmun shil sambul-aat-na wasta ukhray shaayu-aat, " el manuf, ma'tuf-zeru, safun khatem, amal-sambul, am ukhray sambul-aat shil el mund Bareefan shagruth gabelu shil el yamassee asaluy amrek-aat, aw ayi mathul-nuss henak-shil."


Section 1
A Trademark Cannot Be Registered Which Consists Of Our Components Amongst Other Things, "The Flag, Coat Of Arms, Sacred Seal, National Symbol, Or Other Insignia Of The Mund Bareefan Embassy Clan Of The Yamassee Native Americans, Or Any Simulation Thereof."

Ꮢᴍᕽ∕∕ᵟᕐ∕∕∧ 2

4Ꮢ   ᴣ∕∕Ꮯᑌ∧ ᕊ∕ᵟ∕∕ᕈ ᵟᕔᴣ ᕽᑌᏋᕔ ᕐ∕∕9ᕽᕔᕔ∕∕∧   ᕈ∕∕4ᕊᑌᕔ 4∕∕ᕐᕔᏟᑌ ᕈᏒᏟ ᕔᏟ ᕈ∕∕ᕽ∕∕ᴍᴍᕔᕔ
∕∕ᴍ∕∕Ꮯᑌᕈ ∕∕ᕽ9ᕔᴣ-∕∕ᕽ ᕽ∕∕ᑌᏓ-∕∕ᕽ ᕈ∕∕ᑕᑌᕐ ᴣ∕∕Ꮯᑌ∧ ᕊ∕∕Ꮯᕊ ∕Ꮯ∕∕ ᴣᑌᏟᏟ ᕽ∕∕ ᑕᑌᏟᏟ
4∕∕ᵟᑌᕈ-ᕊ∕∕ᕽᑌᕽ, ᕈᕽᏓ∕∕Ꮯ, ᵟ∕∕ᕊᑌᴍ-∕∕ᕽ,   ᕽᏒᕈᑌᏓ-∕Ꮯ 4ᕽᕽƎ-∕∕ᕽ ᕐᏒ ∕∕ᕈᏋ Ꮣ∕∕ᕽƎ
ᕈᏒᏟ ᑌᵟᑌᕽ-∕∕ᕽ ᕈᏒᏟ ᕽᑌᏋᵟ ᕐ∕∕9ᕽᕔᕔ∕∕∧ ᕈ∕∕4ᕊᑌᕔ 4∕∕ᕐᕔᏟᑌ   ᕈᏒᏟ ᕔᏟ ᕈ∕∕ᕽ∕∕ᴍᴍᕔᕔ
∕∕ᕽ9ᕔᴣ-∕∕ᕽ.


Istabdaan 2
zi kalun raday dek mund Bareefan shagruth gabelu shil el yamassee asaluy amrek-aat manuf-aat yajub kalun rafur ala kull Wa jull gadush-yawum, hebaal, darus-aat, mishfut-al gemu'-aat bi ayi jamu' shil uduw-aat shil mund Bareefan shagruth gabelu shil el yamassee amrek-aat.


Section 2
It Is Approved That MT A'rafat Embassy Clan Of The Yamassee Native Americans Flags Should Be Raised On All And Every Holiday, Festival, Classes, Ceremonial Gatherings By Any Group Of Members Mund Bareefan Embassy Clan Of The Yamassee Native Americans.

Ꮢᴍᕽ∕∕ᵟᕐ∕∕∧ 3

 ᕔᏟ ᕽ∕∕ᕐᑌ4ᕽᕔᕽᕐᕽ-∕∕ᕽ ᏟᏒ ᕔᏟ Ꮢᴍᕽ∕∕ᕈᑕ-∕∕ᕈ, Ꮢᕐᴍᕽ∕∕ᕐᕽ∕∕Ꮯ, ∕∕ᕽ Ꮢᕽᴍ∕∕Ꮯᑌᴣ  ᴍ∕∕ᕽᑌᴍ
  ᕈᏒᏟ ᕔᏟ ᕽ∕∕ᑌᏓ-∕∕ᕽᕽ ᕽ∕∕ ᑌᕽ9∕∕ᕈ ᴍᕈᕽᕐᑌᏟ-∕∕ᕽᕽ ᕈᏒᏟ ᕽᑌᏋᕔ ᕐ∕∕9ᕽᕔᕔ∕∕∧  ᕈ∕∕4ᕊᑌᕔ
              4∕∕ᕐᕔᏟᑌ   ᕈᏒᏟ ᕔᏟ ᕈ∕∕ᕽ∕∕ᴍᴍᕔᕔ   ∕∕ᕽ9ᕔᴣ-∕∕ᕽ∕∕ᕽ.

∕. 4∕∕ᕽᑌᕈ-ᑌᕐ∧  Ǝ∧ $999.ᵟ ᵟᏥᏟᑌᕊ-∕∕ᕽᕽ ᏟᏒ ᕔᏟ ᕽ∕∕ᕈ ᕐ∕∕ᵟᕈᑌᕈ.

ᕐ. ᏟᏒ ᕔᏟ ∕∕ᕽ∕∕ᕈ ᕐ∕∕ᵟ-ᕈᑌᕈ ᑌᵟᑌᕽ-ᑌᕐ∧ ᕈᏒᏟ ᕔᏟ ᕽᑌᏋᕔ ᕐ∕∕9ᕽᕔᕔ∕∕∧ ᕈ∕∕4ᕊᑌᕔ 4∕∕ᕐᕔᏟᑌ

ᚼ᙭Ꮯ ᏌᏟ ᏭᎠᏔᎠᏔᏔᏴᏴᏴ ᏔᏔᏟᏌᏭ ᏔᎠᏍᏴᏗ-ᏔᏔᏍ ᏍᏘ ᏗᏴᏍᏗᏺᏗ ᏗᏔᏔᎦᏌᎠᎥᎧ ᏗᏟᏟᏌᏗ ᏔᏌᏍᏔᏔᏴ

ᏗᏟᏟᏌᏗ ᏔᏍᏌᎦᏟᏴᏗ ᏟᏘ 3 ᚼᏔᏭᏌᏗᏔᏔᏍ. ᏴᏌᏔ ᏔᏗᏴᏌᏗ ᏘᏔᏟᏌᎦ ᏟᚱᏭᏭᏔ ᏗᏟᏟᏌᏗ ᏗᏔᏝᎬ ᏍᏘ

ᏗᏴᏍᏗᏺᏗ ᏗᏔᏔᎦᏌᎧᎧ, ᏔᏗᏴᏌᏗ ᏔᏔᏟᏔ ᏗᏔᏗᏌᏘ ᏟᚱᏭᏭᏔ ᏟᚯᏟᏌᏭ ᏚᏔᏍᏟᏔ ᏌᏟ ᏴᏔᏝᏟᏌᏔ.

8.  ᏔᏟᏔ ᏌᏟ ᏴᏔᏟᏔᏭ ᏗᏔᎧᏭᏌᏭᏌᏔ ᏔᏔ ᏚᏔᏴᏔᏴᎧᏭᎦ ᏗᏔᎧᏭᏌᏭ, ᏔᏗᏴᏌᏗ ᏔᏔᏟᏔ ᏗᏟᏟᏌᏗ

ᏚᏔᎦᏔᏟᏍ ᚼ᙭Ꮯ ᏚᏔᎦᎤᏗᏔᏟᏟᏟ, ᏔᏗᏴᏌᏗ ᏟᚯᏭᏌᏔ ᎧᏔᎦᎬ ᏌᏟ ᏗᏔᏝᎬᏔᎦ ᚼ᙭Ꮯ ᏟᏔᏔᏟᏌᏗ ᏌᎧᏌᏔᎧ-ᏌᏗ

ᚼ᙭Ꮯ ᏌᏟ ᏚᏌᏗᎧ ᏗᏔᎦᏴᏴᏟᏔ  ᎦᏔᏗᏴᏟᏌ  ᚼ᙭Ꮯ ᏌᏟ ᏭᎠᏔᎠᏔᏔᏴᏴ  ᏔᎠᏴᏴᏭᏔ-ᏔᏔᏍᏔᏍ ᏚᏔ

ᏔᏗᏴᏌᏗ ᏔᏔᏟᏟ  ᏟᚯᏟᏌᏗ ᏌᏚ᙭-ᏟᏔᎦᏌᎧ, ᎦᏴᏔᏴᎬ ᏌᏔᎦᏌ, ᏌᏌᏟᏟ  ᚼ᙭Ꮯ ᏟᎦᏴᏌᏔᏗᏟᏌᏗ

ᏚᏔᎦᏌᎦᏴᏔᏔ ᚼ᙭Ꮯ ᏚᏌᏗᎧ ᏗᏔᎦᏴᏴᏟᏔ ᚼᏔᎦᏌᏌᏌ ᎦᏴᏔᏴᏟᏌ  ᚼ᙭Ꮯ ᏌᏟ ᏭᎠᏔᎠᏔᏔᏴᏴ ᏔᏔᏟᏌᏭ

ᏔᎠᏴᏴᏭᏔ-ᏔᏔᏍ ᏔᎧᏌ ᏌᏗᏔᎥᎧᎦᏔᏺ.

Istabdaan: 3:  El tabugment-aat li el istahjaah, instantaal, am imsaluk samus shil el manuf-aat wa ukhray symbol-aat shil Mund Bareefan Shagruth Gabelu Yamassee Asaluy Amrek-aaat-Native American-Native American Associatioon of Nations.

A. gamuy-un  a'n $999.0 Dullar-aat li el wah bad-huy.

B. li el atah bad-huy uduw-un shil el mund Bareefan shagruth gabelu  shil el yamassee asaluy amrek-aat   fi nefer baagum sofa kalun akhuzlen li 3 shahur-aat.   eza antuk khafuz liyya kalun raju' fi nefer baagum, antuk Sofa  karut liyya laguy gabla el majlus.

C.  ala el talah bad-huy  Wa  khatemiy bad-huy, antuk sofa kalun tahath shil kha-unal, antuk karut dayu' el nafu''ag shil kaalun uduw-un shil el mund Bareefan shagruth  gabelu  shil el yamassee asaluy  amrek-aat Wa antuk sofa  kalun kow-fagud. hen dashuw, kull shil ganun-al warug-aat-uk shil mund Bareefan shagruth gabelu shil el Yamassee  amrek-aat  atha un-jayug.

Section 3:  The Penalties for the Desecration, Mutilation, Or Improper Use of the Flags and other symbols 0f Mund Bareefan Embassy Clan Yamassee Native Americans-Native American Associatioon of Nations:

A. A Fine Of No Less Than $999.0 Dollars For The First Offense.

B. For The Second Offence A Member Of The MT. 'A'rafat Embassy Clan Of The Yamassee Americans In Good Standing Will Be Taken For 3 Months.  If You Wish To Be Reinstated, You Will Have To Meet Before A Yamassee High Council  .

C. On The Third Offense And Final Offense, You Will Be Suspected Of Treason, You Have Thus Forfeited The Privilege Of Being A Member Of The Mund Bareefan Embassy Clan Yamassee Native Americans-Native American Associatioon of Nations And You Will Be Dismissed, Henceforth, All Of Your Legal Documents Pertaining To The Mund Bareefan Embassy  Clan Of  The Yamassee Americans Are Invalid.

᙭ᏔᏴᏔᎠᏗᏔᏔ 4:

ᏌᏟ ᏚᏔᏔᏗᏟᏔ ᚼ᙭Ꮯ ᏔᎦᚱ ᏟᏟᏌᏗᎧ, ᏔᏔᏚᏗᏌᏟ, ᎬᏚᏌᎧ, ᏔᏌᎦᏗ, ᏚᏔᏌᏔᎧ, ᎦᏔᏔᏌᏭᎧ ᏔᏔ

ᏟᏌᏗᏔᎧᏴᏔᏔ ᚼ᙭Ꮯ ᚼᏴ ᏚᏟᏌᏌᎧ ᏌᏔᏝᎬ ᏍᏌᎦ   ᏔᏟᏔ  ᏚᏌᏗᎧ ᏗᏔᎦᏴᏴᏟᏔ ᚼᏔᎦᏌᎧᏌ

ᎦᏔᏗᏴᏟᏌ  ᚼ᙭Ꮯ ᏌᏟ ᏭᎠᏔᎠᏔᏔᏴᏴ ᏔᏔᏟᏌᏭ ᏔᎠᏴᏴᏭᏔ-ᏔᏔᏍ ᏚᏔᏔᏌᏍ-ᏔᏔᏍ ᏔᎧ ᏔᎦᚱ ᏔᏌᎦᏌ

ᏔᎧ ᙭ᏔᏴᏔᎠᎧᚼᏔᏔᏟ ᚼ᙭Ꮯ ᏔᎦᚱ ᏭᎠᏔᎠᏔᏔᏴᏴ ᏚᏔᏔᏌᏍ-ᏔᏔᏍ ᏟᏟᏌᏗ ᏚᏔᏔᎠᎬ ᏚᏔ   ᏚᎠᎦᏌ-

**Istabdaan 4:**
el maakun shil ayi kalum, sambul, a'wuth, sura, masum, raasum am alunment shil she khalud tabu' fug   ala mund Bareefan shagruth  gabelu  shil el yamassee  asaluy amrek-aat manuf-aat am ayi sura am istamshaal shil ayi Yamassee manuf-aat kalun mamnu' Wa  tagub-but bi el  a'l dubera  ganun-aat .

**Section 4:**
The Placing Of Any Word, Figure, Mark, Picture, Design, Drawing Or Advertisement Of Whatever Nature Upon MT.'A'rafat Embassy Clan Of The Yamassee Native Americans Flag Or Any Picture Or Representation of Any Yamassee Flag Is Prohibited And Punishable By The Above Stated Laws.

**Istabdaan 5:  gur-munasub samus shil   manuf-naa**
el iatantaal, shawuhment, kow-yanku-ane, tasuf, aw gur-munasub  samus shil   manuf-naa shaamul el  samus shil  el manuf li  Saanub  laabus wa   liyya  baluf shaayu-aat fi,  kalun mamnu'  wa  kalun kaman tagub-but bi el ganuhin, bayu',  aw umum zahug shil ayi istadbaan   shil shaayu-aat laakud el mund bareefan shagrith gabelu yamassee asaluy amrekaat-asaluy amreke istashraak shil amaat manuf-aat, khatem, ma'tuf- shil  zera, aw sambul bima' kuteba naum min  el gatubal makaateb .

**Section 5:  Improper Use of a Flag:**
The Mutilation, Defacement, Defiance, Abuse, Or Improper Use of Our Flag Including The Use Of The Flag for Making Clothes And To Wrap Merchandise In, Is Prohibited And Is Also Punishable By The Possession, Sale, Or Public Display Of Any Article Of Merchandise Bearing The Mund Bareefan Embassy Clan Yamassee Native Americans-Native American Associatioon of Nations Flags, Shield, Coat Of Arms, Or Insignia Without Written Permission From The Central Office.

**Istabdaan 6:  istammaanu' shil tasuf shil nakur manufaat:**

24

el tasuf, weh-samus, wa  istahjaah shil ayi nakur manuf-aat kalun mamnu' fi el mund Bareefan  gabelu  shil el yamassee  amrek-aat.

Section 6:   Prohibition Of Abuse Of Foreign Flags:
The Abuse, Misuse, and Desecration of Any Foreign Flag Is Prohibited In the Mund Bareefan Embassy Clan Yamassee Native Americans-Native American Associatioon of Nations

ᏒᏯᐤ᙮ᏋᏥᎾᎧᎧᎭ Ꮬ
ᎧᏯ ᐯᏟ ᏆᎧᏝᏚᏌᎧ ᎬᐯᏤ ᎧᎭᏚᏌᏤ ᎧᏌᏬᐯᎧ ᏬᎧᏌᏌᏟ ᏤᎧᏅ ᎢᎧᏬᎧ ᏐᎧᏘᎧᎧ ᎧᎭᏚᏤ ᏆᏤᏟᎧ
ᏤᎧᏅᏌᏬ ᏟᏒᎢᎢᎧ ᏬᎧᎢᎢᎧᎧ ᏐᎧᎧᏝᏟᎧ ᎢᎧᎧᎧᏠᏆᏆᐯᐯ ᎧᎧᎬᏟᏌᏆᏌᏤᎧ.

Istabdaan  7
Fi el sawuf dek antuk butem tathul kar haza ganun antuk Sofa karut liyya zahub gabla yamassee mujlus-un.

Sectiog 7
In The Event That You Don't Comply With This Law You Will Have To Go Before A Yamassee High Council.

ᏒᏯᐤ᙮ᏋᏥᎾᎧᎧᎭ  Ꮹ
ᐯᏟ ᎧᎧᎧᏌᏤ ᏐᎧᎧᏌᎧᎧᏅᎭᏆᏆᏤ ᎧᎧᏌᎧᎧᏚᎧ ᎧᎧᎧᎧᏛ ᐯᏟ ᏆᎧᏅᏆᏬᏠ ᎬᏒᏟ ᐯᏟ ᎧᎧᎧᏌᏤᏝᎧᏆᏆᏤ ᏟᏟᎧ
ᎭᎧᏝᏬᏌᏆᏟ ᏛᎧᏅᏆᏅᏐᎧᏆᏆᏤ, ᏤᏒ ᏤᎧᏆᏚᏌᎭᎧᏆᏆᏤ ᏆᎧ ᏌᏬᏐᎧ ᏬᎧᏤᎧᏛ ᎧᎧᎢᏌᏆᎧ, ᏆᎧᏬᏌᏐ (1)
ᎢᏬᎧᎧᏤ   ᏤᏛᎧ ᎧᏌᏬ ᎧᎧᏟᏌᏆᎧᏅᏆᏆᏤ ᏆᎧ ᎧᎧᏛᏆᏆᎧᏅᏆᏆᏤ ᎬᏒᏟ ᎧᎢᏒ ᎧᏌᏛ ᎧᏟᎧ ᐯᏟ ᎧᎧᎧᏌᏤ,
(2) ᎢᎧᎧᏬ  ᏛᎧᏅᏬᏠ ᎧᏆᏟᏌᎧ ᏆᏆᏤᎧ ᏆᎧᏛᏌᏟ ᏤᏒ ᎧᎢᏒ ᏆᎧᏅᏆᏤ ᎧᏛᏅ ᎧᎧᏟᏌᎧ, ᏛᎧ (3)
ᎧᎧᏚᏌᏤ ᏟᎧᏬᎧᏛᎧ ᏆᎧᏬᏆᏤ ᏠᏤᏬᎧᏛ  ᎧᏒᎧ ᐯᏟ ᏝᎧᏬᎧᏆᏌᏬ.

Istabdaan: 8
el manuf  ganun-aat bu-tem mamnu' el  samus shil el manuf-aat  ala  nafusal warug-aat, fi katub-aat am ukhray taba' mahum, razug (1) henak  atha nut kalum-aat am masum-aat  shil ayi nua'  ala  el manuf, (2) hazi samus kalun tem  tasul fi ayi tarug kar aalun, Wa  (3) antuk lazum razug jazut  min el shagruth.

Section: 8
The Flag Laws Do Not Prohibit The Use Of The Flag On Stationary, In Books Or Other Printed Matter, Provided (1) There Are No Words Or Designs Of Any Kind On The Flag, (2) Its Use Is Not Connected In Any Way With Advertising, And (3) You Must Receive Permission From The Embassy.

