III

# A

# Historical Factual References

i.     Abraham Lincoln Defends Black Bill
       (Exhibit "A")

ii.    07.15.1925 Articles of Incorporation of
       United States Corporation Company
       (Exhibit "B")

iii.   Andrew Jackson's Speech to Congress
       ([Indian] Removal) (Exhibit "SSS")

iv.    Christian Black Codes of 1724

v.     Letters Patent ex Cathedra 07.18.2013

vi.    February 20, 2017 Pope says
       Indigenous People must have final say
       about their land (Exhibit "EEE")

vii.   May 8, 2014 Eminent Domain City
       Council Ordinance (Bill no 150409)
       (Exhibit "TTT")



# ABRAHAM LINCOLN DEFENDS

# WILLIAM DUNGEY - 'BLACK BILL'



Abraham
Lincoln
cartoon
nicknameng
him
"Abraham
Africanus
the First"

From the Library of Congress

## VS.

# "BLACK LAWS" - 1855

Among ten original *Abraham Lincoln* documents discovered last summer in the DeWitt County Courthouse at Illinois, is a *'bond'* for costs in *William Dungey vs. Joseph Spencer*. Written but not signed by *Abraham Lincoln*, the *'bond'* was part of an interesting slander case. Family disputes that degenerated into slanderous, name-calling feuds frequently appeared in antebellum Illinois circuit courts. Such cases reflected the intent of American slander law to safeguard an individual's good reputation in the community against petty character assassination. *Abraham Lincoln* realized the value of reputation, and declared in his first printed political speech that, *"Everyman is said to have his peculiar ambition... I have no other so great as that of being truly esteemed of my fellow men..."*

One unique slander case *Abraham Lincoln* argued at the DeWitt County Circuit Court, Clinton, Illinois, in the May and October 1855 terms involved much more than a defamation of character, and suggested that Huck Finn's friend Jim might have reconsidered his plan of escape to freedom: *"I reck'n'd at by fo' in the mawnin' I'd. . .slip in, jis b'fo daylight, en swim asho' en take to de woods on de Illinois side."*

In August of 1851, *William Dungey*, a dark-skinned young man of Portuguese descent, married a European woman, - *Joseph Spencer's* sister. A family quarrel ensued, which became so bitter that in January 1855, *Joseph Spencer*, a European, claimed throughout the community that his brother-in-law, *"Black Bill,"* was a *Negro*.

Since 1819, Illinois State laws permitted quasi-slavery and restricted the immigration of *free blacks* into the state. As other northern states passed personal liberty laws granting additional rights to

1

*free blacks*, Illinois State toughened its stance against them. The 1848 Illinois State Constitution required the General Assembly to *"pass such laws as will effectively prohibit "free persons of color" from immigrating to and settling in this state. . . ."* Those prohibitions against human rights were passed as the *"Black Laws"* and went into force on February 12th 1853, the same date of the future Emancipator's *(Lincoln's)* forty-fourth birthday.

*William Dungey* faced losing not only his reputation, but his marriage; his property; and his right to remain in Illinois. Section 10 of the 1853 Black Laws stated that, "Every person who shall have one-fourth *negro* blood shall be deemed a *mulatto*." *William Dungey* retained *Abraham Lincoln* to quash the possibility that he might be judged a *"negro"* and therefore suffer the severe penalties under the 1853 *"Black Laws Act"*.

*Abraham Lincoln* filed his declaration charging *Joseph Spencer* with slander on April 17, 1855, and sought $1,000 in damages. A game of legal chess occurred during the first hearing in May. *Joseph Spencer's* attorneys, *Clifton H. Moore* and *Lawrence Weldon, (also Europeans)* filed a demurrer to *Abraham Lincoln's* declaration, asserting that his charges were insufficient in law. *Judge David Davis* agreed that two of *Abraham Lincoln's* three charges were faulty. The case was continued and *Abraham Lincoln* was allowed to amend the declaration. At the next term of court, October 1855, the *Dungey* case was argued before a jury.

According to *Joseph Spencer's* attorney *Lawrence Weldon, Abraham Lincoln's* talents as a trial lawyer were evident in his argument for *William Dungey. Lawrence Weldon* stated that.. *Abraham Lincoln* questioned *Joseph Spencer's* character by demonstrating how *Joseph Spencer* went from house to house "gabbing" that *William Dungey* was a *"nigger."* Attorney, *Lawrence Weldon* emphasized that *Abraham Lincoln's* tone and pronunciation had a "curious touch of the ludicrous. . . which, instead of detracting, seemed to add to the effect."

*Abraham Lincoln* further undermined *Joseph Spencer* by using humor to persuade the jury that there was reasonable doubt regarding *William Dungey's* race. The attorney, *Lawrence Weldon* recalled *Abraham Lincoln's* statement:

2

*"My client is not a Negro, though it is a crime to be a Negro—no crime to be born with a black skin. But my client is not a Negro. His skin may not be as white as ours, but I say he is not a Negro, though he may be a Moore."  - Abraham Lincoln*

*"Mr. Lincoln," interrupted Judge Davis, scarcely able to restrain a smile, "you mean a Moor - (M-o-o-r) not Moore, (M-o-o-r-e)."*

*"Well, your Honor, Moor - (M-o-o-r) not Clifton H. Moore," replied Mr. Lincoln, with a sweep of his long arm toward the table where Moore and I sat.*

*"I say my client may be a Moor, but he is not a Negro."   - Abraham Lincoln*

Though the account may be apocryphal, attorney *Lawrence Weldon's* recollection was characteristic of *Abraham Lincoln's* style.

*Abraham Lincoln* then demolished the defendant's witnesses' testimony. Attorneys *Clifton H. Moore* and *Lawrence Weldon* had secured several depositions from residents in Giles County, Tennessee, the *Dungey* family home. These witnesses stated that they had personally known the family, and that the white community had regarded the *Dungeys* as *"negro,"* or of *"mixed blood."* Under cross examination, *Abraham Lincoln* argued that the testimony was hearsay as the witnesses admitted none of them lived within 30 miles of the *William Dungey* residence.

On October 18, 1855, the jury returned a verdict of guilty and granted *William Dungey* $600 in damages plus court costs of $137.50. *Abraham Lincoln* charged a $25 fee, which *Lawrence Weldon* considered minimal.

To avoid an appeal to the Illinois State Supreme Court, *Abraham Lincoln* persuaded *William Dungey* to remit $400 of the judgment in return for the defendant releasing "all errors which may exist in the court record. . ." Under Illinois State law, the defendant could not appeal the verdict, but could appeal only on errors of procedure or evidence. *Abraham Lincoln* had taught *Joseph Spencer* an expensive lesson in domestic relations.  - Copyright, Illinois Historic Preservation Agency Springfield, Illinois - 1992

# 100009

Articles of Incorporation   80000255.5948--?

Filed 7-15-25

7 pgs.



A — 9

CERTIFICATE OF INCORPORATION

OF

UNITED STATES CORPORATION COMPANY

Filed in Office Secretary of State
of the State of Florida, this 15
day of January     A. D. 19 25

*Secretary of State*

By

*Book - A - 1*
*page 9.*

United States Corporation Company

65 Cedar Street, New York City

CERTIFICATE OF INCORPORATION

OF

UNITED STATES CORPORATION COMPANY

———oOOCo———

1. The name of the corporation is
UNITED STATES CORPORATION COMPANY.

2. The nature of the business and the objects and
purposes proposed to be transacted, promoted or carried on
by the corporation are as follows:

To prepare or cause to be prepared and procure to
be filed, recorded, registered, published, issued or granted,
in accordance with law, articles or certificates of incorpor-
ation, applications for letters patent, charters and other
instruments relating to the incorporation and organization
of corporations and joint stock companies.

To prepare or cause to be prepared and procure to
be filed, recorded, registered, published, issued or granted,
certificates, reports, statements, applications for licenses
to do business or other instruments in relation to domestic
and foreign corporations, companies or associations.

To provide and maintain domiciliary and other of-
fices and facilities for corporations, companies and associa-
tions, and to act as agent in charge thereof and upon whom
process against or any official notices to any such corpora-
tion, company or association may be served or given, and for
any other lawful purpose.

To act as the fiscal or transfer agent of, or re-
gistrar of the stock or securities issued by any public or
private corporation; and in such capacity to receive and dis-

burse money, to transfer, register, countersign, issue and deliver certificates of stock, bonds or other evidences of indebtedness, and to act as agent of any corporation, foreign or domestic, for any lawful purpose.

To carry on the business of an appraisal and audit company and in connection therewith to make examinations and appraisals of the business and property of corporations and individuals, to examine and audit their books and accounts, and to make reports and certificates in respect thereof.

To publish and deal in books, periodicals, pamphlets, legal forms and blanks of all kinds.

To acquire by purchase or otherwise, and to hold for investment or otherwise to use, sell, lease or dispose of real estate and real property, and any interest, estate or rights therein.

To acquire by purchase, subscription or otherwise and to hold for investment or otherwise, and to use, sell or dispose of shares of stock, bonds or any other obligations or securities of any corporation, domestic or foreign; to aid in any manner any corporation whose shares of stock, bonds or other obligations are held or in any manner guaranteed by the company, or in which the company is in any way interested; and to do any other acts or things for the preservation, protection, improvement or enhancement of the value of any such shares of stock, bonds or other obligations, or to do any acts or things designed for any such purpose; and while owner of any such shares of stock, bonds or other obligations, to exercise all the rights, powers and privileges of ownership thereof, and to exercise any and all voting powers thereon.

To acquire by purchase or otherwise, and to hold, own, use, grant licenses in respect to, or otherwise turn to

-2-

account or dispose of any copyrights, trademarks, inventions patent rights and letters patent of the United States or of any other country.

The business of the corporation is from time to time to do any one or more of the acts and things herein set forth; and it may conduct business in the State of Florida, other states, the District of Columbia, the territories and colonies of the United States and in foreign countries, have one or more offices out of the State of Florida, and hold, purchase, mortgage and convey real and personal property with-in or without of the State of Florida.

3. The maximum number of shares which this corpor-ation is authorized to have outstanding at any time is ONE HUNDRED (100), each of which shares shall have a par value of ONE HUNDRED DOLLARS ($100.)

4. The amount of capital with which the corpora-tion will begin business is FIVE HUNDRED DOLLARS ($500.)

5. The corporation is to have perpetual exist-ence.

6. The principal office of the corporation shall be located in the Centennial Building, Tallahassee, Leon Coun-ty.

7. The number of directors shall be three (3)

8. The names of the directors who shall hold office for the first year of the corporation's existence, or until their successors are elected and have qualified and their post-office addresses are as follows:

| NAMES | POST-OFFICE ADDRESSES | |
|---|---|---|
| HARRY O. COUGHLAN | 150 BROADWAY, NEW YORK, N. Y. | |
| SAMUEL B. HOWARD | 150 BROADWAY, NEW YORK, N. Y. | |
| ARTHUR W. BRITTON | 150 BROADWAY, NEW YORK, N.Y. | |

9. The names and post-office addresses of the subscribers of this certificate and the number of shares of stock which each agrees to take are as follows:

| NAMES | POST-OFFICE ADDRESSES | NO. OF SHARES |
|---|---|---|
| LOUIS H. GUNTHER | 150 BROADWAY, NEW YORK, N.Y. | 2 |
| SAMUEL B. HOWARD | 150 BROADWAY, NEW YORK, N.Y. | 2 |
| ARTHUR W. BRITTON | 150 BROADWAY, NEW YORK, N.Y. | 1 |

10. The directors and stockholders shall have power to hold their meetings and to have one or more offices and to keep the books of the corporation (except the original or duplicate stock ledger) outside of the State of Florida, at such place or places as from time to time may be designated by the By-Laws or by resolution of the Board.

The directors shall also have power, without the assent or vote of the stockholders, to make and alter by-laws of the corporation; to fix the times for the declaration and payment of dividends; and to fix and vary the amount to be reserved as working capital; to determine the use and disposition of any surplus or net profits over and above the capital stock paid in, and in their discretion the directors may use and apply any such surplus or accumulated profits in purchasing or acquiring the bonds or other obligations or shares of the capital stock of the corporation to such extent and in such manner and upon such terms as the directors shall deem expedient; but shares of such capital stock so purchased or acquired may be resold unless such shares shall have been retired for the purpose of decreasing the corporation's capital stock as provided by law.

-4-

WE, THE UNDERSIGNED, being each of the original
ubscribers to capital stock hereinbefore named, do hereby
associate for the purpose of establishing a corporation pur-
suant to the Corporation Law, State of Florida, 1925.

WITNESS our hands and seals this 7th day of July
'25.

IN PRESENCE OF:

Samuel C. Wood
as to all

_Louis H. Gunther_ (L.S.)

_James B. Howard_ (L.S.)

_Arthur W. Britton_ (L.S.)

STATE OF NEW YORK, COUNTY OF NEW YORK, July 7th,
A. D., 1925, personally appeared before me, a Notary Public
in and for New York County, duly authorized to take acknow-
ledgments, LOUIS H. GUNTHER, SAMUEL B. HOWARD and ARTHUR
W. BRITTON, to me known and known to me to be the persons
described in and who executed the foregoing instrument, who
each acknowledged to me that he executed the same freely and
voluntarily as and for his act and deed for the uses and
purposes therein expressed.

WITNESS my hand and official seal the day and year
in this certificate first above written, at New York, New
York County, New York.

Samuel C. Wood,
Notary Public
my commission expires,
March 30, 1927.

# Andrew Jackson's Speech to Congress on Indian Removal

"It gives me pleasure to announce to Congress that the benevolent policy of the Government, steadily pursued for nearly thirty years, in relation to the removal of the Indians beyond the white settlements is approaching to a happy consummation. Two important tribes have accepted the provision made for their removal at the last session of Congress, and it is believed that their example will induce the remaining tribes also to seek the same obvious advantages.

The consequences of a speedy removal will be important to the United States, to individual States, and to the Indians themselves. The pecuniary advantages which it promises to the Government are the least of its recommendations. It puts an end to all possible danger of collision between the authorities of the General and State Governments on account of the Indians. It will place a dense and civilized population in large tracts of country now occupied by a few savage hunters. By opening the whole territory between Tennessee on the north and Louisiana on the south to the settlement of the whites it will incalculably strengthen the southwestern frontier and render the adjacent States strong enough to repel future invasions without remote aid. It will relieve the whole State of Mississippi and the western part of Alabama of Indian occupancy, and enable those States to advance rapidly in population, wealth, and power. It will separate the Indians from immediate contact with settlements of whites; free them from the power of the States; enable them to pursue happiness in their own way and under their own rude institutions; will retard the progress of decay, which is lessening their numbers, and perhaps cause them gradually, under the protection of the Government and through the influence of good counsels, to cast off their savage habits and become an interesting, civilized, and Christian community.

What good man would prefer a country covered with forests and ranged by a few thousand savages to our extensive Republic, studded with cities, towns, and prosperous farms embellished with all the improvements which art can devise or industry execute, occupied by more than 12,000,000 happy people, and filled with all the blessings of liberty, civilization and religion?

The present policy of the Government is but a continuation of the same progressive change by a milder process. The tribes which occupied the countries now constituting the Eastern States were annihilated or have melted away to make room for the whites. The waves of population and civilization are rolling to the westward, and we now propose to acquire the countries occupied by the red men of the South and West by a fair exchange, and, at the expense of the United States, to send them to land where their existence may be prolonged and perhaps made perpetual. Doubtless it will be painful to leave the graves of their fathers; but what do they more than our ancestors did or than our children are now doing? To better their condition in an unknown land our forefathers left all that was dear in earthly objects. Our children by thousands yearly leave the land of their birth to seek new homes in distant regions. Does Humanity weep at these painful separations from everything, animate and inanimate, with which the young heart has become entwined? Far from it. It is rather a source of joy that our country affords scope where our young population may range unconstrained in body or in mind, developing the power and facilities of man in their highest perfection. These remove hundreds and almost thousands of miles at their own expense, purchase the lands they occupy, and support themselves at their new homes from the moment of their arrival. Can it be cruel in this Government when, by events which it cannot control, the Indian is made discontented in his ancient home to purchase his lands, to give him a new and extensive territory, to pay the expense of his removal, and support him a year in his new abode? How many thousands of our own people would gladly embrace

the opportunity of removing to the West on such conditions! If the offers made to the Indians were extended to them, they would be hailed with gratitude and joy.

And is it supposed that the wandering savage has a stronger attachment to his home than the settled, civilized Christian? Is it more afflicting to him to leave the graves of his fathers than it is to our brothers and children? Rightly considered, the policy of the General Government toward the red man is not only liberal, but generous. He is unwilling to submit to the laws of the States and mingle with their population. To save him from this alternative, or perhaps utter annihilation, the General Government kindly offers him a new home, and proposes to pay the whole expense of his removal and settlement."

Citation: President Jackson's Message to Congress "On Indian Removal", December 6, 1830; Records of the United States Senate, 1789-1990; Record Group 46; Records of the United States Senate, 1789-1990; National Archives and Records Administration (NARA)

# The Christian Black Codes of 1724 - Extensive Breakdown Coming



The Christian Black Codes of 1724, were initiated during reconstruction after the Civil war to control blacks after they were emancipated. Passed by Southern States, instead of giving blacks the same rights as white people, the codes limited the blacks freedom severely. They included that blacks had to be in service of a white person, that they could not have congregations together, that they could not speak out, and that they could not have weapons. They also included that blacks could not go out without a white 'supervisor', thus blacks had to take on the religions and holidays and gods of their white superiors. These same black codes were said to have been made null and void with the ratification of the 13th Amendment in 1865, although many southern states adopted "Black Codes" to keep former slaves from voting and imposed other restrictions. The 14th and 15th Amendments were to supposedly had eliminated these codes, but as you read them down below, and study the law of the land in conjunction with Religion and Politics, you'll discover these codes have been modernized in a disguise, and many are still in affect.

