

# 2015

i. Pope Francis Ends Doctrine of Discovery 2013 (Exhibit "S")
ii. Bank of America refusal of payment correspondence (Exhibit "T")
iii. UCC Financing Statement for Money Order (Exhibit "U")
iv. GRB Law November 17, 2015 Sheriff Sale 6011 Chester Avenue (Exhibit "V")





# PRIVATE ATTORNEY GENERALS OFFICE LLC
## Securing Your Private Rights of Action

"It is not the function of our Government to keep the citizen from falling into error;
it is the function of the citizen to keep the Government from falling into error."
(American Communications Association v. Douds, 339 U.S. 382, 442 (1950)

Home    About    Services    Join Now    Blog    Shop    Contact

## Pope Francis Ends the Christian Doctrine of Discovery



The Huffington Post has report on events that pertain to the extra-territorial or jurisdictional powers of lands colonized under the laws of Christendom. The Christian Doctrine of Discovery commanded the enslavement and conversion of indigenous peoples, their property and land. In the 1606 First Charter of Virginia and the 1620 Charter to the Council of New England, James I granted his colonists property rights in America because the lands were 'not now actually possessed by any Christian Prince or People' and 'there is no other subjects of any Christian King or State...actually in Possession...whereby any Right, Claim, Interest, or Title, may...by that Means accrue.' English monarchs also invoked other elements of Discovery when they granted colonial charters in America because they ordered their colonists to take Christianity and civilization to American Indians for the purpose of 'propagating Christian Religion to those [who] as yet live in Darkness and miserable ignorance of the true Knowledge and Worship of God, and [to] bring the Infidels and Savages, living in those Parts, to human civility, and to a settled and quiet Government...'. King James also recognized the contiguity element of Discovery, the extent of land that could be claimed by actual possession, when he granted the Virginia colonists the right to own the lands, woods, and rivers within 100 English miles around sites where they actually built settlements.

Discovering Indigenous Lands: The Doctrine of Discovery in the English Colonies pg. 19. In 1823, the Doctrine of Discovery was written into U.S. law as a way to deny land rights to Native Americans in the Supreme Court case, Johnson v. McIntosh. It is ironic that the case did not directly involve any Native Americans since the decision stripped them of all rights to their independence. In 1775, Thomas Johnson and a group of British investors bought a tract of land from the Piankeshaw Indians.' During the Revolutionary War, this land was taken from the British and became part of the U.S. in the "County of Illinois." In 1818, the U.S. government sold part of the land to William McIntosh, a citizen of Illinois. This prompted Joshua Johnson, the heir to one of the original buyers, to claim the land through a lawsuit (which he later lost). In a unanimous decision, Chief Justice John Marshall wrote that the Christian European nations had assumed complete control over the lands of America during the "Age of Discovery." Upon winning independence in 1776, he noted, the U.S. inherited authority over these lands from Great Britain, "notwithstanding the occupancy of the natives) who were heathens..." According to the ruling, American Indians did not have any rights as independent nations, but only as tenants or residents of U.S. land. For Joshua Johnson, this meant that the original sale of land by the Piankeshaws was invalid because they were not the lawful owners. For Native Americans, this decision foreshadowed the Trail of Tears and a hundred years of forced removal and violence. Despite recent efforts to have the case repealed as a symbol of good will, Johnson v. McIntosh has never been overruled and remains good law.

L'Huffington Post posted an article By Giulia Belardelli on or about 12/02/2014 4:16 pm EST Updated: 12/03/2014 1:59 am EST which stated:

Empathy, love, respect, equality: these are the common denominators which caused the leaders of the world's major religions to sign a declaration committed to the elimination of slavery and human trafficking by the year 2020 today at the Vatican.

The catalyst behind this meeting, which included Pope Francis, the Grand Ayatollah Mohammad Taqi al-Modarresi, Mata Amritanandamayi (a Hindu spiritual leader), and the venerable Bhikkhuni Thich Nu Chan Khong (representing the Zen Master Zen Thich Nhat Hanh), is the **Global Freedom Network**, a global religion-based network created this year with the goal of destroying modern slavery in every form, from child labor, prostitution and organ trafficking to any act which violates the dignity or liberty of any single person.

