VI

# T

# 2016

i.    Writ of Possession Case: 160203972 (Exhibit "W")

ii.   Complaint in Ejectment Case: 1502T1077 (Exhibit "X")

iii.  Allodial Quit Claim Deed to Be Kind Trust w/ valuation history sheet (Exhibit "Y")

iv.   RLH Ma'at Law & troips Correspondence to Flagstar to "Cease Automatic Deductions from McCloud Account:503182676 (Exhibit "Z")

v.    Affidavit-Return of Service (Invalid) (Exhibit "AA")

vi.   In Forma Pauperis Petition 003972 (Exhibit "BB")

vii. Court of Common Pleas Order Striking Affidavit -Return of Service and Rule to Show Cause (Exhibit "CC")

viii. Inquiry regarding Mortgage and unrebutted Affidavit of Truth and Fact (Exhibit "DD")



MICHAEL M HARMON
6011 CHESTER AVE
PHILADELPHIA, PA 19142

SANOE VS HARMON ETAL
160203972

zlrordr 8/09

Form C.P. 100

*Ejectment*
*Quiet Title*

## Commonwealth of Pennsylvania
## County of Philadelphia

Fanta Sanoe
6829 Guyer Avenue
Philadelphia, PA 19142.

### COURT OF COMMON PLEAS

*vs.*

Michael M. Harmond and all occupants
6011 chester Avenue
Philadelphia, PA 19142

February _____ Term, 20 16

No. 003972

## Writ of Possession

**To the Sheriff of Philadelphia County:**

(1)  To satisfy the judgment for possession in the above matter you are directed to deliver possession of the following described property to: Fanta Sanoe

(2)  To satisfy the costs against

directed to levy upon any property of 6011 Chester Ave. Philadelphia, PA 19142 you are

and sell

interest therein.

**ATTEST**
APR 22 2016
D. BUSILLO
JUDICIAL RECORDS

JOSEPH H. EVERS
*Prothonotary*

By _____
*Clerk*

Date ___4-22-16___

10-207 (Rev. 1/01)

By: _Fanta Sanoe_
Address: _6829 Guyer Ave_
_Philadelphia, PA 19142_
Telephone: _2052397863_

_Fanta Sanoe_
_6829 Guyer Ave Phila. PA 19142_

Plaintiff(s)

vs.

_Michael M. Harmond & all occupants_
_6011 Chester Ave, Phila, PA 19142_

Defendant(s)

PHILADELPHIA COUNTY
COURT OF COMMON PLEAS
TRIAL DIVISION – CIVIL

_February_ Term, _2016_
(month)            (year)

No. _003972_
(4 digits)

---

## PRAECIPE TO ENTER DEFAULT JUDGMENT
## FOR POSSESSION

TO THE OFFICE OF JUDICIAL RECORDS:

Please enter a default judgment in favor of Plaintiff(s), _Fanta Sanoe_

and against Defendant(s) _Michael M. Harmond & all occupants_ for failure to answer or otherwise

respond to the Complaint.

1.  The complaint was served upon Defendant(s) on _03/11/16_ by _Sheriff Service_
                                                                    (manner of service)

A copy of the Proof of Service is attached hereto / filed of record.

2.  A copy of the Notice pursuant to Pa.R.C.P. 237.1(2) is attached hereto. A copy of the

Certification of Service of the Notice is attached hereto.

3.  Enter Judgment for Possession of premises known as _6011 Chester Ave, Phila, PA 19142_

Sanoe Vs Harmon Etal-JDDFF

16020397200007

_____
                    Plaintiff

ATTEST
APR 2 2 2016
D. BUSILLO
JUDICIAL RECORDS

Default Judgment PACKET - Possession - 5-28-15

By: _Fanta Sanoe_

Address: _6829 Guyer Ave_

_Philadelphia, PA 19142_

Telephone: _205-2397863_

_Fanta Sanoe_

_6829 Guyer Ave. Phila. PA 19142_

**Plaintiff(s)**

vs.

_Michael M. Harmond and all occupants_
_6611 Chester Ave, Philadelphia, PA 19142_

**Defendant(s)**

PHILADELPHIA COUNTY
COURT OF COMMON PLEAS
TRIAL DIVISION – CIVIL

_February_ Term, _2016_
(month)        (year)

No. _003972_
(4 digits)

---

**CERTIFICATION OF SERVICE OF NOTICE OF PRAECIPE**
**TO ENTER JUDGMENT OF DEFAULT**

On _04|01|2016_ , the undersigned caused a copy of the Notice of Praecipe to Enter Judgment of

Default to be served by ___Mail___ upon Defendant(s) _Michael M. Harmond & all occupants_
(manner of service)

I verify that the facts are true and correct and understand that the statements made in this Certification

have been made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

_____
**Plaintiff**

By: _Fanta Sanoe_
Address: _6829 Guyer Ave_
_Philadelphia, PA 19142_
Telephone: _(205-2397863_

_Fanta Sanoe_
_6829 Guyer Ave. Phila. PA 19142_

Plaintiff(s)

vs.

_Michael M. Harmond and all occupants_
_6011 Chester Ave. Philadelphia, PA 19142_

Defendant(s)

PHILADELPHIA COUNTY
COURT OF COMMON PLEAS
TRIAL DIVISION – CIVIL

_February_ Term, _2016_
(month)            (year)

No. _003972_
(4 digits)

## AFFIDAVIT OF NON-MILITARY SERVICE

The above-named defendant resides at _6011 Chester ave. Phila. PA19142_ and the defendant is not in

the Military Service of the United States, nor any State or Territory thereof or its allies as defined in the

Servicemembers Civil Relief Act of 2003 and the amendments thereto.

_____
Plaintiff

Sworn to and subscribed
Before me this _____ day
Of _April_ _2016_
_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
TAMMY V. BYARS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 24, 2020



OFFICE OF JUDICIAL RECORDS
COURT OF COMMON PLEAS
ROOM 284, CITY HALL PHILADELPHIA, PA 19107

ERIC FEDER
DIRECTOR, OFFICE OF JUDICIAL RECORDS

*Fanta Sanoe*
*6929 Guyer Avenue*
*Philadelphia, PA 19142*
          *Plaintiff*

vs.