ᐯᏟ ᎭᎧᏬᏬᏬᏆ ᏟᏒᎢᎢᎧ ᐯᏟ ᎧᎧᎧᏌᏤᏝᎧᏆᏤ ᎬᏒᏟ ᐯᏟ ᎧᏬᎭᎬ ᎭᎧᏆᏆᐯᐯᏤᎧᎭ ᏛᎧᏬᏆᏬᏠ ᏐᎧᎭᎧᏆᏬᏠ
ᎬᏒᏟ ᐯᏟ ᎢᎧᎧᎧᏠᏆᏆᐯᐯ ᎧᎧᏆᏆᐯᏤᎧᏆᏆᏤ:

**El nathur liyya el manuf-aat shil mund Bareefan shagruth gabelu shil el yamassee amrek-aat.**

**The Pledge To The Flag Of** Mund Bareefan Embassy Clan Yamassee Native Americans-Native American Associatioon of Nations

.

ᎧᎧᏆᏆ ᎧᏌᏤ ᎧᎧᏬᏌᏆ ᏆᎧᏛᏌᏬ ᎧᏆᎧᏟ
ᎧᎧᎧᏌᏤᏝᎭᎧᏆ, ᎧᏌᏤ ᎭᎧᏋᏌᏆ ᎧᎧᏛᏌᏟᏅᎢ, ᏛᎧ  ᎢᎧᏤᏌᎢᎧᏝᏌᏆᎧ

amma nuk bagum takhuth amal manuf-na nuk nadur mawulty, Wa  yakuhf-un
amma nuk shahud Zi  taru'r.

ila el ganun-aat shil istabnaw-na  dek nawus gabelu-na ila haza sabub nuk sofa hamul rus-ee fug a'l .

kar garur nuk nathur liyya harus Wa  tahum kull  kar fi haza a'zum gabelu  kalu hau wa sadug.

liyya akud dek kull karut mua'dul hagug-aat-hum liyya haza sabub nuk Sofa ragud tut jed hayuh-ee.

amma nuk bagum takhuth haza amal sambul, nuk nadur mawulty, amunty, wa  tamuwet  kar ghera!!!

As I Stand Beneath Our National Flag, I Vow Loyalty, And Obedience As I Watch It Fly.

To The Laws Of Our Constitution That Governs Our "Clan" To This Cause I  Will Hold My Head Up High.

With Pride I Pledge To Protect And Defend All Within This Great "Clan" Both Family And Friend.

To Ensure That All Have Their Equal Rights To This Cause I Will Lay Down My Very Life.

As I Stand Beneath This National Symbol, I Vow Loyalty, Sincerity, And Integrity With Zeal!!!

## Makul  18

Naawus gasum-na (el a'l majlus) sofa tadun shil el A'zum Akbur Maku, el akbur matrun, musta-asaseeya wa atnah-ary maku-aat wa el gabelu matrun-aat.

## Article 18

Our Governing Body (The High Council) Will Consist Of The Supreme Grand Chief, The Grand Matrun, Principle And Secondary Chiefs, And The Clan Mothers.

istabdaan 1

꓄ᐁᐳ᙭ᔓ  ᙭ᔸ᙭ᔓᐸ᙭ᔓᖇᐸ  ᐸᔸᔸ᙭ᔓᐸ  ᔻᔸᐸᐸᔸ᙭-ᐁᐸ  ᐁ᙭ᔸ꓄  ᐁᐱ᙭  ᔓᐁᐸᐸ  ᐸᔸᔺᐁᐁ᙭  ᔻ᙭ᔸ

4ᔸᔓᐁᐁᐁ  ꓄ᔸᐱᔸᔻᐁᐁᐁ  ᔸᐁᔸᐁᐁ  ᔸᔺᔺᔺᐁ-ᔸᔸ᙭,  ᐁᔸ  ᔸ꓄ᔺ  ᐸᔸ꓄ᐁᔺ-ᔸᔸ᙭  ᔺᔓ᙭  ꓄ᔸᔺᔸ

ᔺᐁᐁ᙭ᔸᔸᔸ᙭  ᔸᐱᐁᔸ  ꓄ᔸᐁᐁᐸ  ᔸᔺ  ᐁᔺ  ᔺᐁ꓄ᐁ᙭ᔸᔸ᙭  ᔻᔺᔺ  ᐁᔺ  ᐸᔸᔸᔓᐁᐁ,  ᐁᐁᔸᔸᔸ  ᙭ᔸᔺᐁᐸ

ᐁᔸᔸᔺᐁᔺ  ᐁᔺ  ꓄ᔸᔸᔸ  ᐸᔸᔺᐁᔺᐁ  ᔸᔸᔺᐁᔸ,  ᐁᔸ  ᔸᔸᔸᔻ᙭  ᔸᔺᔸ  ᐁᔺ  ᔺᐁ  ᐁᐁᔸᔺ  ᔸᔺᐸᔺᐁ  ᔸᔸᔺᐁ

ᔻᔺᔺ  ᔺᐁ  ᐸᔸᔸᔸᔺᐁ.

istabdaan 1

Henak kawunfin naawus gasum-un uwah el mund bareefan shagruth gabelu yamassee asalu amrek-aat, wa ayi gayur-aat ila haza istabnaw amma hatug bi el lehumaat shil el gabelu, sofa kalun bamul bi haza gasum fakut, wa tafug ala bi el A'zum Akbur Maku  shil el gabelu.

Section 1

There Exists A Governing Body Over The Mund Bareefan Embassy Clan Yamassee Native Americans-Native American Associatioon of Nations, And Any Further Amendments To This Work As Needed By The People of The Clan, Will Be Done By This Body Only, And Agreed Upon By The Grand Maku of The Clan.

istabdaan 2

el ma'ecyna nawusment kalun republic-un; wa karut-ha wadhuf–aat, kar majurik-un sanuy shil nawusment. kull a'rush-aat shil, el maku-aat, wa ukhray majlus  a'rush-aat shil el gabelu  nawusment sofa kalun mala-a bi istakhkaab bi el lehum-aat; wa raduy bi el A'zum Akbur Maku . el reshuwn mustawzeer, wa el Mustaganeen-Mustafareek sofa kalun mala-a bi el A'zum Akbur Maku .

Section 2

The OF MUND BAREEFAN EMBASSY CLAN YAMASSEE NATIVE AMERICANS-NATIVE AMERICAN ASSOCIATIOON OF NATIONS' (MBCYNA-NAAN) Government Is A Republic; and Has Officials With A

Democratic Form of Government.  All Seats Of The Chiefs, And All other Council Seats Of The Clan Government Shall Be Filled By Election By The People; and Approved By The A'zum Akbar Maku (Supreme Grand Chief) The Prime Minister, And The Attorney General, Shall Be Filled By The Supreme Grand Chief.

ᏒᏔᎥᐟᏗᎷᏗ 3  ᐯᏟ ᚷᐟᎮᏖᏌᏟᐟᏗᎥ ᏘᏗᏟᏌᏗ ᚷᐟᎮᏖᏌᏟᐟᏗᎥ•
ᏗᏌᎥᐣ ᏉᐟᏙᏌᚹ ᎳᏌᏟᏗ ᏗᏟᏌᏗ ᚷᐟᎮᏖᏌᏟᏌᏗ ᚷᐯᏗᏌ ᏗᏟᏌᏗ ᐟᏗᏇᏌᏖ (25) ᐟᏗᏇᏗᐯᏗᏌᏗ ᏗᏗᏙᏌᏖ ᎳᏗᏌᏗᐟᏗ ᏉᏒᏟ ᏙᏗᏌᏗ.  ᚷᐟᎮᏖᏌᏟᏌᏗ ᏗᐟᏇᏌ ᏟᏒᏖᏖᏗ ᏗᏟᏌᏗ ᚷᐟᏇᏌᏗᏌᏗ ᏉᏒᏟ ᏉᏟ ᏗᐟᏗᏙᏟᏌ ᏟᏒ ᚷᐟᏖᏙᏌᏗ ᎳᐟᏗᏌᏗ, ᚷᐟ ᏗᐟᏗᏌᏇ ᏉᏟ ᏟᐟᏗᏌᏔ ᏉᏒᏟ ᏉᏟ ᏟᏙᏖᏌᏗᐟᏗᏔ ᐟᏗᏔᏌᚹᏗᏔᏌ ᏗᏟᏌᏗ ᏟᏒᏖᏖᏗ ᏗᐟᏔᏌᚹ.

istabdaan 3 el wad-huf-aat– aat :  naajub wad-huf - aat
nut't shakhus sofa kalun wadhuf-un menu kalun takhuth (25) tamedeen-khased sanu-aat shil zagun.  Wadhuf – aat karut liyya kalun watun-un shil el  gabelu li  wahed sanu, wa dabur el laghut shil el lehum-aat antus\antuf kalun liyya nawus.

## Section  3. The Officials: Choosing Officials

No Person Shall Be An Official Who Is Under (25) Twenty-five Years Of Age.  An Official Has To Be A Citizen Of The Clan For At Least One Year, And Speak The Language Of The People She\He Is To Govern.

ᏒᏔᎥᐟᏗᎷᏗ 4 ᏒᏔᎥᐟᏗᎷᏗ 4 ᏉᏟ ᏗᏇᏌᏇ ᏟᏒᏖᏖᏗ ᏗᏇᏗᏗ ᏗᏗᏇᏌᏟᏌ•
ᏉᏗᏗ ᏗᏇᏒ ᏟᏖᏌᏇ ᏉᏒᏟ ᏗᐟᏗᏙᏟᏌᏗᏌ ᏗᏟᏌᏗ  ᚷᐟᏟᏌᏖ ᏗᏇ ᏗᏗᏌᏌᏗ ᏉᏒᏟ ᏉᏟ ᏗᐟᏗᏌᏗᐟᏗ ᏗᐟᏗᏌᏖ ᚷᐟ ᏗᏗᏗᏌ ᏟᏖᏗ ᏗᏇ ᏗᏌᏗ ᏗᏗᏇᏌᚹ ᏗᏇᏌᏗᏇ, ᏗᏗᏇᏌ ᎳᏌᏟᏗ ᏗᏟᏌᏗ ᏗᏇᏗᏗ ᏗᏗᏇᏌᏟᏌ.  ᏉᏟ ᏗᏗᏗᏇᏌᚹ ᏗᏇᏗᏗᏇ ᏗᏗᏌᏗᏌ ᏗᏗᏗᏖᏗ ᏟᏖᏗᏇᏌᏗ ᏗᏗᏇᏌᏖᏗ ᏗᏟᏗ ᏉᏟ ᏒᏔᎥᐟᏗᏗᏗᏗ, ᚷᐟ ᏗᏗ ᏗᏗᏗᏖᏗ ᏉᏒᏟ ᏉᏟ ᏗᏗᏇᏌᏖ ᏗᏇᏗ ᏗᏇᏗ ᏗᏗᏇᏌᏟᏌ ᏗᏗᏔᏌᚹᏗᏔᏌ ᚷᐟ ᏉᏟ ᏟᏗᏇᏖ ᏗᏗᏗᏌᏇ ᏗᏇᏗᏌᏗ.

istabdaan 4:  eL gadur liyya  kow- zamuluf:
eza ayi u'duw shil gabelu-un kalun wajud fi tasuf shil el ganun-aat yanukh wa tafug ala bi dek naawus gasum, antu sofa  kalun kow- zamuluf.  el naawus gasum yakul radud   u'duw-un  taamud ala el istanwaaf, wa bi hadub shil el gasum dek kow- zamuluf  antus\antuf wa el A'zum Akbur Maku .
The Power To Dis-fellowship.

## Section 4:  The Power To Dis-fellowship:

If Any Member Of a Clan Is Found In Abuse Of The Laws Set And Agreed Upon By That Governing Body, They Will Be Dis-fellowshipped.  The Governing Body Can Reinstate A Member Depending On The Circumstances And By Vote Of The Body That Dis-fellowshipped Her\Him And The Supreme Grand Chief .

ᏒᏔᎥᐟᏗᎷᏗ 5: ᏟᏗᏇᏗ ᏖᏗᏗᏗᏖ ᏗᏇᏖ ᏗᏗᏗᏔᏌᏖᏗᏗᏗ•
ᏟᏗᏇᏗ ᏖᏗᏗᏗᏖ ᏗᏇᏖ ᏗᏗᏗᏔᏌᏖᏗᏗᏗ ᏗᏒ ᏉᏟ ᏒᏔᎥᐟᏗᏇᏗᏇᏟ ᏇᏒᏗ ᏗᏇᏒ ᚷᏙᏟᏌᏇ, ᏗᏇ ᚷᐟᎮᏖᏌᏟᏌᏗ ᏗᏟᏌᏗ ᏗᏗᏇᏌᏗᏇᏌᏟᏌ, ᏉᏟ ᏗᏗᏗᏔᏌᏖᏗᏗᏗ ᎳᏌᏟᏗ ᏗᏟᏌᏗ ᏗᏟᏟᏗ ᏗᏇᏗ.

ᒪᓇᐅᑊᖌ ᐁᕋ ᕝᓇᑊᖘ ᐳᕋᐸ ᕋᐅᐤᓇᐧᐸᐧᓇᐧᓇᒪ ᐳᕋᐸ ᐁᕝᖘᐅᐤ ᕝᓇᐅᐤ᙮ ᐳᕋᐸ ᐤᐤᑕ ᐤᐁᐳᐅᑕ
ᐤᐧ ᐤᐁ ᒐᐱᐅᐤ ᐧᑕᒪᖘ ᐤᑕᒪᑐ᙮

istabdaan 5:  lama henak atha faatuh-aat
lama henak atha faatuh-aat fi el istamshal min ayi  weluy, aw wadhuf-un kalun  kow- zamuluf, el faatuh-aat
sofa kalun mala-a bi-basur bi tarug shil Istakhkaab shil el  naawus gasum shil dek weluy wa el A'zum Akbur
Maku .

Section 5:  When There Are Openings:
When There Are Openings In Representation From Any State, Or An Official Is Dis-fellowshipped, The Opening
Shall Be Filled Immediately By Way Of Election Of The Governing Body Of That State And The Supreme
Grand Chief.

ᕋᐅᐤᐧᒪᓱᐧᐧᒪ  5
ᐤᐁ ᐤᐧᑎᐅᑕᐧᐦᐧᐧᐸ ᐳᕋᐸ ᐧᑕᐅ� ᐤᑕᒪᑐ ᐳᕋᐸ ᐤᐁ ᐅᐧᐧᐤᒐᐅ ᐤᐧᒪᐧ ᑕᐧᒐᐧᑕ ᐤᐧᒪᐅᒪ ᐳᕋᐸ
ᐧᐸᐧᓇᐤᒷ ᖌᐧᒷ ᐤᐧᑎᐅᑕᐧᐦᐧᐧᐸ ᐤᖘᒪ ᐧᑕᐅᖃ ᐤᑕᒪᑐ, ᑕᐧᑕᖌᐤᖘ ᐤᒦᒐᐤᐁᐅ ᕋᐅᐤᐧᒷᐤᐧᒪᐧᐸ ᐧᐸᐅᒪᒪ
ᐧᐁᒪ ᐤᐁ ᐁᐤᑎᐅᖘᐧᐧᐸ ᐳᕋᐸ ᐤᐁ ᐤᑕᒪᑐ, ᐤᐧ ᐤᐁ ᒐᐱᐅᐤ ᐧᑕᒪᖘ ᐤᑕᒪᑐ .

istabdaan 6
El wadhuf-aat shil ahud weluy shil el gabelu sofa kalun sanub shil atned ras sayud-aat min ahud Weluy, najub
bi el  lehumaat shil el weluy, wa el A'zum Akbur Maku .

Section 6
The Officials Of Each State Of The Clan Shall Be Composed Of Two Head Officials From Each State, Chosen
By The Governing Body Of The State, And The Grand Maku.

ᐤᐁ ᒐᐱᐅᖃ ᐧᑕᒪᖘ ᐤᑕᒪᑐ , ᐳᕋᐸ ᐤᒦᐧᖘᖘᒪᐧ ᐤᐧᒪᐧ ᑕᐧᒐᐧᑕ ᐤᐁ ᐧᑕᒪᖘ ᐤᐧᑕᐅᖃ ᐳᕋᐸ ᐤᐁ
ᖌᐧᒷ ᐤᐧᑎᐅᑕᐧᐦᐧᐧᐸ ᐳᕋᐸ ᑕᐅᒐᐁ ᐳᕋᐸ ᐤᐁ ᐅᐧᐧᐤᒐᐅ᙮

El A'zum Akbur Maku , shil ma'ecyna sofa kalun el ras wadhuf shil el ras wadhuf -aat shil kull shil el gabelu.

The Supreme Grand Chief, MA'ECYNA Shall Be The Grand Grand Of The Officials Of All Of The Clan.

ᕋᐅᐤᐧᒪᓱᐧᐧᒪ  7
ᐤᐁ ᐤᐧᑎᐅᑕᐧᐦᐧᐧᐸ ᐤᐧᒪᐧ ᑕᐧᖌᐤᖘ ᐤᐁ ᐅᐧᑎᐅᖌ ᒐᖘᖘᐧ ᐧᐧᑕᐅᐤ ᑕᐤᑕᒐ ᑕᐤᖅ ᐅᐧᖘᐅᒐᐅᐧᐧᐸ
ᒐᖃᐤᐤᐧ ᑕᐤᒐᒐᖘ ᐧᖘᐤᖘᖃᑕ ᕋᐅᐤᐧᐸᐅᖘᐧᖘᐧᐧᐸ ᐧᐤᐧ ᐤᐧᐧᒪᐅᒪ ᐧᐁᒪ ᐤᐁ ᒐᐱᐅᖃ ᐧᑕᒪᖘ ᐤᑕᒪᑐ
.  ᐤᐁ ᐅᐧᐧᐁᒐᐅᐤ ᒐᐧᖘᐧ ᐁᐧᐧᒐᐅᐤ ᒐᖃ ᐅᐧᐤ ᐤᐧᖘᐅᐅ, ᐤᐧᒪᐧ ᑕᐧᒐᐧᑕ ᐧᐧᖘᐅᐅ ᐤᒦᐅᐅ ᐧᖘ
ᕋᐅᐤᐧᓱᐅᐧᐧᐸ᙮ ᒐᐧᐅᐧᓇᐧᐸᐧᐁ ᐧᐁ ᑕᐧᒐᖘᐧᐧᐸ ᐳᕋᐸ ᑕᐤᖃ ᐅᐧᖘᐅᒐᐅ ᐤᐧᒪᐧ ᐧᐧᖃ
ᐅᐧᖘᐅᐅ ᐧᐧᒷᐅ ᐧᐁᒪ ᐅᐧᖘᖌᑎᐧᖌᖅᐅᑕᐧᒐ ᐤᖘᒪ ᐅᐧᑕᐧᐧᐧᐤᒪ, ᑕᐤᖃᕋᐅᐤᐧᐅᐁᒐᑎᖌᑕᐧᐧᖌᑕ ᒐᖃᖘᖘᐧ
ᐅᐧᐤᐧᑕ ᐤᐧ ᐤᐧᖌᐅᖘ ᐧᖃᖃ ᐅᐧᑕᐧᐧᐧᐁᒪ ᐳᕋᐸ ᐳᐧᖘᐅᑕᐤ, ᐅᐧᐤᖃ ᐧᖃ ᖌᐧᒪᐅᑐ  ᐤᐧᖌᑎᐅ ᐤᐁ
ᐅᐅᒪᐅ ᒪᐧᖌᐅᐧᐧᑐ ᐤᐧ ᐤᐁ ᑕᐤᖃᕋᐅᐤᐧᐅᐁᒐᑎᖌᑕᐧᐧᖌᑕ ᐧᖌᐅᐅ ᒐᐅᐧᖅᐤᖅᐅᐤ ᐳᕋᐸ ᐤᐁ ᐅᐧᖌᐧᑐ
ᒪᐧᖌᐧᐧᐧᐧᐸ ᐳᐧᐅᖌᐅᐅ ᐅᐧᐧᐁᒐᐅ ᐤᐧᒪᐧ ᑕᐧᒐᐧᑕ ᐧᐁ ᐧᐧᐅᖌᖌ ᐧᐧ ᐁᐧᐧᐤᒪᐅᐁᐤᑐᐤ ᐤᐧᒪᐧ

ꓭ⁄⁄ᑕሀᐱ  ᒧ⁄⁄ᐱሀꓤ,

El wadhuf - aat sofa karut el gadur liyya fahus  kull  kow- zamuluf-aat, lissa  kull  khatimiy istagraar-aat atha sanub  bi el A'zum Akbur Maku.  el majlus lama jaalus li  dek  kharud, sofa kalun takhuth wau'd aw istathb-aat. ladunment  fi  halut-aat  shil kow- zamuluf sofa tem  madud gasa nim  mur-harukal  min  makaateb, kow-istaslaheeya liyya masuk wa sarur  ayi  makaateb shil  sharuf,  thagut  aw rabuh  takhuth  el mund Bareefan shagruth gabelu wa el kow- istaslaheeya amma  u'duw-un  shil el mund Bareefan gabelu  sofa kalun fi tathur fa jawuz-hum sofa kalun zabut.