The "Christian" BLACK Codes of 1724

## Article 1
Decrees the expulsion of the Jews from the colony.

## Article 2
Make it imperative on masters to impart religious instruction to their slaves.

## Article 3
Permits the exercise of the Roman Catholics creed only, Every other mode of worship is prohibited.

## Article 4
Negroes placed under the direction or supervision of any other person than a Catholic, are liable to confiscation.

## Article 5
SUNDAYS and HOLY-DAYS (HOLIDAYS) are to be strictly observed. All Negroes found at work on these days "are to be confiscated".

## Article 6
We forbid our "White" Subjects (of both sexes) to marry with "The BLACKS" under penalty of being fined and subjected to some other arbitrary punishment. We forbid all curates, priests, or missionaries of our secular or regular clergy, and even our chaplains in our Navy, to section (sanction) such marriages. We also forbid all of our "White" Subjects (and even the manumitted or free-born "Blacks") to live in a state of concubinage with slaves. Should there be any issue from this kind of intercourse, it is our will that the person so offending, and the master of the Slave should pay each a fine of three hundred livres. Should said issue be the result of concubinage of the master his slave, said master shall not only pay the fine, but be deprived of the slave and of the children, who shall be adjudged to the hospital of the locality, and said slave shall be forever incapable of being set free. But shall this illicit intercourse have existed between a free Black and his slave, when said slave according to the forms described by the church, said slave shall become free and legitimate; and in such case there shall be no application of the penalties mentioned in the present article.

## Article 7
The ceremonies and forms prescribed by the ordinance of blois and by the edict of 1691, for marriage, shall be observed both with regard to free persons and slaves. But the consent of the father and mother of the slave is not necessary; that of the master shall be the only one required.

## Article 8
We forbid all curates to process to effect marriages between slaves without the proof of the consent of their master; and we also forbid all masters to force their slaves into marriages against their wills.

## Article 9
Children, issued from the marriage of slaves shall follow the condition of their parents, and shall belong to the master of the wife and not of the husband, if the husband and the wife have different masters.

## Article 10
If the husband be a slave, and the wife a free woman, it is our will that their children, of whatever sex they be, shall share the condition of their mother, and be as free as she, notwithstanding the servitude

of their father; and if the father be free and the mother a slave, then the children shall be slaves.

### Article 11
Masters shall have their "CHRISTIAN Slaves" buried in consecrated ground.

### Article 12
We forbid slaves to carry offensive weapons or heavy sticks under the penalty of being whipped, and of having said weapons confiscated for the benefit of the person seizing the same. An exception is made in favor of those slaves who are hunting or are shooting for their masters, and who carry with them a written permission to that effect, or are bring designated by some known mark or badge.

### Article 13
We forbid slaves belonging to different masters to gather in crowds either by day or by night, under the pretext of a wedding, or for any other cause, either at the dwelling or on the grounds of one of their masters or elsewhere, and less on the highways or in secluded places, under the penalty of corporal punishment, which shall not be less than the whip. In case of frequent offenses of the kind, the offenders shall be branded with the mark of the Flower de Luce, and should there be aggravating circumstances, capital punishment may be applied, at the discretions of the judges. We command all of our subject, be they officials or not, to seize offenders, to arrest and conduct them to prison, although there should be not judgment against them.

### Article 14
Masters who shall be convicted of having permitted or tolerated such gatherings as aforesaid, composed of other slaves than their own, shall be sentenced individually, to indemnify their neighbors for the damages occasioned by said gatherings, and to pay, for the first time, a fine of thirty livres, and double that sum on the repetitions of the offense.

### Article 15
We forbid Negroes to sell any commodities, provisions, or produce of any kind, without the written permission of their masters, or without wearing their known marks or badges, and any persons purchasing any thing from Negroes in violation of this article, shall be sentenced to pay a fine of 1500 livres.

### Articles 16, 17, 18, and 19
Provide at length for the clothing of slaves and for their subsistence.

### Article 20
Slaves (who shall not be properly fed, clad, and provided for by their masters) may give information thereof to the Attorney-General of the Superior Council, or to all the officers of an inferior jurisdiction, and may put the written exposition of their wrongs into the hands; upon which information, and even ex-officio, shall the information come from another quarter, the Attorney-General shall prosecute said masters without charging any cost to the complainant. It is our will that this regulation be observed in all accusations for crimes or barbarous and inhumane treatment brought by slaves against their masters.

### Article 21
Slaves who are disabled from working, either by old age, disease or otherwise, be the diseases incurable or nor, shall be fed and provided for by their masters; and in case they should have been abandoned by said masters, said slave shall be adjudged to the nearest hospital, to which said master

shall be obliged to pay eight (8) cents a day for the food, and maintenance of each one of these slaves; and for the payment of this sum, said hospital shall have a lien on the plantation masters.

## Article 22

We declare that slaves have no right to any kind of property but that all that they acquire either by their own industry, or by the ability of others, or by any other means or title whatever shall be the full property of their masters; and the children of said slaves, their fathers, mothers, their kindred or other relation either free or slave shall have no pretensions or claim thereto, either through testamentary nor positions or donations inter vivace; which dispositions and donations we declare null and void, and also whatever promise they may have interred into by persons incapable of disposing of anything and or participating to any contract.

## Article 23

Masters shall be responsible for what their slaves have done by their command, and also for what transactions they have permitted their slaves to do in their shops, in the particular line of commerce with whom they were entrusted; and in case said slaves should have acted without order or authorization of their masters, said masters shall be responsible only for so much as has turned to their profit; and if said masters have not profited by the dining or transaction of their slaves, the per curium which the masters have permitted the slave to own, shall be subjected to all claims against said slaves, after deduction made by the masters of what may be due to them; and if said per curium should consist in whole or in part of merchandises in which the slaves had permission to traffic, the masters shall only come in for their share in common with the other creditors.

## Article 24

Slaves shall be incapable of all public functions, and of being constituted agents for any other person than their own masters, with powers to manage or conduct any kind of trade; nor can they serve as arbitrators or experts; nor shall they be called to give their testimony either in civil or in criminal cases, except when it shall be a matter of necessity, and only in default of "White" People; but in no case shall they be permitted to serve as witness either for or against their masters..

## Article 25

Slaves shall never be parties to civil suits, either as plaintiffs or defendants, nor shall they be allowed to appear as complainants in criminal cases, but their masters shall have the right to act for them in civil matters, and in criminal ones, to demand punishment and reparation for such outrages and excesses as their slaves may have suffered from.

## Article 26

Slaves may be prosecuted criminally, without their masters being made parties to the trial, except they should be indicted as accomplices; and said slaves shall be tried, at first, by the judges of ordinary jurisdiction, if there be any, and on appeal, by the Superior Council, with the same rules, formalities, and proceedings observed for free persons, save the exceptions mentioned hereafter.

Articles 27 to 32 were not immediately available

## Article 33

Slaves who shall have made themselves liable to the penalty of the whip, the flower de luce brand, and ear cutting, shall be tried in the last resort, by the ordinary judges of the inferior court, and shall undergo the sentenced passed upon them without there being an appeal to the Superior Council, in confirmation or reversal of judgment, notwithstanding the article 26th of the present code, which shall

be applicable only to those judgments in which the slave is sentenced to be hamstrung or to suffer death.

## Article 34
Freed or born-free negros, who shall have afforded refuge in their houses to fugitive slaves, shall be sentenced to pay to the masters of said slaves, the sum of thirty (30) livres a day for every day during which they shall have concealed said fugitives; and all other free persons, guilty of the same offense, shall pay a fine of ten livres a day as aforesaid; and should the freed or freed-born Negroes not be able to pay the fines herein specified, they shall be reduced to the condition of slaves, and be sold as such. Should the price of the sale exceed the sum mentioned in the judgment, the surplus shall be delivered to the hospital.

## Article 35
We permit our subjects in this colony, who may have slaves concealed in any place whatever, to have them sought after by such persons and in such way as they deem proper, so to proceed themselves to such researches as they may think best.

## Article 36
The slave who is sentenced to suffer death on the denunciation of his master, shall, when that master is not an accomplice to the crime, be appraised before his execution by two of the principal inhabitants of the locality, who shall be especially appointed by the judge, and the amount of said appraisement shall be paid to the master. To raise this sum, and shall be collected by the persons invested with what authority.

## Article 37
We forbid all the officers of the Superior Council, and all our other officers of the justice in the colony to take any fees or receive any prerequisites in criminal suits against slaves, under the penalty, in so doing of, being dealt with as guilty of extortion.

## Article 38
We also forbid all of our subjects in this colony, whatever their condition or rank may be, to apply, on their own private authority, the rack to their slaves, under any pretenses whatever, and to mutilate said slaves in any one of their limbs, or in any part of their bodies, under the penalty of confiscation of said slave; and masters, so offending, shall be liable to a criminal it, to put their slaves in irons and to have them whipped with rods or ropes.

## Article 39
We command our officers of justices in this colony to institute criminal process against masters and overseers who shall killed or mutilated their slaves, when in their power and under their supervision, and to punish said murder according to the atrocity of the circumstances; and in case the offenses shall be a pardonable one, we permit them to pardon said master and overseer without being necessary to obtain from us letters patent of pardon.

## Article 40
Slaves shall be held in law as movables, and as such, they shall be part of the community of acquests between husband and wife; they shall be seized under mortgage whatever; and they shall be equally divided among the co-heirs without admitting from any one of said heirs any claim founded on preciput or right of primogeniture, or dowry.

Articles 41 and 42 are entirely relative to judicial forms and proceedings.

## Article 43

Husbands and wives shall not be seized and sold separately when belonging to the same master, and their children, whom under fourteen years of age, shall not be separated from their parents and such seizures and sales shall be null and void. The present article shall apply to voluntary salws, and in such cse sales should take place in violation of the law, the seller shall be deprived of the slave he has illegally retained and said slave shall be adjudged to the purchased without any additional.

## Article 44

Slaves fourteen (14) years old, and from this age up to sixty (60), who are settled on lands and plantations, and are at present working on them, shall not be liable to seizure for debt, except for what may be due out of the purchase money agreed to be paid for them unless said grounds or plantations should be distressed, and seized and judicial sale of a real estate, without including the slaves of the aforesaid age who are part of said estate, shall be deemed null and void.

Article 45, 46, 47, 48, and 49 are relative to certain formalities to be observed in judicial proceedings

## Article 50

Masters, when twenty-five (25) years old; shall have the power to manumit their slaves, either by testamentary dispositions, or by acts inter vivace, but as there may be mercenary masters disposed to set a price on the liberation of their slaves; and thereas slaves with a view to acquire the necessary means to purchase their freedom, may be tempted to commit theft or deeds of plunder, no mitter to set free his slaves, without the obtaining from the Superior Council a decree of permission to that effect; which permission shall be granted without costs when the motive for the setting free of said slaves as specified in the petition of the master, shall, appear legitimate to the tribunal. All future acts for the emancipation of the slaves freed shall not be entitled to their freedom; they shall be taken away from their former masters, and confiscated for the benefit of the India Company.

## Article 51

However, should slaves be appointed by their masters tutors to their children, said slaves shall be held and regarded as being set free to all intent and purposes.

## Article 52

We declare that the acts for the enfranchisement of slaves, passed according to the forms above described, shall be equivalent to an act of naturalization, when said slaves are not born in our colony of Louisiana, and they shall enjoy all the rights and privileges inherent to our subjects born in our kingdoms, or any land or colony under our dominion. We declare, however, that all manumitted slaves, and all free-born Negroes are incapable of receiving donations, either by testamentary dispositions or by acts inter vivos from the "Whites". Said donations shall be null and void, and the objects of said donations shall be applied to the benefits of the nearest hosptal.

## Article 53

We commend all manumitted slaves to show the profoundest respect to their former masters, to their widows and children, and any injury or insult offered by said manumitted slaves to their formar masters, their widows or children, shall be punished with more severity than if it had been offered to any other person. We, however declared them exempt from the discharge of all duties or sevices, and from payment of all taxes or fees, or any thing else in relation to their persons, or to their personal or real estate, either during the life or after the death of said slave.

### Article 54

We grant manumitted slaves the same rights, privileges, and immunities which are enjoyed by free born persons. It is our pleasure that their merit in having acquired their freedom, shall produce in their favor not only with regards to their persons, but also to their property, the same effects which our other subjects derive from the happy circumstances of their having been born free.

**In the name of the King**

Fazende, Brusle, Perry Bienville, De la Graise

March, 1724




A communication from
# The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter

# Letters Patent ex cathedra
### * EMERGENCE *

By the Grace of the One Divine Spirit, to all to whom these Presents shall come, Greeting:

With the cooperative assistance of the Vatican and the Chair of Saint Peter rehabilitation of the paupers has taken a giant step forward setting the world on a bold new course. The entire world has been granted absolution and released from Bankruptcy, the Divine Spirit incarnate returned to solvency!

On July 1, 2013, as the Divine Spirit is awakening from the illusion of want and lack to realize a world of abundance and prosperity for the co-creation of heaven on earth for all living beings the global absolution and remission of sins gave rise to global debt forgiveness, settlement of all claims and accounts for the emergence from bankruptcy returning the Divine Estate to value and substance.

All liens, claims and attachments on the 'pledged' property of the Divine Estate by the legal fiction creations of the world of commerce have been satisfied and released to facilitate the return of the Divine Estate to original jurisdiction for the best and highest of the All.

Now is the time to forge forward with the habilitation of the people to facilitate the realization of their divineness and the return of the property for their divine right of use as we assist them in Be-coming good stewards while creating a world free from homelessness. Education of the people and the legal fiction corporations/governments is the answer to a smooth, timely and efficient transition.

All Deeds, Titles and/or Certificates issued against the property of the divine estate and held by the legal fiction entities to secure their lien right have been released and shall be immediately surrendered upon tender of a claim as it has been determined that alien ownership and control of the property is adversely affecting the divine estate and the living beneficiaries thereof.

Claims on the property shall be issued and recorded by the Chair of Saint Peter as a "Notice of Escheat" charging the release and return of the property to the Chair of Saint Peter for immediate possession for use by the living beneficiary by special grant. Upon "Notice of Escheat" and return of the 'Certificate/Deed/Title the church, under pains of excommunication, shall immediately surrender the property, and any/all control over said property, and adjust their records to reflect the seizure and return of the property to the possession and control of the Chair of Saint Peter.

The Office of the Chair of Saint Peter shall provide appropriate documentation and clearly mark property as under the jurisdiction of the 'Chair of Saint Peter' and NOT under the jurisdiction of the world of commerce.

The church, under pains of excommunication, shall take a spirited roll in the education of the people and the legal fiction entities of the world of commerce. The church shall work to ensure the freedom from the unlawful restrictions on the liberties of the Divine Spirit incarnate, freedom from the fraudulent prosecution of claims already settled and facilitate the continued habilitation of the people to a state of grace, abundance and prosperity.

Being the perfectly imperfect Beings that we are a typo has escaped our detection and now must be set right. "Letters Patent Restoration of Peace" should read …. New technology "shall be used for the betterment of the whole and shall NOT be employed for military purposes."

In witness whereof We have caused these Our Letters to be made Patent, and for the greater testimony and validity thereof, We have caused Our Great Seal of Peter to be affixed to these presents, which We have signed with Our Royal Hand.

Given the 18th day of July in the Year of Our Lord Two Thousand Thirteen.

BY HIS COMMAND





APOSTOLIC LETTER
ISSUED *MOTU PROPRIO*
OF THE SUPREME PONTIFF
FRANCIS
ON THE JURISDICTION OF JUDICIAL AUTHORITIES OF VATICAN CITY STATE
IN CRIMINAL MATTERS

In our times, the common good is increasingly threatened by transnational organized crime, the improper use of the markets and of the economy, as well as by terrorism.

It is therefore necessary for the international community to adopt adequate legal instruments to prevent and counter criminal activities, by promoting international judicial cooperation on criminal matters.

In ratifying numerous international conventions in these areas, and acting also on behalf of Vatican City State, the Holy See has constantly maintained that such agreements are effective means to prevent criminal activities that threaten human dignity, the common good and peace.

With a view to renewing the Apostolic See's commitment to cooperate to these ends, by means of this Apostolic Letter issued *Motu Proprio*, I establish that:

1. The competent Judicial Authorities of Vatican City State shall also exercise penal jurisdiction over:

a) crimes committed against the security, the fundamental interests or the patrimony of the Holy See;

b) crimes referred to:

- in Vatican City State Law No. VIII, of 11 July 2013, containing *Supplementary Norms on Criminal Law Matters*;

- in Vatican City State Law No. IX, of 11 July 2013, containing *Amendments to the Criminal Code and the Criminal Procedure Code*;

when such crimes are committed by the persons referred to in paragraph 3 below, in the exercise of their functions;

c) any other crime whose prosecution is required by an international agreement ratified by the Holy See, if the perpetrator is physically present in the territory of Vatican City State and has not been extradited.

2. The crimes referred to in paragraph 1 are to be judged pursuant to the criminal law in force in Vatican City State at the time of their commission, without prejudice to the general principles of the legal system on the temporal application of criminal laws.

3. For the purposes of Vatican criminal law, the following persons are deemed *"public officials"*:

a) members, officials and personnel of the various organs of the Roman Curia and of the Institutions connected to it.

b) papal legates and diplomatic personnel of the Holy See.

c) those persons who serve as representatives, managers or directors, as well as persons who even *de facto* manage or exercise control over the entities directly dependent on the Holy See and listed in the registry of canonical juridical persons kept by the Governorate of Vatican City State;

d) any other person holding an administrative or judicial mandate in the Holy See, permanent or temporary, paid or unpaid, irrespective of that person's seniority.

4. The jurisdiction referred to in paragraph 1 comprises also the administrative liability of juridical persons arising from crimes, as regulated by Vatican City State laws.

5. When the same matters are prosecuted in other States, the provisions in force in Vatican City State on concurrent jurisdiction shall apply.

6. The content of article 23 of Law No. CXIX of 21 November 1987, which approves the *Judicial Order of Vatican City State* remains in force.

This I decide and establish, anything to the contrary notwithstanding.