For the first time in history, major **Catholic, Anglican and Orthodox Christian authorities**, along with leaders of the Buddhist, Hindu, Jewish and Muslim religions, met to sign a shared commitment against modern slavery, which is considered a crime against humanity.

We consider any action which does not treat others as equals to be an abhorrent crime," Pope Francis said. "God is a love that is manifested in every human being; everyone is equal and ought to be afforded the same liberty and dignity." Ignoring this fact, the Pope added, "is an abhorrent crime" that manifests itself as "modern slavery...an offense against humanity with victims from every walk of life, but above all amongst the poor."

Francis spoke of the "atrocious scourge present on a large scale throughout the world, under the guise of tourism," referencing prostitution, human trafficking, forced labor, child labor and the sale of organs. A reality which, he added, "is getting worse every day." The Pope therefore urged both governments and the public to take responsibility, asking them to "elevate the spiritual standard of living and the vision of liberation" for mankind.

*Pope Francis on Twitter: No more slavery. We are all brothers and sisters.*

Pope Francis's speech was followed by statements from the major religious leaders, beginning with the Indian guru Mata Amritanandamayi, also known as Amma, which means "mother" in Hindi. "Destroying the life of another person is an act of abuse against the gifts of God," Amma stated, seated next to the Pope. "We need to develop empathy, allowing the divinity within each person to be realized [...]. For the new generations and victims of human trafficking, we need to establish a practical education that will help them develop a greater awareness. We need to arouse their dormant courage and faith in themselves, to help them rise up again. They must realize that they are not weak and powerless lambs, but can be courageous lions [...]. What we need is a culture of love."

As Andrew Forrest, president of **Walk Free Foundation**, pointed out, the signing of the declaration also represents a moment of great cooperation between Shiite and Sunni Muslim leaders. Mohamed Ahmed El-Tayeb, the Grant Imam of Al Azhar, recalled the words of the Prophet: "An Arab is not superior to a non-Arab, just as a non-Arab is not superior to an Arab."

Ayatollah Sheikh Basheer Hussain al Najafi (one of the five Grand Ayatollahs of Iraq) linked modern slavery to the plague of terrorism: "Modern slavery is a corrupt social phenomenon, a method of spreading terror throughout populations. Prostitution, like organ trafficking, is illegal and must be eliminated. Some existing systems are responsible for these social ills, because that have not succeeded in protecting the rights of the people and distance themselves from the institutions which are just in the eyes of God."

According to the **2014 Global Slavery Index** published by the Walk Free Foundation, nearly 36 million people are currently victims of modern slavery. This statistic includes people who have lost their liberty and are being exploited for personal or commercial interests. **According to the International Labor Organization**, the total profits obtained by forced labor in the private economy throughout the world amounts to $150 billion every year.

Here is the text of the Declaration, followed by a list of signatories:

> *We, the undersigned, are gathered here today for a historic initiative to inspire spiritual and practical action by all global faiths and people of good will everywhere to eradicate modern slavery across the world by 2020 and for all time. In the eyes of God\*, each human being is a free person, whether girl, boy, woman or man, and is destined to exist for the good of all in equality and fraternity. Modern slavery, in terms of human trafficking, forced labour and prostitution, organ trafficking, and any relationship that fails to respect the fundamental conviction that all people are equal and have the same freedom and dignity, is a crime against humanity. We pledge ourselves here today to do all in our power, within our faith communities and beyond, to work together for the freedom of all those who are enslaved and trafficked so that their future may be restored. Today we have the opportunity, awareness, wisdom, innovation and technology to achieve this human and moral imperative.*

*\*The Grand Imam of Al Azhar uses the word "religions".*

*Pope Francis*

*Her Holiness Mata Amritanandamayi (Amma)*

*Venerable Bhikkhuni Thich Nu Chan Khong (representing Zen Master Thích Nhất Hạnh)*

*The Most Ven. Datuk K Sri Dhammaratana, Chief High Priest of Malaysia*

*Rabbi Dr. Abraham Skorka*

*Rabbi Dr. David Rosen*

*Dr. Abbas Abdalla Abbas Soliman, Undersecretary of State of Al Azhar Alsharif (representing Mohamed Ahmed El-Tayeb, Grand Imam of Al-Azhar)*

*Grand Ayatollah Mohammad Taqi al-Modarresi*

*Sheikh Naziyah Razzaq Jaafar, Special advisor of Grand Ayatollah (representing Grand Ayatollah Sheikh Basheer*



# Bank of America
## Home Loans

Payment Processing
PO Box 15222
Wilmington, DE 19886-5222

HAROLD L HARRIS IV

50 LOVELL ROAD
HOLDEN, MA 01520

7/2/2015

Dear HAROLD L HARRIS IV,

Thank you for your recent payment. We were unable to process your payment, because we are unable to accept non-negotiable items as payment.