*Michael M. Harmond and all occupants*
          *Defendant*
*6011 Chester Avenue, Philadelphia, PA 19142*

COURT OF COMMON PLEAS
(Philadelphia County)

*February* Term, 20 *16*

No. *003972*

To: _____ *(Defendant)*
(NOTE: Serve on unrepresented defendant or on defendant's attorney)

Date of Notice: *04/01/2016*

**Notice, Rule 237.5**

**Notice of Praecipe to Enter Judgment by Default**

**IMPORTANT NOTICE**

You are in default because you have failed to enter a written appearance personally or by attorney and file in writing with the Court your defenses or objections to the claims set forth against you. Unless you act within ten days from the date of this notice, a judgment may be entered against you without a hearing and you may lose your property or other important rights.

You should take this paper to your lawyer at once. If you do not have a lawyer, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer.

If you cannot afford to hire a lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee.

**NOTIFICACION IMPORTANTE**

Usted está en defecto porque usted no ha podido entrar en un aspecto escrito, personalmente o mediante abogado y archivo por escrito ante el Tribunal sus defensas u objeciones a las alegaciones expuestas en su contra. A menos que usted actúa dentro de los diez días siguientes a la fecha de esta notificación, la resolución podrá ser en su contra sin una audiencia y usted puede perder su propiedad u otros derechos importantes.

Usted debe tomar esta trabajo con su abogado a la vez. Si usted no tiene un abogado, vaya a o o llamar por teléfono a la oficina se establece a continuación. Esta oficina puede proporcionarle información sobre la contratación de un abogado.

Si usted no puede permitirse el lujo de contratar a un abogado, esta oficina puede ser capaz de proporcionarle información acerca de las agencias que pueden ofrecer servicios legales a personas con derecho a una tarifa reducida o ninguna cuota.

Philadelphia Bar Association
Lawyer Referral and Information Service
1101 Market Street, 11th Floor Philadelphia, Pennsylvania 19107
(215) 238-6333

Asociacion de Licenciados de Filadelfia
Servicio de Referencia e Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
(215)238-6333

**If you have any questions concerning this notice, please call:**

*Fanta Sanoe*
*(Name of Attorney or Plaintiff)*

_____
*(Attorney's or Plaintiff's Address)*

at this telephone number: *2052397863*

10-205 (Rev. 4/2015)

215 5

## Court of Common Pleas

February Term, 20 16

No. 003972

Fanta Sanoe
6829 Guyer Avenue
Philadelphia, PA 19142

vs.

Michael M. Harmond and all Occupants
6011 chester Avenue
Philadelphia, PA 19142

### WRIT OF POSSESSION

Fanta Sanoe
6829 Guyer Ave
Phila. Pa. 19142
2052397863
2674325016 — Call this First

PHILA. SHERIFFS OFFICE
ISSU DESK

2016 APR 22 P 3:18



MICHAEL A HARMON
6011 CHESTER AVENUE
PHILADELPHIA, PA 19142

CITY OF PHILA VS HARMON ETAL
1502T1077

2lrordr 8/09

Court of Common Pleas of Philadelphia County
## Trial Division
## Civil Cover Sheet

FEBRUARY 2016                003972

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| Fanta Sanoe | Michael M. Harmon and all occupants 6011 Chester Ave, Philadelphia, PA 19142 |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 6829 Guyer Avenue Philadelphia, PA 19142 | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☑ Complaint  ☐ Petition Action  ☐ Notice of Appeal ☐ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less ☐ More than $50,000.00 | ☐ Arbitration ☐ Jury ☑ Non-Jury ☐ Other: | ☐ Mass Tort ☐ Savings Action ☐ Petition | ☐ Minor Court Appeal ☐ Statutory Appeals ☐ Commerce (Completion of Addendum Required) | ☐ Settlement ☐ Minors ☐ W/D/Survival |

CASE TYPE AND CODE (SEE INSTRUCTIONS)

Ejectment

STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS)

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

Sanoe Vs Harmon Etal-CMPLT

16020397200003

IS CASE SUBJECT TO COORDINATION ORDER?
☐ Yes  ☐ No

### TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant:

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS (SEE INSTRUCTIONS) |
|---|---|
| Fanta Sanoe | 6829 Guyer Avenue Philadelphia PA 19142 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| 2052397863 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| | |

| SIGNATURE | DATE |
|---|---|
| | 02/26/2016 |

10-101 (Rev. 6/08)

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA

*Fanta Sanoe*
*6829 Guyer Avenue*
*Philadelphia, PA 19142*

**ATTEST**
FEB 26 2016
JUDICIAL RECORDS
J. MURPHY

FEBRUARY 2016

003972

*Vs*

*Michael M. Harmon and all Occupants*
*6011 Chester Avenue*
*Philadelphia, PA 19142*

**NOTICE TO DEFEND**

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |
| *You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.* | *Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.* |
| Philadelphia Bar Association<br>Lawyer Referral<br>and Information Service<br>One Reading Center<br>Philadelphia, Pennsylvania 19107<br>(215) 238-6333<br>TTY (215) 451-6197 | Asociacion De Licenciados<br>De Filadelfia<br>Servicio De Referencia E<br>Informacion Legal<br>One Reading Center<br>Filadelfia, Pennsylvania 19107<br>(215) 238-6333<br>TTY (215) 451-6197 |

10-284

FEBRUARY 2016

Fanta Sanoe

6829 Guyer Avenue

Philadelphia, PA 19142

COURT TERM

003972

Vs

Michael M. Harmon and all Occupant(s)

6011 Chester Avenue

Philadelphia, PA 19142

## COMPLAINT IN EJECTMENT

1 - I Fanta Sanoe the plaintiff is now living at 6829 Guyer Avenue Philadelphia, PA 19142.

2 - The defendant Mr. Michael M. Harmon and all Occupant(s) occupy my property located at 6011 Chester Avenue, Philadelphia, PA 19142 WITHOUT RIGHT AND WITHOUT CLAIM OF CURRENT TITTLE.

3 I Fanta Sanoe is the RIGHTFUL OWNER of the property located at 6011 Chester Avenue

Philadelphia, PA 19142 by the virtue of a deed from the Sheriff and therefore, I am entitled to immediate possession of this property.