## Section 7

The Officials Shall Have The Power To Try All Dis-Fellowships Yet All Final Decisions Are Made By The Supreme Grand Chief . A Yamassee High Council  When Sitting For That Purpose, Shall Be Under Oath Or Affirmation. Judgment In Cases Of Dis-Fellowship Shall Not Extend Further Than Removal From Office, Disqualification To Hold And Enjoy Any Office Of Honor, Trust Or Profit Under The Mund Bareefan Embassy Clan And The Disqualification Shall Be In Effect. Thus, Their Passport Shall Be confiscated.

Ɜሠꓤ⁄⁄ᘉᎧ⁄⁄⁄ᐱ ꛬ

ᕁᑕ ᙁ⁄⁄Ꜿሀꓤ, �457ꓳ⁄⁄ꓳ ᙁ⁄⁄ ᐱ⁄⁄᙭ሀᑕ ꛀꞫᑕ ꭓ⁄⁄⁄ᙏᙏꓳ Ɜ᙭ꓤ⁄⁄ꓴᔑꓼ⁄⁄⁄ᐱᒧ⁄⁄⁄ᔿᐞ ᑕꞫ ᙁ⁄⁄Ꭷꓵᑌᔑᒧ⁄⁄⁄ᔿᐞ
ᙁ⁄⁄ ꭓሀꝎᐞ⁄⁄ꭓᛎᕁᕁᑕᒧ⁄⁄⁄ᔿᐞ ᙏᐎᔑ⁄⁄ꓓ ꓭ⁄⁄ᑕሀᐱ ꝅ⁄⁄ᎧሀꝐ  ᒧꞫ ⁄⁄ꝥሀᎧ ᙁᕁᑕሀꝐ ᒧꞫ ᕁᑕ ꭓ⁄⁄Ꜿᑐᑌᚢᙏ
Ꝑᕁᐱ⁄⁄ꓓ⁄ꝥꞫᑕ.

### istabdaan 8

el wagut, makun wa nawul shil maasuk istatkhaab-aat li wadhuf-aat wa mustamsheel-aat sofa kalun raduy  fi ahud weluy bi el majlus henak/shil.

## Section 8

The Time, Place, and Manner Of Holding Elections For Officials and Representatives, Shall Be Approved In Each State By A Yamassee High Council  There/of.

ᑕ⁄⁄ꭓꓳ⁄⁄ ꭓሀꝎᐞ⁄⁄ꝏᛎ⁄⁄ᔑᕁᕁ9ᒧ⁄⁄⁄ᔿᐞ  ᒧ⁄⁄ꭓሀꝐ

Ɜሠꓤ⁄⁄ᘉᎧ⁄⁄⁄ᐱ ꛅ
ᕁᑕ ꭓሀꝎᐞ⁄⁄ᙏᔑ⁄⁄ᛎᕁᕁ9ᒪ⁄ᐞ⁄⁄ᔿᐞ ᙏᐎᔑ⁄⁄ ᒧ⁄⁄ꭓሀꝐ ꛬ ᙁ⁄⁄Ꜿሀꓤᕁᒧ⁄⁄⁄ᔿᐞ ᙏ⁄⁄ᐱሀᒧᑌᐱ, ᙁ⁄⁄ ꓭ⁄⁄ᎧሀꝐ
ᑕ⁄⁄⁄ꜾሀꝐᕁ ᙏᐎᔑ⁄⁄ ꓭ⁄⁄ᑕሀᐱ ꝟ⁄⁄᙭ሀᑕ ᕁᑕ ꛭꛭᐞᐞ ꝅꞫᑕ ᒧᕁᑕᑕ ꝅ⁄⁄ꝥሀꛅ ᙏ⁄⁄⁄ꓳᙏᑐꭓ Ɜᑕ⁄⁄ ᛎ⁄⁄Ꜿ᙭ሀꭓꭓ-ᐱ⁄⁄
, ⁄⁄ꝥ ꓭ⁄⁄ꛅሀꓤ 19 ꝅ⁄⁄ꝥሀꛅᒧ⁄⁄⁄ᔿᐞ, ꓭ⁄⁄ꛅ 19 ꝥ⁄⁄ꭓሀꭓꭓᒧᒪ⁄⁄⁄ᔿᐞ ᒧꞫ ⁄⁄ꝥሀᎧ ꝅ⁄⁄ꝥሀꛅᐞ, ꛬ ᒪሀꝎᐱᘍ᛭ᒧ⁄⁄⁄ᔿᐞ
ᛎ⁄⁄⁄Ꭷꭓሀꓤ ꝅꞫᑕ ꛫ ꝥ⁄⁄ꭓሀꭓꭓ᛭ᒪ⁄⁄⁄ᔿᐞ ⁄⁄ꝥሀᎧ ᒪሀꝎᐱᘍᐞ, ᕁᑕ ᛎ᙭ሀꝥꛅ ᒪሀꝎᐱᘍᐞ ꝅꞫᑕ ᒧᕁᑕᑕ ꝅ⁄⁄ꝥሀꛅ
ᛎ⁄⁄⁄Ꭷꭓሀꓤ ꝅꞫᑕ ꛫ ꝥ⁄⁄ꭓሀꭓꭓᒧ᛭ᒪ⁄⁄⁄ᔿᐞ, ᕁᑕ ᑕ⁄⁄⁄ꜾሀꝐꛅ ᙏᐎᔑ⁄⁄ ꓭ⁄⁄ᑕሀᐱ ꭓ⁄⁄⁄ᙏᙏꓳ ꛅ⁄⁄᙭ሀᑕ ᕁᑕ 19⁴⁴
ꝅꞫᑕ  ᒧᕁᑕᑕ ꝅ⁄⁄ꝥሀᎧꛅ, ᕁᑕ ꭓ⁄⁄ꛅᑌ, ꝥ⁄⁄ꛅᑌᑕ  ᒧꞫ ᛭⁄⁄ᐱᑌᐱ ꭓ⁄⁄ꝥሀᎧ ᒪ⁄⁄ꝥᑌᐱ ꝥ⁄⁄ꭓሀꭓꭓᒧ-ᒧᐱ.

## lama mustasafeer-aat jamuh

### Istabdaan 9

El mustasafeer-aat sofa  jamuh 4 wagut-aat sanu-un, wa Kathuy  laaguy sofa kalun hawul el 19th shil  jull rabah saakum ila tagwum-na, ash karut 19 shahur-aat, kar  19  yawum-aat fi ahud shahur, 4 usbu'-aat taadmun shil 5 yawum-aat ahud usbu'. el akhur usbu'-aat shil  jull  shahur tadmun shil 4 yawum-aat.  el laaguy sofa kalun masuk hawul el 19th shil  jull  shahur,  el maku,  yakul  bi ganun mahud bayun yawum-un.

## When Ambassadors Shall Meet

**Section 9**

The Ambassadors Shall Assemble At Least 4 Times Every Year, And Such Meetings Shall Be Around The 19th Of Every Quarter According To Calendar, Which Has 19 Months, With 19 Days In Each Month, 4 Weeks Consisting Of  5  Days Per Week.  The Last Week OF Every Month Consists Of 4 Days.   The Meetings Will Be Held Around The 19th Of Every Month. The Supreme Grand Chief  May By Law Appoint A Different Day.

**istabdaan  10**

Ahud weluy  sofa kalun el  ladun  shil ahud ukhray wa sofa  banuy  quorum-un liyya bamul  shaguless  wa masuk  fasul-aat,  lakun sagur-un namur yakul  raju' min  yawum ila yawum, wa yakul  kalun  malufit  liyya khafuh el  a'lujane  shil ga-ub  u'duw-aat fi  kathuy nawul , wa  takhuth  kathuy tabugment amma   ahud weluy yakul  razug.

**Section 10**

Each State Shall Be The Judge Of Each Other And Shall Constitute A Quorum To Do Business And Hold Classes, But A Smaller Number May return From Day To Day, and May Be Authorized To Oblige The Attendance Of Absent Members, In Such ·Manner, And Under Such Punishment As Each State May Provide.

### akhay el majlis sofu badur shuguless

**istabdaan  11**

ahud weluy yakul  falul el mastur-aat shil huzi saabug assus ala el ganun-aat shil istabnaw-hum, ash sofa tem sathur el MAECYNA istabnaw, wa sofa sawun sahuf-un shil huzi laaguy wa ayi ukhray saabug-aat, wa min

wagut ila wagut nashur el bizatu, lalul kathuy farug-aat amma yakul fi ladunment-hum taluz sarunak; li el sarun-aat Atha  safun wa el tua-aat wa nut't-aat shil el u'duw-aat shil ayi weluy  ala ayi  istaswaal, sofa ja el arud shil wahed khasah shil ham majud, kalun dakrun ala el sahuf.

## How A Yamassee High Council   Shall Conduct Business.

Section 11
Each State May Determine The Rules Of Its Proceedings Based On The Laws Of Its own Constitution which shall not contradict the MAECYNA Constitution And Shall Keep A Journal Of Its Meetings And Any  Other Proceedings, And From Time To Time Publish The Same, Except Such  Parts As May In Their Judgment Require Secrecy; For The Secrets Are Sacred And The Yes's and No's Of The Members Of Any State On Any Question, Shall At The Desire Of One Fifth Of Those Present, Be Entered On The Journal.

ᑫᏔᕽᎧᏗᏉᏗᏗᏉ ᏗᏟᏗ ᏔᏗᏗᏗᏁᏗᏗ ᏌᏆᏉᏗᏔ ᏗᏗᎮᏗᏗᏗᏁᏗᏗ ᏗᏗᏗ
ᏆᏗ ᏟᏗᏗᏘᏌᏔ ᏌᏆᏉᏗᏔ ᏗᏗᏗᏗᏗᏗ.

 ᑫᏔᕽᎧᎧᏗᏗᏗ 11
ᏗᏌᕽᏗ ᏉᏗᏘᏌᏔ ᏗᏗᏗᏔᏌᏆ ᏗᏚᏗ ᏗᏗᏗᏗᏗᏗᏁᏗᏗ ᏗᏗᏗᏌᏛ ᎮᎬᏚᏈᏘᏗᏗᏗ, ᏔᏤᏗᏗ ᏗᏁᏗᏌ   ᎬᎧᏌᏔ-ᏌᏗ ᏉᑫᏟ ᏗᏚᏗ ᏌᏆᏉᏗᏔ ᏗᏗ ᏌᏌᏟᏟ ᏘᏗᏔᏌᏗᏗᏗᏁ-ᏘᏌ ᏗᏘᏘ ᏘᏗ ᏗᏗ ᏗᏗᏗᏗᏗᏗᏁᏗ-ᏘᏌ.

## istanghaash ala maasuk ukhray makaateb aat
## wa laaguh ukhray am-aat.

istabdaan 12
nut't shakhús maasuk ayi makaateb takhuth ma'ecyna, Sofa begu  u'duw-un shil  ayi  ukhray am tull yasubane-hu aw ha fi Makaateb-hu.

## Restriction On Holding Other Offices And Joining Other Nations.

Section 12
No Person Holding Any Office Under Mund Bareefan Embassy Clan, Shall Become A Member Of Any Other Nation During His Or Her Continuance In Office.

ᑫᏔᕽᎧᎧᎧᏗᏗ 12

ᏟᏌᏟᏟ ᑫᏔᕽᎧᏗᏔᏉᏗᏗᏗᏘ, ᏗᏗᏘᏌᏗ  ᏗᏗᏂᏌᎮᏌᏗ, ᏉᏗᎧᏘᏌᏗ ᏗᏘ ᑫᏔᕽᎧᏔᏗᏗᏗᏘ   ᏗᏘ ᏗᏗᏂᏌᏘ
ᏗᏗᏂᏌᏗ ᏗᑫᏔᏗᏔᏗᏔᏤ ᏗᏟ ᏌᏗᏟᏌᏘ-ᏗᏗᏘ ᏆᏗ ᏗᏟ ᏉᏗᏔ  ᏔᏗᏗᏘᏌᏗ-ᏗᏗᏗ,  ᏉᏗᏗᏟᏗ   ᏗᏗ
ᏗᏁᏗᏌ  ᑫᏔᕽᎧᎧᏗᏗᏗ-ᏌᏗ, ᏔᏤᏗᏗ ᏗᏗᏟᏌᏗ ᏗᏌᏗᏗᏁᏗᏗ ᏗᏟᏗ ᏗᏟ ᎬᏗᏌᎮ ᏗᏗᏗᏌᏗ ᏗᏗᏗᏘᏌ
ᏉᑫᏟ ᎮᎬᏚᏈᏘᏗᏗ. ᎬᏟᏗ ᏗᏟ ᏗᏗᏗᏌᏗ ᏗᏗᏗᏘᏌ ᏉᏗᎧᏘᏗᏗᏟ ᏗᏟ ᑫᏔᕽᎧᏗᏔᏉᏗᏗᏗᏘ ᏗᏗᏟᏌᏗ ᎧᏌᏗᏗᏗ
ᏗᏗᏘᏌᏉ ᏆᏗ ᏗᏁᏗᏌ ᏉᏗᏗᏌᏗ. ᏔᏤᏗᏗ ᏗᏤᎧ, ᏗᏟ ᏗᏗᏗᏌᏗ ᏗᏗᏗᏘᏌ ᏔᏤᏗᏗ ᏗᏗᏗᏛᎬ ᏗᏗ ᏗᏗᏗ
ᑫᏔᕽᎧᏔᏗᏗᏗᏗ-ᏘᏌ ᏗᏟᏗ ᏗᏤᏗ ᏆᏗᏟᏌᏘ ᏉᑫᏟ ᏗᏔᏟᏌᏗ, ᎮᏤᏗᏌ ᏔᏤᏗᏗ ᏗᏗᏗᏌᏗ ᏗᏟ
ᑫᏔᕽᎧᏔᏗᏗᏗᎧ ᏗᏟᏗ ᏔᏗᏗᏘᏌᏟᏗᏟᏟ, ᏗᏗ ᏗᏤ ᏆᏗᏗᏌᏗ ᏗᏗᏗᏌᏘ ᏘᏗᏘᏌᏟ ᏔᏗᏗᏌᏌᏘ ᏟᑫᏗ
ᎮᏌᏉᏛ-ᑫᏔᕽᎧᏗᏗᏗᏗᏔ. ᏔᏤᏗᏗ ᏗᏘᏆ ᑫᏔᕽᎧᏗᏔᏉᏗᏗᏗᏘ ᏔᏤᏗᏗ ᏗᏤᎮ ᏗᏗᏗᏌᏗ ᏉᏗᏛᎬ  Ꮧᑫ ᏗᏟ

ᒃᐱᐱᐅᑊᖅ ᐅᐱᑦᐅ, ᑊᐱᑊᖅ ᑭᑊᕐ ᒃᐱᑊᐅᑦᐅ ᑌᐅᐱᐁᐧᐱᑊᑊᕐᒃ, ᑊᐱᒃᐅᑦ ᕵᑊᑊᐅᑕ ᐱᑊᐁᐅᑊᖅ ᐱᐧᑌ

ᐅᑌᐱᒃᑊᐅᑊᑊᑭᖅᐱᐁᐱᖅᑊᐱ ᐧᖇᐁ ᒃᐱᐧᐁᑊᖅ ᐁᕵᑊᑊᑊᕐ ᒃᑊᑊᐅᑌᐧᐅ ᐱᐧᑌ ᖅᑊᒃᐱᐅᑊ.

## istabdaan 13

jull istafraah, nahuj, barumuj, gadhuf aw istasmaaw  ash karut  marun biwasati el weluy -aat wa el ras  sayud-aat,  gabla  zi begu istabdaan -un, sofa kalun nunfena ila A'zum Akbur Maku , shil MA'ECYNA.  Ala el kabur maku raduy-al, el istafraah kalun thuma tawug wa begu ganun.  eza tem, el kabur maku sofa raju' zi kar istasdaad ila  dek  weluy  shil aslun, menu sofa rakhut el istasdaad  ala sahufal-hum, ja ash wagut antuk yakul sabug li mur-istatbaas.  eza ayi istafraah sofa tem kalun raju' bi el kabur maku, kar fi tamed usbu'-aat, antuk yakul naduy el mustasakreeya shil weluy liyya wajud el ratbut.

## Section 13

Every Proposal, Policy, Program, Project Or Resolution Which Has Passed Through The States and The Head Officials, Before It Becomes AArticle, Shall Be Presented To Supreme Grand Chief  Of MA'ECNA.  Upon The Supreme Grand Chief 's Approval, The Proposal Is Then Signed And Becomes Law.  If Not, The Supreme Grand Chief  Shall Return It With His Objections To That State In Which It Shall Have Originated, Who Shall Put The Objections On Their Journal, At Which Time You May Proceed For Reconsiderations.  If Any Proposal Shall Not Be Returned By The Supreme Grand Chief  Within Six To Eight Weeks, You May Call The Secretary Of Stated To Find Out The Status.