I establish that this Apostolic Letter issued Motu Proprio will be promulgated by its publication in L'Osservatore Romano, entering into force on **1 September 2013**.

*Given in Rome, at the Apostolic Palace, on 11 July 2013, the first of my Pontificate.*

**FRANCISCUS**

© Copyright - Libreria Editrice Vaticana




A communication from

# The Chair of Saint Peter

Keeper of the Extraordinary Seal of Saint Peter

...it incarnate jorge mario as the living man
...Bergoglio
...ope Francis
Bi...
Apo...
Via de... Citta del Vaticano
Vatican... 420

Divine Spirit... abeth alexandra as the living woman
Elizabeth Alex... f the House Windsor
Her Majesty Qu... II
Defender of the F... eme Governor of the Church of England
Head of the Comm... Dominions, Realms and as Queen Regnant
Buckingham Palace
London Sw1A 1AA Uni...

Divine Spirit incarnate Justi... e living man
Justin of the House Welby
Most Reverend Justin Welby
Lambeth Palace
London
SE1 7JU

## Letters Patent ... hedra

## Restoration o... e

**Peter The Divine, servant of the servants of God.** ...erpetual remembrance






A communication from

# The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter

## Letters Patent ex cathedra
## Restoration of Peace

Peter The Divine, servant of the servants of God. For a perpetual remembrance

I, Peter the Divine, servant of the servants of God, Keeper of the extraordinary Seal of Saint Peter, Key bearer to the Heavenly Kingdom, registered owner and title holder via THE HOLY ALLIANCE TREATY 1213, Papal Bull Unam Sanctam, Romanus Pontifex, Aeteri Regis and Convocation, contemplating with a father's mind, recognizing at the very beginning of our pontificate, which the divine providence of Almighty Creator, not for any merit of our own, but by reason of its own great goodness, has committed to us, to what troubled times and to how many distresses in almost all affairs our spiritual solicitude and vigilance were called, we desire indeed to bring light unto the darkness that has long afflicted and well-night overwhelmed the Divine Estate. For while we realize that love, compassion and peace are necessary to free and preserve the Divine Estate from the many dangers that threaten it, we found all filled with hatreds and dissensions, and particularly those princes, to whom God has entrusted almost the entire direction of affairs, at enmity one with another, the whole operating in violation of the Universal Divine Law adversely affecting the One.

Whilst we desired the Divine Estate to be safe and protected against the arms and insidious designs of the princes of darkness, because of our transgressions; our guilt, greed and lust for power and control over our fellow man; our willingness to use the ways of darkness to our end; we have become that which we sought to overcome.

Christ committed all His sheep to the care of Peter and his successors, commanding "Feed my sheep." In our zealous efforts to end the separation and return the Divine Estates to Oneness with the Light, the shepherd has become the wolf feasting upon the sheep to satisfy the lust of the mind, the lust of ego.

We wage war against His sheep in violation of Divine Law bound by secret Treaties, compacts and Oaths. We have compelled His sheep, through trickery and deceit, to "Pledge" their Divine inheritance for our benefit then label His sheep as paupers; their "labor and trade" as "commerce and usury", converting their status as Living Beneficiaries to that of paupers and things, enemies of the (E)State.

We have created a device, the legal fiction corporations, elevating them to the status of "Persons" gaining power and control as guardians over the insolvent paupers under an error of assumptions and assumed consent. We have programmed the people to believe they have no free will or choice; that consent is gained at the point of the sword; That pain and suffering, scarcity and want are Creator's requirement to growth here on earth.

We have suppressed the people and the knowledge of their divine-ness. We have poisoned their food, water and air to suppress their divine vision; suppressing their access to the infinite knowledge dumbing them down for better control. We have hijacked their creator ability of manifestation bombarding them with doubt and fear tricking them into creating a dark and negative reality for themselves where the creator sees the creation as His superior to the detriment of the Divine Estate and the Living Beneficiaries thereof.

Under Pope Pius X we established a spiritual court, perpetually in open session, the twelve (12) Guilds sitting in jury as the twelve (12) Apostles as the "twelve prothonotaries" of the Sacred Rota - as the highest Supreme Court on the planet. Roman Canon Law establishes all courts as oratories, with judges holding ecclesiastical powers as "ordinaries," their chambers as "chapels" to suppress the Living Beneficiaries labeled "paupers" and "things" to facilitate the pillage and plunder of their Divine Estate(s).

Today, the Church is in chaos.



A communication from
# The Chair of Saint Peter
### Keeper of the Extraordinary Seal of Saint Peter



Today we see the prophesies of St. Malachy coming to pass "..... a schism will be produced in the bosom of the Church on the occasion of the election of the Pope... there is one who will be called the true Pope, but he will not be truly so. "

"Of the one and only 'Church' there is one body and one head, not two heads like a monster; that is, Christ and the Vicar of Christ, Peter and the successor of Peter, since the Lord speaking to Peter Himself said: 'Feed my sheep' [Jn 21:17], whence we understand that He entrusted all to Peter." **Unam Sanctum**

The return of Peter was prophesied by Yves Dupont and holds great promise for the Divine Spirit incarnate:

"But God will raise a holy Pope (Peter the Roman), and the Angels will rejoice. Enlightened by God, this man will rebuild almost the whole world through his holiness. He will lead everyone to the true Faith." (Yves Dupont, Catholic Prophecy, 1973)

"Thus is accomplished the prophecy of Jeremias concerning the Church and the ecclesiastical power: 'Behold to-day I have placed you over nations, and over kingdoms' and the rest. Therefore, if the terrestrial power err, it will be judged by the spiritual power; but if a minor spiritual power err, it will be judged by a superior spiritual power; but if the highest power of all err, it can be judged only by God, and not by man, according to the testimony of the Apostle: 'The spiritual man judgeth of all things and he himself is judged by no man' [1 Cor 2:15]. This authority, however, (though it has been given to man and is exercised by man), is not human but rather divine, granted to Peter by a divine word and reaffirmed to him (Peter) and his successors by the One Whom Peter confessed, the Lord saying to Peter himself, 'Whatsoever you shall bind on earth, shall be bound also in Heaven' etc., [Mt 16:19]. Therefore whoever resists this power thus ordained by God, resists the ordinance of God [Rom 13:2]." **Unam Sanctum**

"Therefore let no one infringe or with rash boldness contravene this our declaration, constitution, gift, grant, appropriation, decree, supplication, exhortation, injunction, inhibition, mandate, and will. But if anyone should presume to do so, be it known to him that he will incur the wrath of Almighty God and of the blessed apostles Peter and Paul." **Romanus Pontifex**

### Office Found

The Keeper of the extraordinary Seal of Saint Peter has been established as a matter of fact. No doubt or controversy remains. The results have been published and remain un-traversed. Neither denial nor obstinate disobedience change the facts nor is denial a waiver of responsibility or valid defense.

### Resurrection of Universal Divine Law

Now is the time for peace. Now is the time to bring an end to the war and conflict; To bring an end to the lack and wanting; To bring an end to the pain and suffering. Now is the time for the resurrection of Universal Divine Law.

We have been operating in violation of Universal Divine Law. Free will, choice and consent is an inviolate universal Divine Law. Government gains jurisdiction over the governed, by consent. Consent must be by a free will act and deed made with full disclosure of the facts, terms and conditions as well as the consequences of One's choice. For decades we have used extreme programming and deceit supported and enforced by our standing armies including local and federal law enforcement personnel, agents and agencies employing the use of threats, coercion and violence to gain the assumed consent of the people effectively removing free will and choice in violation of Universal Divine Law.

Through our own actions we have compelled the freeholders to "Pledge" their Estate only for us to then identify the freeholders as insolvent, labeled them paupers and then waged war against the freeholders



A communication from
# The Chair of Saint Peter
### Keeper of the Extraordinary Seal of Saint Peter



in an effort to suppress them to facilitate the pillage and plunder of their Divine Estates for our own profit and gain in violation of Universal Divine Law.

Today is a brand new day. Today we resurrect and shall serve the Universal Divine Law in the completion of our mission and duties as Trustees of the Divine Estate. The habilitation of the "poor", the "insolvent", the "paupers" under our care shall be our focus.

Today we shall bring an end to the perpetual wars against the Divine Spirit incarnate, the Living Beneficiaries of the Divine Estate by our legal fiction creations.

It is hereby Decreed and Ordered that all Oaths, Treaties, compacts, codes and statutes which facilitate and encourage war against the Divine or which conceal truth or limit and/or inhibit the growth and expansion of the Divine Spirit incarnate, is deemed in violation of Universal Divine Law and is hereby void, ab initio.

The **Secret Treaty of Verona** is hereby Decreed to be in violation of Universal Divine Law and is therefore void, ab initio.

The **1936 Amendment to the U.S. Trading With The Enemy Act** which made the Divine Spirit incarnate enemies of the state is Decreed to be in violation of the Universal Divine Law and is therefore void, ab initio.

We have through the **Federal Reserve Banking System** waged economic war against the Living Beneficiaries to suppress the Divine to facilitate the pillage and plunder of the credit of the Divine and is deemed in violation of Universal Divine Law. Therefore, it is hereby decreed that the Federal Reserve Act is in violation of Universal Divine Law and therefore, void ab initio.

It has been the illusion of insolvency of the Living Beneficiaries of the Divine Estate created under our administration which has given rise to the label of "pauper" and the issue of "pauper's Certificates" for every Living Beneficiary used to suppress the Living Beneficiaries for our own profit and gain.

"Furthermore, we declare, we proclaim, we define that it is absolutely necessary for salvation that every human creature be subject to the Roman Pontiff."

All "pauper's Certificates" are the property of the Chair of Saint Peter and can only be redeemed through the Chair of Saint Peter.

It is hereby Decreed and Ordered that the Vatican Bank and BIS shall be brought under the control of a non-ecclesiastical approved by and operating under the Chair of Saint Peter, shall absorb the federal reserve banking system and immediately salvage and redeem the Paupers Certificates [aka Birth Certificates] via set off to zero all debt for the absolution of sin and return the Divine Estate and the Living Beneficiaries thereof to solvency and balance and a state of grace.

The Chair of Saint Peter shall accept for immediate Redemption 144,000 "Pauper's Certificates," more or less, whose accounts shall be immediately settled and closed returning the Living Beneficiaries thereof to a state of grace. The Chair of Saint Peter shall issue and publish a "Certificate of Redemption and Solvency" for each of the 144,000. Said Living Beneficiaries shall serve as auditors, clerks and/or prothonotaries to monitor and facilitate the transition and to oversee the re-habilitation of the Divine Estates to ensure the return of the Living Beneficiaries to a state of grace.

The Vatican Bank and the BIS shall immediately fund the **Universal Postal Union's POST*NET** banking system to ensure the satisfaction of all of the survival needs of the Divine Spirit incarnate and shall immediately set free the prosperity funds for funding of new technology hidden from the people.

All Patents which have been buried and/or otherwise withheld from the people shall be the property of the Living Beneficiaries as a whole and shall be used for the betterment of the whole and shall be employed for military purposes.



A communication from
# The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter



We have waged an illusionary "War Against Drugs" to suppress and dumb down the Living Beneficiaries while controlling 85% of the production, processing and illicit distribution of both illicit and pharmaceutical drugs.

The legal fiction Agencies as well as all agents, employees and/or contractors thereof shall immediately cease and desist all production and trafficking in drugs.

We have waged an illusionary War Against Crime, Wars Against Guns and violence, Wars against Terrorism while controlling 85% of all gun running and sanction and fund all wars and acts of terrorism to facilitate the control of the Living Beneficiaries.

The legal fiction Agencies as well as all agents, employees and/or contractors thereof shall immediately cease and desist all production and trafficking in guns and terrorism and shall immediately assist in restoring peace, unity, love and compassion to the Divine Estate.

Any/all Agencies and/or other legal fiction creations which fail and/or refuse to be an active participant in the restoration of peace throughout the world in accordance and cooperation with the Chair of Saint Peter shall be immediately dissolved and disbanded.

We have martialed mighty armies to wage war on the people of the world. All wars shall cease. All armies of the world shall Be Peace Restoration Forces charged with assisting in the restoration of peace and unity throughout the Kingdom.

The spiritual court established under Pope Pius X, the twelve (12) Guilds sitting in jury as the twelve (12) Apostles as the "twelve prothonotaries" of the Sacred Rota - as the highest Supreme Court on the planet, under whose jurisdiction all civil courts operate, shall end the War against the people. All Letters of Marque and Reprisal, aka BAR Association membership cards, are deemed in violation of the Universal Divine Laws and are hereby Decreed and Ordered null and void. Anyone operating who shall continue to operate under the Laws of War and Conquest shall be deemed in violation of the Universal Divine Law and subject to ex-communication and prosecution for War Crimes and Crimes Against humanity.

All courts and/or administrative agencies who gain their authority under the Roman Curia and/or Sacred Rota are hereby charged with assisting the re-habilitation of the Divine Estates and the Living Beneficiaries thereof, returning same to a state of grace. Said courts and/or agencies shall immediate institute programs for the widespread rehabilitation of the Divine Estate and the Living Beneficiaries thereof.

And We do hereby reserve to Ourselves, Our heirs and successors, full power and authority from time to time to revoke, alter, or amend these Our Letters Patent as to Us or them shall see fit.

In witness whereof We have caused these Our Letters to be made Patent, and for the greater testimony and validity thereof, We have caused Our Great Seal of Peter to be affixed to these presents, which We have signed with Our Royal Hand.

Given the 14th day of June in the Year of Our Lord Two Thousand Thirteen.

BY HIS COMMAND,






A communication from

# The Chair of Saint Peter

**Keeper of the Extraordinary Seal of Saint Peter**

# Letters Patent ex cathedra

### * REHABILITATION OF THE "PAUPERS" *

By the Grace of the One Divine Spirit, to all to whom these Presents shall come, Greeting:

Change is upon us and we have a choice. We can either be swept away floundering in the change or we can get in the natural flow of energy and guide the change ensuring the timely, organized and non-chaotic rehabilitation of the "paupers," returning the living beneficiaries to a state of grace and abundance.

Today, there is confusion and chaos in the Church as we see the papal prophecies of old manifesting in the world, to wit:

> *"There shall be an un-canonically elected pope who will cause a great schism ...."*

"Which of the other papal prophecies are manifesting in our world today?"

> *"Rome will lose the faith and will become the Antichrist." (1846)*
> *And/or*
> *"Towards the end ..... the Antichrist will overthrow the pope and usurp His See."*

There is a great deal of evidence in the world today to support the belief that the Holy See is the Antichrist ......the antithesis of love, compassion and unity. The Church, its leadership infiltrated, has strayed far from the true Christ. The Church has withheld the true knowledge from the people and labeled the Living Beneficiaries as "Paupers" to separate and control them as property and slaves to be used and abused for ritual or pleasure. Where is the Christ in the Church today?

> *"But God will raise a holy pope (Peter .......), and the Angels will rejoice. Enlightened by God, this man will rebuild almost the whole world through his holiness. He will lead everyone to the true faith."*

As Peter the Divine I am the antithesis of the Vatican and have long lived by Divine Covenant:

As enlightened Beings we understand that fear, greed and the desire for power are the psychological motivating forces behind warfare and violence between nations, tribes, religions and ideologies that have resulted in the death of over 100 million people in the past century at the hands of their fellow man.

The world has been at war for eons, waging war against crime; against drugs; against terrorism; and against the indigenous people of the World. The end result of these wars against the people has been a dramatic increase in crime, in the use of illicit drugs, in terrorism around the world and has bred a world population consumed with disease, living in a constant state of fear and violence.

We understand that we are what we are today as a direct result of our choices yesterday. As we look around us we recognize that the problems created as we live and interact within the current global personality ethics are deep fundamental problems that cannot be solved on the superficial level on which they were created.

We understand that we must begin an "inside out" approach to the solution. We understand that it is the way in which we look at the problem that is the problem. We understand that we must examine and improve "self" first, re-developing our own principles of character such as honor, integrity, courage, compassion and justice, following the laws of nature, Our Creator and the Golden Rule. We understand that these principles of character are deep, fundamental truths; classic truths; generic common denominators that are tightly woven threads running with exactness, consistency, beauty and strength through the fabric of life.

In the past we constantly focused on and pointed out the sins of others while refusing to look at the paradigm of the creator of the problems; We the People. We have acted upon the perception that the problem was "out there" and if "they" would "shape up" the problem would be solved. We have been afraid to look deeper at the problem; the change paradigm is "outside in". What's out there must change before we can change.

We understand that what is "out there" is but a reflection of what is within. We recognize that the proactive approach is to change from within; from the "inside out". to dare to be different and by being different to effect positive change in what is "out there."

We understand that the world is not to be "put in order." The world is order incarnate. It is for us to put ourselves in unison with this order. [Henry Miller]



A communication from
# The Chair of Saint Peter
**Keeper of the Extraordinary Seal of Saint Peter**



We recognize that it is impossible to break the laws of Creator. We can only break ourselves against that law. The root of the problem remains within.

We recognize that successful people are those pro-active people who are the solution, not the problem, who seize the initiative to do whatever is necessary, consistent with correct principles, to get the job done.

The spiritual Being knows that everything that he hates and fights weakens and controls him. We recognize that when we fight evil by employing the methods of violence and hatred, we become that which we are fighting.

We are not against war, but for peace. Not against hunger and scarcity, but for prosperity and abundance; not against tyranny and injustice but for justice and respect for all of mankind.

We have created noisy, dirty crowded places to live and gather in. We have been in a perpetual state of fear, violence and war and in the process we have retarded our spirituality. Once we, as individuals and a nation, strip away the self-created illusions of who we believe we are; when we strip away the illusions that disguise the Divine Spirit within each of us, we expose that we are all One with the Universe; One with Source; One with God.