We will adjust fees and interest charges during the current billing cycle if your new payment and a copy of this letter are received within 10 calendar days of the date of this letter. Please ensure that your full account number is on the front of your new payment and all future payments to avoid processing delays.

Please call us toll-free at 1.800.669.6607, Monday through Friday from 8 a.m. to 9 p.m. or Saturday from 9 a.m. to 6 p.m. Eastern. We value your business and look forward to serving you in the future.

Sincerely,

Customer Service Department

Bank of America, N.A. is required by law to inform you that it is a debt collector. If you are currently in a bankruptcy proceeding or have received a discharge of the debt referenced above, this notice is for informational purposes only and is not an attempt to collect a debt or demand a payment. If you are represented by an attorney, please provide this notice to your attorney.
Home Loans Mortgage Return Letter

NG



***Private Issue***

Recorded/Registered/Certified Funds RA 782 836 565 US

***Private Issue***

## CASHIER'S CHECK

Pre-paid Preferred Stock
Restricted Accommodation Endorsement
Special Private Collections
Harold L. Harris IV
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

Drawer and Location:
Private Banker - Executor
Harold L. IV: kin of Harris, Massachusetts Commonwealth
Non-Domestic Without the United States

Date: May 14, 2015
Check No. 005
029539306
"Acceptance For Honor"

BH/ksn

Payable
To Bearer
or to The
Order of: UNITED STATES TREASURY FOR BANK OF AMERICA

AMOUNT $360,000

IN THE SUM CERTAIN AMOUNT OF: THREE HUNDRED SIXTY THOUSAND
Void Where Prohibited by Law

00/100 xxxxxxxxxxxxxxxxxxxx
***Certified Funds***
Remit At Par Via Fed Wire

Credit To: Ens Legis UNITED STATES CITIZEN TRUST HAROLD L. HARRIS IV
EXEMPT PRIORITY PRE-PAID ENTITY ACCOUNT NO. 010668899
DEPARTAMENTO De HACIENDA De PR, 10 PASEO COVADONGA, SAN JUAN, PR 00901

Redeem in Lawful Money (12 USC section 411)

Autograph: Harris IV Harold L U.C.C 3-402 (b) (1)
"As Good As Avail" by Authorized Representative
Without Recourse

SECURITY FEATURES INCLUDED DETAILS ON BACK

⑆029539306⑆ 7628365 65⑈ 005

### *SPECIAL INSTRUCTIONS*

*Treasury Control System (Offset Payments)*

1. Non-Cash Item-Prepaid Electronic Funds Transfer Only. Credit these certified funds onto your <u>Notes Payable</u> General Ledger Account.
2. Sight Draft of Bankable Paper <u>Guaranteed</u> as Direct Obligation of the United States Government is considered <u>Cash Money</u> for discharge of any <u>Private</u> or <u>Public</u> Contractual claim/offer to include those that are verbal. This valuable document written in Good Faith under the Doctrine of Necessity and tendered for Transfers by Assignment of Account to the Drawee to Render Settlement in Full Satisfaction and Closure of Entity Account No. *010568692* by transfer of Credit on Account.
3. This instrument is tendered in good faith in accord and satisfaction in pursuant to UCC § 3-311 Accord and Satisfaction by Use of Instrument.
4. UCC Collateral No. *2014-2725287-40.02* – REDEEM IN LAWFUL MONEY – 12 USC § 411. AUTHORITY TO MAKE CREDITS OR REFUNDS – 26 USC § 6402.