4 I Fanta Sanoe have demanded possession from the defendant(s) but have refused to deliver up possession.

Wherefore, I Fanta Sanoe REQUEST JUDGMENT for possession of my property located at

6011 Chester Avenue , Philadelphia, PA 19142

Fanta Sanoe:------------------------------------------------

DATE:------02/26/2016------------------------------

## <u>VERIFICATION</u>

Plaintiff(s) _Fanta Sanoe_
_6829 Guyer Avenue, Philadelphia, PA 19142_

hereby verify that the statements set forth in the foregoing Complaint are true and correct
to the best of my knowledge, information, and belief; I understand that these statements
are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to
authorities.

_____
Signature of Plaintiff

_____
Signature of Plaintiff

Dated: _02/26/2016_

6

ATTACHED TO AND FORMING A PART OF TAX INFORMATION CERTIFICATE
Order Number: LTS2324285
Client Number: 401216800

## LEGAL DESCRIPTION:

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the North side of Chester Avenue in the 40th Ward of the City of Philadelphia at the distance of Seventy-sixth feet Westward from the West side of 60th Street.

CONTAINING in front or breadth on the said Chester Avenue, Fifteen feet and extending of that width in length or depth Northward between lines at right angles to the said Chester Avenue Sixty-seven feet to a certain Three feet wide alley which extends Westward into Edgewood Street.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid alley as and for a passageway and watercourse at all times hereafter, forever.

BEING No. 6011 Chester Avenue.

BEING the same premises, which Annabel Martin, also known as Anabel Martin, widow by Deed dated 3/31/1976 and recorded 4/1/1976 in Phila. County in Deed Book D.C.C. 1079, page _____, granted and conveyed unto George H. Hanson and Joyce V. Hanson, his wife, in fee.

FRONTAGE: 15' x 67'

Case ID: 1502T1077



# 1361 S 46TH ST
Philadelphia, PA 19143-3827

## OWNER

# MC CLOUD MAY E

# JONES VERA L

## MAILING ADDRESS
**1361 S 46TH ST**
**Philadelphia, PA**
**19143-3827**

## VALUATION HISTORY

| Year | Market Value | Taxable Land | Taxable Improvement | Exempt Land | Exempt Improvement |
|------|--------------|--------------|---------------------|-------------|--------------------|
| 2019 | $78,500 | $23,550 | $14,950 | $0 | $40,000 |
| 2018 | $55,300 | $16,590 | $8,710 | $0 | $30,000 |
| 2017 | $55,300 | $16,590 | $8,710 | $0 | $30,000 |
| 2016 | $55,300 | $15,247 | $10,053 | $0 | $30,000 |
| 2015 | $55,300 | $15,247 | $40,053 | $0 | $0 |
| 2014 | $55,300 | $15,247 | $40,053 | $0 | $0 |
| 2013 | $19,800 | $2,108 | $4,228 | $0 | $0 |

## SALES DETAILS

SALES PRICE: **$10,000**                    SALES DATE: **3/20/1996**

## PROPERTY DETAILS

OPA ACCOUNT: **272165800**
HOMESTEAD EXEMPTION: **Yes**
DESCRIPTION: **ROW 2 STY MASONRY**
CONDITION: **Average**
BEGINNING POINT: **258' S SAYBROOK AVE**
LAND AREA (SQFT): **1,146**
IMPROVEMENT AREA (SQFT): **716**
ZONING: **RSA-5**
**Zoning data source:** Planning and Development

CORRECTIONS OR QUESTIONS ABOUT THIS INFORMATION?:

## TRASH & RECYCLING

TRASH & RECYCLING DAY: **Wednesday**            LEAF COLLECTION: **Saturday Bag Dropoff**

SERVICE AREAS

## School Catchment

ELEMENTARY SCHOOL: **Comegys** MIDDLE
SCHOOL: **Comegys** HIGH SCHOOL: **Bartram HS**

## Political

COUNCILMANIC DISTRICT (2016): **3** WARD: **27**
WARD DIVISIONS: **2716**

## Public Safety

POLICE DISTRICT: **18** POLICE PUBLIC SERVICE
AREA: **183** POLICE DIVISION: **SWPD**

## Districts

PLANNING: **University Southwest** LICENSES AND
INSPECTIONS (L+I): **West** CENSUS TRACT (2010):
**007700** CENSUS BLOCK GROUP (2010): **2**
COMMERCIAL CORRIDOR: **n/a**

## Streets

HIGHWAY DISTRICT: **1** HIGHWAY SECTION: **1F**
HIGHWAY SUBSECTION: **1F15** STREET LIGHT
ROUTES: **9** TRAFFIC DISTRICT: **2** TRAFFIC PM
DISTRICT: **2113**

TRASH & RECYCLING DAY: **Wednesday** LEAF
COLLECTION DAY: **Saturday Bag Dropoff** RECYCLING
DIVERSION RATE: **17.6%** SANITATION AREA: **1**
SANITATION DISTRICT: **1B**





# :R. :Lynn El::

## The Rights of Indigenous Peoples' Law Offices

P.O. Box 7446 Philadelphus, Hikuptah, [Philadelphia Territory], Pennsylvania Commonwealth, Zip
Exempt [01-9998] Phone: 267.312.7322. Facsimile: 1888.696.0367

*Constitution of the Commonwealth of Pennsylvania 1968, Article III, E. Restrictions On Legislative Power, Legislation - certain Local and Special Laws, Section 32 - The General Assembly shall pass no local or Special Law on any case which has been or can be provided for by general law and specifically the General Assembly shall not pass any local or special law; Article I, Section 22, Military Subordinate to Civil Power The military shall in all cases and at all times be under strict subordination to the Civil Power.*

~NOTICE TO PRINCIPAL IS NOTICE TO AGENT,
NOTICE TO AGENT IS NOTICE TO PRINCIPAL~

March 3, 2016

SENT VIA FAX and CERTIFIED UNITED STATES POSTAL SERVICE
1.888.848.1071
Attention: Supervisor/Agent d/b/a Flag Star Bank
5151 Corporate Drive
Troy, Michigan 48098-2639

~AND-

Papal Pope Francis
C/O Charles J. Chaput
222 North 17th Street
Philadelphia, Pennsylvania Commonwealth [19103] *de facto*

In Re: **Loan #: 503182676**
*Allodial Real Property Address:* 1361 S. 46th Street, Philadelphia,
Pennsylvania, 19143

Greetings:

RLH Ma'at Law and the Rights of Indigenous Peoples Law Firm have been retained by Vera L. Jones, the Guardian of May McCloud.