# *Farug  6*

### ᐅᑊᑕᑌᐁ   19
### ᐝᑊᐅᑌᖅᑊᑊᕐ

ᕍᐅᒃᑊᐱᐁᐱᑊᑊᐱ 1

ᐧᑌ ᐱᑊᑭᐅᑝᒃᐱᑭ ᐝᑊᐅᑌᖅ ᐅᐧᑭᑊ ᒃᑊᐁᑌᐱ ᒃᐧᐅᒃᐧᐅ ᑭᑊᕐ "ᐁᑝᐱᐅ ᑊᒃᐱᐅᑊᖅ ᐅᑊᑕᐅ" ᑊᐅᒃᑌᐅᐧ ᐅᑊ�4ᖅ ᐅᑊᐱᖅᖅ, "ᑊᒃᑊᑊ" ᐅᑌᐅᒃᑊᐅᑊᒃᑊᑊᑭᕵᑊᑊ ᐱᐧᖅᖅᖇ᐀ᒃ᐀ ᕵᑊᐅᑝᖇᐧᐅ ᐅᑊᐱᐁᐧᑌ᐀ᐅ.

## Makul  19
## gadur-aat

istabdaan 1 El nafuztuf gadur
El nafuztuf gadur sofa kalun vested fi, "A'zum Akbur Maku, Aswud-Sagr Saqur" "AKA" "Mustashafeeya" Derrick Hommie. Sanders..

## Article19
## Powers

Section1 The Executive Power
The Executive Power Shall Be Vested In "Supreme Grand Chief Black-Hawk Hommie Thunderbird, aka Dr. Derrick H. Sanders.

ᕍᐅᒃᑊᐱᐁᐱᑊᑊᐱ 2

ᐧᑌ ᐁᐧᕵᑌᐱᑊᑊᑊᕐ ᐅᐧᑭᑊ ᐱᑊᐁᑌᐱᐁᑌᐱᐅ ᐅᐧᐱᑌ ᐅᐧᑭᑊ ᒃᑊᐁᑌᐱ ᐅᑌᐅᒃᑊᑊᑊᑊᐅᑊᑊᑊᐅᑭᑊᐧᖅᑊᑊ ᒃᑊᑊ

## istabdaan 2

El lehumaat sofa najub-hum menu sofa kalun musta-asaseeya wa atnahary maku shil ahud weluy. el A'zum Akbur Maku  wa el naawus gasum sofa raduy aw tem.  eza el majlus taruh el istakhtaar el A'zum Akbur Maku sofa-tem raduy.  el shakhus kaarut el hasunist istaslaheeya sofa kalun Musta-asaseeya maku aw atnahary maku shil weluy/Hela.-un

## Section 2

The People Will Choose Who Will Be Principal and Secondary Chiefs Of Each State.  The  Supreme Grand Chief  And The Governing Body Will consent or not.  If the governing body rejects the selection The Supreme Grand Chief  Will Not Consent.  The Person Having The Best Qualification Shall Be The Principal Chief and Secondary Chief Of A State/Village.

## istadbaan 3

El A'zum Akbur Maku  karut falul-hu el wagut shil naajub el Musta-asaseeya wa Atnahary Maku-aat, wa el yawum ala ash antu Sofa akhuz   adubtuf istamzaab-aat-hum fi am-na. el yawum shal kalun ala al 'adul-rabee. jamur-hum kalun liyya tawmeed kalun  masu'l  wa ala/masuk el ganun-aat shil am-na.

## Section 3

The Supreme Grand Chief  May Determine The Time Of Choosing The Principal And Secondary Chiefs, And The Day On Which They Shall Take Their Respective Positions In Our Nation.  Their Duty Is To Always Be Responsible And Uphold The Laws Of Our Nation.

## Istabdaan 4

ayi wahed menu  kalun watun-un shil el mund Bareefan shagruth gabelu ja haza  wagut am ayi wagut hen/ba'ad shil el istatkaadh shil haza istabnaw, sofa kalun salaheya ila el makaateb shil el Musta-asaseeya Maku; nut't  shakhus  sofa kalun salaheya ila  dek  makaateb eza antu  atha  tem tamed-ashed,  wa  karut kulena 3 sanu-aat  kar in el weluy, wa dabur el laghut shil ham  antu  nawus.

## Section 4

Anyone Who Is A Citizen Of The Mund Bareefan Embassy Clan At This Time Or Any Time Hereafter Of The Adoption Of This Constitution, Shall Be Qualified To The Offices Of Principal Chief and Secondary Chief; No Person Shall Be Qualified To That Office If They Are Not Eighteen, And Have Been 3 Years A Resident Within Weluy And Speak The Language Of Those They Will Govern.

*[constructed-script text]*

### gadur liyya fahus wa ladun wadhuf—un (aat)

## Istabdaan 5

fi halut  shil el mur-harukal shil wadhuf-un (aat), aw shil  lahu/ha mawuth, istatfaa', am im-yakulet liyya kow-gayus el  gadur wa jamur-aat shil el makaateb, wadhuf-un (aat) sofa kalun bi-basur mur-makun  bi gan-wahed menu  kalun a'nsur.  el A'zum Akbur Maku  wa el naawus gasum shil el mund Bareefan shagruth gabelu sofa sanub  kull  khatimiy  garur-aat.

### Power To Try And Judge An Official (s)

## Section 5

In Case Of The Removal Of An Official (s), Of His Or Her Death, Resignation, Or Inability To Discharge The Power And Duties Of The Said Office, An Official (s) Will Be Immediately Replaced By Someone Who Is Competent.  The Supreme Grand Chief  And The Governing Body Of The Clan Will Make All Final Decisions.

*[constructed-script text]*

_[non-Latin script text]_

## Istabdaan 6
gabla antuf/antus badur el istanfaaz shil antuf/antus Makaateb, antuf/antus Sofa  akhuz el taabu' nathur.

amma  wadhuf-un shil el _____ weluy, shil mund Bareefan shagruth gabelu yamassee asaluy amrek-aat, nuk _____ nathur-tu dek nuk sofa bi-amunmul nafuz el makaateb shil wadhuf-un shil el mund Bareefan shagruth gabelu yamassee asaluy amreke-aat fi ash nuk hayuh, wa nuk  sofa ila el hasun shil yakulet-ee, liyya hadun, wa tahum el istabnwa shil mund Bareefan shagruth gabelu yamassee asaluy amrek-aat

## Section 6
Before He\She Enters On The Execution Of His\Her Office, He\She Shall Take The Following **Oath Or Affirmation**

As An Official Of The State_____ of Mount A'rafat Embassy Clan Yamassee Native Americans  I, _____ Do Solemnly Affirm That I Will Faithfully Execute The Office Of An Official Of The Mount A'rafat Embassy Clan Yamassee Native Americans And I Will To The Best Of My Ability To Protect, And Defend The Constitution Of The Mount A'rafat Embassy Clan Yamassee Native Americans.

_[non-Latin script text]_

## Istabdaan 7
El musta-asaseeya maku shil ahud weluy, sofa tawmeed tathul, shawur, wa badul kar el ras naawus gasum shil el ma'ecyna.

## Section 7
The Principal Chief Of Each State, Shall Always Comply, Consult, And Communicate With The Head Governing Body Of The MA'ECYNA.

_[non-Latin script text]_

ᕋᘺᕒᐟᐟᐱᕠᐟᐟᐱ 8
ᐺᏟ ᐄᐟᐧᐱᕠᐟᐟᐟᕁ ᘺᐺᐟᐟ ᐧᐟᐟᕋᘮᕁ ᐺᏟ ᐃᐟᐱᕠᕠᕆ ᐧᐟᐟᕄ ᐺᏟ ᐱᐟᘺᘺᕱ ᕁᐟ ᐱᐟᕱᘮᏟ  ᕤᕋᏟ ᐺᏟ ᕆᐟᘺ
ᐱᐟᐟᕁᘺᘺ ᐃᐟᘺᘺᐄᐄ, ᕁᐟ  ᐧᐟᐟᕄ  ᐺᏟ ᐱᐟᘺᘺᕱ ᕁᐟ ᐱᐟᕱᘮᏟ  ᕤᕋᏟ ᐺᏟ ᕡᐃᘮᐄ ᐟᐧᐱᘮᕱ ᐄᐟᐧᐧᐄ
, Ꮯᕋᕱᕱᐟ ᕆᐟᕱᘺᕱ ᘮᕁᐧᕱᕁ ᐄᐟᐧᐧᐄᐄᐟᐟᐟᕁ ᐟ ᕁᐟᕱᐃᕱᐄᐟᐟᐟᕁ ᕆᕋ ᕁᐺᏟᘮᕱᐟᐟᐟᕁᐧᕱᕱᐄᕠ, ᐺᏟ
ᕤᐟᐧᕁᐄᐟᐟᐱ ᐱᐟᐟᕁᐄ ᕁᐟᐟᕁᐱᐟᐟᐟᕁ ᕤᕋᏟ ᐺᏟ ᐄᐺᐱᕱ ᐱᐟᕱᐺᕉᕉᕠᐱ ᕤᐟᐟᕒᕱᘮᕁ ᐃᐟᐱᐺᏟᐺ ᕁᐟ
ᕱᐟᐟᐟᐺᐄᕱ ᐺᏟ Ꮯᐟᐟᕁᐄᕁ ᕤᕋᏟ ᕮᐟᐟᕁ ᐟᐱᕁᘺ ᐱᐟᐟᕁᘺᘺ.

## el maku-aat sofa karut el gadur to faruh ukhray wadhuf-aat.

### Istabdaan 8
el maku-aat sofa  karut  el gadur kar  el nasuh wa badul  shil el ras  naawus gasum,  wa  kar  el nasuh wa
badul  shil el A'zum Akbur Maku , sofa faruh ukhray maku-aat wa wadhuf-aat fi weluy-aat-hum, el maku-aat
kaalun watun-aat shil el mund Bareefan shagruth gabelu wa daabur el laghut shil ham antu  nawus.

## The Chiefs Shall Have The Power To Suggest Other Chiefs.
### Section 8
The Chiefs Shall Have The Power with The Advice and Consent Of The Head governing Body, And By And
With The Advice And Consent Of The Grand Maku, To Elect Other Chiefs and Officials In Their States, The
Ministers Being Active Citizens Of The Mund Bareefan Embassy Clan And Speaking The Language Of Those
They Govern.

ᕋᘺᕒᐟᐟᘺᕱᐟᐟᕀ ᐱᐟᕱᕱᐱᐟ ᐺᏟ ᕁᐺᏟᘮᕱᐟᐟᐟᕁ.

ᐟᕱᕠᕀ ᕁᐺᏟᘮᕱ ᘺᐺᐟᐟ ᕁᐺᕤ ᐄᐟᘺᘺᐃ ᐟᕱᕠᕀ ᐱᐄᐱᐱᕁ ᕁᐟᐟᕁᐱᐟᐟᐟᕁ .

ᕋᘺᕒᐟᐟᐱᕠᐟᐟᐱ ᕱ.1

ᐺᕁᐟ ᕡᕀᐄᕁᐺᕠ ᕤᕋᏟ ᐺᏟ ᐄᐺᐱᕱ ᐱᐟᐱᐺᕉᕉᕠᐱ ᕤᐟᐟᕒᕱᘮᕁ ᕁᐟᐟᐱᐺᏟᐺ ᐄᐟᏟᐺᐱ ᐄᕁᐄᐄᐟᐟᐄᐺᏟᐺᐟᐄ
ᐄᕋᐱ ᕀᐟᐄᐟᐱᘺᘺᐺᐺ ᕁᐺᏟᘮᕱᐟᐺᐱ, ᕀᐺᐄ ᕡᕀᐄᕁ ᕀᐟᐄᐺᏟᐄᐺᕁ ᐄᐟᏟᐺᐱ ᕁᐟᐱᐱᐟᏟ ᕆᕋ ᐱᐄᕱᐟᕱ
ᕁᐺᏟᘮᕱᐟᐺᐱ ᐺᕁᐟ  ᐟᐱᕁᘺᕆᐟᐟᕁᘺᘺ ᐄᐟᏟᐺᐱ ᐄᕁᐄᐄᐟᕱᐟᐄᐺᕱᐺᐄ ᕤᕋᏟ ᐺᏟ ᕁᐟᐟᐱᐺᏟᐟᐟᐟᕁ ᕤᕋᏟ
ᐺᐱᐱᐟᐟᕱ ᕁᐺᏟᘮᕱᕱᐟᐺᐱ. ᐟᕱᕠᕀ ᕁᐺᏟᘮᕱ ᐄᐟᏟᐺᐱ ᕁᐟᐟᐱᐺᏟ Ꮯᕋᕱᕱᐟ ᕆᐟᐺᕁᐱᐄᕁᐄᐄᐄᕁ ᕁᐟ ᐟᕀᐺᐱ ᐺᏟ
ᕁᐟᕱᐺᕀ ᐄᕀᐺᕁᐱᐟᏟ ᕁᐟᐟᐱᐺᐱ.

## Istasraad  Bayna El Weluy-aat.
### Ahud Weluy  Sofa Fug Masuk  Ahud Ukhray  Ganun-aat .
### Istabdaan 9.1
eza u'duw-un shil el mund Bareefan shagruth gabelu kalun kow-zamuluf min Yamassee Weluy-un, dek u'duw
yakul-tem kalun gabal fi ukhray weluy-un eza antuf/antus kalun kow-yakuhent shil el  ganun-aat shil ukhray
Weluy-un.  Ahud Weluy kalun gabul liyya fug/masuk  wa adub el wahed kuwnal  ganun .

## Relation Between The States.
### Each State Shall Uphold Each Other's Laws.
### Section 9.1
If A Member Of The Mund Bareefan Embassy Clan Has Been Dis-fellowshipped From A Yamassee State, That

Member Cannot Be Accepted Into Another State If He\She Is In Disobedience Of The Laws Of Another State. Each State Is Expected To Uphold And Respect The One Universal Law.

[constructed script text — Istabdaan 9.2]

### Istabdaan 9.2

henak-zu wahed yanukh shil ganun-aat dek atha nafun bakhuz min el ras naawus gasum.  Lissa, Ahud Weluy yakul kaman sanub ganun-aat kar el Badul wa shil el naawus gasum .  del ganun-aat  atha sanub liyya wafug el hatug-aat shil Ahud Weluy amma dakuth amma zi  kalun khanun-but li  kull.

### Section 9.2

There Are One Set Of Laws That Are Issued From The Head Governing Body.  Yet, Each State Can Also Institute Laws With The Consent Of The Governing Body.  These Laws Are Made To Suit The Needs Of Each State As Long As It Is Beneficial For All.

[constructed script text — Istabdaan 10]

### Istabdaan 10

eza u'duw-un menu kalana kow-zamuluf, wa'hatug liyya kalun mur-hanus ila weluy-un , antuf/antus lazum samuw el mahum kar el wad-huf-aat wa el Musta-asaseeya Maku wa el Atnahary Maku shil  dek Weluy wen antu kalana kow-zamuluf wa kow-gayas.

### Section 10

If A Member Who Has Been Dis-fellowshipped, And Wants To Be Readmitted To A City Or State, He\She Must Resolve The Matter With The Officials The Principal Chief And The Secondary Chief Of The State Where They Were Dis-fellowshipped and Discharged.

[constructed script text — Istabdaan 10.2]

### tahul  shil haanus jadud weluy-aat fi el gabelu.

Istabdaan 10.2
jadud weluy-aat yakul kalun hanus bi el naawus gasum shil el gabelu kar el raduy shil el A'zum Akbur Maku . nut-shaayu fi haza  istabnaw sofa kalun samus liyya tahuz  el gabelu, aw shil  ayi Weluy.

## Condition Of Admitting New States To The Nation.

Section 10.2
New States May Be Admitted By The Governing Body Of The Clan with The Consent Of The Supreme Grand Chief . Nothing In This Constitution Shall Be So Construed As To Prejudice Any Claims Of The Clan, Or Of Any Particular State.

a.

b.

### Istarzaag-aat li gaayur el istabnaw:

A.      istafraah-un liyya raadut el  istabnaw  lazum kalun raduy  bi el A'zum Akbur Maku .  Radutmentun begu ganun  lama el A'zum Akbur Maku  raduy zi.

B.      el weluy-aat sofa razug radutment-aat ila haza istabnaw, aw ala el istatbaag shil el naawus gasum, biwasati istadyaar ash, fi ayi  halut, sofa kalun jayub ila  kull  nayut wa gharud,  amma   farug shil haza  istabnaw, lama ashur  bi el maku.  ukhray tarug-aat shil ashurane yakul kalun gad-huf bi el A'zum Akbur Maku ; razug dek nut't radutment  ash yakul kalun  sanab gabla  dek  sanu sofa fi ayi  nawul mahub  el rahuy shil el Makul -aat aw istabdaan-aat.

## Provisions For Changing The Constitution:

A.      A Suggestion To Amend The Constitution Must Be Approved By The Chief.  An Amendment Becomes   Law When The Supreme Grand Chief Endorses It.

B.      The States Shall Propose Amendments To This Constitution, Or On The Application Of The Governing Body, Through A Convention Which, In Either Case, Shall Be Valid To All Intents And Purpose, As Part Of This Constitution When Endorsed By The Supreme Grand Chief . Other Modes Of Endorsement May Be Projected By The Supreme Grand Chief ; Provided That No Amendment Which May Be Made Before That Year Shall In Any Manner Affect The Rest Of The Statutes Or Sections.

Istabdaan 11
ukhray gur-kharuwbut  hagug-aat  shil watun-aat:  thabut   dek  watun-aat Atha  a'zun ila ukhray gur-kharuwbut hagug-aat  tem  lasut fi el  istabnaw.

Section 11
Other Inalienable Rights Of Citizens:  Affirms That Citizen Are Entitled To Other Inalienable Rights Not Listed In The Constitution.

 istabdaan 12

el tafsul-aat fi haza istabnaw, shil akud gur-gharuwbut hagug-aat, sofa tem kalun weh-rajama liyya kathub aw khaffad ukhray gur-gharuwbut hagug-aat kabush bi el lehum-aat.

Section 12
The Details In This Constitution, Of Certain Inalienable Rights, Shall Not Be Misinterpreted To Deny Or Reduce Other Inalienable Rights Retained By The People.

istabdaan 13

nut't shakkus sofa kalun mashulatif-un fi ayi sanuy aw sawur li el A'zum Akbur Maku  hatta mahud bi el A'zum Akbur Maku !!!  ayi wahed bi-bataal taaruh  amma  istamshal-un aw haadu' antuf/antus nasuf dabur shakhus-un  li el A'zum Akbur Maku  amma  u'duw-un shil el mund Bareefan shagruth gabelu, aw,amma u'duw-un shil ayi weluy, aw  amma  maku shil ayi weluy henak-shil, sofa  karut  jawuz-hum akhuzlen wa  sofa nut't kalun u'duw-un shil nefer baagum

## Section 13
No Person Shall Be A Representative In Any Form Or Fashion For The Grand Chef Unless Appointed By The Supreme Grand Chief  !!! Anyone Falsely Posing As A Representation Or Declaring His Or Her Self A Spokesperson For The Chief As A Member Of The Clan, Or As A Member Of Any State, Or As A Chief Of Any State Thereof Shall Have Their Passport Revoked And Will Not Be A Member Of Good Standing .