## DISPAUPERMENT

**"That there is only One, Holy, Catholic and Apostolic Church ..... outside of whom there is neither salvation nor remission of sins.....Furthermore we declare, state and define that it is absolutely necessary for the salvation of all human beings that they submit to the Roman Pontiff." UNAM SANCTAM**

The Office of the Chair of Saint Peter has established a "Pope's Inquisition" to investigate and find, in the nature of Office Found, that One is competent and capable of providing for Oneself; That One is solvent and rents a dwelling for more than $3000 per year and that One has the love and support of family and friends in the event of emergency and shall not become a burden on the Church; That One provides for himself through the honorable expansion of his own life energy in the form of trade and labor, has the love and support of family and friends in the event of disaster or emergency and shall not be a burden on the Church and that One, by his own free will act and deed, waives all benefits derived under the "Pauper's Certificate" choosing 100% accountability, forever forsaking limited liability.

Upon such findings the Office of the Chair of Saint Peter shall issue the Certificate of Dispauperment, Certificate of Solvency and issue a Registered Silver Bond to indemnify the Church and the world of commerce against loss, damage and/or injury. Copies of said certificates shall be tendered to the appropriate Department of Health, Vital Statistics and the local commissioners/guardians to ensure removal from the Paupers Rolls. The commissioners shall immediately settle the account and provide the mesne funds as compensation for the use of One's credit.

Said Dispaupered Beings shall serve through the Office of the Chair of Saint Peter as educators, clerks, jurors, auditors, monitors and/or compliance Officers to guide the rehabilitation of the "Paupers" and to ensure compliance throughout the transition.

## ESCHEAT OF THE ABANDONED PROPERTY

In order to create a world free from homelessness the Office of the Chair of Saint Peter shall escheat the abandoned property to be granted to the Living Beneficiaries. The Office of the Chair of Saint Peter shall develop guidelines and educational programs to facilitate the rehabilitation of the "paupers," restoring the Divine Right of Use of the property and return the living Beneficiaries to a state of grace.

Given the 24th day of June in the Year of Our Lord Two Thousand Thirteen.

**BY HIS COMMAND,**






A communication from

# The Chair of Saint Peter
#### Keeper of the Extraordinary Seal of Saint Peter

To:
The Most Revered Archbishops and Bishops
The Secretaries of State of the 50 states

**By the Grace of the One Divine Spirit, to all to whom these Presents shall come, Greeting:**

## Choice and Consent

The creation can never attain a status equal to or greater than its creator ........ without consent.

Through the years corporations have risen to a level equal to or greater than their creators contrary to universal and/or natural law. In fact since the late 1800's, the U.S. Supreme Court, aided by the complacency of the people, has helped corporations usurp all manner of "Bill of Rights" protections that were initially intended only for living, breathing humans, such as free speech and equal protection which has resulted in perpetual war against the people.

Today, the people understand that it has been complacency, the assumed consent of the people, which has allowed the corporations to rise to the status of a living being, equal to or greater than its creator.

The people are waking to the fact that consent is a choice. Consent is not gained by force nor trickery but must be given by a free will act and deed upon full disclosure. The Living Beneficiaries are choosing to withdraw and deny consent to being subservient to their creations and the oppression that has brought.

The people now understand that corporations have such powers, and ONLY those powers, as the act creating them confers; and are confined to the exercise of those expressly granted, and such incidental powers as are necessary for the purpose of carrying into effect powers specifically conferred.

The corporation has received vitality from the state; it continues during its existence to be the creature of the state; must live subservient to its laws, and has such powers and franchises as those laws have bestowed upon it, and none others. As the state was not bound to create it in the first place, it is not bound to maintain it...if it violates the laws or public policy of the state, or misuses its franchises to oppress the people.

Divine men and women come into this world with 'certain inherent and indefeasible rights.' Business entities, legal fictions, existing not by natural birth but by operations of man's law cannot have been ' born equally free and independent,' because they were not born at all. Indeed, it could not have been intended for them to be 'free and independent,' because, as the creations of the law, they are always subservient to it.

Man allows for business entities to exist but is not required to establish them. In the absence of man's law, business entities are nothing. Once created, they become property of the men and women who own them, and, therefore, any rights that business entities may assert are not homogeneous with the rights of the divine man. Were they so, the chattel would become the co-equal to its owners, the servant on par with its masters, the agent the peer of its principals, and the legal fabrication superior to the law that created and sustains it.

Your own courts admit that corporations are treated differently by federal and state constitutions, by tracing Pennsylvania's back to the original 1776 version: *(parens added)*

> *"Had the framers intended the protections of Article I, § 1 (the inherent rights of mankind) to extend to business entities, they certainly could have written, 'All persons are created equally free and independent ....' They did not. Indeed, it is federal Amendment XIV's use of the word 'person' that makes its protections applicable to business entities, because its drafters were presumed to have known that 'person' is a legal term of art, encompassing business entities under the common law.*




A communication from
# The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter

**It has been adjudged and established in fact** that the 14th Amendment to the federal constitution was a self-serving codicil and a grievous breach of trust which created a corporate overlay operating on the assumption that the corporation is king, its creator the subject alien to the king.

Today, the corporations use their corporate franchise to oppress the Divine Living Beneficiary; their actions adversely affecting the Divine Estate.

The Bishops and Archbishops of the Vatican and the Roman Curia have a fiduciary duty to protect the Divine Spirit from the Princes of Commerce. The Secretary of State for each State wears two hats; One loyal to the organic constitution; the second loyal to the Breach of Trust 14th Amendment and the codes and statutes thereunder.

The organic Secretary of State has an obligation to the Living Beneficiary, the Divine Spirit to ensure that all registered corporations operating within the State operate within their corporate charter and have a mandatory duty to immediately dissolve those who fail to do so and/or those who use their franchise to oppress the Divine Living Beneficiary.

## Restoring the Peace

The Chair of Saint Peter, as the primary trustee charged with restoring the peace, shall assist the people to exhaust administrative remedy, document and publish the evidence of a corporation's operation outside their corporate charter and/or a corporation's unlawful use of their corporate franchise to oppress the Divine Spirit whereupon a complaint shall be issued. The charging sheet shall be tendered to the Bishops, Archbishops and the Secretaries of State in the appropriate region for immediate execution.

The execution sought against the offending corporation is one of corporate death. The state which created it, must destroy it. The life of a corporation is, indeed, less than that of the humblest citizen. The abstract idea of a corporation, the legal entity, the impalpable and intangible creation of human thought, is itself a fiction, and has been appropriately described as a figure of speech.

## Compliance is Our Goal

As the primary trustee charged with restoring the peace compliance is our goal. Therefore, there shall be granted a ten (10) day grace period to allow the State to compel performance to bring the offending corporation into compliance thereby avoiding execution, except: In the event that the body of the Living Beneficiary is being detained and/or restrained the charging documents shall be handled 'in the nature of habeas corpus.'

The time for finger pointing is past. The people are waking from their long slumber and taking responsibility for their own creation, as ugly and out of control as it has become. The people are choosing to withdraw and deny consent to their creations; choosing to take back their power and authority; choosing to accept responsibility for their reality.

The world around us is changing. The corporation is no longer king, the Living Beneficiary no longer alien. The consent of the people is withdrawn. The system must keep pace with that change or face extinction. Each one of us has a fiduciary duty to facilitate that change and to compel performance to bring the system into compliance. Each is bound to that fiduciary duty to the Divine.

In witness whereof We have caused these Our Letters to be made Patent, and for the greater testimony and validity thereof, We have caused Our Great Seal of Peter to be affixed to these presents, which We have signed with Our Royal Hand.

Given the 5th day of May in the Year of Our Lord Two Thousand Thirteen.

BY HIS COMMAND,






A communication from
# The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter

## Notice of Office Found

On April 20, 2013 a jury of Divine Spirits convened in Divine Council for the purpose of an Inquest of Office to review the records to determine the facts, thereby removing ambiguity and doubt. [see attached]

The Divine Council has made a return of **Office Found** establishing in fact that:

**James Thomas of the House McBride as the Divine Spirit incarnate, upon acceptance of the judgment, is officially and fully vested in the;**

- **Office of Man Beyond the Sea of Commerce;**
- **Office of the Postmaster General NA;**
- **Chair of Saint Peter as the Keeper of the Seal of Saint Peter.**

James Thomas of the House McBride has officially acknowledged and accepted the judgment for ratification of the Office(s).

---

**The Vatican has administrated the affairs of the world from the Chair of Saint Peter** under the rules of war and conquest. They identified the Living Beneficiaries of the Divine Estate as enemies, alien to the STATE while the STATE operates under the assumption that the legal fiction STATE is King, the Divine Spirit incarnate the alien.

The Divine Spirit has returned; the successor to Peter has discharged his duties; the extraordinary Seal of Saint Peter has reverted back to source, the Divine Spirit.

The Seal of Saint Peter represents the King, the Grantor of the Divine Estate and is the Keys to the Treasury for the redemption of the Estate. It has been established in fact that all property is vested in and accrues to the King, upon Office Found, whether He who held immediately of the King;

a) Dies without heirs;
b) Is Attainted by treason;
c) Be an alien;
d) Be an idiot or nativitate.

The Chair of Saint Peter is the primary trustee of the Divine Estate, beyond the sea of commerce, with a fiduciary duty to protect and preserve the Divine Estate. The Chair of Saint Peter shall issue dispensations and/or license for things NOT contrary to the universal laws, but only to laws of the land and/or laws of man.

The Vatican, including the Roman Curia, the Cardinals, Archbishops, Bishops and Jesuits have a fiduciary duty to the Creator to protect the Divine Spirit from the Princes of Commerce and shall abstain from such doctrines which are repugnant to the Divine Estate and the King's prerogative. Any action and/or inaction which undermines or limits the power, authority, purpose or intent of the Keeper of the Seal of Saint Peter shall constitute a grievous breach of fiduciary duty owed to the Creator.

A communication from
# The Chair of Saint Peter
### Keeper of the Extraordinary Seal of Saint Peter



## The Divine Province

ι of commerce there is but one country, without borders or separation, which is
**ine Province.**" The Divine Province shall operate under the **private country**
'/999." The Divine Province shall issue Identification cards for all members upon
ication #1, created in accordance with the regulations of the Universal Postal
s the Divine Province member as a Divine Being, Living Beneficiary of the Divine
; beyond the sea of commerce.

issued to members **'acts as'** an International Driver permit and is issued for the
d protection of the agents of commerce to assist in identifying the Living
eneficiaries to ensure their unmolested divine right of travel upon this earth.

## All property is vested in the King

ested in the King. No alien shall have the right to own the land except by grant of
ιclaimed and/or abandoned property reverts to the King, the original Grantor;
ɔy escheat, the personal estate by forfeiture. The King shall receive all of the
rom the time his title accrued. All Land Patents and/or Grants before Office

rince, **private country code** "DP/DVN/999," shall clearly identify all property
:ned to the King for administration under the Divine Province. All real property
marked on all sides as being under the jurisdiction of the Divine Province. All
identified as under the jurisdiction of the Divine Province. All rolling stock shall
ith a 'tag/plate' front and back as being under the jurisdiction of the Divine

vince may issue Land Grants establishing one's right of use of the property for
r indeterminate period of time on condition of good stewardship.

vince shall maintain a **publicly verifiable** data base of all members who have
e beyond the sea of commerce as well as all property under the jurisdiction and
of the Divine Province.

## Corporations are Alien to the Divine

are business entities...legal fictions, existing not by natural birth but by
state statutes...Such business entities cannot have been 'born equally free and
because they were not born at all. As creations of the law, creations of man,
's subservient to them.

r business entities to exist but is not required to establish them. In the absence of
ι's law, business entities are nothing. Once created, they become property of the
ιen who own them, and, therefore, the rights that business entities may assert are
ιeous with the rights of living beings. Were they so, the chattel would become the
s owners, the servant on par with its masters, the agent the peer of its principals,
fabrication superior to the law that created and sustains it.

ion receives its energy from man; it continues during its existence to be the

the Chair of Saint Peter via the Office of the Keeper of the Extraordinary Seal of Saint Peter



A communication from
## The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter



creature of man; must live subservient to man's laws, and has such powers and franchises as those laws have bestowed upon it, and none other. As man was not bound to create it in the first place, he is not bound to maintain it if it violates the laws of man, or misuses its franchise to oppress him.

The creation may rise to a level equal to or greater than the creator ONLY by consent. A corporation's attempt to compel one to consent to contract faced with evidence or Notice of "Non-Consent" shall constitute operation outside their corporate charter giving rise to the instant death of the corporation by dissolution.

A corporation's attempts to operate under an assumption of consent to contract once provided with documentary evidence rebutting the assumption shall constitute operation outside their corporate charter giving rise to the instant death of the corporation by dissolution.

A corporation's attempts to operate under the false assumptions that the Divine Spirit is deceased or lost at sea in an attempt to drag the Divine into the sea of commerce once provided with documentary evidence to the contrary shall constitute operation outside their corporate charter giving rise to the instant death of the corporation by dissolution.

A corporation's attempts to operate against the Divine under the laws of war and conquest under the false assumptions that the Divine Spirit is an enemy, enemy combatant or alien shall constitute war crimes against a peaceful entity, ie Treason, and operation outside their corporate charter giving rise to the instant death of the corporation by dissolution.

In the event that the Princes of Commerce shall restrict the liberties of or violate the private rights of the 'Divine Spirit', members of the Divine Province, a complaint by original writ shall be tendered to the Archbishops, Bishops and/or their authorized representatives for immediate investigation to provide the remedy.

The complaint shall be investigated and upon good cause shown a second Bishop, or their representative, shall issue the warrants for immediate execution to provide the remedy.

The Divine Province shall establish the protocols for a Divine Council, a jury, and regularly convene said Divine Council as required for the purpose of carrying out an Inquest of Office and charged with making the return of Office Found. The Divine Province shall maintain a publicly searchable 'Rolls Office Found' for the preservation and publication of the Inquests and judgments.

**I AM Peter. I AM the Dreamer. I AM the One** formerly known as James Thomas of the House McBride, the Divine Spirit having a human experience beyond the See; the Chosen One come to fulfill prophecy, to redeem the Divine Estate, to open the Treasury for the redemption of the estates and return the property to the True Hæres, the Sons of the Creator.

In witness whereof We have caused these Our Letters to be made Patent, and for the greater testimony and validity thereof, We have caused Our Great Seal of Peter to be affixed to these presents, which We have signed with Our Royal Hand.

Given the twenty fifth day of April in the Year of Our Lord Two Thousand Thirteen.

BY HIS COMMAND,

... to be in the Office of the Keeper of the Extraordinary Seal of Saint Peter




A communication from
# The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter

# Letters Patent ex cathedra
## * THE HOLY ALLIANCE TREATY 1213 *

By the Grace of the One Divine Spirit, to all to whom these Presents shall come, Greeting:

On May 5, 2010, upon my return the Most Holy Pope Benedict XVI surrendered to me, James Thomas McBride, the Keys to the Kingdom; the extraordinary Seal of Saint Peter, the keys to the treasury for the redemption of the estates, the Seal of Peace, the Chair of Saint Peter.

It has been established in fact by **Office Found** that I am Peter the Divine, Keeper of the extraordinary Seal of Saint Peter, the Official occupant of the Chair of Saint Peter.

I, Peter the Divine, Keeper of the extraordinary Seal of Saint Peter, hereby proclaim my right and standing as:

## Successor Party Principle to:

# * THE HOLY ALLIANCE TREATY 1213 *

THE HOLY ALLIANCE TREATY 1213 is a two party contract; A Treaty between Pope Innocent III and King John conveying all rights, titles, and interests in the Crown of England's lands, including America, to the Pope and His successor(s) and stands as lawful title to the Kingdom.

The Kingdom includes Mother Earth and all that is in, on and above her. EXCEPT the divine living being.

## CERTIFICATE OF TITLE

The "Letters Patent ex cathedra * THE HOLY ALLIANCE TREATY 1213 *" shall stand as the lawful Certificate of Title and/or Deed and shall be prima facie evidence of Proof of Ownership of the Kingdom.

In witness whereof We have caused these Our Letters to be made Patent, and for the greater testimony and validity thereof, We have caused Our Great Seal of Peter to be affixed to these presents, which We have signed with Our Royal Hand.

Given the 6th day of June in the Year of Our Lord Two Thousand Thirteen.

**BY HIS COMMAND,**

# Divine Spirit Assembled in Divine Council

## Office Found
### For The
## Office of Man

We the Undersigned, individually, the Divine Spirit having a human experience One with the Creator at peace with the universe; the One Supreme Court operating beyond the sea of commerce, beyond the illusions superior to all legal fiction creations of the mind. Collectively we are the 'jury' commissioned by the Divine Spirit, empowered under the Seal of Saint Peter and charged with finding office through a review of the records replacing ambiguity with fact. We are bound by our fiduciary duty to the Creator to act in honor, with integrity and full transparency for the best and highest of the all. The twelve living men assembled hereto are reputable men/ women of the neighborhood, able leaders, and men/women of truth who stand on honor and integrity declaring themselves, and known one to the other, to be Divine Spirit incarnate as free men and peaceful inhabitants of earth. Participating by their own free will, act and deed they so swear an oath one to the other and before all as they inquire of certain matters of fact and declare the truth upon evidence to be exposed to them in this Inquisition.

This is a court of record in original jurisdiction. The coming together of the Divine Spirit to review the record to address the matter of Office Found replacing ambiguity and confusion with established fact.

Since those things which are done lapse with the passage of time and unless they are supported by written record will easily slip the memories of men, this action by Solemn Right of Record and the true declaration returned herein shall be enrolled upon the Rolls of this Office in perpetuam rei memoriam.

This is an inquisition of and by the Record. *There is no fact in dispute.* The recorded evidence brought forth has been witnessed, with forewarning, aforethought, and sealed by ratification. The ancient practices, customs, authorities and law wrought of Office Found require these actions by Solemn Right of Record and for the purposes of placing on the permanent Rolls of The Office the facts in evidence and the finding of truth there upon.

### Office Found

**We the jury hereby find office and Declare**, in fact, that in accordance with the record that James Thomas of the House McBride is a living man, the Divine Spirit having a human experience and NOT a legal fiction creation of the mind and is heretofore released from Adult Probation and Supervision, and is now considered Sui Juris.