### *Memorandum of Law and Points and Authorities*

**Personal EXEMPTION ID** *010568692* – Under section UCC § 3-104(f) a draft [or promissory note] is the equivalent of a check and may be securitized or monetized by direct deposit in a commercial checking, time, thrift or savings account under Title 12 of the United States code, Section 1813(L) (1) and when deposited it becomes the <u>equivalent of money</u> as outlined under Section 1813(L) (1). The narrow view that money is limited to legal tender is <u>rejected</u> under Section 1-201(24) of the UCC. It is not limited to United States dollars.

31 U.S. Code § 3302 – Custodians of money (1) A person having custody or possession of public money…shall deposit the money without delay in the Treasury or with a depository designated by the Secretary of the Treasury under law…Shall be deposited not later than the third day after the custodian receives the money… (d) An official or agent not complying with subsection (b) of the section may be removed from office…

12 USC § 411 – Federal Reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal Reserve banks through the Federal Reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal Reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve Bank. 12 USC 95a (2), 12 USC § 615.

Unless the original Negotiable Instrument is dishonored in writing within 10 days of receipt by the Secretary of the Treasury, Claimant's financial institution is to release the credit on hold to the payee (Claimant) within time stipulated by Regulation "Z" Truth in Lending Act or on the date designated, whichever is later. The amount of this accepted drat is to be ledgered by Claimant's financial institution, TTL Department, to the designated account for the redemption of this claim (Regulation Z). This statement constitutes Drawer's order to pay this Instrument upon presentment and endorsement.

UCC § 3-411 – RFUSAL TO PAY CASHIER'S CHECKS, TELLER'S CHECKS, AND CERTIFIED CHECKS [MONEY ORDERS] b) If the obligated bank wrongfully (i) refuses to pay a cashier's check or certified check, [money order] (ii) stops payment of a teller's check, or (iii) refuses to pay a dishonored teller's check, the person asserting the right to enforce the check is entitled to compensation for expenses and loss of interest resulting from the nonpayment and may recover consequential damages if the obligated bank refuses to pay after receiving notice of particular circumstances giving rise to the damages. (UCC § 3-104 – Negotiable Instrument. (f) (ii) An instrument may be a check even though it is described on its face by another term, such as "(money order)."

## UCC FINANCING STATEMENT AMENDMENT

Name and address of filer:

Harold L. Harris
50 Lovell Rd
Holden, MA 01520

**2014-2725287-40.04**
Kentucky Secretary of State
File Date 7/26/2015 12:48:36 PM
Status Active
Fee $5.00

This document is a representation of a filing made electronically at the Kentucky Secretary of State's web site

**INITIAL FINANCING STATEMENT FILE #**

2014-2725287-40

**Type of Amendment**

Collateral Change - Add

**NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Harris | Harold | L. | IV |

**4. This FINANCING STATEMENT covers the following collateral:**

8) The private Money Order paid to the Order of UNITED STATES TREASURY for BANK OF AMERICA for $360,000 (three hundred sixty thousand) with account number 103222734 is to insure the proper offset against my Entity Account Number. This Private Cashier's Check is Private Property and therefore a $3,600,000 (three million six hundred thousand) lien will be placed upon the Private Cashier's Check. If there is any problem or defect with the Private Cashier's Check, the Private Cashier's Check is to be returned to me within 10 days, with evidence of such defects, allowing me an opportunity to cure. If the private cashier's check is rejected or dishonored and not returned back to me with an opportunity to cure, I will seek tort damages of $3,600,000 and will report such unlawful actions to the Parliamentary Commissioner in London, The House of Representatives in Washington DC and the House of Representative in Massachusetts.





# GRB LAW
## Goehring Rutter & Boehm
ATTORNEYS AT LAW

Straightforward Thinking.
*1425 Spruce Street, Suite 100*
*Philadelphia, PA 19102*
*215-735-1910*
*866-677-5970 (toll free)*

**NOVEMBER 17, 2015 SHERIFF'S SALE**

GRB Law serves as legal counsel to the City of Philadelphia for the collection of delinquent real estate taxes. The properties identified below were listed by GRB Law with the Philadelphia Sheriff's Office for the Sheriff's Sale scheduled to commence at 10:00 a.m. on November 17, 2015 at The First District Plaza, 3801 Market Street, 3rd Floor, Philadelphia, PA.

The information provided below is public information. Its accuracy is not guaranteed. It is not intended as legal advice or guidance to any bidder and it does not constitute representations or warranties by either GRB Law or the City of Philadelphia relating to the title, physical condition or location of any property identified.