Due to the nature of Ms. May E. McCloud's mental condition her Estate has been ordered to be placed in the care of Vera Jones.

An accounting of Ms. May E. McCloud's estate is occurring.

As of the date of this letter ALL AUTOMATIC DEDUCTIONS from the Account that has now been transferred and is under the execution and control of Ms. Vera Jones will cease. Until further notice, any and all communications concerning the alleged loan account is to be forwarded to:

Attention: Ms. Vera Jones C/O 1818 S. Alden Street, Philadelphia, Pennsylvania, 19143.

Your office will be contacted throughout the accounting and ongoing investigations of Ms. McCloud's Estate.

*Societas Republicae Ea Al Maurikanos*
Hikuptah, Mu North Amexem, Maghrib El Aqca-Al Moroc, Turtle Island, Morocco Northwest, Fez
Province, Treaty of Peace & Friendship 1786/1787/1836 - Treaty of Tripoli 1797
Declaration on the Rights of Indigenous Peoples 1994 (E/Cn. 4/Sub.2/1994/2/ Add. 1 (1994)
Northwest Amexem / Northwest Africa / North America / 'The North Gate'

Your cooperation is much appreciated in this matter. Should you have any questions, please contact Rhashea Lynn Harmon El, Private Lawyer to Vera Jones.

As always, Divine Law, Treaty and the Constitution are the Supreme Laws of the Land. The right to act comes with the responsibility to act! So Mote It Be!

**Hibu** (Love), **Haqq** (Truth), **Salaam** (Peace), **Hurryatun** (Freedom), **Adl** (Justice).
Indigenous, Free National Moor - Natural Person of the Land; *'In Propria Persona'* (Not Pro Se, Not Colorable: Not *Civiliter Mortuus*).

*(Moor / Mu'ur: The Indigenous and Aboriginal Natural Peoples and their Heirs and Inheritors of the Land, their issue …)*

This Notice is by my hand and upon my Civil and International authority, set this 3rd day of March 2016.

I Am:

**All Rights Reserved Without Prejudice**: UCC 1/308/1-207/1-103.6/9/311(a)(1), (b) and ( c).

Rhashea Lynn Harmon (El) *ex relatione*: R.Lynn:: Hatshepsut Ma'atKare El:: (*Droit, Droit*), Private Lawyer in service to Indigene, Vera Jones.

**Under Seal:**

cc:
Sun Federal Credit Union (Mike Hunter)
Internal Revenue Service (IRS)

Page 2

**Societus Republicue Ea Al Maurikanus**
Hikuptah, Mu North Amexem, Maghrib El Aqea-Al Moroc, Turtle Island, Morocco Northwest, Fez Province, Treaty of Peace & Friendship 1786/1787/1836 · Treaty of Tripoli 1797
Declaration on the Rights of Indigenous Peoples 1994 (E/Cn. 4/Sub.2/1994/2/ Add. 1 (1994)
Northwest Amexem / Northwest Africa / North America / 'The North Gate'

Commonwealth of Pennsylvania
Court of Common Pleas of Philadelphia County
Clerk of Orphans' Court

# Certificate of Guardian or Trustee

**I Certify** that on the ___8th___ day of ___February___, A.D., 2 016 , upon petition filed, as of No. 1493 ___ of 2015 , and after required hearings, if any, the Court:

☑ Adjudged MAY McCLOUD ___ an incapacitated person, Social Security No. ( X X X X X 2 9 5 6 ) and appointed Vera Jones ___

Limited/Plenary Guardian of the person and of the estate; and that the said Guardian has not since been discharged or the appointment revoked;

**OR**

☐ Appointed ___ Guardian of ___

minor child ___, and that said Guardian has not since been discharged:

**OR**

☐ Appointed or awarded assets to ___

TRUSTEE for ___ under the last will and testament of ___

and that said trustee(s) has/have not since been discharged.

Bond, in the sum of $ 0.00 ___, was ordered and has been entered.

**Witness** my hand and the seal of the said Court, this 17th ___ day of February ___ , A.D., 2 016

FOR THE COURT:

_Pamella_

Asst. Clerk of Orphans' Court Division

___ Esq.

Attorney for Petitioner

11-2 (Rev 7/00)



P.O. Box 619063
Dallas, TX 75261-9063

October 06, 2016

3-655-68539-0000036-001-01-000-000-000-000



MAY E MCCLOUD
C/O VERA JONES
1818 S ALDEN ST
PHILADELPHIA PA  19143-5504

Loan #: 503182676
Property Address:
1361 S 46th St
Philadelphia PA 19143

Dear Flagstar Customer(s):

Your payment was returned unpaid to Flagstar Bank by the institution upon which it was drawn. As a result, the credit posted to your loan for this amount has been reversed.

If the reversed credit represents a payment to your loan, your account may now be delinquent. Several payment options are available to you.

**Pay online**
Visit MyLoans (flagstar.com/myloans) to make your payment easily online.

**Pay by phone**
Call (866) 837-4539 to reach the automated Western Union Phone Pay system.

**Pay by mail**
Send your payment to:
Flagstar Bank
Box 371891
Pittsburgh, PA 15250-7891

If you have any questions, please call us at (800) 393-4887, Monday- Friday 8:30 a.m.-9 p.m. ET.

Sincerely,

Flagstar Bank

This letter is part of Flagstar Bank's debt collection process. All information obtained relating to this letter will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, the Creditor retains rights under its security instrument, including the right to foreclose its lien, as permitted by governing law.

CH101/015/CPI                                                                                                      A/P 0316

Member FDIC Equal Housing Lender

# ANY MEANS INTENDED NECESSARY ASSISTANCE

C/O P.O. Box 7446
Philadelphia, Pennsylvania 19101
215.254.0490
Fax: 1888.696.0367
Aminaj22@yahoo.com

:Tiger D. :Raven-Melchiz: El::
Notary Public
1013 Arboretum Road, Wyncote, Pennsylvania
c/o 1120 W. 3rd Street, 1st Floor Front
Chester, Pennsylvania 19013-3266

**Vx:** (267) 428-8568

### In Re: Request for Administrative Review (Forensic Audit), via Commercial Law

Dear Mr. :Raven-Melchiz: El::

This correspondence is to represent and function as a contract within the meaning of Article 1, section 10 of the Constitution for the united states of North America 1786, wherein I request your auditing, supervision, monitoring and enforcing of my/our interactions with <u>FlagStar, and any and all of their successors and/or assigns,</u> hereinafter, "Third Party"/ "Respondent".