ᒆᐱᒎᕝ–ᒃᒃᕒ ᐱᒃᘁᕓᒆᘿ: ᒆᐱᒎᕒᒃᒃᕒ ᒃᐒᒃ ᐢᑌᕓᕠᑌᕊ ᕬᕎ ᕝᘽ ᓯᒃᕒᕝᕓᓯᑌ

ᕎᘁᕒᒃᔑᕠᕒᕒᕒ 14
ᒆᑌᒃ ᒆᐱᒎᕒᕒᕟᒃᒃᕒ ᐱᕝᕝᕝ ᔑᒃᕟᕓᕒ ᔑᒃᑌᕓᕒ ᐢᘽᕟ ᒃᕝᘽ ᕝᒃᕠᕓᕠ ᔑᒃᕒ ᕬᘽ ᕝᕟ ᓯᑌᕒᐱᕠ
ᕒᒃᕀᕝᕝᕝᕒᕒ ᕠᒃᕒᕝᕝᕟᑌ. ᔑᒃᑌ ᒆᐱᒎᔑᕒᒃᒃᕒ ᓯᕒ ᒆᐱᒎᕒᒃᒃᕒ ᕬᕎ ᓯᑌᕓᕠᑌᕊ ᕬᘽ ᕠᒃᕒᕝᕝᕝᑌᕒ–
ᕒᕒ.

### anus-aat nasu'aj:  anush-aat atha  mua'dul fi el gabelu

Istabdaan 14

nut anush-aat sofa kalun kathub shil ayi  hagug  kai-fi el mund Bareefan shagruth gabelu.  kalu anus-aat wa anush-aat atha  mua'dul fi gabelu-na.

### Women's Suffrage:  Women Are Equal n The Clan

## Section 14
No Woman Shall Be Denied Any Right Within The Clan On Account Of Gender.  Both Men And Women Are Equal In Our Nation.

ᕎᘁᕒᒃᕓᕝᕒᒃᒃᕒ 15
ᕕᕒᕀᕒ ᕝᒃᓯᑌᓯ ᕝᒃᕀᕒ ᕝᒃᕟᒃᔑ ᓯᒃᕒ ᕝᒃᕟᒃᕝ ᑌᓯᓯᕠᑌᕝᓯᔑ ᕎᘁᕒᒃᒃᒃᒃ ᕠᒃᒃᕝᒃᕒ ᔑᑌᕟᕟ ᕝᒃᕝᒃᕒ
ᕒᒃᓯᑌᕒᒃᒃᕒ ᒃᕒᕒᕒᕒ ᕝᕝ ᕎᘁᕒᒃᒃᒃᕒᕒ ᓯᒃᒃᕒᕠᕠ ᕠᕓᕒ ᔑᑌᕟᕟ ᕠᕃᑌᓯᕒᒃᒃᕒ ᐢᘽᕟ ᕝᕝ
ᕒᒃᓯᑌᑌᒃᕒᕀᕒ ᐢᘽᕟ ᓯᒃᕝᒃᕟᒃᕓᓯᒃ ᕟᕝᕠᕓᒃᒃᒃᕒ ᓯᒃᕒᕒᑌᕟᒃ ᒃᒃᒃᕒ ᕝᕝ ᓯᑌᕒᕒ ᒃᒃᕒᕀᕝᕝᕝᒃᒃᕒ
ᕝᒃᒃᕓᑌᕟ ᕠᒃᕒᕝᕝᕝᑌᑌ ᕝᒃᕒᒃᒃᒃᕝᕀ ᒃᕝᕝᑌᑌ ᒃᒃᕝᕕᔑᒃᒃᒃᒃᕒ.” ᕟᕒᒃ ᕝᒃᕟᒃᕒ ᓯᒃᕝᑌᓯ ᕒᑌᕒᕀᕒ 9ᵒ
ᓞᕀᕀᕕ ᒃᕒᕒ. ᕬᘽ ᕝᕝ ᕝᕠᕕ ᐢᘽᕟ ᒃᔑᒃᕝᒃᕝ ᕒᕒᕝᕠᕕᕕ ᐢᘽᕟ ᒃᕝᕡᑌᒃ ᒃᔑᒃᕝᒃᕝ ᒃᒃᔑᑌ –ᕒᕒ: ᕕᕝ.
ᕕᕀᕝᕝᕡᒃᔑᔑ ᕝᕓ. ᕒᔑᒃᕝᕀᕓᕡᕒ ᕝᕝ ᒃᒃᕝᑌᕝ ᕝᕀᕒ ᕕᒃᕒᕒᕡᕕ ᒃᒃᒃᕒᕒ, ᕠᕕᑌᒃᒃ ᒃᔑᒃᕒᕒᕕ ᒃᒃᔑᑌ
ᒃᕒᕡᓯᑌᕕᒃᕒᒃᒃᕡᕕᕕ ᕡᕒᒃᕒᕡᕀᕕ.

Istabdaan 15
enen rakhut haza radut wa raduy uwduyik istabnaw gabla kull hasut shakhus-aat amma el istabnaw tafug ala bi kull u'duw-aat shil el nawusment shil el mahalaws lehumaat mabruf amma "el mund Bareefan shagruth gabelu yamassee asalu  amrek-aat".  ala haza  tarukh  June 9th  2006 A.D,  bi el yod shil Akbur Sayud wa Maku-na: Derrick H. Sanders El baruf hen dashuy amma, Maku Aswud-Sagr Saqur.

Section 15
We Put This Revised and Ratified Organic Constitution Before All Concerned Persons As The Constitution Agreed Upon By All Members Of The Government Of Indigenous People Known As Mund Bareefan Shagruth Gabelu The Yamassee Tribe Of Native Americans.  On This Date June 9th, 2006 A.D., By The Hand Of Our Grand Master And Our Supreme Grand Chief :  Dr. Derrick H. Sanders El Know Henceforth as, **Supreme Grand Chief  Black-Hawk Thunderbird.**

ᐁᐧᐱ�165ᐧᐁ  ᗀ
Part 7
**El Mashur Shil Hagug-aat**
ᐯᐸ ᑐᐧᑕ5ᐁᖈ ᑲᖇᑕ ᕟᐧᑫ5ᖇᑕᐧᐸᖈ

ᐯᐱᐯᐱ  ᑐᖈᐱᖁ ᕟᐧᖈᐯᐯᐧᐧᐸᖈᐱ ᑲᐧᑫᖁ5ᒼ ᖲᐧᐱᐯᑕ5 ᑲᖇᑕ  ᐯᐸ ᕟᐧᑫᐳᐁᑐᐯᐯᐱ  ᐁᐯᐧᐁ5ᒼ ᐧᖈᖈᐸᑐᖈ ᒼᐳ9ᐱᗘ-
ᐧᐯᐱ  ᖈᐧᖃᐯᐃᕟ ᐯᐸ ᐅᐧᖃᐯᐃ ᖇᐅᖈᐧᐧᑫᖲᐯᐧᐸᖈ ᐧᑕᐧᐯ ᐯᐸ  ᕟᐧᑫ5ᖲᐧᐧᐸ ᖈ ᑲᖇᑕ ᐳᐱᖲᐯᑕᐧᖃᐅ
ᐁᐯᖲᖈᐳᐧᐧᐸ, ᐯᐸᖉᐯᑕ.4/ᐅᐯᑕ.-2/1994/2/ᐧᐯᐃ. 1(1994)    ᐃᐧᐸᐯᐁ ᖇᐅᖈᐧᐧᐯᐸᐯᒼᐄᐸᖈ.

enen  mund Bareefan shagruth 'gabelu' shil  el yamassee asaluy amrek-aat   takhudh el sawud istazyaan ala el hagugaat  shil  mahalaws lehumaat, E/CN.4/sub.-2/1994/2/Add. 1(1994)  dakhul istabnawna.

**The Bill of Rights**
We Mund 'Bareefan Shagruth 'Clan'  Of The Yamassee " Native Americans Adopt The Declaration On The Rights Of Indigenous Peoples, E/CN.4/sub.-2/1994/2/Add.1 (1994)  *Into Our Constitution*

*Affirming* that indigenous peoples are equal in dignity and rights to all other peoples, while recognizing the right of all peoples to be different, to consular themselves different, and to be respected as such,

*Affirming* also that all peoples contribute to the diversity and richness of civilizations and cultures, which constitute the common heritage of humankind,

*Affirming* further that all doctrines, politics and practices based on or advocating superiority of peoples or individuals on the basis of national origin, racial, religious, ethnic or cultural differences are racist, scientifically false, legally invalid, morally condemnable and socially unjust,

*Reaffirming* also that indigenous peoples, in the exercise of their rights, should be free from discrimination of any kind,

*Concerned* that indigenous peoples have been deprived of their human rights and fundamental freedoms, resulting, *inter alia,* in their colonization and dispossession of their lands, territories and resources, thus preventing them from exercising, in particular, their right to development in accordance with their own needs and interests,

*Recognizing* the urgent need to respect and promote the inherent rights and characteristics of indigenous peoples, especially their rights to their lands, territories and resources, which derive from their political, economic and social structures and from their cultures, spiritual traditions, histories and philosophies,

*Welcome* the fact that indigenous peoples are organizing themselves for political, economic, social and cultural enhancement and in order to bring an end to all forms of discrimination and oppression wherever they occur,

*Convinced* that control by indigenous peoples over developments affecting them and their lands, territories and resources will enable them to maintain and strengthen their institutions, cultures and traditions, and to promote their development in accordance with their aspirations and needs,

*Recognizing* also that respect for indigenous knowledge, cultures and traditional practices contributes to sustainable and equitable development and proper management of the environment,

*Emphasizing* the need for demilitarization for the lands and territories of indigenous peoples, which will contribute to peace, economic and social progress and development, understanding and friendly relations among nations and peoples of the worlds,

*Recognizing* in particular the right of indigenous families and communities to retain shared responsibility for the upbringing, training, education and well-being of their children,

*Recognizing* also that indigenous peoples have the right freely to determine their relationships with States in a spirit of coexistence, mutual benefit and full respect,

*Considering* that treaties, agreements and other arrangements between States and indigenous peoples are properly matters of international concern and responsibility,

*Acknowledging* that the Charter of the United Nations, the International Covenant on Economic, Social and Cultural Rights and the International Covenant on Civil and Political Rights affirms the fundamental importance of the right of self-determination of all peoples, by virtue of which they freely determine their political status and freely pursue their economic, social and cultural development,

*Bearing* in mind that nothing in this Declaration may be used to deny any peoples their right of self-determination,

*Encouraging* States to comply with and effectively implement all international instruments, in particular those related to human rights, as they apply to indigenous peoples, in consultation and cooperation with the peoples concerned,

*Emphasizing* that the United Nations has an important and continuing role to play in promoting and protecting the rights of indigenous peoples,

*Believing* that this Declaration is a further important step forward for the recognition, promotion and protection of the rights and freedoms of indigenous peoples and in the development of relevant activities of the United Nations system in this field,

*The Declaration on the Rights of MA'ECYNA Indigenous Peoples,* March 2003...

## PART 1

### Article 1

Indigenous people have the right to the full and effective enjoyment of all human rights and fundamental freedoms recognized in the Charter of the United Nations, Universal Declaration of Human Rights and international human rights law.

*Article 2*

Indigenous individuals and people are free and equal to all other individuals and peoples in dignity and rights, and have the right to be free from any kind of adverse discrimination, in particular that based on their indigenous origin or identity.

*Article 3*

Indigenous people have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

Article 4

Indigenous peoples have the right to maintain and strengthen  their distinct political, economic, social and cultural characteristics, as well as their legal systems, while retaining their rights to participate fully, if they so choose, in the political, economic, social and cultural life of the State.
*Article 5*

Every indigenous individual has the right to a nationality.

PART 2

*Article 6*

Indigenous peoples have the collective right to live in freedom, peace and security as distinct peoples and to full guarantees against genocide or any other act of

violence, including the removal of indigenous children from their families and communities under any pretext.

In addition, they have the individual rights to life, physical and mental integrity, liberty and security of person.

*Article 7*

Indigenous peoples have the collective and individual right not to be subjected to ethnocide and cultural genocide, including prevention of and redress for:

(a) Any action which has the aim or effect of depriving them of their integrity as distinct peoples, or of their cultural values or ethnic identities;
(b) Any action which has the aim or effect of dispossessing them of their lands, territories or resources;
(c) Any form of population transfer which has the aim or effect of violating or undermining any of their rights;
(d) Any form of assimilation or integration by other cultures or ways of life imposed on them by legislative, administrative or other measures;
(e) Any form of propaganda directed against them.

*Article 8*

Indigenous peoples have the collective and individual right to maintain and develop their distinct identities and

characteristics, including the right to identify themselves as indigenous and to be recognized as such.

*Article 9*

Indigenous peoples and individuals have the right to belong to an indigenous community or nation, in accordance with the traditions and customs of the community or nation concerned. No disadvantage of any kind may arise from the exercise of such a right.

*Article 10*

Indigenous people shall not be forcibly removed from their lands or territories. No relocation shall take place without the free and informed consent of the indigenous peoples concerned and after agreement on just and fair compensation and, where possible, with the option of return.

*Article 11*

Indigenous peoples have the right to special protection and security in periods of armed conflict. States shall observe international standards, in particular the Fourth Geneva Convention of 1949, for the protection of civilian populations in circumstances of emergency and armed conflict, and shall not:

(a)  Recruit indigenous individual against their will into armed forces and, in particular, for use against other indigenous peoples;
(b)  Recruit indigenous children into the armed forces under any circumstances;
(c)  Force indigenous individuals to abandon their lands, territories or means of subsistence, or relocate them in special centres for military purposes;
(d)  Forces indigenous individuals to work for military purposes under any discriminatory conditions.

PART 3

*Article 12*

Indigenous people have the right to practice and revitalize their cultural traditions and customs. This includes the right to maintain, protect and develop the past, present and future manifestations of their cultures, such as archaeological and historical sites, artifacts, designs, ceremonies, technologies, and visual and performing arts and literature, as well as the right to the restitution of cultural, intellectual, religious and spiritual property taken without their free and informed consent or in violation of their laws, tradition and customs.

*Article 13*

Indigenous peoples have the right to manifest, practice, develop and teach their spiritual and religious traditions, customs and ceremonies; the right to maintain, protect and have access in privacy to their religious and cultural sites; the right to the use and control of ceremonial objects; and the right to the repatriation of human remains.

States shall take effective measures, in conjunction with the indigenous peoples concerned, to ensure that indigenous sacred places, including burial sites, be preserved, respected and protected.

*Article 14*

Indigenous peoples have the right to revitalize, use, develop and transmit to future generations their histories, languages, oral traditions, philosophies, writing systems and literatures, and to designate and retain their own names for communities, places and persons.

States shall take effective measures, whenever any right of indigenous peoples may be threatened, to ensure this right is protected and also to ensure that they can understand and be understood in political, legal and administrative proceedings, where necessary through the provision of interpretation or by other appropriate means.

PART 4

*Article 15*

Indigenous children have the right to all levels and forms of education of the State. All indigenous peoples also have this right and the right to establish and control their educational systems and institutions providing education in their own languages, in a manner appropriate to their cultural methods of teaching and learning.

States shall take effective measures to provide appropriate resources for these purposes.

*Article 16*

Indigenous peoples have the right to have the dignity and diversity of their cultures, traditions, histories and aspirations appropriately reflected in all forms of education and public information.

States shall take effective measures, in consultation with the indigenous peoples concerned, to eliminate prejudice and discrimination and to promote tolerance, understanding and good relations among

indigenous peoples and all segments of society.

*Article 17*

Indigenous peoples have the right to establish their own media in their own languages. They also have the right to equal access to all forms of non-indigenous media.

States shall take effective measures to ensure that State-owned media duly reflect indigenous cultural diversity.

Article 18

Indigenous peoples have the right to enjoy fully all rights established under international labour law and national labour legislation. Indigenous individuals have the right not to be subjected to any discriminatory conditions of labour, employment or salary.

PART 5

Article 19

Indigenous peoples have the rights to participate fully, if they so choose, at all

levels of decision making in matters which may affect their rights, live and destinies through representatives chosen by themselves in accordance with their own procedures, as well as to maintain and develop their own indigenous decision-making institutions.

Article 20

Indigenous peoples have the right to participate fully, if they so choose, through procedures determined by them, in devising legislative or administrative measures that may affect them.

States shall obtain the free and informed consent of the peoples concerned before adopting and implementing such measures.

Article 21

Indigenous peoples have the right to maintain and develop their political, economic and social systems, to be secure in the enjoyment of their own means of subsistence and development, and to engage freely in all their traditional and other economic activities. Indigenous peoples who have been deprived of their means of subsistence

and development are entitled to just and fair compensation.

Article 22

Indigenous peoples have the right to special measures for the immediate, effective and continuing improvement of their economic and social conditions, including in the areas of employment, vocational training and retraining, housing, sanitation, health and social security. Particular attention shall be paid to the rights and special needs of indigenous elders, women, youth, children and disabled persons.

Article 23

Indigenous peoples have the right to determine and develop priorities and strategies for exercising their right to development. In particular, indigenous people have the right to determine and develop all health, housing and other economic and social programmes affecting them and, as far as possible, to administer such programmes through their own institutions.

Article 24

Indigenous peoples have the right to their traditional medicines and health practices, including the right to the protection of vital medicinal plants, animals and minerals. They also have the right to access, without any discrimination, to all medical institutions, health services and medical care.

PART 6

Article 25

Indigenous peoples have the right to maintain and strengthen their distinctive spiritual and material relationships with the lands, territories, waters and coastal seas and other resources which they have traditionally owned or otherwise occupied or used, and to uphold their responsibilities to future generations in this regard.

*Article 26*

Indigenous peoples have the rights to own, develop, control and use the lands and territories, including the total environment of the lands, air, waters coastal seas, sea-ice, flora and fauna and other resources which they have traditionally owned or otherwise occupied or used. This includes the right to the full recognition of their laws, traditions and customs, land-tenure systems and institutions for the development and management of resources, and the right to effective measures by States to prevent any interference with, alienation of or encroachment upon these rights.

*Article 27*

Indigenous peoples have the right to the restitution of the lands, territories and resources which they have traditionally owned or otherwise occupied or used, and which have been confiscated, occupied, used or damaged without their free and informed consent. Where this is not possible, they have the right to just and fair compensation. Unless otherwise freely agreed upon by the peoples concerned, compensation shall take the form of lands, territories and resources equal in quality, size and legal status.

*Article 28*

Indigenous peoples have the right to the conservation, restoration and protection of the total environment and the productive capacity of their lands, territories and resources, as well as to assistance for this purpose from States and through international cooperation. Military activities shall not take place in the lands and territories of indigenous peoples, unless otherwise freely agreed upon by the peoples concerned.

*Article 29*

Indigenous peoples are entitled to the recognition of the full ownership, control and protection of their culture and intellectual property. They have the right to special measures to control, develop and protect their sciences technologies and cultural manifestations, including human and other genetic resources, seeds, medicines, knowledge of the properties of fauna and flora, oral traditions, literatures, designs and visual and performing arts.

*Article 30*

Indigenous people have the right to determine and develop priorities and strategies for the development or use of their lands, territories and other resources, including the right to require that  States obtain their free and informed consent prior to the approval of any project affecting their lands, territories and other resources, including the right to require that States obtain their free and informed consent prior to the approval of any project affecting their lands, territories and other resources, particularly in connection with the development, utilization or exploitation of mineral, water or other resources. Pursuant to agreement with the indigenous peoples concerned, just and fair compensation shall be provided for any such activities and measures taken to mitigate adverse environment, economic, social, cultural or spiritual impact.