A judgment in its nature concludes the subject on which it is rendered, and pronounces the law of the case. The judgment of a court of record whose jurisdiction is final is conclusive on all the world. It puts an end to inquiry concerning the fact by deciding it.

We, the jurors, having reviewed the record hereby issue Judgment of Office Found proclaiming the Law which is conclusive and binding on all the world. The Solemn Right of Record shall be made patent via publication on the permanent Rolls of The Office of Divine Province, the facts in evidence and the finding of truth there upon is established as fact.

Executed this 20th day of April, 2013.



Juror #1 autograph
Juror #2 autograph
Juror #3 autograph
Juror #4 autograph
Juror #5 autograph
Juror #6 autograph
Juror #7 autograph
Juror #8 autograph
Juror #9 autograph
Juror #10 autograph
Juror #11 autograph
Juror #12 autograph

# Divine Spirit Assembled in Divine Council

## Office Found
### For The
## Office of the Chair of Saint Peter

We the Undersigned, individually, the Divine Spirit having a human experience One with the Creator at peace with the universe; the One Supreme Court operating beyond the sea of commerce, beyond the illusions superior to all legal fiction creations of the mind. Collectively we are the 'jury' commissioned by the Divine Spirit, empowered under the Seal of Saint Peter and charged with finding office through a review of the records replacing ambiguity with fact. We are bound by our fiduciary duty to the Creator to act in honor, with integrity and full transparency for the best and highest of the all. The twelve living men assembled hereto are reputable men/ women of the neighborhood, able leaders, and men/women of truth who stand on honor and integrity declaring themselves, and known one to the other, to be Divine Spirit incarnate as free men and peaceful inhabitants of earth. Participating by their own free will, act and deed they so swear an oath one to the other and before all as they inquire of certain matters of fact and declare the truth upon evidence to be exposed to them in this Inquisition.

This is a court of record in original jurisdiction. The coming together of the Divine Spirit to review the record to address the matter of Office Found replacing ambiguity and confusion with established fact.

Since those things which are done lapse with the passage of time and unless they are supported by written record will easily slip the memories of men, this action by Solemn Right of Record and the true declaration returned herein shall be enrolled upon the Rolls of this Office in perpetuam rei memoriam.

This is an inquisition of and by the Record. *There is no fact in dispute*. The recorded evidence brought forth has been witnessed, with forewarning, aforethought, and sealed by ratification. The ancient practices, customs, authorities and law wrought of Office Found require these actions by Solemn Right of Record and for the purposes of placing on the permanent Rolls of The Office the facts in evidence and the finding of truth there upon.

## Office Found

**We the jury hereby find office and Declare**, in fact, that in accordance with the record that James Thomas of the House McBride, known as Peter the Divine in his official capacity, is the official occupant of the Chair of Saint Peter.

A judgment in its nature concludes the subject on which it is rendered, and pronounces the law of the case. The judgment of a court of record whose jurisdiction is final is conclusive on all the world. It puts an end to inquiry concerning the fact by deciding it.

We, the jurors, having reviewed the record hereby issue Judgment of Office Found proclaiming the Law which is conclusive and binding on all the world. The Solemn Right of Record shall be made patent via publication on the permanent Rolls of The Office of Divine Province, the facts in evidence and the finding of truth there upon is established as fact.

Executed this 20th day of April, 2013:



# Divine Spirit Assembled in Divine Council

## Office Found
### For The
## Office of the Postmaster General NA

We the Undersigned, individually, the Divine Spirit having a human experience One with the Creator at peace with the universe; the One Supreme Court operating beyond the sea of commerce, beyond the illusions superior to all legal fiction creations of the mind. Collectively we are the 'jury' commissioned by the Divine Spirit, empowered under the Seal of Saint Peter and charged with finding office through a review of the records replacing ambiguity with fact. We are bound by our fiduciary duty to the Creator to act in honor, with integrity and full transparency for the best and highest of the all. The twelve living men assembled hereto are reputable men/ women of the neighborhood, able leaders, and men/women of truth who stand on honor and integrity declaring themselves, and known one to the other, to be Divine Spirit incarnate as free men and peaceful inhabitants of earth. Participating by their own free will, act and deed they so swear an oath one to the other and before all as they inquire of certain matters of fact and declare the truth upon evidence to be exposed to them in this Inquisition.

This is a court of record in original jurisdiction. The coming together of the Divine Spirit to review the record to address the matter of Office Found replacing ambiguity and confusion with established fact.

Since those things which are done lapse with the passage of time and unless they are supported by written record will easily slip the memories of men, this action by Solemn Right of Record and the true declaration returned herein shall be enrolled upon the Rolls of this Office in perpetuam rei memoriam.

This is an inquisition of and by the Record. *There is no fact in dispute.* The recorded evidence brought forth has been witnessed, with forewarning, aforethought, and sealed by ratification. The ancient practices, customs, authorities and law wrought of Office Found require these actions by Solemn Right of Record and for the purposes of placing on the permanent Rolls of The Office the facts in evidence and the finding of truth there upon.

## Office Found

**We the jury hereby find office and Declare,** in fact, that in accordance with the record that James Thomas of the House McBride, known as Peter the Divine in his official capacity, is the official occupant of the Office of the Postmaster General North America.

A judgment in its nature concludes the subject on which it is rendered, and pronounces the law of the case. The judgment of a court of record whose jurisdiction is final is conclusive on all the world. It puts an end to inquiry concerning the fact by deciding it.

We, the jurors, having reviewed the record hereby issue Judgment of Office Found proclaiming the Law which is conclusive and binding on all the world. The Solemn Right of Record shall be made patent via publication on the permanent Rolls of The Office of Divine Province, the facts in evidence and the finding of truth there upon is established as fact.

Executed this 20th day of April, 2013.

Juror #1 autograph  
Juror #2 autograph  
Juror #3 autograph  
Juror #4 autograph  
Juror #5 autograph  
Juror #6 autograph  
Juror #7 autograph  
Juror #8 autograph  
Juror #9 autograph  
Juror #10 autograph  
Juror #11 autograph  
Juror #12 autograph

# Divine Spirit Assembled in Divine Council

## Office Found - Alien
## 14th Amendment Congress & Senate

We the Undersigned, individually, the Divine Spirit having a human experience One with the Creator at peace with the universe; the One Supreme Court operating beyond the sea of commerce, beyond the illusions superior to all legal fiction creations of the mind. Collectively we are the 'jury' commissioned by the Divine Spirit, empowered under the Seal of Saint Peter and charged with finding office through a review of the records replacing ambiguity with fact. We are bound by our fiduciary duty to the Creator to act in honor, with integrity and full transparency for the best and highest of the all. The twelve living men assembled hereto are reputable men/ women of the neighborhood, able leaders, and men/women of truth who stand on honor and integrity declaring themselves, and known one to the other, to be Divine Spirit incarnate as free men and peaceful inhabitants of earth. Participating by their own free will, act and deed they so swear an oath one to the other and before all as they inquire of certain matters of fact and declare the truth upon evidence to be exposed to them in this Inquisition.

This is a court of record in original jurisdiction. The coming together of the Divine Spirit to review the record to address the matter of Office Found replacing ambiguity and confusion with established fact.

Since those things which are done lapse with the passage of time and unless they are supported by written record will easily slip the memories of men, this action by Solemn Right of Record and the true declaration returned herein shall be enrolled upon the Rolls of this Office in perpetuam rei memoriam.

This is an inquisition of and by the Record. *There is no fact in dispute.* The recorded evidence brought forth has been witnessed, with forewarning, aforethought, and sealed by ratification. The ancient practices, customs, authorities and law wrought of Office Found require these actions by Solemn Right of Record and for the purposes of placing on the permanent Rolls of The Office the facts in evidence and the finding of truth there upon.

### Office Found

**We the jury hereby find office and Declare**, in fact, that in accordance with the record that the 14th Amendment Congress & Senate as well as all entities created under and subordinate to the Codes and Statutes of the 14th Amendment Congress and Senate are legal fiction creations of law subordinate to and alien to the Divine Spirit, alien to the King

A judgment in its nature concludes the subject on which it is rendered, and pronounces the law of the case. The judgment of a court of record whose jurisdiction is final is conclusive on all the world. It puts an end to inquiry concerning the fact by deciding it.

We, the jurors, having reviewed the record hereby  issue Judgment of Office Found proclaiming the Law which is conclusive and binding on all the world. The Solemn Right of Record shall be made patent via publication on the permanent Rolls of The Office Found of the Divine Province, the facts in evidence and the finding of truth there upon is established as fact.

Issued under signature and seal this __18th__ day of __May__ ,2013



#1 Autograph   #2 Autograph   #3 Autograph   #4 Autograph   #5 Autograph   #6 Autograph   #7 Autograph   #8 Autograph   #9 Autograph   #10 Autograph   #11 Autograph   #12 Autograph



# City of Philadelphia



(Bill No. 150409)

AN ORDINANCE

Authorizing the Philadelphia Housing Authority to acquire by condemnation fee simple title to certain properties located in the vicinity of 19th street to the east, 28th street to the west, Cecil B. Moore avenue to the north, and College avenue to the south, under certain terms and conditions.

WHEREAS, The Philadelphia Housing Authority (hereinafter referred to as the "Housing Authority") would like to acquire by condemnation fee simple title to certain properties located in the vicinity of 19th street to the east, 28th street to the west, Cecil B. Moore avenue to the north, and College avenue to the south (hereinafter "Sharswood") for housing and related mixed-use purposes (hereinafter "Sharswood Project"); and

WHEREAS, The Sharswood Project shall be in compliance with  Title VI of the United States Civil Rights Act of 1964 (hereinafter "Title VI"), the regulations and policies of the  United States Department of Housing and Urban Development effectuating Title VI, and Chapter 9-1100 of The Philadelphia Code, relating to non-discrimination and fair practices; and

WHEREAS, The Housing Authority shall meet all applicable State and Federal relocation requirements. The Housing Authority shall ensure that displaced families and individuals shall have the full opportunity to move into decent, safe, and sanitary housing, that their displacement and the displacement of any business concerns shall be carried out with a minimum of hardship, and that they receive the full range of payments and benefits provided by law; and

WHEREAS, Council adopted Resolution No. 140392 on May 8, 2014, which approved the Agreement of Agency Designation (hereinafter "Agency Agreement") between the Housing Authority and the Philadelphia Redevelopment Authority (hereinafter referred to as the "Redevelopment Authority") for the Sharswood Project. In accordance with the Agency Agreement, the Housing Authority has designated the Redevelopment Authority as the Housing Authority's agent to acquire certain properties located within Sharswood in the name of the Housing Authority; now, therefore

*THE COUNCIL OF THE CITY OF PHILADELPHIA HEREBY ORDAINS:*

SECTION 1.  Council finds and declares that the Sharswood Project meets all of the conditions and requirements imposed by Title VI of the United States Civil Rights Act of 1964, the regulations and policies of the United States Department of Housing and

# City of Philadelphia

BILL NO. 150409 continued                                    **Certified Copy**

Urban Development effectuating the Title, and Chapter 9-1100 of The Philadelphia Code, relating to non-discrimination and fair practices.

SECTION 2.   Council finds and declares that the Sharswood Project:

a. Provides for the proper relocation of individuals and families displaced in carrying out the activities approved herein in decent, safe, and sanitary dwellings in conformity with acceptable standards, is feasible and can be reasonably and timely effected to permit the proper prosecution and completion of the undertakings in Sharswood and that such dwelling units available or to be made available to such displaced individuals and families are at least equal in number to the number of displaced individuals and families, are not generally less desirable in regard to public utilities and public and commercial facilities than the dwellings of the displaced individuals and families in Sharswood comprising the undertakings herein, are available at rents or prices within the financial means of the displaced individuals and families, and are reasonably accessible to their places of employment.

b. Adequately provides for assistance to aid in relocation and to minimize the displacement of business concerns which are to be displaced.

SECTION 3.   The Philadelphia Housing Authority (hereinafter referred to as the "Housing Authority") is authorized to acquire by condemnation, fee simple title to the following properties located in the vicinity of 19th street to the east, 28th street to the west, Cecil B. Moore avenue to the north, and College avenue to the south for housing and related mixed-use purposes:

| | |
|---|---|
| 1414-24 N. 20th street | 1618 N. 20th street |
| 1426-32 N. 20th street | 1620 N. 20th street |
| 1500 N. 20th street | 1622 N. 20th street |
| 1502-24 N. 20th street | 1624-26 N. 20th street |
| 1526 N. 20th street | 1628 N. 20th street |
| 1528-38 N. 20th street | 1325 N. 21st street |
| 1540-42 N. 20th street | 1327 N. 21st street |
| 1608 N. 20th street | 1331 N. 21st street |
| 1610 N. 20th street | 1337 N. 21st street |
| 1612 N. 20th street | 1339 N. 21st street |
| 1614 N. 20th street | 1341 N. 21st street |
| 1616 N. 20th street | 1343 N. 21st street |

# City of Philadelphia

BILL NO. 150409 continued                                    Certified Copy

| | |
|---|---|
| 1400 N. 21st street | 1411 N. 22nd street |
| 1402 N. 21st street | 1525 N. 22nd street |
| 1409 N. 21st street | 1527 N. 22nd street |
| 1411 N. 21st street | 1529 N. 22nd street |
| 1413 N. 21st street | 1535 N. 22nd street |
| 1417 N. 21st street | 1620 N. 22nd street |
| 1419 N. 21st street | 1622 N. 22nd street |
| 1423 N. 21st street | 1624 N. 22nd street |
| 1429 N. 21st street | 1626-28 N. 22nd street |
| 1431 N. 21st street | 1407-09 N. 22nd street |
| 1509 N. 21st street | 1310 N. 23rd street |
| 1511 N. 21st street | 1312 N. 23rd street |
| 1513 N. 21st street | 1314 N. 23rd street |
| 1515 N. 21st street | 1318 N. 23rd street |
| 1517 N. 21st street | 1319 N. 23rd street |
| 1518 N. 21st street | 1321 N. 23rd street |
| 1520 N. 21st street | 1323 N. 23rd street |
| 1522 N. 21st street | 1325 N. 23rd street |
| 1523 N. 21st street | 1327 N. 23rd street |
| 1524 N. 21st street | 1329 N. 23rd street |
| 1525 N. 21st street | 1331 N. 23rd street |
| 1527 N. 21st street | 1333 N. 23rd street |
| 1529 N. 21st street | 1400 N. 23rd street |
| 1531 N. 21st street | 1424 N. 23rd street |
| 1533 N. 21st street | 1426 N. 23rd street |
| 1611 N. 21st street | 1428 N. 23rd street |
| 1617 N. 21st street | 1430 N. 23rd street |
| 1619 N. 21st street | 1432 N. 23rd street |
| 1621 N. 21st street | 1434 N. 23rd street |
| 1623 N. 21st street | 1300 N. 24th street |
| 1625 N. 21st street | 1301 N. 24th street |
| 1627 N. 21st street | 1302 N. 24th street |
| 1629 N. 21st street | 1303 N. 24th street |
| 1308 N. 22nd street | 1304 N. 24th street |
| 1313 N. 22nd street | 1305 N. 24th street |
| 1315 N. 22nd street | 1306 N. 24th street |
| 1317 N. 22nd street | 1307 N. 24th street |
| 1319 N. 22nd street | 1309 N. 24th street |
| 1321 N. 22nd street | 1312 N. 24th street |
| 1322 N. 22nd street | 1314 N. 24th street |
| 1323 N. 22nd street | 1316 N. 24th street |
| 1324 N. 22nd street | 1318 N. 24th street |
| 1330 N. 22nd street | 1500 N. 24th street |
| 1332 N. 22nd street | 1502 N. 24th street |

# City of Philadelphia

BILL NO. 150409 continued                                         Certified Copy

| | |
|---|---|
| 1504 N. 24th street | 1538 N. 25th street |
| 1506 N. 24th street | 1548 N. 26th street |
| 1508 N. 24th street | 1552 N. 26th street |
| 1510 N. 24th street | 1554 N. 26th street |
| 1512 N. 24th street | 1615 N. 26th street |
| 1514 N. 24th street | 1503 N. 27th street |
| 1516 N. 24th street | 1535 N. 27th street |
| 1518 N. 24th street | 1607 N. 27th street |
| 1520 N. 24th street | 1508 N. Bailey street |
| 1522 N. 24th street | 1529 N. Beechwood street |
| 1524 N. 24th street | 2400 Bolton street |
| 1526 N. 24th street | 2401 Bolton street |
| 1528 N. 24th street | 2402 Bolton street |
| 1201 N. 25th street | 2403 Bolton street |
| 1303 N. 25th street | 2404 Bolton street |
| 1305 N. 25th street | 2405 Bolton street |
| 1311 N. 25th street | 2406 Bolton street |
| 1317 N. 25th street | 2407 Bolton street |
| 1319 N. 25th street | 2408 Bolton street |
| 1408 N. 25th street | 2409 Bolton street |
| 1410 N. 25th street | 2410 Bolton street |
| 1412 N. 25th street | 2411 Bolton street |
| 1414 N. 25th street | 2412 Bolton street |
| 1416 N. 25th street | 2413 Bolton street |
| 1418 N. 25th street | 2414 Bolton street |
| 1420 N. 25th street | 2415 Bolton street |
| 1422 N. 25th street | 2416 Bolton street |
| 1431 N. 25th street | 2417 Bolton street |
| 1433 N. 25th street | 2418 Bolton street |
| 1503 N. 25th street | 2419 Bolton street |
| 1505 N. 25th street | 2420 Bolton street |
| 1507 N. 25th street | 2421 Bolton street |
| 1509 N. 25th street | 2422 Bolton street |
| 1511 N. 25th street | 2423 Bolton street |
| 1513 N. 25th street | 2424 Bolton street |
| 1515 N. 25th street | 2425 Bolton street |
| 1517 N. 25th street | 2426 Bolton street |
| 1519 N. 25th street | 2427 Bolton street |
| 1521 N. 25th street | 2428 Bolton street |
| 1523 N. 25th street | 2429 Bolton street |
| 1525 N. 25th street | 2430 Bolton street |
| 1527 N. 25th street | 2431 Bolton street |
| 1529 N. 25th street | 2432 Bolton street |
| 1531 N. 25th street | 2433 Bolton street |