**Buyers assume all risks associated with bidding or purchasing any property at Sheriff's Sale.** Good and marketable title is not guaranteed to any successful purchaser. Each bidder is responsible for conducting his or her own title examination and to the extent possible, should attempt to determine the physical condition and to verify the location of a property before making a bid. Bidders are cautioned that neither GRB Law nor the City of Philadelphia can offer any bidder access to any property or structure prior to Sheriff's Sale.

GRB Law cannot guarantee that any property listed below will be offered for sale on the date of the scheduled Sheriff's Sale. Properties may be removed from the sale list or continued to a future sale date at any time prior to sale.

A Sheriff's Sale is a public auction. GRB Law cannot provide any advantage to any interested purchaser at or prior to Sheriff's Sale. Successful bidders are those persons making the highest bid and complying with the published conditions of sale and all other applicable laws.

Bidders should consider consulting a real estate and/or legal professional for guidance before bidding.

| OPA # | WRIT # | PROPERTY ADDRESS | OPENING BID | RESULTS |
|---|---|---|---|---|
| | | *Postponed from the May 12, 2015 Sheriff's Sale* | | |
| 281112400 | 1505-4112 | 2530 N 28th Street | $13,100.00 | |
| | | *Postponed from the July 21, 2015 Sheriff's Sale* | | |
| 043200700 | 1507-4024 | 5647 Hunter Street | $19,400.00 | STAY |
| 062351300 | 1507-4033 | 855 North 45th Street | $9,900.00 | |
| 071090700 | 1507-4036 | 2844 Waterloo Street | $8,900.00 | STAY |
| 071110200 | 1507-4038 | 2910 Mascher Street | $2,700.00 | |
| 071346300 | 1507-4041 | 3021 North Water Street | $2,700.00 | |
| 071494700 | 1507-4046 | 2924 D Street | $5,500.00 | |
| 111026500 | 1507-4056 | 1920 West Somerset Street | $14,900.00 | |
| 882935400 | 1507-4061 | 2905 North 5th Street | $7,500.00 | |
| 124005000 | 1507-4085 | 333-35 West Queen Street or Lane | $55,000.00 | |
| 132315500 | 1507-4094 | 1711 West Bristol Street | $2,900.00 | |
| 162051800 | 1507-4116 | 2451 North Gratz Street | $4,400.00 | STAY |
| 171329101 | 1507-4127 | 2036 Chelten a/k/a E. Chelten Ave. | $42,500.00 | |
| 191303500 | 1507-4135 | 2421 North 5th Street | $7,200.00 | |