More specifically, Mr. Mechiz El, I am seeking a Forensic Audit, and an investigation of how the Respondent was recruited into my household and whether such recruitment was legitimate, considering my mother's Dementia status.

Since, I have obtained legal guardianship over my mother's affairs and her estate, I have found that this company Flagstar has been regularly deducting monies from my mother's account. However, upon reviewing my mother's statements I have found that she has been assessed late charges and fees for which I am secondarily concerned to the first concern of whether there exists a lawful mortgage since it was my understanding that the home, which is in Trust was completely satisfied and void of any debt.



Further, since the attention was brought to predator lending and numerous decisions I have heard about concerning the unlawful mortgage and foreclosure situations that banks have involved themselves, I am wondering if my mother has been targeted and made a victim of any such scam. My mother is 83 years of age and has been suffering from a traumatic brain injury for some time.

Within this contract, I am providing you with the limited POWER OF ATTORNEY to investigate the above communicated matters and those related and to provide a report detailing:

1) why there are late charges after an electronic transfer per our mortgage agreement as it was executed, and
2) when the earliest date for execution of the promissory note (mortgage note) was and to get a copy of both the mortgage lien and note, and
3) finally to determine if the Respondent is lawfully or fraudulently presenting itself as a Creditor in this matter and overcharging me in mortgage premiums.

It may be necessary for your office to provide legal proof that I sent out correspondences to the Third Party by attorney who inquired into their actions earlier in the year and to further establish proof that there was no response by FlagStar when requested to CEASE deducting monies. As attorneys are expensive in hourly time and services as well, I am forced to request your assistance in resolving this matter.

I request that you certify with a notarized affidavit that I sent correspondence to the respondent and that there was either a nonresponse or a dishonor of my request and inquiry.

Your notary commission office is the proper place for the respondent to communicate with. If you see the need then I need you to send out: 1) a Notice of Dishonor; 2) a Notice of Protest and Opportunity to Cure; and 3) a Certificate of Protest. Please be advised that I am aware that you usually provide a ten (10), to a fourteen (14), day wait for each correspondence.

Finally, after the Certificate of Protest, I need for your office to provide me a notarized affidavit indicating the defaulting and granting of an administrative judgment against the respondent that I can take into a court of law to get a default judgment against the Respondent. Additionally, I expect *allative* allodial costs for this type of research shall be commensurate to the kind of work I am assigning you to perform. Please forward to me an

allodial cost schedule as a private appended document. Should you have any questions I can be reached at: (267) 254.0490.

Most Sincerely,

Vera Lynn Jones
Legal Guardian of May
McCloud
Any   Means   Intended   Necessary
Assistance, Trustee

Sworn to and subscribed before me this

2/ day of Oct , 20 16 .

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN F. ROSS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 28, 2016

Notary Public

pg. 3

# May E. M<sup>c</sup>Cloud
## c/o Vera Jones
### 1818 South Alden Street
### Philadelphia, Pennsylvania 19143-5504

Flagstar Bank
Mail Stop E115-3
5151 Corporate Drive
Troy, Michigan 48098-2639

**Vx:** (800) 968-7700

**In Re:** Written Request to Add Parties to Account #503182676

To Whom This Matter Concerns:

Greetings and Good Day! I have requested :Tiger :Raven El Trading and my notary public, Tiger D. Raven-Melchiz El, to monitor and investigate my interactions with your offices <u>Flagstar Bank, and all of your successors and/or assigns</u> and your administrative process. Therefore, you are hereby directed to add both parties to account loan number 503182676, concerning property address 1361 South 46th Street, Philadelphia, Pennsylvania 19143-3827 and to communicate with me through my notary public and through :Tiger :Raven El Trading in my absence, same.

Sincerely,

/by/  _(signature)_

Vera Jones
Plenary Guardian

cc:   :Tiger :Raven El Trading
      :Tiger D. :Raven-Melchiz: El::
      RLH Ma'at Law

Affirmed to and subscribed before me this ___ day of _Nov_ , 20 _16_ .

NOTARIAL SEAL
JOHN F. ROSS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 28, 2018

_(signature)_
Notary Public

**Flagstar**
**Bank**

5151 CORPORATE DR
TROY MI 48098-2639
RETURN SERVICE REQUESTED



S-SFFLAG10 L-CR010
P6GGVB00200001 -506147981 I00002
MAY E MCCLOUD
C/O VERA JONES
1818 S ALDEN ST
PHILADELPHIA PA 19143-5504

| | |
|---|---|
| Loan # | 0503182676 |
| Property Address: | 1361 S 46th St<br>Philadelphia PA 19143 |

December 27, 2016

Dear Flagstar Customer(s):

We received your correspondence regarding the authorization of a third party on your account.  Unfortunately, at this time we are unable to process your request due to one of the following reasons:

- Flagstar's standard Third Party Authorization Form was not used
- The standard Third Party Authorization Form was completed incorrectly
- The standard Third Party Authorization Form was not completed in its entirety

Enclosed you will find the standard Third Party Authorization Form that will require all fields to be completed in its entirety.  Please re-submit as your original correspondence will be shredded.

If you have any questions or concerns, please call us at (800) 968-7700, Monday–Friday 7:30 a.m.–8:00 p.m. or Saturday 7:30 a.m.–4:00 p.m. ET.

Sincerely,

Flagstar Bank, FSB
Servicing Research Department
5151 Corporate Drive
Troy, MI 48098
Office: (800) 968-7700
Servicing.CustomerService@flagstar.com
www.flagstar.com



## PETITION TO PROCEED IN FORMA PAUPERIS

### ...DELPHIA COURT OF COMMON PLEAS
### ...ON/MOTION COVER SHEET

**CONTROL NUMBER:**

*(RESPONDING PARTIES MUST INCLUDE THIS NUMBER ON ALL FILINGS)*

**FOR COURT USE ONLY**

| ASSIGNED TO JUDGE: | ANSWER/RESPONSE DATE: |
|---|---|

Do not send Judge courtesy copy of Petition/Motion/Answer/Response.
Status may be obtained online at http://courts.phila.gov

February Term, 2016
Month / Year

No. 003472

Name of Filing Party: _____

SAWDE

vs.