PART 7

*Article 31*

Indigenous peoples, as a specific form of exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their internal and local affairs, including culture, religion, education, information, media, health, housing, employment, social welfare, economic activities, land and resources management, environment and entry by non-members, as well as ways and means for financing these autonomous functions.

*Article 32*

Indigenous people have the collective rights to determine their own citizenship in accordance with their customs and traditions. Indigenous citizenship does not impair the right of indigenous individuals to obtain citizenship of the States in which they live. Indigenous peoples have the collective right to determine the structures and to select the membership of their institutions in accordance with their own procedures.

*Article 33*

Indigenous people have the right to promote, develop and maintain their institutional structures and their distinctive juridical customs, traditions, procedures and practices, in accordance with internationally recognized human rights standards.

*Article 34*

Indigenous peoples have the collective right to determine the responsibilities of individuals to their communities.

*Article 35*

Indigenous peoples, in particular those divided by international borders, have the right to maintain and develop contacts, relations and cooperation, including activities for spiritual, cultural, political, economic and social purposes, with other peoples across borders. States shall take effective measures to ensure the exercise and implementation of this right.

*Article 36*

Indigenous people have the right to the recognition, observance and enforcement of treaties, agreement and other constructive arrangements concluded with States or their successors, according to their original spirit and intent, and to have States honor and respect such treaties, agreements and other constructive arrangements. Conflicts and disputes which cannot otherwise be settled should be submitted to competent international bodies agreed to by all parties concerned.

PART 8

*Article 37*

States shall take effective and appropriate measures, in consultation with the indigenous peoples concerned, to give full effect to the provisions of this Declaration. The rights recognized herein shall be adopted and included in national legislation in such a manner that indigenous peoples can avail themselves of such rights in practice.

*Article 38*

Indigenous peoples have the right to have access to adequate financial and technical assistance, from States and through international cooperation, to pursue freely their political, economic, social, cultural and spiritual development and for the enjoyment of the rights and freedoms recognized in the Declaration.

*Article 39*

Indigenous peoples have the right to have access to and prompt decision through mutually acceptable and fair procedures for the resolution of conflicts and disputes with States, as well as to effective remedies for all infringements of their individual and collective rights. Such a decision shall take into consideration the customs, traditions, rules and legal systems of the indigenous peoples concerned.

*Article 40*

The organs and specialized agencies of the United Nations system and other intergovernmental organizations shall contribute to the full realization of the provisions of this Declaration through the mobilization, *inter alia,* of financial cooperation and technical assistance. Ways and means of ensuring participation of indigenous peoples on issues affecting them shall be established.

*Article 41*

The United Nations shall take the necessary steps to ensure the implementation of this Declaration including the creation of a body at the highest level with special competence in this field and with the direct participation of indigenous peoples. All United Nations bodies shall promote respect for and full application of the provisions of this Declaration.

PART 9

Article 42

The rights recognized herein constitute the minimum standards for the survival, dignity and well-being of the indigenous peoples of the world.

*Article 43*

All the rights and freedoms recognized herein are equally guaranteed to male and female indigenous individuals.

*Article 44*

Nothing in this Declaration may be construed as diminishing or extinguishing existing or future rights indigenous peoples may have or acquire.

*Article 45*

Nothing in this Declaration may be interpreted as implying for any State, group or person any right to engage in any activity or to perform any act contrary to the Charter of the United Nations.



MATRIX FINANCIAL SERVICES CORP.,
Plaintiff,

COURT OF COMMON PLEAS

PHILADELPHIA COUNTY

CIVIL ACTION - LAW

MAY E. McCLOUD, ET AL.,
Respondents.

DOCKET NO.: 170503419

## RESPONDENTS INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFFS

Pursuant to Pa.R.C.P. No. 4000.1 et seq. regarding Interrogatories and Pa.R.C.P. 4009.11. regarding Request for Production of Documents, Respondents hereby present the following requests and that Plaintiff's kindly provide responses within the time period prescribed by Pennsylvania Rules of Civil Procedure No. 4009.12.

Respondents hereby present and demand that Plaintiffs answer the following Interrogatories truthfully pursuant to the Pennsylvania Rules of Civil Procedure 4001 et seq. These Interrogatories must be answered as provided in Pa. R.C.P. 4006 and the Answers must be served on all other parties within thirty (30) days after the Interrogatories are deemed served.

These Interrogatories are deemed to be continuing as to require the filing of Supplemental Answers promptly in the event Plaintiffs and their representatives (including counsel) learn additional facts not set forth in the original Answers or discover that information provided in the Answers is erroneous. Such Supplemental Answers may be filed from time to time, but not later than 30 days after such further information is received, pursuant to Pa. R.C.P. 4007.4. These Interrogatories are addressed to Plaintiff(s) as a party to this action; Plaintiffs' answers shall be based upon information known to Plaintiffs or in the possession, custody or control of Plaintiffs, their attorneys or other representatives acting on their behalf whether in preparation for litigation or otherwise.

These Interrogatories must be answered completely and specifically by Plaintiffs in writing and must be verified. The fact that investigation is continuing or that discovery is not complete shall not be used as an excuse for failure to answer each interrogatory as completely and truthfully as possible. The omission of any name, fact, or other item of information from the Answers shall be deemed a representation that such name, fact, or other item was not known to Plaintiff, its counsel, or other representatives at the time of service of the Answers.

## DEFINITIONS

A.      The terms "person" or "persons" shall refer only to firms, partnerships, corporations, associations, unincorporated associations, organizations, businesses, trusts, public entities, parent companies, subsidiaries, divisions, departments or other units thereof, and/or any other type of legal entities.

B.      The terms "you" and "your" shall refer to Flagstar and any of its affiliates and/or any other person representing or purporting to represent Flagstar, including Matrix Financial Corporation and any of its affiliates in any capacity, including their attorneys.

C.      The term "living being" shall refer to the state of being, which begins with generation, conception, birth, and the conceptualization of breathing, thinking, feeling, and being and germination and all organs are capable of performing all or any of their intended functional purpose(s) and ends when said life force, breathing, thinking, feeling, organs cease functioning and life force of being expires. It is the exact opposite of what a corpse or corporation/person as defined in law represents.

D.      The term "corporation" shall refer to all persons, entities, organizations, et cetera that solely exists in reality as a person under the authority granted through state law, possessing its own identity, separate from its shareholders and owners.

E.      The term "identify" is defined as the following:

(1)   when used with respect to individuals or living beings, means to state their (a) appellation; b) name; (c) business affiliation; (d) official title and/or position; and (e) their last known residential and business address. The term "Identify" further encompasses any other alias or method an entity or living being may utilize to operate or function in both the public and/or private capacity. e.g. doing business as or *ex relatione*.

(2)   when used with respect to a document, means to state (a) the type of document (e.g. letter, memorandum, hand-written note, facsimile, e-mail) (b) its date of origin or creation; (c) its author and addressee; (d) its last known custodian or locations; and (e) a brief description of its subject matter and size. In lieu of identifying any document(s), you may attach a **certified copy** of it to your answer, indicating the question to which it is responsive.

(3)   when used with respect to a company or other business entity, means to state, (a) the company's legal name, any former names, and the name under which it trades or does business; (b) the address of its principal place of business; and (c) the identity of its chief executive officer.

D.      The term "communication" shall refer to any exchange or transmission of words or ideas to another person or entity, whether accomplished person-to-person, by telephone, in writing, via electronic mail or through another medium, and shall include, but shall not be limited to, discussions, conversations, negotiations, conferences, meetings, speeches, memoranda, letters, correspondence, notes, and statements or questions.

E.      The term "transaction" shall refer to any exchange and/or agreement involving a carrying out of business either by and between two (2) or more persons and/or living beings.

F.      For purposes of these interrogatories, the terms "records" and "documents" are used interchangeably and shall include without limitation (l) books of account, spreadsheets, ledgers, computerized data bases and other records; (2) checkbooks, canceled checks, check stubs and

checking account statements; (3) personnel files in which records are segregated for individual employees, representatives, agents et cetera; (4) all written or printed material of any kind, including the originals and all nonidentical copies, whether different from the originals by reason of any notation made in such copies or otherwise, including, without limitation, correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, releases, agendas, opinions, reports, studies, statements, consultations speeches, summaries, pamphlets, books, inter-office and infra-office communications, manuals, notations of any sort of conversation, bulletins, computer print-outs, teletypes, telefax, invoices, worksheets, and all drafts, alterations, modifications, changes and amendments or any of the foregoing; (5) graphic or manual records or representations of any kind, including without limitations, photographs, charts, graphs, microphone, microfilm, videotape, records, motion pictures; and (6) electronic, mechanical or electric records or representations of any kind, including, without limitation, tapes, cassettes, discs and recording.

G.      If any information, communication, or document responsive to anyone (or portion thereof) of the following requests is withheld based on any claim of privilege or confidential describe generally the substance or subject matter of the information, communication, or document withheld, state the privilege being relied upon or claimed and the basis therefore, and identify all persons or entities or living being who have had access to such information, communications, or documents.

H.      The term "including" shall mean including without limitations unless noted.

I.      The terms "all," "each," and "any" are used in their broadest sense and shall be construed as all and any pertaining solely to the transaction in this matter.

J.      The conjunctions "and" and "or" shall be construed either disjunctively or conjunctively, as necessary, to bring within the scope of a discovery request all responses that might otherwise be outside its scope.

K.      The terms "concerning" and "concerns" shall mean, in whole or in part, referring to, describing, evidencing, constituting, containing, comprising, embodying, connected to, reflecting, analyzing, showing, discussing, identifying, illustrating, stating, regarding, supporting, refuting, rebutting, responding to, commenting on, evaluating, about, in respect of, mentioning, dealing with, or in any way pertaining to, either explicitly or implicitly.

L.      Use of the past tense in these interrogatories includes the present tense unless otherwise explicitly stated.

M.      Use of the singular form of any word includes the plural and vice versa.

N.      The term "statement" includes:

(1) A written statement, signed or otherwise adopted or approved by the person making

it, or

(2) A stenographic, mechanical, electronic, videographic or other recording, or a

transcript thereof, which is a substantially verbatim recital of an oral statement by the

person making it and contemporaneously recorded.

### RESPONDENT'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS ADDRESSED TO PLAINTIFFS

1.      Identify by name, address, position and expertise of each individual (living being) who answers these interrogatories and each individual (attach pages if necessary) who assisted, including those living beings possessing titles or positions such as, attorneys, accountants, agents, contractors (independent or otherwise), employees of third-party entities, and/or any other person consulted, however briefly, on the content of any answer to these interrogatories.  This includes Plaintiffs' Attorney(s).

**ANSWER:**

2.      What is the legal authority, which the individual(s) responding to the interrogatories possess?

**ANSWER:**

3.      Does the individual(s) responding to the interrogatories possess first-hand and/or personal knowledge regarding the subject loan transaction?

**ANSWER:**

4.      If the answer to question three (3) is "Yes" please provide:

a) How the individual possesses first-hand or personal knowledge of the    subject loan transaction?

b) What was their involvement in 2011 that subjected them to possessing first- hand knowledge and/or personal knowledge of the subject loan transaction?

**ANSWER:**

5.      Identify in detail who FlagStar Bank is in this matter?

**ANSWER:**

6.      Identify in detail who Matrix Financial Corporation is in this matter?

**ANSWER:**

7.      What is the corporate relationship between FlagStar Bank and Matrix Financial Corporation in this matter? e.g. Parent Company, Subsidiary, Affiliate, Liaison, et cetera.

**ANSWER:**

8.      What is the transactional/business relationship between FlagStar Bank and Matrix Financial Corporation in this matter? e.g. Parent Company, Subsidiary, Affiliate, Liaison, et cetera.

**ANSWER:**

9.      What type of business does FlagStar Bank engage? Please list all businesses and not solely the business in which it engaged concerning this matter.

**ANSWER:**

10.     How long has FlagStar Bank been involved in the type(s) of business(s) in which it engages?

**ANSWER:**

11.     How long has FlagStar Bank been involved in the business for which this law suit is involved?

**ANSWER:**

12.     Based upon the types of businesses listed in question nine (9), please identify whether said business(es) would be and/or is considered a professional business.

**ANSWER:**

13.     What are the requirements necessary to engage in all the business(s) listed?

**ANSWER:**

14.   Does FlagStar Bank possess a policy/procedure manual/handbook for the issue concerned in this specific matter? (e.g. loans/mortgages and/or foreclosures).

**ANSWER:**

15.   If your answer to question 14 is "Yes" please explain for whom the manuals are created (e.g. employees, foreclosure attorneys et cetera) and produce the manual.

**ANSWER:**

16.   Is FlagStar Bank required to follow the laws under the Mortgage Brokers, Licenses, Services Licensing Act 173 of 1987? If your answer is "no" please identify and explain why FlagStar Bank or any of its affiliates are not required to follow the laws mentioned for this question.

**ANSWER:**

17.   List all federal and state laws which Flagstar and Matrix Financial are required to comply with.

**ANSWER:**

18.   What type of business does Matrix Financial Corporation engage? Please list all businesses and not solely the business in which it engaged concerning this matter.

**ANSWER:**

What type of business does FlagStar Bank engage? Please list all businesses and not solely business in which it engaged concerning this matter.

SWER:

How long has FlagStar Bank been involved in the type(s) of business(s) in which it engages?

SWER:

How long has FlagStar Bank been involved in the business for which this law suit is olved?

SWER:

Based upon the types of businesses listed in question nine (9), please identify whether said ness(es) would be and/or is considered a professional business.

SWER:

What are the requirements necessary to engage in all the business(s) listed?

SWER:

19.     How long has Matrix Financial Corporation been involved in the type(s) of business(s) in which it has listed and engages?

**ANSWER:**

20.     Based upon the types of businesses listed in question 18 please identify whether such business(es) would be and/or is considered a professional business.

**ANSWER:**

21.     What are the requirements necessary for Matrix Financial Corporation to engage in the business(s) listed?

**ANSWER:**

22.     Please provide information regarding whether Flagstar and/or Matrix Financial Corporation have ever been charged with engaging in Fraudulent Mortgage practices or predatory lending. If the answer to this question is "Yes" please provide in detail the specifics regarding the Fraudulent Mortgage/Predatory Lending charges, years, agencies involved and whether Flagstar and Matrix Financial Corporation were found liable and include the amount as well, further noting whether any penalties were imposed. (This question shall be limited to incidents within the past 20 years for purposes of this matter).

**ANSWER:**

23.     Please state the date of the first contact between FlagStar Bank including any of its Affiliates (identified above) and the alleged borrower(s) in the subject loan transaction.  Include the name, address, position and telephone number of the individual(s) in your company who was/were involved in that contact.

**ANSWER:**

24.     According to Plaintiff's Complaint, the subject loan of this matter was entered on April 14, 2011. On April 14, 2011 Respondent McCloud was 76 years of age. Please provide in detail the procedures Flagstar Bank utilized in scrutinizing the alleged Mortgage approval process, including whether: Flagstar:

        a)      Met in person with Respondent McCloud;
        b)      Met in person with Respondent Jones;
        c)      Assessed Respondent's Credit Report; Credit Score; and took a look at all available income of both parties?

*et cetera.*

**ANSWER:**

**DOCUMENT REQEST:** Should your company possess any written notes or documents that are produced in the ordinary course of business, that evidence your policy in accessing a borrower's ability to repay, please produce said certified copies of the documents.

25.     Regarding the first contact, please provide all information concerning who initiated the contact.

**ANSWER:**


26.     Please indicate whether Respondent McCloud was provided a Senior Real Estate Specialist and who the Senior Real Estate Specialist was. Include name, title, number of years employed.

**ANSWER:**

**DOCUMENT REQUEST:**   Please produce all documents evidencing and representing the meeting or possessing said information.


27.     Please state the date of the first contact between Matrix Financial Corporation including any of its Affiliates (identified above) and the alleged borrower(s) in the subject loan transaction. Include the name, address, position and telephone number of the individual(s) in your company who was/were involved in that contact.

**ANSWER:**


28.     Please identify whether the "Mortgage" document is a contract. If your answer is "Yes" please explain the nature of the contractual relationship. If your answer is "No" please explain the grounds for this lawsuit.

**ANSWER:**


29.     Please identify every potential party to this lawsuit.

**ANSWER:**

30.     Please identify the individual(s) involved in the underwriting of the subject loan. "Underwriting" refers to any living being who made representations, evaluations or appraisals of value of the home, value of the security instruments, and ability of the borrower(s) to repay the loan.  Please produce any and all documents relating to the underwriting of this alleged loan transaction.

**ANSWER:**

31.     Please identify any individual(s) who had any contact with any third-party regarding the securitization, sale, transfer, assignment, hypothecation or any document or agreement, oral, written or otherwise, that would affect the funding, closing, or the receipt of money from a third party in a transaction that referred to the subject loan.

**ANSWER:**

32.     Please identify any individual(s) known or believed by anyone at FlagStar Bank who had received physical possession of the note and allonges, the Deed of Trust, or any document (including but not limited to Assignment, Endorsement, Allonges, Pooling and Servicing Agreement, Assignment and Assumption Agreement, Trust Agreement, Letters or Emails or Faxes of transmittals including attachments) that refers to or incorporates terms regarding the securitization, sale, transfer, assignment, hypothecation or any document or agreement, oral, written or otherwise, that would affect the funding, or the receipt of lawful money, FIAT, currency et cetera from a third-party in a transaction, and whether such lawful money, FIAT, currency et cetera was allocated to principal, interest or other alleged payment obligations related to the subject loan.

**ANSWER:**

33.   Please identify all living beings known or believed by anyone in Flagstar Bank and/or Matrix Financial Corporation or any affiliate to have participated in the securitization of the subject loan including but not limited to Mortgage Aggregators, Mortgage Brokers, Financial Institutions, Structured Investment Vehicles, Special Purpose Vehicles, Trustees, Managers of Derivative Securities, Managers of the Company that issued an Asset-backed security, Underwriters, Rating Agency, Credit Enhancement Provider, *et cetera*.

**ANSWER:**

34.   Please identify who Eugene Bederman is in connection to the loan transaction and the relationship, whether professional or personal that he has with any living beings or persons/entities connected to this matter.

**ANSWER:**

35.   Please identify the living beings and person(s) and/or entities that are entitled, directly or indirectly, to the stream of revenue from the alleged borrower(s) in the subject loan.

**ANSWER:**

36.   Please identify in detail the person(s) or entity known as E & E Financial Inc. and their involvement in the loan transaction.

**ANSWER:**

37.   Please identify the living beings and person(s) in custody of any document(s) that identifies the loan servicer(s) in the subject loan transaction.

**ANSWER:**



38.     Please identify any living beings and person(s)/entities in custody of any document(s), which refers to any instruction or authority to enforce the note or mortgage in the subject loan transaction.  Please produce the said document.

**ANSWER:**

39.     Other than any living beings and persons identified above, identify any and all living beings and persons who have or had personal knowledge of the subject loan transaction, underwriting of the subject loan transaction, securitization, sale, transfer, assignment or hypothecation of the subject loan transaction, or the decision to authorize and enforce the note or mortgage in the subject loan transaction.