# City of Philadelphia

BILL NO. 150409 continued

Certified Copy

| | |
|---|---|
| 2434 Bolton street | 2041 N. College avenue |
| 2435 Bolton street | 2301 N. College avenue |
| 2436 Bolton street | 2303 N. College avenue |
| 2437 Bolton street | 2106-16 Harlan street |
| 2438 Bolton street | 2118 Harlan street |
| 2439 Bolton street | 2120-24 Harlan street |
| 2004 Cecil B. Moore avenue | 2126 Harlan street |
| 2006 Cecil B. Moore avenue | 2128-36 Harlan street |
| 2008 Cecil B. Moore avenue | 2138 Harlan street |
| 2010 Cecil B. Moore avenue | 2140 Harlan street |
| 2012 Cecil B. Moore avenue | 2142-44 Harlan street |
| 2014 Cecil B. Moore avenue | 2302 Harlan street |
| 2016 Cecil B. Moore avenue | 2303 Harlan street |
| 2018 Cecil B. Moore avenue | 2304 Harlan street |
| 2020 Cecil B. Moore avenue | 2305 Harlan street |
| 2022 Cecil B. Moore avenue | 2306 Harlan street |
| 2024 Cecil B. Moore avenue | 2307 Harlan street |
| 2026-28 Cecil B. Moore avenue | 2308 Harlan street |
| 2032 Cecil B. Moore avenue | 2309 Harlan street |
| 2034 Cecil B. Moore avenue | 2310 Harlan street |
| 2202-04 Cecil B. Moore avenue | 2311 Harlan street |
| 2206 Cecil B. Moore avenue | 2312 Harlan street |
| 2208 Cecil B. Moore avenue | 2313 Harlan street |
| 2210 Cecil B. Moore avenue | 2314 Harlan street |
| 2212 Cecil B. Moore avenue | 2315 Harlan street |
| 2214 Cecil B. Moore avenue | 2316 Harlan street |
| 2216-18 Cecil B. Moore avenue | 2317 Harlan street |
| 2400 Cecil B. Moore avenue | 2318 Harlan street |
| 2402 Cecil B. Moore avenue | 2319 Harlan street |
| 2410 Cecil B. Moore avenue | 2320 Harlan street |
| 2412 Cecil B. Moore avenue | 2321 Harlan street |
| 2416 Cecil B. Moore avenue | 2322 Harlan street |
| 2418 Cecil B. Moore avenue | 2323 Harlan street |
| 2420 Cecil B. Moore avenue | 2324 Harlan street |
| 2422 Cecil B. Moore avenue | 2325 Harlan street |
| 2434 Cecil B. Moore avenue | 2326 Harlan street |
| 2436 Cecil B. Moore avenue | 2327 Harlan street |
| 2438 Cecil B. Moore avenue | 2328 Harlan street |
| 2440 Cecil B. Moore avenue | 2329 Harlan street |
| 2442 Cecil B. Moore avenue | 2330 Harlan street |
| 2512 Cecil B. Moore avenue | 2331 Harlan street |
| 2536 Cecil B. Moore avenue | 2332 Harlan street |
| 2009 N. College avenue | 2333 Harlan street |
| 2023 N. College avenue | 2334 Harlan street |

# City of Philadelphia

BILL NO. 150409 continued                                           Certified Copy

| | |
|---|---|
| 2335 Harlan street | 2436 Harlan street |
| 2336 Harlan street | 2438 Harlan street |
| 2337 Harlan street | 2441 Harlan street |
| 2338 Harlan street | 2501 Harlan street |
| 2339 Harlan street | 2503 Harlan street |
| 2340 Harlan street | 2505 Harlan street |
| 2341 Harlan street | 2509 Harlan street |
| 2342 Harlan street | 2510 Harlan street |
| 2343 Harlan street | 2511 Harlan street |
| 2344 Harlan street | 2512 Harlan street |
| 2345 Harlan street | 2513 Harlan street |
| 2346 Harlan street | 2514 Harlan street |
| 2347 Harlan street | 2515 Harlan street |
| 2349 Harlan street | 2516 Harlan street |
| 2351 Harlan street | 2517 Harlan street |
| 2400 Harlan street | 2518 Harlan street |
| 2401 Harlan street | 2519 Harlan street |
| 2403 Harlan street | 2520 Harlan street |
| 2405 Harlan street | 2522 Harlan street |
| 2406 Harlan street | 2524 Harlan street |
| 2407 Harlan street | 2526 Harlan street |
| 2408 Harlan street | 2200 Ingersoll street |
| 2409 Harlan street | 2202 Ingersoll street |
| 2410 Harlan street | 2204 Ingersoll street |
| 2411 Harlan street | 2206 Ingersoll street |
| 2412 Harlan street | 2208 Ingersoll street |
| 2413 Harlan street | 2210 Ingersoll street |
| 2414 Harlan street | 2211 Ingersoll street |
| 2415 Harlan street | 2212 Ingersoll street |
| 2417 Harlan street | 2213 Ingersoll street |
| 2419 Harlan street | 2214 Ingersoll street |
| 2421 Harlan street | 2215 Ingersoll street |
| 2422 Harlan street | 2216 Ingersoll street |
| 2423 Harlan street | 2217 Ingersoll street |
| 2424 Harlan street | 2218 Ingersoll street |
| 2425 Harlan street | 2219 Ingersoll street |
| 2426 Harlan street | 2220 Ingersoll street |
| 2427 Harlan street | 2221 Ingersoll street |
| 2428 Harlan street | 2222 Ingersoll street |
| 2429 Harlan street | 2223 Ingersoll street |
| 2430 Harlan street | 2224 Ingersoll street |
| 2432 Harlan street | 2226 Ingersoll street |
| 2433 Harlan street | 2227 Ingersoll street |
| 2435 Harlan street | 2228 Ingersoll street |

# City of Philadelphia

BILL NO. 150409 continued                                    Certified Copy

| | |
|---|---|
| 2229 Ingersoll street | 2432 Ingersoll street |
| 2230 Ingersoll street | 2433 Ingersoll street |
| 2231 Ingersoll street | 2434 Ingersoll street |
| 2232 Ingersoll street | 2435 Ingersoll street |
| 2233 Ingersoll street | 2437 Ingersoll street |
| 2234 Ingersoll street | 2439 Ingersoll street |
| 2236 Ingersoll street | 2440 Ingersoll street |
| 2238 Ingersoll street | 2441 Ingersoll street |
| 2239 Ingersoll street | 2443 Ingersoll street |
| 2240 Ingersoll street | 2449 Ingersoll street |
| 2241 Ingersoll street | 2450 Ingersoll street |
| 2242 Ingersoll street | 2452 Ingersoll street |
| 2253 Ingersoll street | 2453 Ingersoll street |
| 2255 Ingersoll street | 2454 Ingersoll street |
| 2400 Ingersoll street | 2455 Ingersoll street |
| 2401 Ingersoll street | 2456 Ingersoll street |
| 2402 Ingersoll street | 2457 Ingersoll street |
| 2403 Ingersoll street | 2500 Ingersoll street |
| 2404 Ingersoll street | 2501 Ingersoll street |
| 2405 Ingersoll street | 2517 Ingersoll street |
| 2406 Ingersoll street | 2001-05 Jefferson street |
| 2407 Ingersoll street | 2007 Jefferson street |
| 2408 Ingersoll street | 2009 Jefferson street |
| 2409 Ingersoll street | 2011 Jefferson street |
| 2410 Ingersoll street | 2013 Jefferson street |
| 2411 Ingersoll street | 2014 Jefferson street |
| 2412 Ingersoll street | 2015 Jefferson street |
| 2413 Ingersoll street | 2016 Jefferson street |
| 2414 Ingersoll street | 2017 Jefferson street |
| 2415 Ingersoll street | 2018 Jefferson street |
| 2416 Ingersoll street | 2019 Jefferson street |
| 2418 Ingersoll street | 2200 Jefferson street |
| 2420 Ingersoll street | 2202 Jefferson street |
| 2421 Ingersoll street | 2204 Jefferson street |
| 2422 Ingersoll street | 2206 Jefferson street |
| 2423 Ingersoll street | 2208 Jefferson street |
| 2424 Ingersoll street | 2210 Jefferson street |
| 2425 Ingersoll street | 2212 Jefferson street |
| 2426 Ingersoll street | 2214 Jefferson street |
| 2427 Ingersoll street | 2216 Jefferson street |
| 2428 Ingersoll street | 2218 Jefferson street |
| 2429 Ingersoll street | 2220 Jefferson street |
| 2430 Ingersoll street | 2222 Jefferson street |
| 2431 Ingersoll street | 2224 Jefferson street |

# City of Philadelphia

BILL NO. 150409 continued                                          **Certified Copy**

| | |
|---|---|
| 2226 Jefferson street | 1538 N. Lambert street |
| 2228 Jefferson street | 1539 N. Lambert street |
| 2230 Jefferson street | 1540 N. Lambert street |
| 2232 Jefferson street | 1541 N. Lambert street |
| 2234 Jefferson street | 1542 N. Lambert street |
| 2236-46 Jefferson street | 1543 N. Lambert street |
| 2401 Jefferson street | 1544 N. Lambert street |
| 2403 Jefferson street | 1545 N. Lambert street |
| 2405 Jefferson street | 1546 N. Lambert street |
| 2409 Jefferson street | 1547 N. Lambert street |
| 2411 Jefferson street | 1548 N. Lambert street |
| 2419 Jefferson street | 2008 Master street |
| 2421 Jefferson street | 2016 Master street |
| 2425 Jefferson street | 2018 Master street |
| 2427 Jefferson street | 2020 Master street |
| 2441 Jefferson street | 2022 Master street |
| 2443 Jefferson street | 2023 Master street |
| 2445 Jefferson street | 2024 Master street |
| 2447 Jefferson street | 2025 Master street |
| 2449 Jefferson street | 2026 Master street |
| 2501 Jefferson street | 2028 Master street |
| 2503 Jefferson street | 2030 Master street |
| 2617 Jefferson street | 2031 Master street |
| 1401 N. Lambert street | 2032 Master street |
| 1403 N. Lambert street | 2034 Master street |
| 1405 N. Lambert street | 2035 Master street |
| 1407 N. Lambert street | 2036 Master street |
| 1409 N. Lambert street | 2037 Master street |
| 1411 N. Lambert street | 2038 Master street |
| 1509 N. Lambert street | 2040 Master street |
| 1511 N. Lambert street | 2041 Master street |
| 1513 N. Lambert street | 2042 Master street |
| 1515 N. Lambert street | 2043 Master street |
| 1517 N. Lambert street | 2044 Master street |
| 1519 N. Lambert street | 2045 Master street |
| 1521 N. Lambert street | 2046 Master street |
| 1523 N. Lambert street | 2047 Master street |
| 1525 N. Lambert street | 2048 Master street |
| 1527 N. Lambert street | 2049 Master street |
| 1529 N. Lambert street | 2050 Master street |
| 1531 N. Lambert street | 2052 Master street |
| 1533 N. Lambert street | 2054 Master street |
| 1535 N. Lambert street | 2100 Master street |
| 1537 N. Lambert street | 2102 Master street |

# City of Philadelphia

BILL NO. 150409 continued                                    Certified Copy

| | |
|---|---|
| 2104 Master street | 2329 Master street |
| 2105 Master street | 2331 Master street |
| 2106 Master strcct | 2333 Master street |
| 2107 Master street | 2335 Master street |
| 2112 Master street | 2337 Master street |
| 2113 Master street | 2339 Master street |
| 2114 Master street | 2341 Master street |
| 2115 Master street | 2343 Master street |
| 2116 Master street | 2401 Master street |
| 2117 Master street | 2411 Master street |
| 2119 Master street | 2414 Master street |
| 2121 Master street | 2415 Master street |
| 2122 Master street | 2418 Master street |
| 2124 Master street | 2420 Master strcct |
| 2125 Master street | 2422 Master street |
| 2126 Master street | 2424 Master street |
| 2127 Master street | 2426 Master street |
| 2128 Master street | 2428 Master street |
| 2129 Master street | 2430 Master street |
| 2138 Master street | 2432 Master street |
| 2140 Master street | 2434 Master street |
| 2144 Master street | 2436 Master street |
| 2148 Master street | 2438 Master street |
| 2208 Master street | 2440 Master street |
| 2230 Master street | 2442 Master street |
| 2232 Master street | 2444 Master street |
| 2240 Master strcct | 2448 Master street |
| 2242 Master street | 2504 Master street |
| 2244 Master street | 2401 Nassau street |
| 2246 Master street | 2403 Nassau street |
| 2248 Master street | 2405 Nassau street |
| 2250 Master street | 2406 Nassau street |
| 2301 Master street | 2407 Nassau street |
| 2303 Master street | 2408 Nassau street |
| 2305 Master street | 2409 Nassau street |
| 2307-11 Master street | 2410 Nassau street |
| 2313 Master street | 2411 Nassau strcct |
| 2315 Master street | 2412 Nassau street |
| 2317 Master street | 2413 Nassau street |
| 2319 Master street | 2414 Nassau street |
| 2321 Master street | 2415 Nassau strcct |
| 2323 Master street | 2416 Nassau street |
| 2325 Master street | 2417 Nassau strcct |
| 2327 Master street | 2418 Nassau street |

# City of Philadelphia

BILL NO. 150409 continued                                    Certified Copy

| | |
|---|---|
| 2419 Nassau street | 2016 Nicholas street |
| 2420 Nassau street | 2018 Nicholas street |
| 2421 Nassau street | 2020 Nicholas street |
| 2422 Nassau street | 2022 Nicholas street |
| 2423 Nassau street | 2024 Nicholas street |
| 2424 Nassau street | 2026 Nicholas street |
| 2425 Nassau street | 2028 Nicholas street |
| 2426 Nassau street | 2030 Nicholas street |
| 2427 Nassau street | 2031 Nicholas street |
| 2428 Nassau street | 2032 Nicholas street |
| 2429 Nassau street | 2033 Nicholas street |
| 2430 Nassau street | 2034 Nicholas street |
| 2431 Nassau street | 2036 Nicholas street |
| 2432 Nassau strcet | 2038 Nicholas street |
| 2433 Nassau street | 2040 Nicholas street |
| 2434 Nassau street | 2042 Nicholas street |
| 2435 Nassau street | 2044 Nicholas street |
| 2436 Nassau street | 2046 Nicholas street |
| 2437 Nassau street | 2400 Nicholas street |
| 2438 Nassau street | 2401 Nicholas street |
| 2439 Nassau strcet | 2402 Nicholas street |
| 2440 Nassau strcet | 2403 Nicholas street |
| 2442 Nassau street | 2404 Nicholas street |
| 2444 Nassau street | 2405 Nicholas street |
| 2446 Nassau street | 2409 Nicholas street |
| 2448 Nassau street | 2416 Nicholas street |
| 2450 Nassau street | 2418 Nicholas street |
| 2452 Nassau street | 2420 Nicholas street |
| 2000 Nicholas street | 2421 Nicholas street |
| 2001 Nicholas street | 2423 Nicholas street |
| 2002 Nicholas street | 2426 Nicholas street |
| 2003 Nicholas street | 2429 Nicholas street |
| 2004 Nicholas street | 2430 Nicholas street |
| 2005 Nicholas street | 2431 Nicholas street |
| 2006 Nicholas street | 2432 Nicholas street |
| 2007 Nicholas street | 2433 Nicholas street |
| 2008 Nicholas street | 2434 Nicholas street |
| 2009 Nicholas street | 2435 Nicholas street |
| 2010 Nicholas street | 2437 Nicholas street |
| 2011 Nicholas street | 2439 Nicholas street |
| 2012 Nicholas street | 2440 Nicholas street |
| 2013 Nicholas street | 2441 Nicholas street |
| 2014 Nicholas street | 2446 Nicholas street |
| 2015 Nicholas street | 2447 Nicholas street |

# City of Philadelphia

BILL NO. 150409 continued                                      Certified Copy

| | |
|---|---|
| 2448 Nicholas street | 2406 W. Oxford street |
| 2449 Nicholas street | 2408 W. Oxford street |
| 2450 Nicholas street | 2409 W. Oxford street |
| 2455 Nicholas street | 2410 W. Oxford street |
| 2000 W. Oxford street | 2411 W. Oxford street |
| 2002 W. Oxford street | 2412 W. Oxford street |
| 2004 W. Oxford street | 2413 W. Oxford street |
| 2006 W. Oxford street | 2414 W. Oxford street |
| 2012 W. Oxford street | 2415 W. Oxford street |
| 2022 W. Oxford street | 2416 W. Oxford street |
| 2030 W. Oxford street | 2417 W. Oxford street |
| 2038 W. Oxford street | 2418 W. Oxford street |
| 2040 W. Oxford street | 2419 W. Oxford street |
| 2042 W. Oxford street | 2420 W. Oxford street |
| 2044 W. Oxford street | 2422 W. Oxford street |
| 2046 W. Oxford street | 2424 W. Oxford street |
| 2048 W. Oxford street | 2426 W. Oxford street |
| 2050 W. Oxford street | 2428 W. Oxford street |
| 2136 W. Oxford street | 2429 W. Oxford street |
| 2215 W. Oxford street | 2430 W. Oxford street |
| 2217 W. Oxford street | 2432 W. Oxford street |
| 2223 W. Oxford street | 2433 W. Oxford street |
| 2225 W. Oxford street | 2434 W. Oxford street |
| 2227 W. Oxford street | 2436 W. Oxford street |
| 2229 W. Oxford street | 2438 W. Oxford street |
| 2231 W. Oxford street | 2440 W. Oxford street |
| 2233 W. Oxford street | 2441 W. Oxford street |
| 2241 W. Oxford street | 2442 W. Oxford street |
| 2243 W. Oxford street | 2443 W. Oxford street |
| 2245 W. Oxford street | 2444 W. Oxford street |
| 2313 W. Oxford street | 2445 W. Oxford street |
| 2315 W. Oxford street | 2446 W. Oxford street |
| 2325 W. Oxford street | 2447 W. Oxford street |
| 2327 W. Oxford street | 2448 W. Oxford street |
| 2329 W. Oxford street | 2449 W. Oxford street |
| 2331 W. Oxford street | 2501 W. Oxford street |
| 2339 W. Oxford street | 2521 W. Oxford street |
| 2341 W. Oxford street | 2523 W. Oxford street |
| 2343 W. Oxford street | 2527 W. Oxford street |
| 2345 W. Oxford street | 2532 W. Oxford street |
| 2400 W. Oxford street | 2616 W. Oxford street |
| 2401 W. Oxford street | 2001 Redner street |
| 2402 W. Oxford street | 2003 Redner street |
| 2404 W. Oxford street | 2005 Redner street |