| | | | | |
|---|---|---|---|---|
| 882929823 | 1511-4169 | 623 East Girard Avenue | $56,000.00 | ***STAY*** |
| 363277300 | 1511-4170 | 1732 S. 21st Street | $10,600.00 | |
| 364033700 | 1511-4171 | 2238 Dickinson Street | $6,000.00 | ***PP 2-16-16*** |
| 364163300 | 1511-4172 | 1436 South Ringgold Street | $7,600.00 | ***STAY*** |
| 364199800 | 1511-4173 | 1520 S. Stillman Street | $6,300.00 | |
| 364252701 | 1511-4174 | 3137 Tasker Street | $8,800.00 | |
| 364446800 | 1511-4175 | 1542 South Napa Street | $7,300.00 | |
| 365293700 | 1511-4176 | 1733 Federal Street | $13,500.00 | |
| 371141300 | 1511-4177 | 2224 N. Delhi Street | $6,600.00 | |
| 371226200 | 1511-4178 | 2617 N. 12th St | $9,300.00 | |
| 371265600 | 1511-4179 | 2621 North 13th Street | $7,400.00 | |
| 371364700 | 1511-4180 | 703 West York Street | $18,200.00 | |
| 372109100 | 1511-4181 | 2729 North Darien Street | $5,600.00 | |
| 372110110 | 1511-4182 | 2749 N. Darien St. | $6,400.00 | |
| 372271900 | 1511-4183 | 2919 North 13th Street | $6,300.00 | |
| 372429400 | 1511-4184 | 1143 West Indiana Avenue | $5,700.00 | ***PP 1-19-16*** |
| 381058100 | 1511-4185 | 3219 North 25th Street | $8,500.00 | |
| 381078600 | 1511-4186 | 2845 North Stillman Street | $15,000.00 | |
| 381232900 | 1511-4187 | 2814 N. Marston Street | $4,400.00 | |
| 381326000 | 1511-4188 | 2915 W. Clearfield Street | $5,800.00 | ***STAY*** |
| 381328000 | 1511-4189 | 2816 West Clementine Street | $14,400.00 | |
| 382207700 | 1511-4190 | 3120 North 35th Street | $5,700.00 | |
| 392068600 | 1511-4191 | 517 Snyder Avenue | $10,200.00 | |
| 393228600 | 1511-4192 | 2432 South Franklin Street | $12,500.00 | |
| 394123100 | 1511-4193 | 2503 South Alder Street | $17,200.00 | |
| 394136200 | 1511-4194 | 2438 South Alder Street | $10,600.00 | ***PP 2-16-16*** |
| 882927930 | 1511-4195 | 300 South 52nd Street | $34,500.00 | |
| 401204200 | 1511-4196 | 1945 South 65th Street | $6,100.00 | |
| 401216800 | 1511-4197 | 6011 Chester Avenue | $6,200.00 | |
| 401225400 | 1511-4198 | 6046 Chester Avenue | $9,500.00 | |
| 401239100 | 1511-4199 | 6318 Regent Street | $7,900.00 | |
| 401248600 | 1511-4200 | 6058 Allman Street | $6,300.00 | ***PP 2-16-16*** |
| 401298900 | 1511-4201 | 6020 Upland Street | $4,900.00 | |
| 401302800 | 1511-4202 | 6110 Upland Street | $5,900.00 | |
| 402014100 | 1511-4203 | 2446 South Frazier Street | $6,700.00 | |
| 882922190 | 1511-4204 | 1733-39 Dickinson Street | $11,700.00 | |
| 402191700 | 1511-4205 | 5725 Reedland Street | $6,400.00 | |
| 604063500 | 1511-4206 | 5541 Spruce Street | $7,300.00 | |
| 403002000 | 1511-4207 | 1758 South 65th Street | $8,900.00 | ***PP 1-19-16*** |
| 403002700 | 1511-4208 | 1772 South 65th Street | $15,200.00 | ***PP 2-16-16*** |
| 403014400 | 1511-4209 | 2103 South Daggett Street | $9,100.00 | |
| 403020600 | 1511-4210 | 2115 Gould Street | $8,200.00 | |
| 403207500 | 1511-4211 | 2101-05 South 70th Street | $11,700.00 | ***PP 2-16-16*** |
| 403269700 | 1511-4212 | 7035 Greenway Avenue | $16,100.00 | |
| 404218700 | 1511-4213 | 7131 Elmwood Avenue | $9,100.00 | |
| 882011000 | 1511-4214 | 48 South 60th Street | $10,300.00 | |
| 406109800 | 1511-4215 | 2560 Carroll Street | $7,300.00 | |
| 406185700 | 1511-4216 | 6527 Grays Avenue | $14,300.00 | |
| 406264600 | 1511-4217 | 6412 Garman Street | $10,400.00 | |
| 412329700 | 1511-4218 | 7118 Glenloch Street | $14,500.00 | |
| 421040500 | 1511-4219 | 517 East Luray Street | $6,200.00 | |
| 882006200 | 1511-4220 | 1500-04 North Peach Street | $22,000.00 | |
| 421108500 | 1511-4221 | 435 East Eleanor Street | $10,000.00 | |
| 421475600 | 1511-4222 | 4901 D Street | $12,200.00 | |
| 871573120 | 1511-4223 | 2348 West Montgomery Avenue | $7,500.00 | |
| 422124200 | 1511-4224 | 236 Sulis Street | $5,800.00 | |
| 871561070 | 1511-4225 | 6301 Saybrook Avenue | $10,200.00 | ***PP 2-16-16*** |
| 422349200 | 1511-4226 | 4552 Rising Sun Avenue | $8,200.00 | |
| 431069100 | 1511-4227 | 710 W. Russell Street | $6,500.00 | |
| 431087700 | 1511-4228 | 816 West Schiller Street | $4,700.00 | |
| 431109900 | 1511-4229 | 3445 North 6th Street | $22,000.00 | |