HARMON

**INDICATE NATURE OF DOCUMENT FILED:**

☑ Petition (Attach Rule to Show Cause)   ☐ Motion
☐ Answer to Petition   ☐ Response to Motion

(Check one) ☐ Plaintiff   ☐ Defendant
(Check one) ☐ Movant   ☑ Respondent

Has another petition/motion been decided in this case?  Yes ☐ No ☐
Is another petition/motion pending?  Yes ☐ No ☐
If the answer to either question is yes, you must identify the judge(s):

| TYPE OF PETITION/MOTION (see list on reverse side) | PETITION/MOTION CODE (see list on reverse side) |
|---|---|
| **PETITION TO PROCEED IN FORMA PAUPERIS** | MTIFP |

ANSWER/RESPONSE FILED TO (Please insert the title of the corresponding petition/motion to which you are responding):
Ejectment  Possession & Cale Default

**I. CASE PROGRAM**

Is this case in the *(answer all questions):*

**A. COMMERCE PROGRAM**
Name of Judicial Team Leader: _____
Applicable Petition/Motion Deadline: _____
Has deadline been previously extended by the Court?
Yes ☐ No ☐

**B. DAY FORWARD/MAJOR JURY PROGRAM** — Year _____
Name of Judicial Team Leader: _____
Applicable Petition/Motion Deadline: _____
Has deadline been previously extended by the Court?
Yes ☐ No ☐

**C. NON JURY PROGRAM**
Date Listed: _____

**D. ARBITRATION PROGRAM**
Arbitration Date: _____

**E. ARBITRATION APPEAL PROGRAM**
Date Listed: _____

**F. OTHER PROGRAM:** _____
Date Listed: _____

**II. PARTIES** (required for proof of service)
(Name, address and *telephone number* of all counsel of record and unrepresented parties.  Attach a stamped addressed envelope for each attorney of record and unrepresented party.)

the City, John Doe Agents employees
Contractor, et cetera
&
Fausto Sanoe
6829 Guyer Avenue
Phila. Pa 19142
Solicitor Michael Taylor
1515 Arch Street suite 15
philadephia Pa 19102

**III. OTHER**

By filing this document and signing below, the moving party certifies that this motion, petition, answer or response along with all documents filed, will be served upon all counsel and unrepresented parties as required by rules of Court (see PA. R.C.P. 206.6, Note to 208.2(a), and 440). Furthermore, moving party verifies that the answers made herein are true and correct and understands that sanctions may be imposed for inaccurate or incomplete answers.

| Michael Harmon | 9-8-16 | Michael Harmon | |
|---|---|---|---|
| *Attorney Signature/Unrepresented Party* | (Date) | (Print Name) | (Attorney I.D. No.) |

*...ition, Motion and Answer or Response, if any, will be forwarded to the Court after the Answer/Response Date. No extension of the Answer/Response Date will be granted even if the parties so stip...*

Sanoe Vs Harmon Etal-MTIFP



16020397200009



### First Judicial District of Pennsylvania
### Court of Common Pleas of Philadelphia County
### Trial Division – Civil

SANOE

**Plaintiff(s)**

VS.

HARMON ET AL

**Defendant(s)**

FEBRUARY _____ Term, 20 16
　　　　(month)　　　　　　　　　　(year)

NO. 003972

Control No. 095057

---

### *In Forma Pauperis Order*

AND NOW, this _____ day of _____, 20 _____, it is hereby ORDERED AND DECREED that:

1. Petitioner be permitted to proceed without paying the costs of this proceeding or posting a bond.

2. Petitioner be permitted to obtain service of the papers filed without cost.

3. Petitioner be permitted to proceed in forma pauperis as to any additional costs which accrue in the course of this proceeding.

4. If there is a monetary recovery by judgment or settlement in favor of the party permitted to proceed in forma pauperis, the exonerated fees and costs shall be taxed as costs and paid to the Office of Judicial Records by the party paying the monetary recovery.

5. Petitioner has a continuing obligation to inform the Court of any improvement in party's financial circumstances that will enable the party to pay costs.

6. Filing party must obtain attested copies of the original pleading for service. If more than thirty (30) days has expired, the pleading must be reinstated first.

**BY THE COURT:**

_____
　　　　　　　　　　　　　　　J.

**First Judicial District of Pennsylvania**
**Court of Common Pleas of Philadelphia County**
**Trial Division — Civil**

_Michael Harmon_ , pro se
(your name)

_6011 Chester Ave_
_Phila- Pa- 19142_
(full address)

_267 206 4811_
(area code and telephone number)

---

_S A N O E_

Plaintiff(s)

vs.

_HARMON ETAL_

Defendant(s)

_Febuary_ , TERM, 20 _16_
(month)          (year)

NO. _003972_

### _Petition to Proceed In Forma Pauperis_
### _and Without Payment of Bond_

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

Petitioner, (Please Print Your Name) _Michael Harmon_ , seeks leave to proceed in this matter in forma pauperis, and respectfully represents that:

1. I am the (indicate plaintiff or defendant) _____ in these proceedings.

2. I reside at (state your full address) _6011 Chester Ave  Phila Pa. 19142_

3. I have listed my sources and amounts of income truly and correctly on the attached affidavit.

4. I have the following average monthly expenses for the indicated items:

Housing: _____

Utilities: _$60.00_

(Gas): _$80.00_

(Oil): _$170.00_

(Electric): _$78.00_

(Phone): _$20._

Food: _100/monthly_

Clothing: _$32.00_

Insurance: _Free_

Transportation: _$30.00_

Medical: _Free_

Loans: _none_

Laundry: _$20.00_

Child Care: _____

Child Support: _____

5. I neither own nor have equity in any assets other than the following (state values in dollars): _$ 70.000_ _Is WHAT Property is WORTH I am Trying to Defend._

6. I am unable to pay the costs of these proceedings or to obtain the amount of costs from family or friends.

WHEREFORE, Petitioner prays that he/she be permitted to proceed in this matter in forma pauperis and without the payment of bond.