**ANSWER:**

40.     Please identify whether there is a procedural process, which the loan process must and shall go through for approval and describe the process, in detail that is followed to ensure that all loan transactions are compliant with the process prior to approval.

**ANSWER:**

41.     Please state whether for any reason if copies of documents pertaining to the loan transaction of this matter, produced by Flagstar or Matrix Financial Corporation or any of their affiliates, agents, employees et cetera, would or should reflect differently from the ORIGINAL documents.

**ANSWER:**

42.    Please identify and state the address, phone number, employment history, and professional title(s) since 2007 of the following:

   a)  Bella Kharson:
   b)  Christina Gomez
   c)  Yelena Snigur
   d)  Julie Kidder
   e)  Vanessa M. Ellison
   f)  Michael Swain
   g)  Eric Morris

**ANSWER:**

43.    Please identify the Originator(s) or previous servicer(s) of the loan.

**ANSWER:**

44.    Please identify the Seller and Master Servicer of the loan.

**ANSWER:**

45.    Please identify the Depositor of the loan transaction.

**ANSWER:**

46.     Please identify the loan originator and state the date on which the loan originator sold the mortgage loan to Flagstar.

**ANSWER:**

47.     Please identify the insurance company through whom Flagstar alleges there was Homeowners' Insurance for the subject property 1361 S. 46th Street in this matter.

**ANSWER:**

**DOCUMENT REQUEST:** Please produce all documents evidencing and representing any of these transactions or possessing said information.

48.     Please identify all insurance policies associated with the alleged loan transaction associated with this matter.

**ANSWER:**

**DOCUMENT REQUEST:** Please produce all documents evidencing and representing any of these transactions or possessing said information.

49.     Please state the date on which Flagstar, sold the mortgage loan/Deed of Trust to Matrix Financial Corporation.

**ANSWER:**

**DOCUMENT REQUEST:** Please produce all documents executed evidencing and representing the selling date or possessing said information associated.

50.     Please state the date on which Flagstar sold the Promissory Note to Matrix Financial Corporation.

**ANSWER:**

51.     Please provide information regarding whether Flagstar informed/notified or provided any documentation to the alleged borrower regarding the loan transfer to Matrix Financial Corporation or any other third-party alleged creditor prior to Matrix Financial filing suit against the alleged borrower(s) in this matter.

**ANSWER:**

**DOCUMENT REQUEST:**  Please produce all documents evidencing and representing any of these transactions or possessing said information in association.

52.     Please identify and provide information regarding whether any party associated with this matter is related by blood, marriage or otherwise, and/or have any personal, business relationships with anyone in the First Judicial District of Pennsylvania Court of Common Pleas Office of Judicial Filings in Room 296.

**ANSWER:**

53.     Did the loan originator or previous servicers of this loan account receive any compensation, fee, commission, payment, rebate or other financial considerations from Flagstar Bank or any affiliate or from the trust funds, for handling, processing, originating or administering the alleged loan?

**ANSWER:**

**DOCUMENT REQUEST:**  Please produce all documents evidencing and representing any of these transactions or possessing said information in association.

54.     If yes, please describe and itemize each and every form of compensation, fee, commission, payment, rebate or other financial consideration conveyed to any and all the originator(s) or previous servicer(s)s of this account by Flagstar or any affiliate, or from any trust fund associated and affiliated with this matter.

**ANSWER:**

**DOCUMENT REQUEST:**  Please produce all documents evidencing and representing any of these transactions or possessing said information in association.

55.     Did/does the current loan servicers/representatives (living beings or persons/entities) of this loan account receive any compensation, fee, commission, payment, rebate or other financial considerations from Flagstar Bank or any affiliate or from the trust funds, for handling, processing, originating or administering the alleged loan?

**ANSWER:**

**DOCUMENT REQUEST:**  Please produce all documents evidencing and representing any of these transactions or possessing said information in assosiation.

56.     If yes, please describe and itemize each and every form of compensation, fee, commission, payment, rebate or other financial consideration conveyed to any and all the originator(s) or previous servicer(s)s of this account by Flagstar or any affiliate, or from any trust fund associated and affiliated with this matter.

**ANSWER:**

**DOCUMENT REQUEST:**  Please produce all documents evidencing and representing any of these transactions or possessing said information.

57.     Please identify any living being, party, person or entity known or suspected by Matrix Financial Corporation or any of your, officers, employees, independent contractors or other agents, or servants of your company who might possess or claim rights under the subject loan or mortgage and/or note.

**ANSWER:**

58.     Please identify the custodian of the records that would show all entries regarding the flow of funds for the subject loan transaction prior to and after closing of the loan. (Flow of funds, means any record of currency, money, FIAT or promissory notes received; any record of money paid out; and any bookkeeping or accounting entry, general ledger and accounting treatment of the subject loan transaction at your company or any affiliate including but not limited to whether the subject loan transaction was ever entered into any category on the balance sheet at any time(s) and whether any reserve for default was ever entered on the balance sheet, and whether any entry, report or calculation was made regarding the effect of this loan transaction on the capital reserve requirements of your company or any affiliate.)

**ANSWER:**

**DOCUMENT REQUEST:**  Please produce all documents evidencing and representing any of these transactions or possessing said information.

59.    Please identify the custodian of the records who can attest to all entries and would oversee all transactions regarding any and all insurance transactions provided for the subject loan transaction prior to and after closing of the loan involving anyone who may have a claim, who maintains a claim, who alleges a claim, who is responsible to the claim regarding to the loan. (insurance transactions means any record of insurance promised, offered, purchased, acquired or received; any insurance paid out; and any bookkeeping or accounting entry regarding insurance, including general ledger and accounting treatment of the subject of insurance concerning the loan transaction at your company or any affiliate (including past/current parent companies or subsidiaries) including but not limited to whether the subject insurance regarding the loan transaction was ever entered into any category on the balance sheet at any time(s) and whether any entry, report or calculation was made regarding the effect of this insurance for the loan transaction, on the capital reserve requirements of your company or any affiliate.)

**ANSWER:**

**DOCUMENT REQUEST:**  Please produce all documents evidencing and representing any of these transactions or possessing said information.

60.    Please identify the auditor and/or accountant of your financial statements or tax returns. ("Your" includes both Flagstar and Matrix Financial Corporation.)

**ANSWER:**

64.    Did any investor/certificate holder approve or authorize foreclosure proceedings on the colonial addressed 1361 S.46th Street property?

**ANSWER:**


**DOCUMENT REQUEST:**  Please produce all documents evidencing and representing any of these transactions or possessing said information.


65.    Please identify the living beings and person(s) involved or having knowledge of any insurance policy or product, plan or instrument describing over-collateralization, cross-collateralization or guarantee or other instrument hedging the risk of default as to any person or entity acting as an issuer of any securities or certificates. (Such instrument(s) relate to the composition of a pool, tranche or other aggregation of assets that was created, included or referred to the subject loan and the pool or aggregation was transmitted, transferred, assigned, pledged or hypothecated to any living being, entity or buyer. A living being who "transmitted, transferred, assigned, pledged or hypothecated" refers to any living being who suggested, approved, received and/or accepted the composition of the pool and/or aggregation made and/or confirmed representations, evaluations and/or appraisals of value of the home, value of the security instruments, and/or ability of the borrower to pay.)

**ANSWER:**


**DOCUMENT REQUEST:**  Please produce all documents evidencing and representing any of these transactions or possessing said information.

66.     Please identify the living beings and/or person(s) involved or having knowledge of any credit default swap or other instrument hedging the risk of default as to any living being, person or entity acting as an issuer of any securities or certificates. (Such instrument(s) relate to the composition of a pool, tranche or other aggregation of assets that was created, included or referred to the subject loan.)

**ANSWER:**

**DOCUMENT REQUEST:**  Please produce all documents evidencing and representing any of these transactions or possessing said information.

67.     Please identify the borrower(s) of the alleged Mortgage.

**ANSWER:**

**DOCUMENT REQUEST:**  Please produce all documents evidencing and representing any of these transactions or possessing said information that include valid signatures of alleged borrowers.

68.     Please explain what type of loan, Plaintiff(s) is suing.

**ANSWER:**

**DOCUMENT REQUEST:**  Please produce all documents evidencing the type of loan if the documents have not already been produced.

69.      Please explain how and when Plaintiff Matrix Financial Company, the Plaintiff listed on the Complaint became an interested party in this matter.

**ANSWER:**

70.      Does Plaintiff Matrix Financial Corporation have possession of the original Note and original Deed of Trust and the Allonge?

**ANSWER:**

71.      Please explain why a copy of the Note does not possess Respondent Jones' signature?

**ANSWER:**

72.      Please explain why a copy of the loan application does not possess Respondent Jones' signature.

**ANSWER:**

73.      Does Plaintiff(s) have possession of the original Note or merely a "copy" that has been produced numerous times to Respondent? If Plaintiff has possession of the "original Note" please produce a **certified copy** of the original. If Plaintiff does not have possession of the "original Note" please explain whether non-possession is the result of a transfer, lost, or lawful seizure or some other reason.

**ANSWER:**

**DOCUMENT REQUEST:** Please produce a certified copy of the original note.

74.      Please indicate whether any of the following are true with regard to the "original note":

a) The original note has been destroyed;
b) The whereabouts of the original note are unknow;
c) The original note is in the wrongful possession of an unknown person or unknown living being, who cannot be found or served at this time;
d) The original note is in the wrongful possession of a known person or living being, who cannot be served at this time for recovery.

75.      Is the alleged Mortgage identified in Plaintiff's Complaint a mortgage insured by any government agency, i.e. **HUD, FHA, USDA,** *et cetera*.

**ANSWER:**

**DOCUMENT REQUEST:** Please produce all documents evidencing and representing any of these transactions or possessing said information.

76.    Please list the names, addresses, contact numbers, name of employers and job titles of all witnesses or affiants you intend to use as witnesses in whatever capacity including at trial in this matter and provide an abstract of their expected testimony.

**ANSWER:**

## ADDITIONAL REQUEST FOR PRODUCTION OF DOCUMENTS
## DIRECTED TO PLAINTIFF(S)

1.  All documents (that have not already been produced) that are in Plaintiffs' possession pertaining to this alleged Deed of Trust that is the subject of this matter.
2.  All executed documents referred to in answering the above interrogatories.
3.  All financial documents related to the loan transaction. Including checks, wire transfers, bank deposit/transfer of funds statements, *et cetera.*
4.  All documents executed by and containing both Respondents' signatures.
5.  All documents that evidence that both Respondents are "borrowers".
6.  All notices of Delinquency forwarded to Respondents.
7.  All correspondence forwarded by certified mail (along with evidence of certification) to Respondents attempting to arrange a face to face interview with Respondent.
8.  All loan applications containing both Respondents' signatures.
9.  Credit reports obtain in connection with approving this loan.
10. Full payment history evidencing payment history made by both Respondents.
11. Invoices forwarded to Respondent Jones prior to the initiation of this lawsuit.
12. Insurance applications or certificates executed by both Respondents.
13. The loan note with both Respondents' signature.

14. Truth in Lending Act disclosures.

15. Truth in Lending Act Notice of Right to Cancel.

16. Special Variable Rate Disclosures.

17. HOEPA notices.

18. Good Faith Estimates of Closing Costs.

19. HUD-1 Settlement Statements.

20. Property Appraisals.

21. Transfer of Loan Servicing Statements.

22. Private Mortgage Insurance Statements.

23. Escrow Statements.

24. Affiliated Businesses Disclosures.

25. Mortgage Broker Agreements.

26. Notice of Acceleration.

27. Notices of Changes referred to in Mortgage.

28. Notices of Default referred to in Mortgage.

29. Any and all documents that demonstrate that Plaintiff is a holder of the Promissory Note in this matter.

30. All letters, memoranda, records, notes, and other documents maintained by Plaintiffs in connection to the servicing/loss mitigation of the alleged loan transaction in this matter.

31. All documents you intend to use at trial in this matter.

Respectfully submitted by:

Date; 1/6/11

Autograph of: :VERA-L.:: JONES:
In *Propria Persona, Sui Juris,*
The Authorized Representative of
©May E. McCloud™ and the
Living Woman and Being as
Created by The Most High.
~All Rights Reserved~

## CERTIFICATE OF SERVICE

By my autograph and seal, and in conformance with the Uniform Postal Act (UPA) and laws governed by the Uniform Postal Union (UPU), I _____, hereby Certify that I have caused the within INTERROGATORIES and REQUEST FOR PRODUCTION OF DOCUMENTS directed to PLAINTIFFS to be served by United States Postal Service (USPS) by First Class CERTIFIED Mail on January 15, 2019 to the following persons, agents, and/or living beings:

**Appellation of Plaintiff's Agent and Title:**
**United States Address/Jurisdiction:**

**MICHAEL S. BOMSTEIN, ESQUIRE**
**The LAND TITLE BUILDING,**
**SUITE 2126**
**100 SOUTH BROAD STREET**
**PHILADELPHIA,      PENNSYLVANIA**
**[19110]** *de facto*
**Email:** mbomstein@gmail.com

**Appellation of Plaintiff's Agent and Title:**
**United States Address/Jurisdiction:**

**VLADIMIR PALMA, ESQUIRE**
**2005 MARKET STREET, SUITE 2600**
**PHILADELPHA,      PENNSYLVANIA**
**[19103]** *de facto*
**Email:** Vpalma@stradley..com and
Astutzman@stradley.com

By my hand and my seal:

Time Stamped and Dated: _01.14. 2019_
_4:12 pm_



**Autograph of: :VERA-L.:: JONES:**
In *Propria Persona, Sui Juris*,
The Authorized Representative of
©May E. McCloud™ and the
Living Woman and Being as
Created by The Most High.

~All Rights Reserved~




**Office**

# Fax Cover Sheet

Date _03.15.2019_               Number of pages ___3___ (including cover page)

## To:

Name _Monsieur Thomas D. Darr_

Company _Pennsylvania Judicial Center_
        _Court Administrator_

Telephone _717. 231. 3326_

Fax _717. 231. 3327_

## From:

Name _Nauya Lewis El_

Company _Shawnee Court_
        _Chief Administrator_

Telephone _215 432-7402_

Comments _____

_____

_____

**Fax - Local Send**                **Fax - Domestic Send**                **Fax - International Send**

fedex.com  1.800.GoFedEx  1.800.463.3339

© 2015 FedEx  All rights reserved  Products, services and hours vary by location. 615.0P00.002                    0017745PM

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 03/15/2019 14:38
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : U63314A6J210440
```