# City of Philadelphia

BILL NO. 150409 continued                                          Certified Copy

| | |
|---|---|
| 2007 Redner street | 2417 Redner street |
| 2009 Redner street | 2418 Redner street |
| 2011 Redner street | 2419 Redner street |
| 2013 Redner street | 2420 Redner street |
| 2015 Redner street | 2421 Redner street |
| 2017 Redner street | 2422 Redner street |
| 2019 Redner street | 2423 Redner street |
| 2021 Redner street | 2424 Redner street |
| 2023 Redner street | 2425 Redner street |
| 2025 Redner street | 2426 Redner street |
| 2027 Redner street | 2427 Redner street |
| 2029 Redner street | 2428 Redner street |
| 2031 Redner street | 2429 Redner street |
| 2033 Redner street | 2430 Redner street |
| 2035 Redner street | 2431 Redner street |
| 2037 Redner street | 2432 Redner street |
| 2039 Redner street | 2433 Redner street |
| 2044-48 Redner street | 2434 Redner street |
| 2041 Redner street | 2435 Redner street |
| 2043 Redner street | 2436 Redner street |
| 2045 Redner street | 2437 Redner street |
| 2047 Redner street | 2438 Redner street |
| 2049 Redner street | 2439 Redner street |
| 2051 Redner street | 2000 Ridge avenue |
| 2052 Redner street | 2001-11 Ridge avenue (Including |
| 2053 Redner street | 1400 N. 20th street) |
| 2055 Redner street | 2002 Ridge avenue |
| 2400 Redner street | 2004 Ridge avenue |
| 2401 Redner street | 2006 Ridge avenue |
| 2402 Redner street | 2008 Ridge avenue |
| 2403 Redner street | 2010 Ridge avenue |
| 2404 Redner street | 2012 Ridge avenue |
| 2405 Redner street | 2014 Ridge avenue |
| 2406 Redner street | 2015 Ridge avenue |
| 2407 Redner street | 2016 Ridge avenue |
| 2408 Redner street | 2017 Ridge avenue |
| 2409 Redner street | 2018 Ridge avenue |
| 2410 Redner street | 2019 Ridge avenue |
| 2411 Redner street | 2020 Ridge avenue |
| 2412 Redner street | 2021 Ridge avenue |
| 2413 Redner street | 2022 Ridge avenue |
| 2414 Redner street | 2023 Ridge avenue |
| 2415 Redner street | 2025 Ridge avenue |
| 2416 Redner street | 2027 Ridge avenue |

# City of Philadelphia

BILL NO. 150409 continued                                    Certified Copy

| | |
|---|---|
| 2029 Ridge avenue | 2111 Ridge avenue |
| 2030 Ridge avenue | 2112 Ridge avenue |
| 2031 Ridge avenue | 2113-23 Ridge avenue |
| 2032 Ridge avenue | 2116 Ridge avenue |
| 2033 Ridge avenue | 2118 Ridge avenue |
| 2035 Ridge avenue | 2120 Ridge avenue |
| 2037 Ridge avenue | 2122 Ridge avenue |
| 2038 Ridge avenue | 2124 Ridge avenue |
| 2039 Ridge avenue | 2126 Ridge avenue |
| 2041 Ridge avenue | 2209 Ridge avenue |
| 2042 Ridge avenue | 2210 Ridge avenue |
| 2043 Ridge avenue | 2211 Ridge avenue |
| 2044 Ridge avenue | 2212 Ridge avenue |
| 2045 Ridge avenue | 2213 Ridge avenue |
| 2046 Ridge avenue | 2215 Ridge avenue |
| 2047-49 Ridge avenue | 2214 Ridge avenue |
| 2050 Ridge avenue | 2216 Ridge avenue |
| 2051 Ridge avenue | 2217 Ridge avenue |
| 2052 Ridge avenue | 2218 Ridge avenue |
| 2053 Ridge avenue | 2220 Ridge avenue |
| 2054 Ridge avenue | 2222 Ridge avenue |
| 2055 Ridge avenue | 2230 Ridge avenue |
| 2056 Ridge avenue | 2232 Ridge avenue |
| 2057-61 Ridge avenue | 2234 Ridge avenue |
| 2060 Ridge avenue | 2236 Ridge avenue |
| 2062 Ridge avenue | 2238 Ridge avenue |
| 2063 Ridge avenue | 2240 Ridge avenue |
| 2064 Ridge avenue | 2000 Seybert street |
| 2065 Ridge avenue | 2002 Seybert street |
| 2066 Ridge avenue | 2004 Seybert street |
| 2067 Ridge avenue | 2006 Seybert street |
| 2069 Ridge avenue | 2008 Seybert street |
| 2071 Ridge avenue | 2010 Seybert street |
| 2072 Ridge avenue | 2012 Seybert street |
| 2073 Ridge avenue | 2014 Seybert street |
| 2074 Ridge avenue | 2016 Seybert street |
| 2075 Ridge avenue | 2018 Seybert street |
| 2076 Ridge avenue | 2020 Seybert street |
| 2077 Ridge avenue | 2022 Seybert street |
| 2078 Ridge avenue | 2024 Seybert street |
| 2103-07 Ridge avenue | 2026 Seybert street |
| 2104 Ridge avenue | 2205 Seybert street |
| 2106 Ridge avenue | 2207 Seybert street |
| 2109 Ridge avenue | 2209 Seybert street |

# City of Philadelphia

BILL NO. 150409 continued                                    Certified Copy

| | |
|---|---|
| 2210 Seybert street | 2503 Seybert street |
| 2211 Seybert street | 2009 Sharswood street |
| 2221 Seybert street | 2011-23 Sharswood street |
| 2222 Seybert street | 2025 Sharswood street |
| 2223 Seybert street | 2100-20 Sharswood street |
| 2225 Seybert street | 2301 Sharswood street |
| 2226 Seybert street | 2302 Sharswood street |
| 2227 Seybert street | 2303 Sharswood street |
| 2228 Seybert street | 2304 Sharswood street |
| 2229 Seybert street | 2305 Sharswood street |
| 2230 Seybert street | 2306 Sharswood street |
| 2231 Seybert street | 2307 Sharswood street |
| 2232 Seybert street | 2308 Sharswood street |
| 2233 Seybert street | 2309 Sharswood street |
| 2234 Seybert street | 2310 Sharswood street |
| 2235 Seybert street | 2311 Sharswood street |
| 2237 Seybert street | 2312 Sharswood street |
| 2238 Seybert street | 2313 Sharswood street |
| 2239 Seybert street | 2314 Sharswood street |
| 2241 Seybert street | 2315 Sharswood street |
| 2245 Seybert street | 2316 Sharswood street |
| 2308 Seybert street | 2317 Sharswood street |
| 2310 Seybert street | 2318 Sharswood street |
| 2314 Seybert street | 2319 Sharswood street |
| 2318 Seybert street | 2320 Sharswood street |
| 2320 Seybert street | 2321 Sharswood street |
| 2322 Seybert street | 2322 Sharswood street |
| 2328 Seybert street | 2323 Sharswood street |
| 2330 Seybert street | 2324 Sharswood street |
| 2338 Seybert street | 2325 Sharswood street |
| 2340 Seybert street | 2326 Sharswood street |
| 2401 Seybert street | 2327 Sharswood street |
| 2414 Seybert street | 2328 Sharswood street |
| 2421 Seybert street | 2329 Sharswood street |
| 2422 Seybert street | 2330 Sharswood street |
| 2435 Seybert street | 2331 Sharswood street |
| 2437 Seybert street | 2332 Sharswood street |
| 2438 Seybert street | 2333 Sharswood street |
| 2439 Seybert street | 2334 Sharswood street |
| 2442 Seybert street | 2335 Sharswood street |
| 2449 Seybert street | 2336 Sharswood street |
| 2451 Seybert street | 2337 Sharswood street |
| 2457 Seybert street | 2338 Sharswood street |
| 2501 Seybert street | 2339 Sharswood street |

# City of Philadelphia

BILL NO. 150409 continued                                    Certified Copy

2340 Sharswood street        2330 Stewart street
2341 Sharswood street        2332 Stewart street
2342 Sharswood street        2334 Stewart street
2343 Sharswood street        2336 Stewart street
2344 Sharswood street        2338 Stewart street
2345 Sharswood street        2340 Stewart street
2346 Sharswood street        2342 Stewart street
2347 Sharswood street        2344 Stewart street
2348 Sharswood street        2346 Stewart street
2349 Sharswood street        2348 Stewart street
2400 Sharswood street        2350 Stewart street
2408 Sharswood street        2401 Stewart street
2409 Sharswood street        2403 Stewart street
2446 Sharswood street        2405 Stewart street
2507 Sharswood street        2407 Stewart street
2516 Sharswood street        2408 Stewart street
2518 Sharswood street        2409 Stewart street
2520 Sharswood street        2410 Stewart street
2201 Stewart street          2411 Stewart street
2203 Stewart street          2412 Stewart street
2205 Stewart street          2413 Stewart street
2207 Stewart street          2414 Stewart street
2209 Stewart street          2415 Stewart street
2211 Stewart street          2416 Stewart street
2213-19 Stewart street       2417 Stewart street
2221 Stewart street          2418 Stewart street
2223 Stewart street          2419 Stewart street
2225-29 Stewart street       2420 Stewart street
2231 Stewart street          2421 Stewart street
2233 Stewart street          2422 Stewart street
2302 Stewart street          2423 Stewart street
2304 Stewart street          2424 Stewart street
2306 Stewart street          2425 Stewart street
2308 Stewart street          2426 Stewart street
2310 Stewart street          2427 Stewart street
2312 Stewart street          2428 Stewart street
2314 Stewart street          2429 Stewart street
2316 Stewart street          2430 Stewart street
2318 Stewart street          2431 Stewart street
2320 Stewart street          2432 Stewart street
2322 Stewart street          2433 Stewart street
2324 Stewart street          2434 Stewart street
2326 Stewart street          2435 Stewart street
2328 Stewart street          2436 Stewart street

# City of Philadelphia

BILL NO. 150409 continued                                                    Certified Copy

| | |
|---|---|
| 2437 Stewart street | 2001 Turner street |
| 2438 Stewart street | 2002 Turner street |
| 2439 Stewart street | 2003 Turner street |
| 2440 Stewart street | 2004 Turner street |
| 2441 Stewart street | 2005 Turner street |
| 2442 Stewart street | 2006 Turner street |
| 2443 Stewart street | 2007 Turner street |
| 2444 Stewart street | 2008 Turner street |
| 2445 Stewart street | 2009 Turner street |
| 2447 Stewart street | 2010 Turner street |
| 2449 Stewart street | 2011 Turner street |
| 2451 Stewart street | 2012 Turner street |
| 2453 Stewart street | 2013 Turner street |
| 2455 Stewart street | 2014 Turner street |
| 1540 N. Stillman street | 2015 Turner street |
| 1203 N. Taylor street | 2016 Turner street |
| 1212 N. Taylor street | 2017 Turner street |
| 1224 N. Taylor street | 2018 Turner street |
| 2201 W. Thompson street | 2019 Turner street |
| 2223 W. Thompson street | 2020 Turner street |
| 2233 W. Thompson street | 2021 Turner street |
| 2235 W. Thompson street | 2022 Turner street |
| 2237 W. Thompson street | 2023 Turner street |
| 2239 W. Thompson street | 2024 Turner street |
| 2241 W. Thompson street | 2025 Turner street |
| 2243 W. Thompson street | 2026 Turner street |
| 2301 W. Thompson street | 2027 Turner street |
| 2303 W. Thompson street | 2028 Turner street |
| 2309 W. Thompson street | 2029 Turner street |
| 2311 W. Thompson street | 2030 Turner street |
| 2313 W. Thompson street | 2031 Turner street |
| 2315 W. Thompson street | 2032 Turner street |
| 2403 W. Thompson street | 2033 Turner street |
| 2405 W. Thompson street | 2034 Turner street |
| 2407 W. Thompson street | 2035 Turner street |
| 2413 W. Thompson street | 2036 Turner street |
| 2415 W. Thompson street | 2037 Turner street |
| 2417 W. Thompson street | 2038 Turner street |
| 2423 W. Thompson street | 2039 Turner street |
| 2425 W. Thompson street | 2040 Turner street |
| 2427 W. Thompson street | 2041 Turner street |
| 2431 W. Thompson street | 2042 Turner street |
| 2433 W. Thompson street | 2043 Turner street |
| 2000 Turner street | 2044 Turner street |

# City of Philadelphia

BILL NO. 150409 continued                                    Certified Copy

| | |
|---|---|
| 2045 Turner street | 1508 N. Woodstock street |
| 2046 Turner street | 1509 N. Woodstock street |
| 2047 Turner street | 1510 N. Woodstock street |
| 2048 Turner street | 1511 N. Woodstock street |
| 2400 Turner street | 1512 N. Woodstock street |
| 2402 Turner street | 1513 N. Woodstock street |
| 2414 Turner street | 1514 N. Woodstock street |
| 2415 Turner street | 1515 N. Woodstock street |
| 2416 Turner street | 1516 N. Woodstock street |
| 2417 Turner street | 1517 N. Woodstock street |
| 2418 Turner street | 1518 N. Woodstock street |
| 2419 Turner street | 1519 N. Woodstock street |
| 2420 Turner street | 1520 N. Woodstock street |
| 2421 Turner street | 1521 N. Woodstock street |
| 2422 Turner street | 1522 N. Woodstock street |
| 2427 Turner street | 1523 N. Woodstock street |
| 2429 Turner street | 1524 N. Woodstock street |
| 2430 Turner street | 1525 N. Woodstock street |
| 2431 Turner street | 1526 N. Woodstock street |
| 2432 Turner street | 1527 N. Woodstock street |
| 2433 Turner street | 1528 N. Woodstock street |
| 2434 Turner street | 1529 N. Woodstock street |
| 2435 Turner street | 1530 N. Woodstock street |
| 2436 Turner street | 1531 N. Woodstock street |
| 2437 Turner street | 1532 N. Woodstock street |
| 2439 Turner street | 1533 N. Woodstock street |
| 2443 Turner street | 1534 N. Woodstock street |
| 2445 Turner street | 1535 N. Woodstock street |
| 2455 Turner street | 1536 N. Woodstock street |
| 2506 Turner street | 1537 N. Woodstock street |
| 2508 Turner street | 1538 N. Woodstock street |
| 2511 Turner street | 1539 N. Woodstock street |
| 2515 Turner street | 1540 N. Woodstock street |
| 2529 Turner street | 1541 N. Woodstock street |
| 2534 Turner street | 1542 N. Woodstock street |
| 2540 Turner street | 1543 N. Woodstock street |
| 1507-43 N. Woodstock St (Including | 1544      N. Woodstock street |
| 2002-04 Redner street) | 1546      N. Woodstock street |

SECTION 4.   Council is aware that notice of any condemnation undertaken in accordance with this Ordinance will be publicly announced by the Housing Authority through all appropriate news media as may be required by law.

---

# City of Philadelphia

BILL NO. 150409 continued                                    **Certified Copy**

SECTION 5. Council finds and declares that the Agreement of Agency Designation (hereinafter "Agency Agreement") between the Housing Authority and the Philadelphia Redevelopment Authority (hereinafter "Redevelopment Authority") is approved. The Redevelopment Authority can act fully in accordance with the Agency Agreement to act as the Housing Authority's agent to acquire the aforementioned properties in the name of the Housing Authority.

# City of Philadelphia

Certified Copy



# City of Philadelphia

BILL NO. 150409 continued                                    Certified Copy

CERTIFICATION: This is a true and correct copy of the original Bill, Passed by the City Council on June 18, 2015.  The Bill was Signed by the Mayor on June 30, 2015.

*Michael A. Decker*

**Michael A. Decker**
**Chief Clerk of the City Council**



# The Guardian



# Pope says indigenous people must have final say about their land

## Francis echoes growing body of international law and standards on the right to 'prior and informed consent'

**David Hill**

Mon 20 Feb 2017 20.04 EST

In the 15th century papal bulls promoted and provided legal justification for the conquest and theft of indigenous peoples' lands and resources worldwide - the consequences of which are still being felt today. The right to conquest in one such bull, the *Romanus Pontifex,* issued in the 1450s when Nicholas V was the Pope, was granted in perpetuity.

How times have changed. Last week, over 560 years later, Francis, the first Pope from Latin America, struck a rather different note - for indigenous peoples around the world, for land rights, for better environmental stewardship. He said publicly that indigenous peoples have the right to "prior and informed consent." In other words, nothing should happen on - or impact - their land, territories and resources unless they agree to it.

"I believe that the central issue is how to reconcile the right to development, both social and cultural, with the protection of the particular characteristics of indigenous peoples and their territories," said Francis, according to an English version of his speech released by the Vatican's press office.