Date: _9-8-18_

_Michael Harmow_
Petitioner                                    (Print your name)

_Michael Harmon_
Petitioner                                    (Sign your name)

**First Judicial District of Pennsylvania**
**Court of Common Pleas of Philadelphia County**
**Trial Division — Civil**

Michael Harmon , pro se
(your name)

6011 CHester AVE
Phila. Pa. 19142
(full address)

267 206.4811
(area code and telephone number)

---

SAWOE
_____
Plaintiff(s)

vs.

HARMON ETAL
_____
Defendant(s)

February , TERM, 20 16
(month)                (year)

NO. 003972

**_Petitioner's Affidavit_**
**_Pursuant to PA. R.C.P. 240_**

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF PHILADELPHIA                    SS.

1. I, Michael Harmon because of my financial condition am unable to pay the fees and costs of prosecuting or defending the action or proceeding.

2. I am unable to obtain funds from anyone, including my family and associates, to pay the costs of litigation.

3. I represent that the information below relating to my ability to pay the fees and costs is true and correct:

   a. Name: Michael Harmon

   Address: 6011 CHester AVE Phila, Pa. 19142

Page 3 of 8

**b.** *EMPLOYMENT*

*If you are presently employed, state:*

Employer: _____

Address: _____

_____

Salary/wages
Per Month: _____

Type of Work: _____

*If you are presently unemployed, state:*

Date of last Employment: *5 years unemployed / Smith Field meats*

Salary/Wages
Per Month: *$11.50 hr.*

Type of Work: *Butcher*

**c.** *OTHER INCOME WITHIN THE PAST TWELVE (12) MONTHS (state as dollar amounts)*

Business or Profession: _____

Other Self-employment: _____

Interest: _____

Dividends: _____

Pension and Annuities: _____

Social Security Benefits: _____

Support Payments: _____

Disability Payments: _____

Unemployment Compensation &
Supplemental Benefits: _____

Workman's Compensation: _____

Public Assistance: *Recieving welfare / stamps / medical*

Other: _____

**d.** *OTHER CONTRIBUTIONS TO HOUSEHOLD SUPPORT (state as dollar amounts)*

(Wife) (Husband) (Friend) Name: *none*

*If your (wife) (husband) (friend) is employed, state:*

Employer: _____

Salary/Wages
Per Month:_____

Type of Work:_____

Contributions
From Children:_____

Contributions
From Parents:_____

Other Contributions:_____

e.  **PROPERTY OWNED** *(state as dollar amounts)*

Cash:_____

Checking Account:_____

Savings Account:_____

Certificates of Deposit:_____

Real Estate
(Including Home):_____

Motor Vehicle:  Make:_____  Year:_____

Cost: $ _____  Amount Owed: $ _____

Stocks & Bonds:_____

Other:_____

f.  **DEBTS AND OBLIGATIONS** *(state as dollar amounts)*

Mortgage:_____

Rent:_____

Loans:_____

Other:_____

g.  **PERSONS DEPENDENT UPON YOU FOR SUPPORT**

(Wife) (Husband) Name:

Children, if any:___*Self*_____  Age_*58*_____

_____  Age_____

_____  Age_____

_____  Age_____

Other Persons:_____

Name:_____

Relationship:_____

4. I understand that I have a continuing obligation to inform the Court of improvement in my financial circumstances which would permit me to pay the costs incurred herein.

5. I verify that the statements made in this affidavit are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. §4904, relating to unsworn falsification to authorities.

9-8-16
Date:

Michael Harmon
Petitioner                    (Print your name)

_____
Petitioner                    (Sign your name)

### *VERIFICATION*

I, _Michael Harmon_, verify that the statements made in the foregoing Petition to Proceed *In Forma*
(Print Name)

*Pauperis* are true and correct to the best of my knowledge, information and belief. I understand that the

statements made in this Petition to Proceed *In Forma Pauperis* are subject to the penalties of 18 Pa. C.S.A.

§4904 related to unsworn falsification to authorities.


Date: _9-8-16_                           BY: _Michael Harmon_

                                             Petitioner        (Print your name)

                                             _Michael Harmon_

                                             Petitioner        (Sign your name)

Page 7 of 8

## Certificate of Service

I hereby certify that I have served a copy of this petition upon all other parties or their attorney of record by:

Please check:

☐ Regular First Class Mail

☑ Certified Mail

☐ Other: _____

9/8/16
Date

Michael Harmon
Petitioner                    (Print your name)

Michael Harmon
Petitioner                    (Sign your name)

Page 8 of 8



**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**CIVIL TRIAL DIVISION**

FANTA SANOE                          :       NO. 160203972
                                     :
v.                                   :                          **RECEIVED**
                                     :
HARMON    et al                      :                          NOV 1 8 2016
                                     :                          OFFICE OF JUDICIAL
                                     :                               RECORDS

## O R D E R

AND NOW, this 17th  day of NOVEMBER    , 2016, it is hereby **ORDERED**

that the Affidavit of Service filed on March 16, 2016 is STRICKEN. The Affidavit is

facially defective.

It is **FURTHER ORDERED** that a hearing is scheduled for JANUARY 11th,

2017(Order of related matter attached—Case ID 1502T1077).

at 2:30 P.M. in Rm 232 City Hall

BY THE COURT:

CARPENTER, J.

Sanoe Vs Harmon Etal-ORDER

16020397200027

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENSYLVANIA**
**CIVIL TRIAL DIVISION**

City Of Phila Vs Harmon-RLFIS

15020107704016

CITY OF PHILADELPHIA
     *Petitioner/Respondent*      :
                                :
                                :      **No.**   **1502T1077**
              v.                  :

Michael A Harmon
& FANTA SANOE (3rd Party Purch)
     *Respondent/Petitioner*     :
                                  :

RECEIVED

NOV 1 8 2016

OFFICE OF JUDICIAL
RECORDS

## Rule to show cause

(1) A rule is issued upon the respondent and third party purchaser to show cause why the petitioner is not entitled to redeem the subject premises;

(2) Hearing shall be held on JANUARY 11th, 2017 in Room 232 City Hall at 2:30 p.m. in which Petitioner shall be prepared to present evidence of petitioner's right to redemption and ability to pay the redemption amount, which includes the amount actually paid for the property at Sheriff's Sale plus 10 % .