```
DATE,TIME              03/15  14:37
FAX NO./NAME           17172313327
DURATION               00:01:13
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
```






LETTER ROGATORY...

TITLE 28 USCAB1781 TRANSMITTAL 22 CFR 92.54.........................................

IN THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA COURT OF COMMONPLEAS
To:   Administrator Darr Thomas, Administrator of the Courts,
Concerning: **Docket: 170503419**
PHILADELPHIA HOME-RULE CHARTER

NOTICE TO THE KEY HOLDER:

Coming from the desk of the Yamassee Tribal Administration. As a friend of the court, we, the Indigenous Yamassee Mund Bareefan Clan are charged with the protection and security of Indigenous members on an international scale.

This is a real time situation. We are in need of your assistance. A member/family of our Tribal Clan has been brought before your Jurisdiction -Philadelphia Home Rule Charter and is going through a tremendous hard-time right now. Frankly, the respondent in the matter is caring for her ailing mother and now her husband has been hospitalized and is scheduled for open heart surgery on Monday, March 18, 2019.

We have been briefed on the matter we seek your assistance. Serious accusations have been instituted and an attempt to capture property through allegations of an alleged valid Mortgage have been presented.

Of course Tribal Counsel has requested, documents and have been ignored and personally informed that BAR members do not have to deal with our Tribal Counsel. Oh come on. Really? BAR members have attempted to preclude Tribal Counsel from obtaining documents and impeding the rights of our Tribal Member in violation. You have laws and we have laws and this type of behavior gets no one anywhere.

So, in dealing with this real time and life threatening situation our Tribal Members are faced with, through comity law, we present this Letter Rogatory to finesse the Discovery Process.

I can assure you that if you assist in this matter that we will do everything in our power to ensure that our Tribal Members cooperate with the Discovery Process as well.

Also, Tribal Counsel is the Trustee and has not been noticed regarding the ongoing matter or added as a respondent in the above docketed matter. All members of the Tribe fall under Tribal









Trusts and are beneficiaries for their protection and the protection of the Clan's assets. Motions have been filed and denied concerning this matter as well. We are uncertain why.

As a comity gesture, as you surely are aware, we are engaged in cultural festivities to mother earth and father sky this month of March; we celebrate the coming of Spring and Happiness and Prosperity for all!

Members of the Administration as well as participants will be traveling to tribal sacred grounds for these events.

We require six (6) months to a year to thoroughly conduct Discovery from both ends.

Friend, we come for your assistance in this "Indian" affair. We both have a duty to improve the relationship with your Commonwealth and our Chief Black Hawk has worked tirelessly to establish a working relationship with the Courts and this Administration.

We, our Tribal Member, requires an Administrative Order from your office so that we can evaluate all relative remedy processes available.

Thank you for your attention and cooperation.

Yamassee Court Chief Administrator
Nanye Amir-El *Sui Juris*

cc:
Yamassee Court File
Tribal Chief Counsel








# The Guale Yamasse Sui Juris Consular Court



  

## Special Letter Rogatory
### Cast during Buck Moon, Lunar Eclipse
### G.C. July 18, 2019
### Era of Aquarius, Saturn and Pluto in Capricorn
### Transported Through *Amicus Curiae*
### Due to The Urgency of The International Commercial Matter
### *Pacta Sunt Servanda*

### ~Allative Treaty Agreements Remain En Effect~

…TREATY OF PEACE IN FRIENDSHIP 1787 ARTICLES 5 & 20

THE CONSTITUTION OF AN INDIGENOUS PEOPLES, MUND BAREEFAN CLAN, INDIGENOUS NATIVE AMERICAN ASSOCIATION OF NATIONS ARTICLES 4, 9, 11, 12, 16

THE CONSTITUTION OF AN INDIGENOUS PEOPLES, MUND BAREEFAN CLAN, INDIGENOUS NATIVE AMERICAN ASSOCIATION OF NATIONS BILL OF RIGHTS

**Articles:**
I.   Indigenous people have the right to the full and effective enjoyment of all human rights and fundamental freedoms recognized in the Charter of the United Nations, Universal Declaration of Human Rights and International Human Rights Law.

II.   Indigenous individuals and people are free and equal to all other individuals and peoples in dignity and rights and have the right to be free from any kind of adverse discrimination in particular that based on their indigenous origin or identity.

III.   Indigenous individuals and people have the right of self-determination. By virtue of hat right they freely determine their political status and freely pursue their economic, social and cultural development.

IV.   Indigenous individuals and peoples have the right to maintain and strengthen their distinct political, economic social and cultural characteristics, a well as their legal systems, while retaining their rights to participate fully, if they so

# The Guale Damasse Sui Juris Consular Court



choose, in the political, economic, social and cultural life of the Clan/Tribe.

V.  Every indigenous individual and peoples has the right to a nationality.

VI. …they have the individual rights to life, physical and mental integrity, liberty and security of person.

VII. Indigenous people have the collective and individual right not to be subjected to ethnocide and cultural genocide, including prevention of and redress for:

   a. Any action, which has the aim or effect of depriving them of their integrity as distinct peoples or violating their unalienable rights,

   b. Any action, which has the aim or effect of dispossessing them of their lands, territories or resources;

   c. Any action involving or possessing any form of population transfer which has the aim or effect of violating or undermining any of their rights as indigenous peoples;

   d. Any action involving or possessing any form of assimilation r integration by other cultures or ways of life imposed on them by legislative, administrative or other measures;

   e. Any action involving or possessing any form of propaganda directed against them and/or without their free consent.

**TITLE 28 USCA §1781 TRANSMITTAL 22 CFR§ 92.54.................................**

Incorporating by reference allative International Transmittal Communications presented and filed in the following Matter(s):

**Pennsylvania Court Docket:**
**170503419 and allative nexus matters**
**\*\*\*\*\*\*IN ORPHANS COURT, CIVIL COURT & CRIMINAL COURT\*\*\*\*\*\***

TO: **VATICAN CITY, ROMAN CURIA, SECRETARY OF STATE,** Cardinal Pietro Parolin

**INTERNATIONAL COURT OF JUSTICE, PRESIDENT,** Abdulqawi Yusuf

**UNITED NATIONS, PRESIDENT,** Maria Fernanda Espinosa Garces

**UNITED NATIONS SECRETARY GENERAL,** Antonio Guterress

**UNITED NATIONS EDUCATIONAL, SCIENTIFIC and CULTURAL ORGANIZATION (UNESCO),** Audrey Azoulay

**UNITED STATES, COMMANDER IN CHIEF,** Donald Trump

**UNITED STATES DEPARTMENT OF STATE, SECRETARY,** Michael Pompeo

**UNITED STATES NAVY(Admiralty), SECRETARY,** Richard V. Spencer

**UNITED STATES (The Apparent public/private) OFFICE OF ADMINISTRATIVE COURT,** James Duffy

**UNITED STATES (The Apparent public/private) FEDERAL ADMINISTRATOR,** Juan Ramon Sanchez

2 | P a g e

# The Guale Yamasse Sui Juris Consular Court



**UNITED STATES, CHIEF ADMINISTRATOR OF FEDERAL COURTS,** John G. Roberts, Jr.
**PENNSYLVANIA COURTS' ADMINISTRATIVE OFFICE, ADMINISTRATOR,** Thomas B. Darr
**PENNSYLVANIA COURT CHIEF ADMINISTRATOR,** Thomas Saylor
**PHILADELPHIA HOMERULE CHARTER MAYOR,** James (Jim) Kenney
**GOVERNOR FOR THE STATE OF PENNSYLVANIA GOVERNOR,** Tom Wolf
**PHILADELPHIA DOING BUSINESS AS CITY COUNCIL, MAJORITY LEADER,** Bobby Henon   **MINORITY LEADER,** Brian J. O'Neill

## Notice To The Key Holder:

**C**oming, from the Consulate of the Guale Yamassee Tribal Administration of Consuls and Courts,

**B**eing, a Friend to " The First Judicial District Court of Common-Pleas- PHILADELPHIA" CHARTER TERRITORY, *de jure* INDIGENOUS Territory,

**T**hrough, Special International Letter Rogatory and International *Amicus Curia*, Droit, Droit.

**W**ee, the Indigenous Guale Yamassee Mund Bareefan Clan through the Constitution of An Indigenous Peoples, Mund Bareefan Clan, Indigenous Native American Association of Nations, and Guale Yamassee Court Constitution are charged with the responsibility, protection and security of our Indigenous nationals and their Indigenous property, which is protected in our Nation's Government Custodial Trust.

**O**n May 22, 2019, on behalf of Guale Yamassee Nationals and as Official Trustee of Guale National Real Property, of The Be Kind Trust, *Et Cetera*, The Chief Juristic Counsel/Consultant who was once a "member" of the Pennsylvania Bar Association, New Jersey Bar Association and New York Bar Association, attended by Special Visitation at the "Summoning of the Commonwealth of Pennsylvania's Court Administration's Jurisdictional Philadelphia Court" Located: Courtroom 426, City Hall, Philadelphia. The Special Visitation was accepted solely to challenge Jurisdiction and observe Philadelphia's Court process involving Nationals, as an ARMS LENGTH DERIVATIVE TRANSACTION with FULL DIPLOMATIC & FOREIGN REPRESENTATIVE IMMUNITY.

**C**hief Juris Consul Rhashea Lynn Harmon-El is a Yamassee Government Official Representative and is ABSOLUTELY IMMUNE from any Social Political Rules and Social Political Policies leading and resulting in any conditions of CIVIL DEATH.

# The Guale Yamasse Sui Juris Consular Court



**T**he Constitution Of An Indigenous Peoples, Mund Bareefan Clan Indigenous Native American Association of Nations, Article 9: Law notes:

*"Wee, The People Must Not Make Nor Accept Any Law That Does Not Relate To Us As Indigenous Peoples. We Are Not To Respect Laws Forced or Enforced Upon Us By Those Who Do Not Have Our Best Interest, Health, or Wealth In Mind. Wee Are Not To Make Restrictions And Laws That Have Been Inscribed By Any Known or Unknown Being For Us…"Article 9 Law*

**T**he Pennsylvania Bar Association, American Bar Association, or any State Bar Association is not a Government Organization or Government Entity. All ative state bar associations are "professional associations".

**F**urthermore, between political officials of States and Nations (Internationally and Nationally), we all know, the State Bar Membership Card is not a License; It is in fact, a "membership card" analogous to a fancy gym membership or country club membership.

**T**he Pennsylvania Rules of Professional Conduct are social political policies. Policies are not Laws. "Social Policy consists of guidelines, principles, legislation and activities that affect the living conditions conducive to human welfare, such as a "persons'" quality of life."

**S**ocial Policies do not preempt Treaties, Constitutions, or Transnational or International Agreements.

**O**n May 22, 2019, upon informing the Philadelphia Court, in front of the Administrative Magistrate (Judge) Paula L. Patrick, administering the proceedings, summarily DISMISSED Guale Yamassee Chief Juris Consul Rhashea Lynn Harmon-El for being "Administratively Suspended" from the Pennsylvania Bar Association.

**U**pon presentment of Valid Guale Yamassee Government documentation evincing valid Indigenous and lawful and Official Government status and Representation as Chief Juris Consul of the Guale Yamassee Government and its Nationals, said Official Government Document was returned without consideration and the Municipal Administrator of the "Philadelphia Court" operating under the Home Rule Charter of Philadelphia, summarily Dismissed the matter and executed an Order to permit Subservient Official Michael Bomstein, Esquire, a member of the Pennsylvania Bar since 1975 and all ative Co-Counsels from communicating with our Official.

**H**erein, let it be specifically known, that said actions are *de jure* a violation of said Chief Juris Consultant's/Counsel's International Human Rights, Treaties and Agreements and the organic issue of said the Administrative PENNSYLVANIA TERRITORY and Dismissal is "dues"

**B**y, our own self-determination and Constitution, Wee reiterate, as was presented and duly NOTICED in

**4 | P a g e**

# The Guale Yamasse Sui Juris Consular Court



Rhashea Lynn Harmon-El's Responsive Motion, that the BAR and its "policies" lack jurisdiction over Nationals.

**T**herefore, this is a real time situation, as not only are Chief Official Counsel Rhashea Lynn Harmon El's and other Nationals Human Rights being Violated, but as the Trustee with a Duty to the Trust Res, which holds the Indigenous Property identified as: National Mound Latitude 39.943460, Longitude -75.208260, 39°56' 36.456˝ N, 75°12' 29.736˝ W,  North Amexem, and identified by Subordinate Official Michael Bomstein, Esquire, *et allative agents*, as Colonial Ward Assumption "1361 S. 46th Street".

**W**ee, The Guale Yamassee Government are in need of your Immediate Assistance and Intervention, regarding this -At Arm's Length requested transaction.

## Reminder

**W**ee, the Guale Yamassee Government possess In Our Own Right, 1) a Constitution, 2) Titles and 3) Codes, which realigns our Nationals, Courts and Procedures to address, resolve, and dissolve any uncertainties and any continued Dehumanizing and Terroristic Acts committed by Foreign Officials. Such acts committed against us, are in direct violation of international law and natural law.

**C**urrently, it is our Government's understanding that Wee are jointly engaged in diplomatic negotiations with the Home Rule Charter City of Philadelphia and Federal Officials of the entity known as: United States. The negotiations, specifically concern our Nationals unalienable rights and our Officials  APPEARING or VISITING, even by SPECIAL VISITATION, your "Court" venues without any nefarious circumventive attempts by U.S and State or City Officials to overthrow the lawful status and violate procedural and substantive human rights of our Nation and Nationals.

**A**gain, Chief Juris Consultant, Rhashea Lynn Harmon El,  first, a member/family of our Tribal Clan and second, an Official of the Government of Guale Yamassee Nation, was visiting your Philadelphia Home Rule Charter doing business as The Philadelphia Courts *et cetera* and was DISMISSED and partially treated due to a *Civiliter Mortuus* contract and "non-payment of dues" leading to "Administrative Suspension" Status from the Pennsylvania BAR Association, which is a social professional association. Such partial treatment solely for discontinued payment of the *Civiliter Mortuus* contract, and policy and not law, is VOID AB INITIO, and is  a violation of our Indigenous Constitution.

**S**uch, a brazen and arbitrary act committed by an Official who is presumably *COMPOS MENTIS* and who is presumably held to higher standard within the community and among the lay people, whom we are responsible for "governing" is unacceptable and disturbing.

**F**urther, on May 22, 2019, in room 426 City Hall, what appeared to be another "arbitrary" matter was

## The Guale Yamasse Sui Juris Consular Court



conducted. Chief Juris Consultant, Rhashea Lynn Harmon-El was approached and quartered ("served") by Subordinate Officer, Mark F. Gilson, Esquire from the Office of Disciplinary Board of The Supreme Court of Pennsylvania and inappropriately quartered ("served") with documents upon Chief Juris Consultant Rhashea Lynn Harmon-El's visiting the Court, regarding a matter directly involving our Nationals and the extortion of their property.

**I**t further, has been brought to the Guale Yamassee Consulate Court's attention that the "Gentrification" Genocidal project has affected several of our Nationals and that upon NOTICE during the alleged "lawful" processes in this particular matter, Responses by our Nationals have been arbitrarily STRICKEN from the record and/or IGNORED and DENIED without due process or consideration of the law. In any lawfully abiding jurisdictional jurisprudence court, such matters exhibit a Want of Authority and an Abuse of Discretion by BREACH OF PEACE and therefore indubiously is a direct violation of international law.

**A**s you are aware, such blatant denials of justice and property extortion have in the recent past and currently is of major concern in the international arena concerning Indigenous People, Their Lands, and the Continued Use of Unlawful Tactics authorized through the "Christian Doctrine of Discovery" worldly known as The Doctrine of Discovery.

**T**he United Nations' Permanent Forum on Indigenous Issues continues discussions regarding the Domination and Dehumanization of Indigenous Peoples, despite the 1941 Atlantic Charter, despite Pope Francis' Public announcement and Formal abolishment of the Doctrine of Discovery in 2013, Despite the United Nations Declaration on the Rights of Indigenous Peoples; Despite Pope Francis Publicly Reaffirming that "Indigenous Peoples around the world for land rights, for better environmental stewardship…Indigenous Peoples have the right to 'prior and informed consent" meaning: "nothing should happen on- or impact-their land, territories and resources unless they agree to it." The right to prior and informed consent is foreseen in Art. 32 of the United Nations Declaration on the Rights of Indigenous Peoples.

**F**rom a review of allative documents submitted to your Foreign Officials, by Chief Juris Consultant Rhashea Lynn Harmon-El, filed by The Chief on behalf of Nationals McCloud and Jones, Notice of the following Treaties and Laws were provided protecting our National's Non-*Ens Legis* and *Non Civiliter Mortuus* and Non-Negro, Non-Black, Non-Colored Status.

**See:**

I     International Law/Customary Law /Law of Jus Cogens
II     1066 Norman Conquest & The Establishment of Colonial Feudal Laws;
III     1213 Treaty Magna Carta;
IV     1662 Treaty of Peace and Commerce between Great Britain and Tunis;
V     1724 Black Codes/Laws;

# The Guale Yamasse Sui Juris Consular Court



VI       1783 Treaty of Versailles (Paris);

VII      1787 Treaty of Peace and Friendship;

VIII     1791 Treaty of Tripoli;

IX       1835 Treaty of Camp Holmes;

X        UNIDROIT Treaty;

XI       The Constitution of an Indigenous; Peoples, Mund Bareefan Clan Indigenous Native American Association of Nations;

XII      International Human Rights Law;

XIII     The Declaration on the Rights of Indigenous Peoples;

XIV      The United States Constitution Article 13 with original 20 sections;

XV       The Pennsylvania Constitution of September 28, 1777;

XVI      International Rule of Conduct

XVII     Duties of States, Courts, Judges and Attorneys.

**P**erhaps there is a misunderstanding? As this may be the case, The Guale Yamassee Tribal Council, a division of the Mund bareefan Clan Guale Yamassee Hierarchy of Law, is specifically including and identifying those laws that give us **absolute jurisdiction** over all ative Nationals unless they voluntarily, willingly, and competently choose to subject themselves to the laws of a foreign government, in this case The United States, Charter First judicial Court of Pennsylvania.

**F**urther, the Laws that have consistently functioned as prohibitions of Indigenous Human Rights have been listed above, although not exhaustively.

**W**ee, and in accordance with our Agreement with the United States Government, which binds its subsidiary Charter States

## Reiterate the following:

1) The BAR Association has no authority or right (constitutionally, militarily, internationally, *et cetera*) to prevent an Official of Guale Yamassee Government from engaging in Commerce or from Representing Guale Yamassee Nationals who have been targeted and forced into a foreign venue to be slaughtered and terrorized by its trained agents.

2) Charter State Courts have no authority or right to violate International Human Rights or domestic rights, or Treaty rights or Constitutional rights of Guale Yamassee Nationals unalienable rights.

**W**ee, a *Compos Mentis* Government Tribal Council have thoroughly reviewed the record(s) submitted to us by Juris Consultant Rhashea Lynn Harmon-El and it is evident from this public record that Philadelphia Home Rule Charter, doing business as The City of Philadelphia subsidiary Court of Common Pleas, first Judicial District of Pennsylvania Court and Pennsylvania BAR Association and the Disciplinary Board of the Supreme Court of Philadelphia and other United States Agencies and its Subsidiaries, through officials with Esquire titles in some capacity, have not honored the lawful status of the said Juristic Consultant because they wish to dispossess Indigenous Ancestral Estates and terrorize Indigenous Nationals to advance the Gentrification/Genocidal "developments"

# The Guale Yamasse Sui Juris Consular Court



Agenda occurring in the United States' operating and occupying Indigenous Lands.

**L**et, it be known, that the Woodlands known as 46th Street rests upon a MOUND which is ancestral land and specifically Lenape De La Ware Moore Legacy.

**L**et, it be known, that the colonial identifying Zone Improvement Plan (ZIP Code) of 19143 brick and mortar addressed as: 1361 South 46th Street at 46th Street MOUND is owned by an Indigenous Trust that houses Guale Yamassee Nationals.

**T**he, actions committed against Foreign Official Chief Juris Consultant Rhashea Lynn Harmon-El and the private Nationals are unquestionably in violation of the Laws of Nations and pervasively violating International Human Rights of Indigenous Peoples while encroaching unmistakably upon their unalienable rights.

**W**ee, have de-briefed all Nationals involved in this matter including our Tribal Diplomat Nan Ye Amir El, who arrived in time to witness the arbitrariness and lack of respect for international discourse in dealing with transnational affairs with our Chief Juris Consultant.

**S**erious, accusations have been instituted through a Formal Complaint to Our Guale Yamassee Queens' Bench Court upon unanimous agreement by the Tribal Council.

**F**ormal, Complaint asserts, that since 2017 and perhaps prior, in this specific case. an attempt to capture real property through allegations of a "Valid Mortgage", that has clearly been forged and non-compliant with traditional international rules of contracts as well as other International Laws and Laws governing International Trust has been proffered by the Entities: FlagStar Bank, Matrix Financial and numerous individual Esquires identified herein as:

*Michael S. Bomstein, Esq. 21328*
*Abigail Brunner, Esq. 319034*
*David S. Cramer, Esq. 307873*
*Brandon R. Gamble, Esq.  94788*
*Vladimir Palma, Esq. 87046*
*Michael Pellegrino, Esq. 322412*
*Christopher A. Reese, Esq. 308939*
*Jennie Shnayder, Esq. 315213*
*Andrew K Stutzman, Esq. 72922*
*Peter Wapner, Esq. 318263*

And Current Status Judge

*Lisette Shirdan-Harris, Esq. 61204*

**T**he recent events have further revealed that there is an attempt through acts committed by subordinate officials known as Esquires to handicap our Nationals  in an attempt to interfere and prevent them from responding      and    asserting   their International Human Rights,   depriving them of:

1) Counsel,
2) Representation,
3) Trustee of their Foreign Private International Trust,
4) Nationality

## The Guale Damasse Sui Juris Consular Court



5) *Et Multis Allis* violations previously mentioned in this Tribal Council Review and Opinion in the Form of *Amicus Curia*.

**W**ee view these acts committed as not only as violations of our National's human rights, but also as blatant TREASONOUS acts, as it flies in the face of the united states' very own Constitution, which our Ancestors assisted preparing for the creation and establishment of a United States, which allative officials participating in such violations upon having passed the BAR have taken an Oath to uphold and protect against Foreign and Domestic Terrorist. These acts committed in polarity of justice, are absolute Terrorist Acts committed by Officers of the Court operating within the united states' Judicial Construct.

 a. The Customary Definition of Terrorism formulated by the international community requires three (3) key elements:

   i. The perpetration of a criminal act or threatening such an act;
   ii. The intent to spread fear among the population or directly or indirectly coerce a national or international authority to take some action or to refrain from taking it;
   iii. When the act involves a transnational element.

**T**ransnational, element examples are identified as the following:

 a) Drug Trafficking;
 b) Kidnapping;
 c) Human Trafficking;
 d) Human Slavery;
 e) Counterfeit Goods;
 f) Smuggling;
 g) Piracy;
 h) Cyber Attacks;
 i) Trading in Stolen Art;
 j) Trading of Exotic Animals; and
 k) Other Criminal Acts.

**T**ransnational Crimes are defined as being those Crimes that have an "actual or potential effect" across national borders and that are intrastate but offend fundamental values of the international community.

**A**fter, careful review and deliberation by Tribal Council, there can be no doubt that the fundamental values of the international community are en offense.

**T**ribal, Chief Juris Consultant Rhashea Lynn Harmon-El has requested documents and have been ignored with unlawful attempts to preclude documents through members of the Pennsylvania BAR, subordinate officials including those operating as administrative magistrates called Judges, within U.S. jurisdictional Venue.

**P**ertinent, original documents created by these alleged BAR members within the foreign jurisdiction, which were allegedly