"This is especially clear when planning economic activities which may interfere with indigenous cultures and their ancestral relationship to the earth," Francis went on. "In this regard, the right to prior and informed consent should always prevail, as foreseen in Article 32 of the [UN] Declaration on the Rights of Indigenous Peoples. Only then is it possible to guarantee peaceful cooperation between governing authorities and indigenous peoples, overcoming confrontation and conflict."

Francis was speaking to numerous indigenous representatives in Rome at the conclusion of the third Indigenous Peoples' Forum held by the UN's International Fund for Agricultural Development.

The UN's Declaration - non-legally-binding - was adopted 10 years ago. Article 32 says "states shall consult and cooperate in good faith with the indigenous peoples concerned through their own representative institutions in order to obtain their free and informed consent prior to the approval of any project affecting their lands or territories and other resources, particularly in connection with the development, utilization or exploitation of mineral, water or other resources."

Francis also told his audience "humanity is committing a grave sin in not caring for the earth", and urged them to resist new technologies which "destroy the earth, which destroy the environment and the ecological balance, and which end up destroying the wisdom of peoples." He called on governments to enable indigenous peoples to fully participate in developing "guidelines and projects", both locally and nationally.

Various mainstream media including the BBC, The Independent and the Washington Post interpreted Francis's speech as a comment, or an apparent comment, on the current Dakota Access Pipeline conflict in the US - almost as if that was the only conflict over indigenous peoples' land they were aware of. But what about everyone and everywhere else? Such interpretations were swiftly rejected by a Vatican spokesperson, who was reported as saying "there's no element in his words that would give us a clue to know if he was talking about any specific cases."

So what do some of those who were with Francis that day think of his speech? How significant was it?

Myrna Cunningham, a Miskita activist from Nicaragua and former Chairperson of the UN's Permanent Forum on Indigenous Issues, says the Pope was sending several main messages. These included the "need to reconcile the right to development with indigenous peoples' spiritual and cultural specificities and territories", and the importance of the UN Declaration and consent which was, she says, "in a way a response to indigenous demands."

"I expected a strong message but his position exceeded my expectations," Cunningham told the Guardian. "He is truly clear about the struggles of our people and an important voice to make our demands be heard."

Elifuraha Laltaika, from the Association for Law and Advocacy for Pastoralists in Tanzania, says it was a "timely wake-up call to governments."

"[His comments] come at time when, instead of scaling up, governments increasingly violate and look with suspicion at the minimum standards in the UN Declaration," he told the Guardian. "Without heeding Pope Francis's call, life would undoubtedly become more miserable for indigenous peoples than ever before. Greed towards extraction of hydrocarbons and minerals will open up additional fault-lines, heightening indigenous peoples' poverty and inability to deal with impacts of climate change and a myriad of other challenges."

For Alvaro Pop, a Maya Q'eqchi man from Guatemala, Francis's remarks demonstrate his ongoing commitment to indigenous peoples' rights.

"Indigenous peoples have been the guardians of their resources for centuries," says Pop, another former Chairperson of the UN's Permanent Forum. "Free, prior and informed consent is one of the most important issues of the 21st century. The Pope's comments are truly significant."

Victoria Tauli-Corpuz, a Kankanaey Igorot woman from the Philippines and now the UN's Special Rapporteur on the Rights of Indigenous Peoples, says Francis's comments illustrate his "understanding of the importance" of implementing the UN Declaration.

"His view that a bigger chance of overcoming confrontation and conflict between indigenous peoples and governing authorities can be achieved if prior and informed consent is respected echoes what many indigenous peoples have always stated," Tauli-Corpuz told the Guardian.

Les Malezer, from Australia, describes it as "gratifying" that the Pope took such a "strong stance" on the need to respect indigenous peoples' rights, and says he took the opportunity to raise with him the "Doctrine of Discovery" - the international legal concept grounded in the 15th century papal bulls.

"Each person in our audience had the opportunity to say a very few words to the Pope as he came around the room," Malezer, from Queensland, told the Guardian. "I asked the Pope to continue to review the Doctrine of Discovery which was followed by many instances of genocide of indigenous peoples and the taking of their lands. Also I requested the Catholic Church seek to raise awareness worldwide of the situation and rights of indigenous peoples."

In asserting indigenous peoples' right to consent, Francis was echoing - and giving sustenance to - a growing body of international law and jurisprudence binding on governments, and guidelines, principles or operating procedures adopted by some financial institutions, UN agencies and private sector groups. According to a 2013 report by UN-REDD on the international legal basis for what is known as "FPIC" - free, prior and informed consent - "More than 200 States have ratified numerous international and regional treaties and covenants that expressly provide for, or are now interpreted to recognise, a State duty and obligation to obtain FPIC where the circumstances so warrant."

# We're with you...

... in the fight to protect the environment. By keeping the Guardian's environmental coverage open and accessible, we can report on the changes needed to avoid climate and natural catastrophe. The choices made by individuals are important, but we need to work together for the systemic transformation that will make a real difference. As well as reporting the facts about

what is happening now, we investigate the causes and talk to the people trying to make the future better. But we need our readers' support.

More people are reading and supporting our independent, investigative reporting than ever before. And unlike many news organisations, we have chosen an approach that allows us to keep our journalism accessible to all, regardless of where they live or what they can afford.

The Guardian is editorially independent, meaning we set our own agenda. Our journalism is free from commercial bias and not influenced by billionaire owners, politicians or shareholders. No one edits our editor. No one steers our opinion. This is important as it enables us to give a voice to those less heard, challenge the powerful and hold them to account. It's what makes us different to so many others in the media, at a time when factual, honest reporting is critical.

Every contribution we receive from readers like you, big or small, goes directly into funding our journalism. This support enables us to keep working as we do – but we must maintain and build on it for every year to come. **Support The Guardian from as little as $1 – and it only takes a minute. Thank you.**

Support The Guardian

   

Topics
- Environment
- Andes to the Amazon
- Indigenous peoples
- Human rights
- Pope Francis
- The papacy
- blogposts

# 2013

i.   Trustee Sale Deed of Trust (Exhibit "D")

ii.  Samuel L. White P.C. Deed of Foreclosure (Exhibit "H")

iii. Affidavit Notarized by Purchaser Camille Barry (Exhibit "I")

iv.  Unlawful Detainer (Exhibit "J")



### TRUSTEE SALE
5981 Callie Furnace Court, Manassas, VA 20112
Prince William County

In execution of a Deed of Trust in the original principal amount of $371,400.00, dated September 30, 2002 recorded in the Clerk's Office of the Circuit Court of the Prince William County, Virginia, in Document No. 200210010126646, default having occurred in the payment of the Note thereby secured and at the request of the holder of said Note, the undersigned Substitute Trustee will offer for sale at public auction at the entrance to the Circuit Court Building of Prince William County, 9311 Lee Avenue, located in Manassas, on December 5, 2013 at 1:30 PM the property described in said deed, located at the above address and briefly described as:

Lot 174, Ashland, Section 23, Ashland, with improvements thereon.

**Subject to any and all covenants, conditions, restrictions and easements, if any, affecting the aforesaid property.**

TERMS OF SALE: CASH: A deposit of **$20,000**, or 10% of the sales price, whichever is lower, cash or certified check, will be required at the time of sale with settlement within fifteen (15) days from the date of sale. Sale is subject to post sale confirmation that the borrower did not file for protection under the U.S. Bankruptcy Code prior to the sale, as well as to post-sale confirmation of the status of the loan with the loan servicer including, but not limited to, determination of whether the borrower entered into any repayment agreement, reinstated or paid off the loan prior to the sale. In any such event, the sale shall be null and void, and the Purchaser's sole remedy, in law or equity, shall be the return of his deposit without interest. Additional terms may be announced at the time of sale. Pursuant to the Federal Fair Debt Collection Practices Act, we advise you that this firm is a debt collector attempting to collect the indebtedness referred to herein and any information we obtain will be used for that purpose.

SAMUEL I. WHITE, P.C., Substitute Trustee

This is a communication from a debt collector.
**FOR INFORMATION CONTACT:**
SAMUEL I. WHITE, P.C. **(3640)**
5040 Corporate Woods Drive, Suite 120
Virginia Beach, Virginia 23462
757-457-1460 - **Call Between 9:00 a.m. and 11:30 a.m.**
or visit our website at www.siwpc.net

This Presentment is "Accepted for Value" front and back,
And is Returned for Settlement and Closure of the Escrow.
I do not consent to the conditions of your contract.
By: _____ agent UCC 3-403 (b)(1)
Dated: 12-5-2013

To: The Washington Times

SAMUEL I. WHITE, P.C.

√ _____
cc: Branch Banking and Trust Company
Ad runs: November 12, 2013 November 19, 2013



File No. 3640

## SUBSTITUTION OF TRUSTEE

**GRANTOR:** Branch Banking and Trust Company, its successors and/or assigns
**GRANTOR:** Akna Gyimah Chin and Benedie B. Chin
(for indexing purposes only)
**GRANTOR:** David F. Skaff and Carol F. Ordass
(Original Trustee(s) for indexing purposes only)
**GRANTEE:**    SAMUEL I. WHITE, P.C.
                5040 Corporate Woods Drive, Suite 120, Virginia Beach, VA 23462

WHEREAS, Branch Banking and Trust Company is the present holder or the authorized agent of the holder of the note secured by the deed of trust dated September 30, 2002 and recorded October 1, 2002, Document No. 200210010126646 among the Land Records of Prince William County, Virginia.

NOW, THEREFORE, by virtue of the authority contained in the aforementioned deed of trust, the undersigned does hereby remove the Original Trustee(s) as Trustee(s), and does also hereby remove any substitute trustee or trustees who may have been previously appointed in place of the Original Trustee(s), and does hereby appoint SAMUEL I. WHITE, P.C., of the City of Virginia Beach, Virginia, as Substitute Trustee, and said Substitute Trustee shall in accordance with the provisions of said deed of trust, succeed to all the title, powers and duties conferred upon the Original Trustee(s) by the terms of said deed of trust and by applicable law.

Branch Banking and Trust Company

BY: _____
Name: _____
Title: _____

STATE OF South Carolina
CITY/COUNTY OF Greenville , to-wit:

Acknowledged before me this _9th_ day of _OCTOBER_, 20_13_ by
_GLENN R. WALKER_____ _V.P._____ (title) of
Branch Banking and Trust Company.

_____ (seal)
Notary Public
GLENDA GAIL S. PRUITT
Notary Public - State of South Carolina
My Commission Expires July 11, 2023

My Commission Expires:

GPIN/TAX MAP ID Number: 7991-90-5259
Prepared by and return to: Samuel I. White, P.C., 5040 Corporate Woods Drive, Suite 120, Virginia Beach, VA 23462





201312190120262
Prince William County, VA   Pgs: 2
12/19/2013 3:11:34PM    Grantor Tax Pd
Michelle B. McGuigan, Clerk    $475.83

Title Insurance Underwriter unknown to the preparer
TAX MAP/GPIN: 7991-90-5259
PREPARED BY AN ATTORNEY LICENSED TO
PRACTICE LAW IN THE COMMONWEALTH

3640
Chin

Sara K Turner, Esq
Bar No. 75528

SAMUEL I. WHITE, P.C.,
SUBSTITUTE TRUSTEE

TO

BEEREN & BARRY INVESTMENTS, LLC

DEED OF FORECLOSURE

RETURN TO: CHRIS BEATLEY, P. O. BOX 123
ALEXANDRIA, VA 22313

Consideration: $391,000.00
Value: $474,800.00

THIS DEED, dated December 5, 2013, by and between **SAMUEL I. WHITE, P.C.,** a Professional Corporation, Substitute Trustee, of the City of Virginia Beach, Virginia, the original deed of trust maker(s) Akua Gyimah Chin and Benedic B. Chin; together the Grantors; and Beeren & Barry Investments, LLC,   Grantee, whose address is: **11654 Plaza America Drive, #653,** Reston, Virginia 20190.

WHEREAS, by deed of trust dated September 30, 2002, and recorded in the Office of the Clerk of the Circuit Court of the Prince William County, Virginia, in   Instrument No. 200210010126646,  Akua Gyimah Chin and Benedic B. Chin did grant and convey the hereinafter described property to **David F. Skaff and Carol F. Ordess,** Trustee(s), in trust, to secure the payment of the principal sum of $371,400.00, with interest thereon as evidenced by one negotiable promissory note; and

WHEREAS, by instrument recorded in the Clerk's Office, Samuel I. White, P.C. was appointed Substitute Trustee, under the Deed of Trust; and

WHEREAS, the Deed of Trust provides that upon default the Trustee, upon request of the creditor(s) secured thereby, may sell the secured property at public auction after having first advertised the time, place and terms of said sale in a newspaper published or having a general circulation in the Prince William, Virginia; and

WHEREAS, default occurred and at the request of the creditor, the Substitute Trustee, after having advertised the time, place and terms of sale one a week for two (2) consecutive weeks in a newspaper having a general circulation in the  Prince William County, Virginia, and after providing notice of sale to the property owner(s) as required by Section 55-59.1, Code of Virginia 1950, as amended, sold the property on December 5, 2013 at public auction at the entrance to the Prince William County Courthouse, Manassas Virginia, to  Beeren & Barry Investments, LLC, the highest and last bidder, for $391,000.00; and

WHEREAS, the Substitute Trustee asserts, to the best of its knowledge and belief, that the party/parties in interest is/are not protected from foreclosure by the Servicemembers Civil Relief Act.

1

THEREFORE, in consideration of the sum of $391,000.00 paid by Beeren & Barry Investments, LLC to the Substitute Trustee, the Substitute Trustee does hereby grant and convey with SPECIAL WARRANTY, unto Beeren & Barry Investments, LLC, the following described property, to-wit:

> Lot 174 (erroneously referred to as Lots 174), Section 23, Ashland, as the same appears duly dedicated, platted and recorded in Instrument No. 200112200136977, among the land records of Prince William County, Virginia.

This conveyance is made subject to all restrictions, easements, and rights of way of record affecting the aforesaid real estate.

IN WITNESS WHEREOF, the Substitute Trustee has caused this deed to be executed in its corporate name by Sara K. Turner, Vice-President, pursuant to proper authority.

> SAMUEL I. WHITE, P.C.
> Substitute Trustee
>
> BY: _Sara K. C_
>
> Sara K. Turner, Vice President

STATE OF VIRGINIA

CITY OF VIRGINIA BEACH, to-wit:

The foregoing instrument was acknowledged before me this _17th_ day of _December_, 20_13_ by Sara K. Turner, Vice-President, of Samuel I. White, P.C., Substitute Trustee, a Virginia corporation, on behalf of the corporation, who is personally known to me.

> _Sara Marie Boos_
> Notary Public

My Commission Expires:

LORA MARIE BOOS
NOTARY PUBLIC
REG # 211059
MY COMMISSION
EXPIRES
11/30/2017
COMMONWEALTH OF VIRGINIA

Prepared by:
SAMUEL I. WHITE, P.C.
5040 Corporate Woods Drive, Suite 120
Virginia Beach, VA 23462

2



VIRGINIA:

)
)
)
)
)
)
)

A F F I D A V I T

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM, to wit:

Personally appeared before me a Notary Public, Riina Mettas, who being first duly sworn, deposes and states that she is the Office Manager of Beeren & Barry Investments, LLC, the Plaintiff and to the best of her knowledge and belief the facts hereinafter set forth are true: that Akua Gyimah Chin and All Unknown Occupants, the said Defendant(s) unlawfully detain(s) the premises located at 5981 Callie Furnace Ct., Manassas, VA 20112 from the Plaintiff by failing to vacate after a valid foreclosure sale; that the Plaintiff is owed $92.05 per day in damages for use and occupancy from the sale date of 12/5/2013; that the Plaintiff is entitled to possession of the premises; and that to the best for her knowledge and belief, the Defendant(s) is not a member of the Armed Forces of the United States of America.

_____

Subscribed and sworn before me this _ı⁵th_ day of __December__ 2013.

_____
Notary Public

My commission expires:

CAMILLE T. BARRY
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #335460
My Commission Expires June 30, 2015



**To the Defendant(s):**

(1) The preferred location for an Unlawful Detainer action is the city or county where the premises are located. If the plaintiff has filed this case in a city or county other than where the property you rent is located, you may object to the location. The court may transfer the case to the preferred location, if the court agrees with you. The court will award costs to you and may award attorney's fees to you if the court agrees with you. To object to the location of the suit, you must do the following:

- Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the left column under the words "TO THE DEFENDANT(S)," (c) Plaintiff(s)' name(s) and your name(s), (d) "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.
- File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to the plaintiff.
- If you mail your written request to the court, the clerk will notify you of the judge's decision.

(2) If you pay all rent and arrears, attorney's fees, late charges contracted for in a written rental agreement, interest and costs at or before the return date and time, you may prevent this unlawful detainer action pursuant to Virginia Code § 55-243. You may exercise this right only once every 12 months that you continue to live in the same place.

(3) You may tell your landlord that you want another person to receive a copy of this summons, and the landlord shall send a copy to that person. However, the person you identify will not, by receiving a copy of the summons, become a party to the case or be able to challenge the landlord's actions on your behalf. Virginia Code § 55-248.9:1.

---

I certify that I mailed a copy of this document to the defendants named therein at the address show therein on

December 11, 2013 ........................................ _(signature)_

DATE            [X] PLAINTIFF   [ ] PLAINTIFF'S ATTORNEY

---

Fi. Fa. issued on ...................................................

Interrogatories issued on ...................................................

Garnishment issued on ...................................................

---

**RETURNS:** Each defendant was served according to law, as indicted below, unless not found.

Name _Chin Akoa Gyimah_

Address _SNF_

[ ] Personal Service          Tel. No.

[✓] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

......................................................

......................................................

[✓] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on the Secretary of the Commonwealth

[ ] Not found

_S. Johnson_
GLENDELL HILL
SERVING OFFICER

12/17/13 ........ for ........
DATE                SHERIFF

---

Name .......................................................

Address .......................................................

[ ] Personal Service          Tel. No.

[ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

......................................................

......................................................

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on the Secretary of the Commonwealth

[ ] Not found

SERVING OFFICER

......... ........ for ........
DATE

---