(3) Notice of the entry of this Order shall be provided to all parties, **INCLUDING THIRD PARTY PURCHASER AND THE SHERIFF  BY PETITIONER**

(4) The right of redemption may be lost if Petitioner fails to timely serve Third Party Purchaser and the City, with a copy of this Rule and the Petition

(5) ALL MATTERS related to the property at issue STAYED pending hearing.

BY THE COURT:

Date:  11/17/16

J.



# May E. M^cCloud
## c/o Vera Jones
1818 South Alden Street
Philadelphia, Pennsylvania 19143-5504

Flagstar Bank
Mail Stop E115-3
5151 Corporate Drive
Troy, Michigan 48098-2639

**Vx:** (800) 968-7700

December 23, 2016

**In Re:** Inquiry - Mortgage Loan Account #503182676
Property Address: 1361 S. 46th Street, Philadelphia, Pennsylvania 19143

To Whom This Matter Concerns:

Greetings and Good Day! Enclosed, please find a debit #3367 for the amount of $524.61 (Five Hundred Twenty-four and Sixty-one cents dollars) US; append these funds to account #503182676.

I am in receipt of your homeowner package and am reviewing. I am requesting a detailed explanation on what the current mortgage loan balance is and a copy of both the current mortgage lien and the mortgage note / contract.

Sincerely,

/by/

Vera Jones
Plenary Guardian

cc:     RLH Ma'at Law

Affirmed to and subscribed before me this

23RD day of December , 20 16 .

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Tiger D. Raven Melchiz-El, Notary Public
Cheltenham Twp., Montgomery County
My Commission Expires May 13, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

# Affidavit for
# Truth and Facts

Before me, the undersigned notary public, personally appeared Vera L. Jones, Limited Plenary Guardian on the May E. McCloud Estate, to me known, who being duly affirmed, doth depose and say: I am exercising my right to optionally apply this affidavit and submit as evidence pursuant to federal proceedings via the 94th United States Congress, October 18, 1976 (Public Law 94-550, 90 Statutes at Large 2534, House Resolution 15531, Title 28 United States Code §1746(1)), and Federal Rules of Evidence, Rule 802 and any applicable part of the Commonwealth of Pennsylvania Rules of Evidence, Article VIII. I hereby reserve all rights as a living woman *(In Full Life)*, at all times, in all places, waiving none; and upon my Heirship, inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, Vera L. Jones, Limited Plenary Guardian on the May E. McCloud Estate, being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Mu'ur Nation ancestry - being the archaic Aboriginals / Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent (In My Own Proper Person), to Attest to this affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use(s) or purpose(s) thereof.

It appears Flagstar Bank has been dishonorable in its transactions with me: 1) I have been charged late fees while under an electronic transfer authorization which I had to end because it never made sense to me to pay a late fee under this authorization; 2) I feel I am being overcharged in mortgage premiums; 3) My mother, an incapacitated person (Dementia), for whom I am Limited Plenary Guardian, has been getting soliciting mail when in fact I should be receiving all of the mail as my address of 1818 S. Alden Street is listed on the account; 4) she is also being solicited to take on more mortgage liability and in her incapacitated disposition, I find this action from these predators Immoral, Rude, Disrespectful and a potential for Identity Theft. I am currently contemplating a Cause of Action against Fraud and Identity Theft against Flagstar Bank.

Additionally, I am being an aboriginal to the territories of North, Central and South Americas, I am guided by the command principles of love, truth, peace, freedom, and justice through virtue of the universal right to self-determination as well as the Declaration on the Rights of Indigenous Peoples guaranteed in the United Nations Charter; and wherefore, all parties of interest are authorized, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to myself, an Aboriginal / Indigenous American. All officials and other interested parties are to enlist all available and appropriate measures to ensure, and assure, that all of My Substantive Rights and Constitutionally secured Rights and Immunities are not violated, not breached, nor abridged.

Finally, I state for the record that I have not abandoned my indigenous Ancestral Estate nor have I lost my capacity to manage my Estate with all buildings and improvements thereon erected and all personal property therein. Any implication, association, or assumption on the part of the United States Democracy Unity State Delegation member subsidiary corporately-styled Commonwealth of Pennsylvania, and its Franchisees, Subsidiaries, Instrumentalities, Departments, Agencies registered and recorded therewith, or any other corporately-styled state jurisdictional status (their Franchisees, Subsidiaries, Instrumentalities, Departments, Agencies registered and recorded therewith), including those colluding Persons and Individuals whom are interlopers, servicers, nuncios and other legatees, et cetera; and those other Persons as corporate registrars (state registered corporations, partnerships, limited liability companies, et cetera...), spurious in action, in the capacity of honorable business, when in fact they are not, or any other foreign colonizing occupying European troglodyte, or other being with delict behavior, in likeness, shape or form, its / their successors and/or assigns,

**Affidavit for Truth and Facts**                                    **Page 2 of 2**

as subsidiaries and franchisees of the United States Democracy in support of the Mortgage Banks such as: Flagstar Bank and all associated companies and colluded enterprises affiliated thereto, and all affiliated successors and/or assigns, and all of their various scandalous activities in violation of nature's law and nature's God and international law and treaties pursuant to Article III and Article VI in the Constitution for the united States of North America 1786, and unlike myself, a Great Creation of Life and Wonder, that there is a condition of 'abandonment' in relationship to my private indigenous Ancestral Estate, is Void.

Furthermore, the United States of America Corporation Company / U. S. Democracy and its unity state delegation including the the corporately-styled Commonwealth of Pennsylvania and its Franchisees', Subsidiaries', Instrumentalities', Departments', and Agencies' registered and recorded therewith, color of law, color of authority, and color of office actions (and all successors and/or assigns thereto), in support of all corporate Persons against my unalienable rights are Forever Void; I decree to refute the post-colonial fraud inducement activities post 1861/1868 - 1871 and thereafter - sine die congressional action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and complete. Executed on this 23rd day of December, 2016 and further, deponent sayeth not.

                                                    x _____
                                                            Vera L. Jones
                                                            Limited Plenary Guardian

Affirmed and Signed before me this 23rd day of December, 2016.

_____
Notary Public

My commission expires: _MAY 13 2018_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Tiger D. Raven Melchiz-El, Notary Public
Cheltenham Twp., Montgomery County
My Commission Expires May 13, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

