*RLH Ma'at Law*
*"Enforcing The Rights of the Indigenous People"*

As our ancestors before us, those of us who maintain and know we are indigenous to these lands called America, despite all else, approach you in Peace and Friendship and with the laws protecting us as Indigenous Peoples. Respondents pray to father sky and mother earth that your agents will be able to provide them with assistance and guidance beyond merely informing them that you can "only help them make a payment" to the banks, as they have been informed by so many of the affiliated/associated alleged assistance programs in the Mortgage Foreclosure Program.

Thank you for your attention to this matter and we await your response.

Most Sincerely and in Honor,

Without Prejudice U.C.C. 1-308

TM Rashea Lynn Harmon EIO, Esq.
Private Attorney and Trustee of RLH Ma'at Law
and the Rights of the Indigenous Peoples and the
Authorized Representative and Owner for
Rhashea Lynn Harmon Foreign Trust
Indigenous Attorney for:
Vera

-All Rights Reserved-

w/Enclosures marked as Exhibits

cc:
Department of Justice Securities and Financial Fraud Unit (mail and Fax)
Federal Trade Commission
U.S. Department of Treasury (Financial Crimes Unit)
U.S. Postal Inspection Service
Securities and Exchange Commission
Internal Revenue Service
Consumer Financial Protection Bureau (CFPB)
Pennsylvania Attorney General's Office (Philadelphia Branch)
Pennsylvania Department of Banking and Securities

Yamassee Court File
File

/RLH

NY, PA, NJ & Mund Barrofan
Authorized Internationally
"All Rights Reserved"

Legal Balance and Order

 **Office of the Comptroller of the Currency**

February 14, 2019

Rhashea Lynn Harmon-El Esq
1315 Walnut Street, Suite 320
Philadelphia PA 19143

Re: Case # 03198713
    Clients: Vera Jones and Mary McCloud

Dear Ms. Harmon-El:

This letter acknowledges receipt of your clients' complaint in the Customer Assistance Group
(CAG) of the Office of the Comptroller of the Currency (OCC).

The complaint appears to involve an issue that no longer falls under the direct jurisdiction of our
office. We are referring your letter to the appropriate supervisory agency, which is the Bureau of
Consumer Financial Protection (BCFP). Their address is:

> Bureau of Consumer Financial Protection
> PO Box 2900
> Clinton, IA  52733-2900

Their toll free phone number is 1 (855) 411-2372. Their Internet address is
http://www.consumerfinance.gov/complaint. Please direct all future correspondence regarding
this issue to that agency.

Sincerely,

*Customer Assistance Group*

---



**COMMONWEALTH OF PENNSYLVANIA**
## OFFICE OF ATTORNEY GENERAL

**Josh Shapiro**
**ATTORNEY GENERAL**

February 19, 2019

15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 783-1111

E-mail: rlh@rlhmaatlaw.com

Attn: Rhashea Lynn Harmon-El
RLH Ma'at Law & The Rights of Indigenous Peoples Law
The Philadelphia Building
1315 Walnut Street, Suite 320
Philadelphia, PA 19107

RE:   **Right to Know Request**
      **2019-041**

Dear Rhashea Lynn Harmon-El:

This letter acknowledges receipt of your written request for records under the Pennsylvania Right-to-Know Law (65 P.S. § 67.101 et seq.) ("RTKL"). It was received by this office on February 11, 2019. The review has been completed, and this letter serves as our final response to your request.

The "identified records" are those stated in your February 11, 2019 request. Specifically, your request indicates that you are seeking the following information concerning listed individuals/persons, their agents, individuals/persons operating as agents and licensed as officials:

1. Registration Statements pursuant to the Foreign Agents Registration Act of 1938

2. Their Anti-bribery Statements required as per the Foreign Corrupt Practices Act of 1977 Title 15 Commerce and Trade

3. Their Oaths of Office

4. Their Bonds

5. [Regarding Flagstar Bank and its affiliates, Matrix Financial Services Corporation and its affiliates, and Loancare, LLC and



Rhashea Lynn Harmon-El                                    February 19, 2019
Right to Know Request
Page 2

its affiliates, E and E Financial, Inc.]...any and all public
records and documents...

A full and complete search pursuant to the requirements of the RTKL has been conducted.
Each request is addressed separately below.

## REQUEST #1

### No Records Found

The records you have requested—registration statements—do not exist as records of this
agency and we are not required to create records that do not exist. 65 P.S. §67.705. *Moore v.
Office of Open Records*, 992 A.2d 907 (Pa. Cmwlth. 2010). It should be noted that it is not a denial
of access when an agency does not have possession, custody or control of a record and there is no
legal obligation to obtain such record. 65 P.S. §67.506(d)(1). However, if you choose to interpret
this letter as a denial, you may file an appeal as indicated below.

### Request Misdirected

This request is also deemed to be misdirected. Based on our review of your requested
documentation, it appears that the United States Department of Justice may possess such
information, not the Pennsylvania Office of Attorney General.

You may want to contact the United States Department of Justice for any assistance they
can provide to you in this matter. Correspondence may be sent to:

Kevin Krebs, Assistant Director, FOIA
Executive Office for U.S. Attorneys
Department of Justice
175 N Street, NE, Suite 5.400
Washington, DC  20530-0001

## REQUESTS #2 & #5

### No Records Found

A search was conducted for anti-bribery statements, as well as for public records
concerning Flagstar Bank and its affiliates, Matrix Financial Services Corporation and its affiliates,
and Loancare, LLC and its affiliates, E and E Financial, Inc. Based upon our search, it has been
determined that the requested records for both of these requests do not exist as records of this
agency and we are not required to create records that do not exist. 65 P.S. §67.705. *Moore v.
Office of Open Records*, 992 A.2d 907 (Pa. Cmwlth. 2010). It should be noted that it is not a denial
of access when an agency does not have possession, custody or control of a record and there is no
legal obligation to obtain such record. 65 P.S. §67.506(d)(1). However, if you choose to interpret
this letter as a denial, you may file an appeal as indicated below.

Rhashea Lynn Harmon-El                                        February 19, 2019
Right to Know Request
Page 3

## REQUEST #3

Your request for "their Oaths of Office" is granted in part and not granted in part.  It is granted as to the Attorney General of Pennsylvania.  A copy of the Attorney General's Constitutional Oath of Office has been granted (1 page).  The requested record has been attached to this letter and has been bates-stamped RTK-2019-041-000001.

However, as to the other names on your list, those records do not exist as records of this agency and we are not required to create records that do not exist. 65 P.S. §67.705.  *Moore v. Office of Open Records*, 992 A.2d 907 (Pa. Cmwlth. 2010). It should be noted that it is not a denial of access when an agency does not have possession, custody or control of a record and there is no legal obligation to obtain such record. 65 P.S. §67.506(d)(1).  However, if you choose to interpret this letter as a denial, you may file an appeal as indicated below.

## REQUEST #4

### Granted

Your request for "their Bonds" is granted in part and not granted in part.  It is granted as to the Attorney General of Pennsylvania. A copy of the Attorney General's Bond of Office has been granted (3 pages).  The requested record has been attached to this letter and has been bates-stamped RTK-2019-041-000002 to RTK-2019-041-000004.

However, as to the other names on your list, those records do not exist as records of this agency and we are not required to create records that do not exist.  65 P.S. §67.705.  *Moore v. Office of Open Records*, 992 A.2d 907 (Pa. Cmwlth. 2010). It should be noted that it is not a denial of access when an agency does not have possession, custody or control of a record and there is no legal obligation to obtain such record.  65 P.S. §67.506(d)(1).  However, if you choose to interpret this letter as a denial, you may file an appeal as indicated below.

## CONCLUSION

For the above reasons, your request has been granted in part, not granted in part.  We trust that this response addresses the intent of your request.

## RIGHT TO APPEAL

BY PROVIDING THIS RESPONSE, THE OFFICE OF ATTORNEY GENERAL HAS SATISFIED ITS OBLIGATION TO RESPOND TO YOUR REQUEST.  SHOULD YOU WISH TO CHALLENGE THIS RESPONSE UNDER THE RTKL, YOU MUST FILE AN APPEAL WITH THE RIGHT TO KNOW APPEALS OFFICER OF THE PENNSYLVANIA OFFICE OF ATTORNEY GENERAL, WITHIN FIFTEEN (15) BUSINESS DAYS OF THE MAILING DATE OF THIS LETTER.  YOUR APPEAL MUST INCLUDE A COPY OF YOUR ORIGINAL

Rhashea Lynn Harmon-El                                February 19, 2019
Right to Know Request
Page 4

REQUEST AND THIS AGENCY'S RESPONSE, STATE THE GROUNDS UPON WHICH
YOU CLAIM YOUR REQUEST SHOULD NOT HAVE BEEN DENIED AND ADDRESS ALL
REASONS STATED BY THIS AGENCY FOR ITS DENIAL OF YOUR REQUEST. FAILURE
TO FOLLOW THESE INSTRUCTIONS MAY RESULT IN DISMISSAL OF YOUR APPEAL.
YOUR APPEAL MUST BE SENT TO THE FOLLOWING:

> RIGHT TO KNOW APPEALS OFFICER
> OFFICE OF ATTORNEY GENERAL
> CIVIL LITIGATION SECTION
> 15TH FLOOR STRAWBERRY SQUARE
> HARRISBURG, PA  17120

Please note that this response is being sent from an unmonitored e-mail address.  Do not
reply to this e-mail.

Sincerely,

Sharon K. Rogers
Deputy Attorney General
Right to Know Officer

SKR:mae
2019-041
Attachments



UNITED STATES POSTAL INSPECTION SERVICE

OFFICE OF COUNSEL

February 22, 2019

Ms. Rhashea Lynn Harmon-El
Private Lawyer and Counselor in Law
RLH Ma'at Law & The Rights of Indigenous Peoples
1315 Walnut Street, Suite 320
Philadelphia, PA 19107-4701

RE: FOIA No. 2019-FPIS-00161

Dear Ms. Harmon-El:

This letter is to acknowledge receipt of your letter dated February 13, 2019, and received in this office on February 19, 2019, in which you requested, pursuant to the Freedom of Information Act, access to records pertaining to any federal violations involving the utilization of our logistical services involving, Matrix Financial Services Corporation, FlagStar Bank, LoanCare, LLC, and E & E Financial, Inc.

It appears that you are requesting information concerning banks that may have fraudulently made loans to individuals. This type of information does not fall under our jurisdiction. It is also not clear what you mean when you refer to the "federal violations involving the utilization of our agency's logistical services". The FOIA (5 U.S.C. 552(a)(3)(A)) requires the requester to reasonably describe the records being sought. A description is considered reasonable if it permits an agency employee who is familiar with the subject area to locate the requested records with a "reasonable" amount of effort. At this time, we are unable to assist you with your request. If in a future request, you can be more specific about the documents you are seeking, we will be glad to assist you.

If you have any questions regarding the handling of your request, please contact the Inspection Service FOIA Requester Service Center at (202) 268-7004 between the hours of 8:30 a.m. – 5 p.m. (Eastern Standard Time) or by email at FOIA@uspis.gov.

If you consider this response to be a denial of your request for records, you have the right to appeal this response by writing to the General Counsel, U.S. Postal Service, 475 L'Enfant Plaza, SW, Washington, DC 20260-1135, within 90 days of the date of this response letter or via email at FOIAAppeal@usps.gov. Your appeal must be postmarked or electronically transmitted within 90 days of the date of the response to your request. The letter of appeal should include: (1) A copy of the request, any notification of denial or other action, and any other related correspondence; (2) The FOIA tracking number assigned to the request; (3) A statement of the action, or failure to act, from which the appeal is taken; (4) A statement identifying the specific redactions to responsive records that you are challenging; (5) A statement of the relief sought; and (6) A statement of the reasons why you believe the action or failure to act is erroneous.



-2-

Additionally, you may contact the Office of Government Information Services (OGIS) which was created to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways: write to the Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, MD 20740-6001; email to ogis@nara.gov; call (202) 741-5770 (toll-free (877) 684-6448); fax to 202-741-5769.

Sincerely,

Kietta T. Lockerman
FOIA Analyst

V1 WBCD LOAN # 503182676

present or future laws providing for stay of execution, extension of time, exemption from attachment, levy and sale, and homestead exemption.

**25. Reinstatement Period.** Borrower's time to reinstate provided in Section 19 shall extend to one hour prior to the commencement of bidding at a sheriff's sale or other sale pursuant to this Security Instrument.

**26. Purchase Money Mortgage.** If any of the debt secured by this Security Instrument is lent to Borrower to acquire title to the Property, this Security Instrument shall be a purchase money mortgage.

**27. Interest Rate After Judgment.** Borrower agrees that the interest rate payable after a judgment is entered on the Note or in an action of mortgage foreclosure shall be the rate payable from time to time under the Note.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

_____      _____(Seal)
VERA L. JONES                        MAY E. MCCLOUD

Commonwealth of PENNSYLVANIA
County of PHILADELPHIA

On this, the 14 day of April 2011 before me, _____, the undersigned officer, personally appeared May E McCloud & Vera L Jones known to me (or satisfactorily proven) to be the person whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

My commission expires: 1/20/14      _____

                                      Notary public
                                 Title of Officer

```
NOTARIAL SEAL
YELENA SHGUR
Notary Public
LOWER MORELAND TWP., MONTGOMERY COUNTY
My Commission Expires Jan 20, 2014
```

Certificate of Residence
I, The subscriber do hereby certify that the correct address of the within-named Mortgagee is 5151 CORPORATE DR, TROY, MI 48098-2639

Witness my hand this 14 day of April 2011

_____
Agent of Mortgage

PENNSYLVANIA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT Form 3039 1/01
Online Documents, Inc.                    Page 13 of 13                   PAEDEDL 1011
                                                          04-13-2011 14:00



Case ID: 18120106

V1 WBCD LOAN # 503182676

present or future laws providing for stay of execution, extension of time, exemption from attachment, levy and sale, and homestead exemption.

25. Reinstatement Period. Borrower's time to reinstate provided in Section 19 shall extend to one hour prior to the commencement of bidding at a sheriff's sale or other sale pursuant to this Security Instrument.

26. Purchase Money Mortgage. If any of the debt secured by this Security Instrument is lent to Borrower to acquire title to the Property, this Security Instrument shall be a purchase money mortgage.

27. Interest Rate After Judgment. Borrower agrees that the interest rate payable after a judgment is entered on the Note or in an action of mortgage foreclosure shall be the rate payable from time to time under the Note.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

_____
VERA L. JONES

_____(Seal)
MAY E. MCCLOUD

Commonwealth of PENNSYLVANIA
County of PHILADELPHIA

On this, the 14 day of April 2011 before me, the undersigned officer, personally appeared

MAYE E. MCCLOUD

known to me (or satisfactorily proven) to be the person whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

My commission expires: 1/20/14

_____
Title of Officer: Notary Public

NOTARIAL SEAL
YELENA SHIGUR
Notary Public
LOWER MORELAND TWP., MONTGOMERY COUNTY
My Commission Expires Jan 20, 2014

Certificate of Residence

I, The Subscriber do hereby certify that the correct address of the within-named Mortgagee is 5151 CORPORATE DR, TROY, MI  48098-2639

Witness my hand this 14 day of April 2011

_____
Agent of Mortgagee

PENNSYLVANIA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT Form 3039 1/01
Online Documents, Inc.                    Page 13 of 13                         PAEDEDL 1011
                                                                                04-13-2011 14:00





www.sunfederalcu.org

March 17, 2017

To whom it may concern:

This letter is to verify that the Sun Federal Account number 1030066 did not receive a deposit the entire year of 2011 over $1000. She did not receive a deposit for the amount of $30,000 or the amount $70,000. This information is to be used for the purposes of verifying funds deposited.

Sincerely,

Courtney Gray
Sun Support Specialist
1625 Holland Rd
Maumee, OH 43537
(419) 893-2170 ext. 7953

```
STMT   1030066-75S  MC CLOUD/MAY E              01/10/17 09:08 AM  BR:0002
BEG DATE: 12/01/16  CLOSE DATE: 01/10/17
ENTRY DT  PRCHS DT  TRAN DESC                        AMOUNT   BALANCE
12/01/16  12/01/16  OPM1 TREAS 310        -XXCIV SERV  1327.51  1401.26
12/01/16  12/01/16  (WMRX)                             -500.00   901.26
12/02/16  12/02/16  SSA  TREAS 310        -XXSOC        164.00  1065.26
12/09/16  12/09/16  THE VITAMIN SHO 1701 CHESTER STREET P  -9.17  1056.09
12/10/16  12/10/16  PNC BANK      16 & MARKET        P  -100.00   956.09
12/10/16  12/10/16  THE HOME DEPOT  2200 OREGON AVE   P    -9.96   946.13
12/12/16  12/12/16  CONTINENTAL LIFE          -DRAFT    -19.98   926.15
12/12/16  12/12/16  THE HOME DEPOT  2200 OREGON AVE   P  -257.94   668.21
12/13/16  12/13/16  CTY/PHIL - WATER          -ZIPCHE   -31.64   636.57
12/14/16  12/13/16  CVS/PHARMACY #01064 PHILADELPHIA  P   -12.67   623.90
12/15/16  12/15/16  SHARE DRAFT #   3365              -100.00   523.90
12/16/16  12/16/16  Bravo PA               -406107    -18.80   505.10
12/16/16  12/16/16  PGW WEBPAY             -UTILIT     -84.00   421.10
12/22/16  12/22/16  (WMRX)                             300.00   721.10
12/22/16  12/22/16  SHARE DRAFT #   3366             -109.93   611.17
12/25/16  12/24/16  HAB*HABAND VIP PLUS 855-2267051  N  -14.97   596.20
12/29/16  12/29/16  SHARE DRAFT #   3367             -524.00    72.20
01/03/17  01/03/17  OPM1 TREAS 310        -XXCIV SERV  1331.51  1403.71
01/03/17  01/03/17  SSA  TREAS 310        -XXSOC        164.00  1567.71
01/03/17  01/03/17  PECOENERGY             -UTIL_B     -18.00  1549.71
01/05/17  01/05/17  (WMRX)                             -300.00  1249.71
01/10/17  01/10/17  CONTINENTAL MUTU          -DRAFT   -110.00  1139.71
01/10/17  01/10/17  CONTINENTAL LIFE          -DRAFT    -19.98  1119.73
01/10/17  01/10/17  (WMRX)                             -300.00   819.73
     *END OF LIST*
```

Print                                        Close



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

BUREAU OF CONSUMER PROTECTION
21 South 12th Street, 2nd Floor
Philadelphia, Pennsylvania 19107
215-560-2414
April 27, 2017

May E. McCloud
1818 S. Alden Street
Philadelphia, PA  19143

      Re:   Flagstar Bank
           BCP-17-05-C00815

Dear Ms. McCloud:

     The Bureau of Consumer Protection has attempted to resolve your complaint against Flagstar Bank through mediation.  Our mediation efforts included a review of the information you provided to our office and relevant background information, letters to the business and other communications with the company.  Despite these efforts we have not been able to resolve this matter and have reached an impasse.  Further attempts at mediation would not be productive.

     We regret that we are unable to proceed further with this matter on your behalf.  However, there are other options available to you.  Should you decide to pursue this complaint, you may wish to consult an attorney or file a complaint with your magisterial district judge.  Magisterial district courts do have restrictions on the amount of money that can be recovered in such actions.  We have enclosed relevant information on these proceedings for your review.  If the amount at issue in your complaint is above the monetary limit, private legal counsel may be able to file an action on your behalf in the Court of Common Pleas.

     If you wish to discuss this matter, please feel free to contact me.  A copy of your complaint will remain on file for possible future reference.  On behalf of the Office of Attorney General, thank you for bringing this matter to our attention.

                           Very truly yours,

                           Dana L. Price
                           Agent

dlp
Enclosure
26A



**pennsylvania**
DEPARTMENT OF BANKING
AND SECURITIES

June 6, 2017

Ms. Rhashea Harmon El, Esquire
PO Box 7446
Philadelphia, PA 19101

Dear Ms. Harmon El:

Thank you for contacting the Pennsylvania Department of Banking and Securities ("Department") on behalf of your clients, Ms. May McCloud and Ms. Vera Lynn Jones regarding issues they are experiencing with Flagstar Bank ("Flagstar"). You claim that Flagstar, Agents, and/or subsidiary or parallel agencies have incessantly contacted your clients. You state that Flagstar has been informed on several occasions that Ms. McCloud has progressive dementia and that all of her affairs have been ordered by the Orphans Court in Philadelphia, Pennsylvania to be handled by Ms. Jones. Additionally, you requested documentation that your client's mortgage is lawful for the property located at 1361 S. 46th Street, Philadelphia, PA 19143.

In an effort to assist you, I forwarded a copy of your correspondence to Mr. Eric Morris, Mortgage Resolution Supervisor at LoanCare, LLC. On June 5, 2017, I received a response from Mr. Michael Swain, Executive Response Team in the Office of the President at Flagstar. A copy of the response is enclosed for your convenience.

According to Mr. Swain, Flagstar is the current servicer of Ms. McCloud's loan. A copy of the Note, Deed of Trust, and Payment history are enclosed as you have requested. Ms. McCloud's loan was established with an escrow account. When Flagstar receives her tax and insurance bills, funds are disbursed from the escrow account on her behalf. Flagstar has provided the enclosed copy of the most recent escrow analysis statement as well as a copy of the insurance policy declaration page from Continental Mutual Insurance Company. The disbursement and policy amounts match and represent the true and accurate amount Flagstar paid on Ms. McCloud's behalf. If Ms. McCloud has obtained a new policy, they encourage her to mail a copy of the policy, so they can update the account and potentially adjust the payment.

On March 7, 2016, the mailing address of record was updated on the account. Flagstar has removed both the property address and mailing address from future marketing campaign lists. Ms. Vera Jones, Ms. McCloud's authorized representative, indicated in her correspondence the RLH Ma'at Law is currently representing Ms. McCloud. As such, unless they receive authorization in writing, they are only permitted to speak with RLH Ma'at Law and the disclosure of the account information should be provided to RLH Ma'at Law accordingly.


**pennsylvania**
DEPARTMENT OF BANKING
AND SECURITIES

Ms. Rhashea Harmon El, Esquire
June 6, 2017
Page 2


I trust that the response addresses your concerns.


Very truly yours,

Crystal Dietrich
Consumer Services Specialist

Enclosure(s)

cc:  Mr. Michael Swain, Flagstar Bank

Vera L. Jones
1361 South 46th Street
Philadelphia, PA  19143-3827

AOPC 1231A   Rev.10/26/2017

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

May E. McCloud and                          :
Vera L. Jones, in propria                   :
persona,                                    :
                    Petitioners             :
                                            :
          v.                                :
                                            :
The First Judicial District of              :
Pennsylvania, Office of Judicial Records:
For Filing (Agents and Agencies),           :
                    Respondent              :      No. 475 M.D. 2017


**PER CURIAM**              **O R D E R**

      NOW, October 25, 2017, petitioners' "Pa. R.[A.]P. 123 Application for Relief for Mandate and [Injunction] To Cease Obstructing Access To Filing Documents in Court and Pa.R.[A.]P. 1531 Special Relief," shall be regarded and acted upon as a petition for review addressed to our original jurisdiction. *See* 42 Pa. C.S. §761.

      Petitioners shall pay this Court's $65.50 filing fee within fourteen (14) days of the date of this Order, or the petition shall be dismissed as of course.

Certified from the Record

OCT 2 6 2017

And Order Exit

  

# The Rights of Indigenous Peoples' - Law Offices

## ~Enforcing the Rights of Indigenous Peoples~

P.O. Box 7446, Philadelphia Territory, Pennsylvania Commonwealth Zip Exempt [07-9998]

Phone: 267.312.7322, Facsimile: 1888.696.0367

**~NOTICE TO PRINCIPAL IS NOTICE TO AGENT,**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL~**

To the Clerk of the Commonwealth Court:

Attached please find **PRELIMINARY OBJECTIONS** that were submitted for filing in the Court of Common Pleas of Philadelphia County, and were unlawfully refused and rejected upon filing, due to arbitrary and erroneous personal reasons.

Additionally, as a result of the Clerk's refusal to file the enclosed, additionally, please find the **Pa.R.C.P. 123 Application for Special Relief to File the Preliminary Objections.**

In the event that there is some trickery utilized to prevent both these documents from being received and honored by the Court of Common Pleas here in Philadelphia Territory, Pennsylvania Commonwealth, we request your intervention and decision by way of decree so that we may fulfill our honor by responding to the Complaint that was filed against us presumably on August 21, 2017.

Additionally, we wish to file suit against the violators of our fundamental constitutional rights to have access to the Courts. Please permit the enclosed to represent our petition as a claim that we are asserting against those who have intended us harm.

We thank you for your attention to this matter.

In Justice.

Submitted in Honor,

Without Prejudice

By: _____

Autograph of Vera-L. :Jones:
*In Propria Persona*
**Beneficiary of the Be Kind and Unified Indigenous Foreign Private Family Trust and
Plenary Guardian of May-E. :McCloud:
Beneficiary of the Be Kind and Unified Indigenous Foreign Private Family Trust**

| | |
|---|---|
| :MAY-E. MCCLOUD:<br>1361 SOUTH 46TH STREET<br>PHILADELPHIA, PA 19143-3827<br><br>-AND-<br><br><br>:VERA-L. JONES: *in propria persona*<br>1361 SOUTH 46TH STREET<br>PHILADELPHIA, PA 19143-3827<br><br>   v.<br><br>THE FIRST JUDICIAL DISTRICT OF<br>PENNSYLVANIA, OFFICE OF<br>JUDICIAL RECORDS FOR FILING<br>(AGENTS and AGENCIES)<br>Room 284, City Hall<br>PHILADELPHIA, PENNSYLVANIA<br>COMMONWEALTH 19107<br><br>MATRIX FINANCIAL SERVICES<br>CORPORATION<br>5151 CORPORATE DRIVE<br>TROY, MI 48098<br><br>PHELAN, HALLINAN DIAMOND &<br>JONES, LLP<br>1617 JFK BOULEVARD, SUITE 1400<br>ONE PENN CENTER PLAZA<br>PHILADELPHIA, PA 19103 | IN THE COMMONWEALTH COURT OF<br>PENNSYLVANIA<br><br>CIVIL DIVISION – LAW<br><br>DOCKET NO.<br><br>475 MD2017 |

## ORDER

AND NOW, this _____ day of _____, 2017, upon acceptance, comprehension and consideration of the APPLICATION FOR RELIEF of beneficiaries of the LODIAL *RES* known as 1361 S. 46th Street, Colonial territorial designation: Philadelphia, Pennsylvania 19143, it is hereby ORDERED and DECREED that the

APPLICATION FOR RELIEF is GRANTED and Respondents PRELIMINARY
OBJECTIONS submitted September 11, 2017 will be DOCKED and FILED retroactively to
the initial submission.

By THE COURT:

_____
J.

:MAY-E. MCCLOUD:
1361 SOUTH 46TH STREET
PHILADELPHIA, PA 19143-3827

-AND-


:VERA-L. JONES: *in propria persona*
1361 SOUTH 46TH STREET
PHILADELPHIA, PA 19143-3827

    v.

THE FIRST JUDICIAL DISTRICT OF
PENNSYLVANIA, OFFICE OF
JUDICIAL RECORDS FOR FILING
(AGENTS and AGENCIES)
Room 284, City Hall
PHILADELPHIA, PENNSYLVANIA
COMMONWEALTH 19107

MATRIX FINANCIAL SERVICES
CORPORATION
5151 CORPORATE DRIVE
TROY, MI 48098

PHELAN, HALLINAN DIAMOND &
JONES, LLP
1617 JFK BOULEVARD, SUITE 1400
ONE PENN CENTER PLAZA
PHILADELPHIA, PA 19103

IN THE COMMONWEALTH COURT OF
PENNSYLVANIA

CIVIL DIVISION – LAW

DOCKET NO.

475 MD2017



Pa. R.C.P. 123 APPLICATION FOR RELIEF FOR MANDATE AND INJUCTION TO
CEASE OBSTRUCTING ACCESS TO FILING DOCUMENTS IN COURT

AND

Pa.R.C.P. 1531 SPECIAL RELIEF

Filed: 09/15/2017

**~FACTUAL HISTORY~**

1. On September 11, 2017, at 1:15 p.m. :Vera-L. Jones: in *propria persona* and as the *plenary* legal guardian of :May-E. McCloud: filed **PRELIMINARY OBJECTIONS** to **MATRIX FINANCIAL SERVICES CORPORATION COMPLAINT FOR FORECLOSURE.**

2. On September 12, 2017 at 12:32 p.m. a Notice rejecting the **PRELIMINARY OBJECTIONS** was received noting the following reason:

   **"MEMORANDUM OF LAW MISSING. 215.686.6645 ADRIANA"**

3. On September 12, 2017, on behalf of Respondents, :R.Lynn-Harmon El:, Esq. contacted Adriana at 215.686.6645 and informed her that a Memorandum of Law followed the Background section of the Preliminary objections and followed the Standard for Preliminary Objections.

4. On September 12, 2017, :R.Lynn-Harmon El:, Esq. was informed that it had to be refiled, because after it was rejected there was "nothing" they could do.

5. On September 12, 2017, :R.Lynn-Harmon El:, contacted Vera L. Jones and informed her of the questionable *mistake* made by the Judicial Filing Office and noted that the document required refiling.

6. On September 12, 2017, at 5:24 p.m PRELIMINARY OBJECTIONS were refiled with Office of Judicial Records for Filing with MEMORANDUM OF LAW hand written above the STANDARD FOR PRELIMINARY OBJECTIONS.

7. On September 13, 2017, at 10:43 a.m., a Notice rejecting the PRELIMINARY OBJECTIONS was received *again* noting the following reason:

   **"MEMORANDUM OF LAW MISSING. 215.686.6645 ADRIANA"**

8. On September 13, 2017, at 10:49 a.m. on behalf of Respondents,: R.Lynn-Harmon El:, Esq. contacted Adriana at 215.686.6645 *again* and inquired why the documents were rejected again for the second time after the conversation yesterday and was placed on hold for longer than 5 mins.

9. After approximately 7 minutes, Adrian returned to the phone and informed: R.Lynn-Harmon El:, Esq., that she needed to talk to her manager and her the phone number.

10. :R.Lynn-Harmon El:, Esq., provided Adriana with her phone number and inquired what the issue was if the MEMORANDUM OF LAW was attached, demanding answers.

11. Adriana became belligerent and hung up the phone.

12. :R.Lynn-Harmon El:, Esq., at 11:09 a.m. phoned the Office of Judicial Records for filing again, and informed the receiver that she wanted to speak to someone who was in charge. The service administrative clerk again hung up the phone.

13. At 11:14 a.m., :R.Lynn-Harmon El:, Esq. received a return call from a Clerk who called himself Chris Sorte. Because he could speak, :R.Lynn-Harmon El:, Esq., assumed he was a living man and not a person.

14. Chris Sorte proceeded to inquire about the document:

   a. "who are you?"
   b. "Do you represent the Respondent?"
   c. "Who is the person filing the document?"
   d. "Why did she file using May McCloud's efiling account?"

15. :R.Lynn-Harmon El:, Esq., comprehending the situation, inquired why Chris Sorte was asking these questions and informed him that such questions had never been presented to her in the past, and that his job as a clerk is to file documents and not interrogate people concerning the documents they are filing. If there is an issue concerning the identity of the

filing Respondents then that is for opposing counsel to deal with and raise through filing objections to the objections presented.[2]

16. Chris Sorte responded saying something to the effect of "we have to [scrutinize] the documents and make sure they are correct".

17. At that time, :R.Lynn-Harmon El:, Esq., inquired whether Chris Sorte and the rest of the clerks were colluding and involved in the foreclosure schemes taking place in Philadelphia and was this a strategic method for them to refuse people who were not aware of the law from filing responses?

18. Chris Sorte, became belligerent like Ms. Adriana and said 'I see I cannot get a word in edge wise…" and attempted to withdraw like a defeated wounded animal.

19. :R.Lynn-Harmon El:, Esq. , responded "you said a mouthful asking all those questions; what is going on here?"

20. Chris Sorte, withdrawing from the conversation, offered for: R.Lynn-Harmon El:, Esq., to contact Steven Wilker at 215.686.8326.

21. At this time, :R.Lynn-Harmon El:, Esq., informed Chris Sorte that she was contacting the media and that she was coming down to City Hall to address this matter in person and that there was no point in continuing the conversation over the phone.

22. However, weighting her options, and opting against wasting precious time and energy to fight the criminals working for and involved in the collusion involving the plague of unlawful foreclosures, :R.Lynn-Harmon El:, Esq., decided to file this herein, **APPLICATION FOR RELIEF FOR AN INJUCTION** so that Respondents could file

---

[2] Chapter 27 Office of the Clerk of the Court of Common Pleas §2737.   Powers and duties of the office of the prothonotary.

Responses, which is their God Given Right and therefore a fundamental constitutional right,.

23. Additionally, the herein **SPECIAL RELIEF** is filed because of the Clerks' arbitrary and capricious actions and obstructive and abusive acts to Justice.

24. Additionally, further **SPECIAL RELIEF** is filed against the vile and preying agents, dispossessing the elderly, living men and living women, lacking knowledge about their rights, and particularly the autochthonous[3] aka the true American[4] people of America, and removing them from their homes through acts of FRAUD, CORRUPT, and DECEPTIVE and TRICKERY practices.

### ~GROUNDS FOR RELIEF~
### ~GROUND (1)~
### Federal Constitutional Bill of Rights Violations 1, 4, and 5

Arbitrary and prejudicial decisions in the Office of Judicial Filing that prevent men and women from filing Responsive Pleadings under a surreptitious reasoning will cause irreparable harm and is a direct violation of the Constitution for the United States, First Amendment Right to "petition the government for a redress of grievances" and face one's accuser.

Here in the current matter, Respondents are being denied a right to timely respond to a Complaint involving a foreclosure matter.

---

[3] Autochthonous: of an inhabitant of a place) indigenous rather than descended from migrants or colonists. Cited at:
https://www.google.com/search?q=autochthonous&rlz=1C1CHBF_enUS729US729&oq=autochthonous&aqs=chrome..69i57j69l3j216j60l3j3j2.3653j17j8sourceid=chrome&ie=UTF-8. Last visited 9.15.2017.
[4] American: noun A native of America; originally applied to the aboriginals, or copper-colored races, found here by the Europeans; but now applied to the descendants of Europeans born in America. The American Dictionary of the English Language, Webster's Dictionary 1828 Online Edition.

An erroneous and untruthful claim by the Clerks in the Philadelphia Office of Judicial Filings, who have determined that if it is their sole authority and right to prevent Respondents from responding to the Complaint or at least creating an undue burden upon them to litigate their matter by causing the matter to be filed late, through insisting that the MEMORANDUM OF LAW was not filed along with the PRELIMINARY OBJECTIONS, twice when PRELIMINARY OBJECTIONS were filed against a Corporate Foreclosing vulture, is the intentional act directly causing Respondents' rights to be violated.

Further, the obstruction of justice is also a Constitutional violation of Respondents' 5th Amendment right to Protect her property.

Respondents' Res has been conveyed to a Private International Foreign Family Trust and regardless of whether they remain the owner or beneficiaries, they each maintain a property interest in the property that Plaintiffs are alleging they now own with a trick of the pen and ink on paper asserting such a claim.⁵, Any interference by the Clerk's office to impede, block, and prevent Respondents from filing their response in unlawful and creates irreparable harm that freezes the mind and heart when one is in the position of losing their home.

Further, and more specifically, the collusive RICO acts of the Clerks is a violation of Respondents' Federal and Commonwealth Constitutional rights, which most importantly effects their fundamental right to have access to the Courts.

This very violation by agents employed by the subsidiary of the Charter of Philadelphia to the Patent United States Corporation, have caused Respondents to miss their filing deadline, according

---

⁵ Claim is defined as: "To demand as one's own; to assert. To claim; to urge; to insist. See, Black's Law Dictionary, Revised Fourth Edition, Henry Campbell Black, M.A., 313 (West Publishing Co., 1968)

to the alleged mail box dispatch date of the Complaint, as indicated in the Order granting alternative service attached to the Complaint.

Further, due to the growing number of Indigenous People filing claims to protect their rights in the courts of the colonial occupiers, the situation has become one wherein the Indigenous People's situation is very similar to prisoners who have been locked away and are dealing with obstructions and access to Court by the prison officials.

This herein, is the initial grounds for relief for which Respondents are entitled both an **ORDER** to filed a response against **SPECIAL RELIEF**.

## ~GROUND (2)~
### Violation of Federal Rules of Civil Procedure 5(d)(4):

*Acceptance by the Clerk.* The clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice.

When **PRELIMINARY OBJECTIONS** were initially filed on September 11, 2017 and the reason for the rejection was explicitly indicated as being for **MEMORANDUM OF LAW** missing, it was explained to agent Adriana that the Memorandum of Law was attached and that perhaps the *title* identifying such was missing, but it was included.

Unfortunately, the very next day, subsequent to resubmitting with **MEMORANDUM OF LAW** hand written, a second rejection occurred for the very same reason and the very same person, and when questioned about the reason, the clerks failed to provide a valid and lawful reason.

Therefore, it is unequivocally clear that the Clerks in collusion refused to file a document solely because it did not fit some prescribed form or response for which they personally wanted Respondents to adhere.

The actions of the Clerks' Office is unconstitutional and a direct violation and obstruction of Respondents' rights, and not to mention criminal.

~GROUND (3)~

Pa.RCP 1028 Preliminary Objections:

(c)(2) The court shall determine promptly all preliminary objections. If an issue of fact is raised, the court shall consider evidence by depositions or otherwise.

(d )If the preliminary objections are overruled, the objecting party shall have the right to plead over within twenty days after notice of the order or within such other time as the court shall fix.

Nowhere in the statute does the statute instill the Clerk's filing office or Agents of the Clerk's office with the authority to determine whether preliminary objections or any other documents are fit to be filed in the Office of Judicial Filings and therefore bestow the inherent power of making arbitrary decisions regarding the validity of whether the filing reasons are valid or even properly briefed in a Memorandum of Law.

The Clerks are clearly in violation as they are acting arbitrarily and contrary to what their positions entail.

It is certain here, however, that Respondents were sued by an entity alleging status to sue on an alleged contract that they never produced and internationally threatened to dispossess a woman with Dementia of her fully paid home and it appears from the questions posed, upon inquiry for the reasons for the rejection that the Clerks collusively, were expecting for May McCloud to not be able to respond, perhaps because they were already aware of her fragile and infirm status.

For example: Upon the questioning by Chris Sorte, "who are you?" and why is "Vera L. Jones" filing under May McCloud's online filing is very suspect considering the questionable situations

concerning how so many people who are of Indigenous status, known as Black people by the colonial occupiers, are once again losing their homes and property, just as they did when the settlers first arrived and because quite comfortable with the land which they were determined to take for themselves. This very particular issue is the same evil that substantially is plaguing the Indigenous population as a whole and particularly the elderly who are quite often unable to protect themselves due to lack of knowledge and/or lack of finances.

Further, regardless of whether a clerk agrees with the historical analysis of what truly happened to the true Indigenous Americans here in America, such personal beliefs should not and must not effect the Clerk's job as an agent and present himself or herself, as a barrier to filing responses or any document in Court, when that right is so fundamental to the constitutional makeup of the system that it assists in providing the Clerks with employment and the very jobs they have and obviously take for granted.

Again, in the imminently pending case here, (a foreclosure matter) for which many government workers are involved in the criminal enterprise, we have an elderly woman with Dementia who has been declared by the occupying colonial system, through its agent Clerks, to be found to possess "dementia which totally impairs her capacity to receive and evaluate information effectively and to make and communicate decisions concerning management of her financial affairs or to meet essential requirements for her physical health and safety."[6]

Clearly, the Clerks have violated the rule and were acting under color of authority and therefore have unlawfully denied Respondents' their right to access the courts.

[6] O.C. No. 1459 IV 2018, Control XXXXXX. Additionally, Register the former confidant agency defining to possess a contract with May E. McCloud, was well aware of her infirm condition, which means the Law Firm of Phelan Hallinan Diamond & Jones, LLP had actual knowledge of the  infirm condition of May E. McCloud and safety clues to direct their attention on May E. McCloud.

## ~GROUND( 4)~

### Violation of State Ethics and Public Corruptions Law

Offers, confers or agrees to confer upon another, or solicits, accepts or agrees to accept from another any pecuniary benefit as consideration for the decision, opinion, recommendation, vote or other exercise of discretion as a public servant, party official or voter by the recipient; any benefit as consideration for the decision, vote, recommendation or other exercise of official discretion by the recipient in a judicial, administrative or legislative proceeding; or any benefit as consideration for a violation of a known legal duty as public servant or party official (Bribery in official and political matters).[7]

Here, again as previously mentioned, Philadelphia is facing a fraudulent Foreclosing Housing Plague and the criminal scheme includes various offices in the City colluding within the criminal enterprise, under the guise of a government, to advance the success of the commission of the crime, which recently was proved also to involve certain people in  the District Attorney's Office,

Under the jurisdiction of the United States, Clerks of the Court are considered public servants. Collusively working on behalf of another, such as criminal enterprise functioning as a law firm, to make certain that Respondents did not timely file documents or would not receive proper notice is a violation of a known legal duty that they have to the public in carrying out their agency fiduciary duties.

Further, such acts cause direct harm to Respondents and have led to an increase in the loss of homes people owned and homelessness in Philadelphia.

---

[7] CC 18 §4701 "EC" indicates statutes found in ethics code; "CC" or "PC" indicates statutes found in criminal code.

Respondent in this herein matter, although received questionable service of the Complaint, acted with the intention of Responding to a *Claim*, for which Respondent had a fundamental right to respond by way of accessing the Courts in which the *Claim* was filed.

Here, the Clerks in fact, prevented the filing of the response on two (2) separate dates and listing the same reason and then attempted to cover up the violation through a series of oral interrogatories. It is not the duty of the Clerks' Office to function as Attorneys or Judges or as they so often communicate to the public "give legal advice".

It is a fact, that the Clerks did not expect to be questioned by an attorney or someone who was trained and skilled in the law and who would question their unlawful acts.

These acts committed by the Clerks are a direct violation of the Ethics and Crimes Code for public servants and agents.

~GROUND 5~

**Title 5 Section 702. - Right of review**

"A person suffering a legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof. An action in a court of the United States seeking relief other than money damages and stating a claim that an agency or an officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party. The United States may be named as a defendant in any such action, and a judgment or decree may be entered against the United States: Provided, that any mandatory or injunctive decree shall specify the Federal officer or officers (by name or by title), and their successors in office, personally responsible for compliance. Nothing herein:

(1) affects other limitations on judicial review or the power or

duty of the court to dismiss any action or deny relief on any other

appropriate legal or equitable ground; or

(2) confers authority to grant relief if any other statute that

grants consent to suit expressly or impliedly forbids the relief

which is sought."

Therefore, because the Agents, who are agents of the united States failed to comply with the oaths

and duties of their service to the public, this Court is authorized to decree and mandate that their

unlawful acts cease and also that anyone else in the office shall not interfere with the filing of any

documents by Respondents by decreeing an injunction.

## ~GROUND 6~
### Title 5 Section 706. - Scope of review

"To the extent necessary to decision and when presented, the reviewing court shall decide all

relevant questions of law, interpret constitutional and statutory provisions, and determine the

meaning or applicability of the terms of an agency action. The reviewing court shall -

(1) compel agency action unlawfully withheld or unreasonably delayed; and

(2) hold unlawful and set aside agency action, findings, and conclusions found to be -

(A) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;

(B) contrary to constitutional right, power, privilege, or immunity;

(C) in excess of statutory jurisdiction, authority, or limitations, or short of statutory right;

(D) without observance of procedure required by law;

(E) unsupported by substantial evidence in a case subject to sections 556 and 557 of this title or otherwise reviewed on the record of an agency hearing provided by statute; or

(F) unwarranted by the facts to the extent that the facts are subject to trial de novo by the reviewing court.

In making the foregoing determinations, the court shall review the whole record or those parts of it cited by a party, and due account shall be taken of the rule of prejudicial error."

Here, it is unequivocally clear, that the Clerks acting in concert to obstruct Respondents' Fundamental Right to access the Courts and Timely respond to a Complaint, acted completely as the above statute indicates, which warrants the court before which this APPLICATION FOR RELIEF is presented to correct the unlawful actions and ORDER the Office of Judicial Filings to remove the barriers to accessing the Court and to terminate and charge those agents with violating all the rules as presented in this herein APPLICATION FOR RELIEF.

# ~PRAYER FOR RELIEF~

Respondents prayer for Relief includes and is not limited to:

1) The Court **MANDATING** that the Office of Judicial Filings cease their discriminatory and criminal behavior and **DECREE** an **INJUNCTION** for all obstructions to the Court Cause;

2) **TERMINATION** of all Clerks who have engaged in the collusive criminal activity of blocking access to the Court for the filing of Foreclosure Opposition Documents, which is a clear violation of their employment as public servants and agents of the government;

3) **COMPENSATE** Respondents with compensation that is FAIR and JUST and that will allow Respondents to be made whole by the harm inflicted by the Clerk's unlawful and unethical actions. And

4) Any other justiciable remedy as this Honorable Court decrees on behalf of Respondents.

Honorably Submitted,

Date of Execution: September 14, 2017

Without Prejudice

*:Vera-L. Jones*

*Autograph of: Vera-L. Jones: In Propria Persona;*
*The Authorized Representative, Plenary Guardian of May E. McCloud: Beneficiaries of the Be Kind and Unified Indigenous Foreign Private Family Trust; and Living Woman as Created by the Creator*

*-All Rights Reserved-*

## VERIFICATION

By my autographed hand and seal _____, I verify that the factual statements herein are true, correct and made with ho[...]rding to my knowledge and comprehension.

Respondent-beneficiary _Vera L. Jones_ and Trustee _J. Jones Jrl._ of the Be Kind and Unified Indigenous Foreign Private Family Trust, verify that in accordance with the laws of the Creator and Jus Cogens, that the statements made herein are made with the utmost knowledge and intent to represent **TRUTH** and that it is comprehended that having intentionally being made of the corrupt mind with the intent to commit wicked, deceitful and perjuries and that such actions cause an understanding of the established 18 Pa. C.S. 4904 relating to unsworn falsification.

Honorably Submitted,

Without Prejudice

Date of Execution: September 14, 2017

By: _: Vera-L. Jones :_ _____

*Autograph of: Vera-L. Jones: In Propria Persona;*
*The Authorized Representative, Plenary Guardian of May E. McCloud; Beneficiaries of the Be Kind and Unified Indigenous Foreign Private Family Trust; and Living Woman as Created by the Creator*

*-All Rights Reserved-*

## CERTIFICATE OF SERVICE

By my autograph and seal, and in conformance with the Uniform Postal Act and laws governing by the Uniform Postal Union, I _____, have certified that I have caused a true and correct copy of the APPLICATION FOR SPECIAL RELIEF to was filed on _____ and mailed by the U.S. Postal First Class Mail on _____ to the following persons (entity) or living men or women:

**MATRIX FINANCIAL SERVICES CORPORATION** (1)

**5151 CORPORATE DRIVE**

**TROY, MI 48098**

**-AND-**

**ABIGAIL BRUNNE, ESQUIRE** (2)

**DBA ATTORNEY FOR PLAINTIFF**

**PHELAN HALLINAN LLC**

**1617 JOHN F. KENNEDY BLVD**

**PHILADELPHIA TERRITORY, PENNSYLVANIA COMMONWEALTH 19103**

**-AND-**

**THE OFFICE OF JUDICIAL FILING** (3)

**Room 284, City Hall**

**PHILADELPHIA TERRITORY, PENNSYLVANIA COMMONWEALTH 19107**

Date of Execution: _____     By: _____

Autograph of living man or woman





www.sunfederalcu.org

**People Caring About People**

March 17, 2017

**To whom it may concern:**

This letter is to verify that the Sun Federal Account number 1030066 did not receive a deposit the entire year of 2011 over $1000. She did not receive a deposit for the amount of $30,000 or the amount $70,000. This information is to be used for the purposes of verifying funds deposited.

Sincerely,

**Courtney Gray**
**Sun Support Specialist**
**1625 Holland Rd**
**Maumee, OH 43537**
**(419) 893-2170 ext. 7953**

Fraudulent Mortgage Cause No. 00135316          <u>Docket No: 1785CV000127D</u>

| | | |
|---|---|---|
| In the matter of: | ) | IN THE COURT OF COMMON PLEAS |
| *Ex relatione*, Harold Harris et al. | ) | WORCESTER COUNTY, SUPERIOR COURT |
| vs. | ) | DOCKET NUMBER: 1785CV000127D |
| ANTHONY N. RENZI, et al. | ) | |
| | ) | |
| | ) | |

<u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY
AND NOTICE AND DECLARATION OF NULLIFICATION
AND NOTICE TO CEASE AND DESIST OF ESCHEAT
AND ALL ALIEN PROPERTY FIEFDOM AND FREEHOLDS AND REAL-ESTATES
AND *IN REM* CLAIMS AND COLONIAL RIGHTS TO POSSESSION</u>
~In the Common Law and for the record~

## KNOW ALL MEN BY THESE PRESENTS:

I Harold L. Harris IV ((hereinafter known as 'Principal, competent *Sui Juris*') INITIAL INVESTOR ORIGINAL LENDER, MISNOMER BORROWER) on behalf of my non-*Ens Legis*, living temple, I, **'Principle, competent *Sui Juris'***, do hereby DECLARE all Power of Attorneys by, for and with, these sole and aggregate *Ens Legis*, Corporations, Agencies and Agents, Subsidiaries, Representatives, Employees, Papal Legates known and unknown, listed and unlisted, thereof and herein,  and by which the undersigned Principal constituted attorney for the purpose set forth in said Power of Attorney thru all contracts with the corporations of the "COUNTY OF WORCESTER, INCORPORATED" and the "COMMONWEALTH OF MASSACHUSETTS, INCORPORATED"  and DITECH Financial, LLC BANK, FSB, A FEDERALLY CHARTERED SAVINGS BANK." and the "MASSACHUSETTS BAR ASSOCIATION", "AMERICAN BAR ASSOCIATION"   HOUSING AND URBAN DEVELOPMENT C&L SERVING GROUP to include MASSACHUSETTS  COMMONWEALTH-WORCESTER DISTRICT REGISTRY of  Deeds and Records **WBCD Loan Number: 828127605** with **RECEIPT NUMBER: 7014 1820 0000 1772 8022** and **Deed Document Id. Number: 00135316**, and coded "M" by the Commissioner of Records, Town of HOLDEN Corporation 'Certificate' of Property 'title' and 'Certificate' of Birth where LICENSES ARE VOLUNTARY and CERTIFICATES ARE FORCED by sodomy and through a perversion of the laws and therefore under COLOR OF TITLE and operating under COLOR OF LAW, are:

Fraudulent Mortgage Cause No. 00135316          <u>Docket No: 1785CV000127D</u>

In the matter of:                          )          IN THE COURT OF COMMON PLEAS

                                           )          WORCESTER COUNTY, SUPERIOR COURT

*Ex relatione*, Harold Harris et al.       )          DOCKET NUMBER: 1785CV000127D

vs.                                        )

ANTHONY N. RENZI, et al.                   )

                                           )

                                           )

<u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY</u>
<u>AND NOTICE AND DECLARATION OF NULLIFICATION</u>
<u>AND NOTICE TO CEASE AND DESIST OF ESCHEAT</u>
<u>AND ALL ALIEN PROPERTY FIEFDOM AND FREEHOLDS AND REAL-ESTATES</u>
<u>AND *IN REM* CLAIMS AND COLONIAL RIGHTS TO POSSESSION</u>
~In the Common Law and for the record~

## 𝕰ntirely 𝕬nd 𝖂holly 𝕽evoked, 𝕰xtinguished, 𝕮ancelled, 𝕬nd 𝕹ull 𝕬nd 𝖁oid

𝕬s 𝕯eclared and executed on the date of __11th__ month, __10th__ day in the Lord's year of 2017 A.D., and by Principal, competent *Sui Juris* and with praise to the Greatness and Austerity of our Creator as so named and called differently and known by allative SOCIETIES that came before and exists today in sanguine, through bond, or forced usurpation, and present the following **NOTICE** to those who are connected or functioning in *any* capacity related herein to this fraudulent and Claimed matter:

1) Vatican City and allative Papal City-States and *Papal Legates*
2) The UNITED STATES OF AMERICA, INCORPORATED, its agents and agencies and subsidiary *E Pluribus Unum* states
3) The "COUNTY OF WORCESTER, INCORPORATED"
4) The "WORCESTER COUNTY SHERIFF'S DEPARTMENT, INC." aka "THE WORCESTER COUNTY SHERIFF'S OFFICE"
5) "DITECH FINANCIAL, LLC"
6) The "DEPARTMENT OF URBAN DEVELOPMENT & C&L SERVING CORPORATION"
7) The "DEPARTMENT OF THE UNITED STATES TREASURY, INCORPORATED"
8) The "INTERNAL REVENUE SERVICE, INCORPORATED"
9) The "COMMONWEALTH OF MASSACHUSETTS, INCORPORATED," and ALL ITS, SUB AGENCIES, SUBSIDIARIES BOTH POLITICAL & CONTRACTUAL
10) The "FEDERAL TRADE COMMISSION, INCORPORATED"
11) The "FEDERAL RESERVE, INCORPORATED"
12) The "DEPOSITORY TRUST CORPORATION, INCORPORATED"

Fraudulent Mortgage Cause No. 00135316 <u>Docket No: 1785CV000127D</u>

| | | |
|---|---|---|
| In the matter of: | ) | IN THE COURT OF COMMON PLEAS |
| | | WORCESTER COUNTY, SUPERIOR COURT |
| *Ex relatione*, Harold Harris et al. | ) | DOCKET NUMBER: 1785CV000127D |
| vs. | ) | |
| ANTHONY N. RENZI, et al. | ) | |
| | ) | |
| | ) | |

<u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY
AND NOTICE AND DECLARATION OF NULLIFICATION
AND NOTICE TO CEASE AND DESIST OF ESCHEAT
AND ALL ALIEN PROPERTY FIEFDOM AND FREEHOLDS AND REAL-ESTATES
AND *IN REM* CLAIMS AND COLONIAL RIGHTS TO POSSESSION</u>
~In the Common Law and for the record~

13) The "SECURITIES AND EXCHANGE COMMISSION, INCORPORATED"
14) The "UNITED STATES DEPARTMENT OF TRANSPORTATION"
15) The "AMERICAN BAR ASSOCIATION, INCORPORATED."
16) The "MASSACHUSETTS BAR ASSOCIATION, INCORPORATED."
17) The *Ens Legis* d/b/a "Officers and Directors, Agents, Employees" of "DITECH FINANCIAL LLC"
18) "BANK FOR INTERNATIONAL SETTLEMENTS, INCORPORATED", and
19) The "INTERNATIONAL MONETARY FUND, INCORPORATED".


𝕴𝖙 𝕴𝖘 𝔇𝖊𝖈𝖑𝖆𝖗𝖊𝖉, that any 𝖂𝖆𝖗𝖗𝖆𝖓𝖙, 𝕭𝖎𝖑𝖑, 𝕮𝖔𝖓𝖙𝖗𝖆𝖈𝖙, 𝕬𝖑𝖑𝖊𝖌𝖊𝖉 𝕱𝖎𝖓𝖆𝖓𝖈𝖎𝖆𝖑 𝕺𝖇𝖑𝖎𝖌𝖆𝖙𝖎𝖔𝖓, 𝕺𝖗𝖉𝖊𝖗, 𝕾𝖊𝖈𝖚𝖗𝖎𝖙𝖞, 𝖀𝕮𝕮 or 𝕹𝖔𝖓-𝖀𝕮𝕮 𝕾𝖊𝖈𝖚𝖗𝖎𝖙𝖞 𝕴𝖓𝖙𝖊𝖗𝖊𝖘𝖙𝖘 or 𝕺𝖙𝖍𝖊𝖗 𝕹𝖊𝖌𝖔𝖙𝖎𝖆𝖇𝖑𝖊 𝕴𝖓𝖘𝖙𝖗𝖚𝖒𝖊𝖓𝖙 in lieu of gold or silver as currency or any action against Principal, competent *Sui Juris*, and for any cause, contract, assignment or matter and from anyone other than Principal, competent *Sui Juris* and signed by any man or woman or *Ens Legis*, agent or person and if someone, on behalf of the natural being. signed whether *Ens Legis*, man or woman or agent or person and any other than 'Principal, competent *Sui Juris*' where said 𝕹𝖔𝖙𝖎𝖈𝖊 𝕬𝖓𝖉 𝔇𝖊𝖈𝖑𝖆𝖗𝖆𝖙𝖎𝖔𝖓 𝕺𝖋 𝕽𝖊𝖛𝖔𝖈𝖆𝖙𝖎𝖔𝖓 𝕺𝖋 𝕻𝖔𝖜𝖊𝖗 𝕺𝖋 𝕬𝖙𝖙𝖔𝖗𝖓𝖊𝖞 is made public by publication through submitting and communicating this NOTICE to PAPAL LEGATES, AGENTS, AGENCIES, CORPORATIONS AND SUBSIDIARIIES and all other PROXIES and THIRD PARTIES interjecting, forcibly or otherwise, in this matter and for all matters and allative causal claims directed and related to Principal, competent *Sui Juris*, is NOTICED and NULLIFIED through the perversions of the law through Sodomy, Fraud, Corruption, RICO and all other unnatural criminal acts and is extinguished, canceled and made NULL AND VOID; and

Fraudulent Mortgage Cause No. 00135316          <u>Docket No: 1785CV000127D</u>

| | | |
|---|---|---|
| In the matter of: | ) | IN THE COURT OF COMMON PLEAS |
| | | WORCESTER COUNTY, SUPERIOR COURT |
| *Ex relatione*, Harold Harris et al. | ) | DOCKET NUMBER: 1785CV000127D |
| vs. | ) | |
| ANTHONY N. RENZI, et al. | ) | |
| | ) | |
| | ) | |

<u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY</u>
<u>AND NOTICE AND DECLARATION OF NULLIFICATION</u>
<u>AND NOTICE TO CEASE AND DESIST OF ESCHEAT</u>
<u>AND ALL ALIEN PROPERTY FIEFDOM AND FREEHOLDS AND REAL-ESTATES</u>
<u>AND *IN REM* CLAIMS AND COLONIAL RIGHTS TO POSSESSION</u>
~In the Common Law and for the record~

**Further**, by this **Notice And Declaration Of Nullification** and where all subsequent attempts to contract Principal, competent *Sui Juris,* without consideration of Principal, competent *Sui Juris,* 'Right to Refuse' to contract is 'without full disclosure' and 'just compensation'; and

**Further**, where any copy of alleged written or conjectured "**Warrants**" or "**Orders**" or "**Invoices**" or "**Bills**" or "**Statements**" or "**Debts**" and mailed by United States Postal or posted electronically on a United States' agency's website to Principal, competent *Sui Juris,* is an admission and *prima facie* evidence of **Nullification**.

**Further**, all copies presented by the sodomites and their corrupt institutions assume facts which are not in evidence in the official and authenticated record and in this, or any matter to include any bond or negotiable instrument created as a result of any **Adhesion Contract or Fraudulently Contrived Contract** from any 'Power of Attorney' with Principal, competent *Sui Juris,* and for the profit of anyone other than Principal, competent *Sui Juris* and without compensation to Principal, competent *Sui Juris,* nor full disclosure of said profit, is prima facie evidence of **Racketeer Influenced Corrupt Organizations (RICO)** and **Fraud** committed on the Principal, competent *Sui Juris, his estates and future heirs:*

**Fraudulent Mortgage Cause No. 00135316**          <u>Docket No: 1785CV000127D</u>

In the matter of:                           )          **IN THE COURT OF COMMON PLEAS**

                                                             **WORCESTER COUNTY, SUPERIOR COURT**
*Ex relatione*, Harold Harris et al.        )
                                                             **DOCKET NUMBER: 1785CV000127D**
vs.                                         )

ANTHONY N. RENZI, et al.                    )

                                            )

                                            )

<u>**NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY**</u>
<u>**AND NOTICE AND DECLARATION OF NULLIFICATION**</u>
<u>**AND NOTICE TO CEASE AND DESIST OF ESCHEAT**</u>
<u>**AND ALL ALIEN PROPERTY FIEFDOM AND FREEHOLDS AND REAL-ESTATES**</u>
<u>**AND *IN REM* CLAIMS AND COLONIAL RIGHTS TO POSSESSION**</u>
~In the Common Law and for the record~

**Further , It Is Declared,** that these said and named sole and aggregate *Ens Legis*, Corporations, Agencies (their Agents) and Subsidiaries (Conglomerates) and Employees (staff and contracted) and all derivatives of their names and likeness thereof herein, are **NOTICED** specifically of this **Notice And Declaration Of Nullification** and unlawful and unnatural SODOMIZATION through the creation of perverted *ENS LEGIS* titles provided at birth  evidenced by **Birth Certificates** and **Social Security Numbers** aka **Security Interests** and **False Material Assertions Of Binding Contracts** that were entered at the time the *de jure* PRINCIPAL, although now being competent *sui juris* man/woman were under a **LEGAL DISABILITY** at the created time; and

**Therefore,** by these said unlawful and nefarious, profane and sodomizing actions committed upon the man/woman while under a legal disability, upon entrance into the natural Earth and continually held under **Threat, Duress And Coercion** to continue operating under **Forced Falsely Identified Titles,** known primarily as **Negro, Black And African American,** but not limited thereto, this herein NULLIFICATION by **Public Notice Of Nullification** obligates all Sodomizing Conspirators aka Colonizers and Descendants of the Original Colonial Occupiers to CEASE all false and unenforceable fraudulent claims, assignments, *et cetera* granted by fraudulent laws contrived against the Indigence Peoples to disenfranchise and dispossess and situated upon the American lands and Indigenous Peoples for approximately (**Two Hundred and Ninety-three**) 293  years beginning with the **1724 Black Codes**.

Fraudulent Mortgage Cause No. 00135316          <u>Docket No: 1785CV000127D</u>

| | | |
|---|---|---|
| In the matter of: | ) | IN THE COURT OF COMMON PLEAS |
| | | WORCESTER COUNTY, SUPERIOR COURT |
| *Ex relatione*, Harold Harris et al. | ) | DOCKET NUMBER: 1785CV000127D |
| vs. | ) | |
| ANTHONY N. RENZI, et al. | ) | |
| | ) | |
| | ) | |

<u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY
AND NOTICE AND DECLARATION OF NULLIFICATION
AND NOTICE TO CEASE AND DESIST OF ESCHEAT
AND ALL ALIEN PROPERTY FIEFDOM AND FREEHOLDS AND REAL-ESTATES
AND *IN REM* CLAIMS AND COLONIAL RIGHTS TO POSSESSION</u>
~In the Common Law and for the record~

**Further, It Is Declared,** that any attempts by any man or woman, *Ens Legis* or agents thereof, to transmit **NULLIFICATION** documents to Principal, competent *Sui Juris* via U.S. Mail, or by any other means, ALL such transmissions shall be treated as proof and evidence of predicate acts to racketeering and conspiracy to intentionally engage in a pattern of racketeering activity, in violation of the codified Federal RICO laws at 18 U.S.C. 1964 *et seq.* ("RICO" is the accepted legal acronym for the Racketeer-Influenced and Corrupt Organizations Act.)   Mail NULLIFICATION is a RICO predicate act.  See 18 U.S.C. 1964 (CIVIL) and the American Declaration on the Rights of Indigenous Peoples, effective date **June 15, 2016** and United Nations Declaration on the Rights of Indigenous Peoples which declares and supports the authority and right of Indigenous People to "*the full enjoyment, as a collective or as individuals, of all human rights and fundamental freedoms as recognized in the Charter of the United Nations, the Universal Declaration of Human Rights and International Human Rights Law*".[1]

**Article 8.1.** *Indigenous peoples and individuals have the right not to be subjected to forced assimilation or destruction of their culture.*

**Article 8.2** *States shall provide effective mechanisms for prevention of, and redress for:*

(a) *Any action which has the aim or effect of depriving them of their integrity as distinct peoples, or of their cultural values or ethnic identities;*

(b) *Any action which has the aim or effect of dispossessing them of their lands, territories or resources;*

(c) *Any form of forced population transfer which has the aim or effect of violating or undermining any of their rights;*

(d) *Any form of forced assimilation or integration;*

*Any form of propaganda designed to promote or incite racial or ethnic discrimination directed*

---

[1] United Nations Declaration on the Rights of Indigenous Peoples, Art. 1.

Fraudulent Mortgage Cause No. 00135316          <u>Docket No: 1785CV000127D</u>

| | | |
|---|---|---|
| In the matter of: | ) | IN THE COURT OF COMMON PLEAS |
| | ) | WORCESTER COUNTY, SUPERIOR COURT |
| *Ex relatione*, Harold Harris et al. | ) | DOCKET NUMBER: 1785CV000127D |
| vs. | ) | |
| ANTHONY N. RENZI, et al. | ) | |
| | ) | |
| | ) | |

<u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY
AND NOTICE AND DECLARATION OF NULLIFICATION
AND NOTICE TO CEASE AND DESIST OF ESCHEAT
AND ALL ALIEN PROPERTY FIEFDOM AND FREEHOLDS AND REAL-ESTATES
AND *IN REM* CLAIMS AND COLONIAL RIGHTS TO POSSESSION</u>
~In the Common Law and for the record~

*against them.*

**Article 10** *Indigenous peoples <u>shall not</u> be forcibly removed from their lands or territories. No relocation shall take place without the free, prior and informed consent of the indigenous peoples concerned and after agreement on just and fair compensation and, where possible, with the option of return.*

**Article 26**
1. *Indigenous peoples have the right to the lands, territories and resources which they have traditionally owned, occupied or otherwise used or acquired.*
2. *Indigenous people have the right to own, use, develop and control the lands, territories and resources that they possess by reason of traditional ownership or other traditional occupation nor use, as well as those which they have otherwise acquired.*
3. *States shall give legal recognition and protection to these lands, territories and resources. Such recognition shall be conducted with due respect to the customs, traditions and land tenure systems of the indigenous peoples concerned.*

**Further , It Is Declared,** that Private Power of Attorney Agreement(s) granted to Attorney-in-fact(s), and from Principal, competent *Sui Juris*, is noticed publicly that dishonour of this **Notice And Declaration Of Revocation Of Power Of Attorney** and by **Force, Duress, Threat, Sodomizing, Trickery Or Any Other Nullification or Void Ab Initio** act in the coercion to contract Principal, competent *Sui Juris*, to any foreign jurisdiction and agents thereof, or contract

Fraudulent Mortgage Cause No. 00135316      <u>Docket No: 1785CV000127D</u>

| | | |
|---|---|---|
| In the matter of: | ) | IN THE COURT OF COMMON PLEAS |
| | | WORCESTER COUNTY, SUPERIOR COURT |
| *Ex relatione*, Harold Harris et al. | ) | DOCKET NUMBER: 1785CV000127D |
| vs. | ) | |
| ANTHONY N. RENZI, et al. | ) | |
| | ) | |
| | ) | |

<u>**NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY**</u>
<u>**AND NOTICE AND DECLARATION OF NULLIFICATION**</u>
<u>**AND NOTICE TO CEASE AND DESIST OF ESCHEAT**</u>
<u>**AND ALL ALIEN PROPERTY FIEFDOM AND FREEHOLDS AND REAL-ESTATES**</u>
<u>**AND *IN REM* CLAIMS AND COLONIAL RIGHTS TO POSSESSION**</u>
~In the Common Law and for the record~

Principal, competent *Sui Juris* while Principal, competent *Sui Juris* was not under a legal disability and without warrant or other negotiable instrument issued by any corporate representative acting in judgment of Principal, competent *Sui Juris* and without Principal, competent *Sui Juris'* consent to agree to the conspiracy of, or the engagement of, any act to kidnap, extort, racketeer, and require subservience of Principal, competent *sui juris* through use and application and operation of 𝕮𝖔𝖑𝖔𝖗 𝕺𝖋 𝕷𝖆𝖜 resulting in the loss of freedom, liberty, chattel and real property and the substance of Principal, competent *Sui Juris*, as a living man or woman given life and breath provided by the sole Creator and NOT subjected to colonial oppressors and dispossessors who have operated using the fear of GOD (𝕲𝖔𝖛𝖊𝖗𝖓𝖒𝖊𝖓𝖙 𝕺𝖗𝖉𝖎𝖓𝖆𝖓𝖈𝖊 𝕯𝖊𝖕𝖆𝖗𝖙𝖒𝖊𝖓𝖙), is subject to **Affidavit of Criminal Complaint** filed publicly and served by **Article III court** declaration and immediately and against any said perpetrator(s) engaging said acts with the intent to harm or actual cause of harm to Principal, competent *Sui Juris*, directly or indirectly, intentionally or by mere "happenstance" or simple "Negligence" or "Ignorance".

𝖂𝖍𝖊𝖗𝖊𝖋𝖔𝖗𝖊, this <u>𝕹𝖔𝖙𝖎𝖈𝖊 𝕬𝖓𝖉 𝕯𝖊𝖈𝖑𝖆𝖗𝖆𝖙𝖎𝖔𝖓 𝕺𝖋 𝕽𝖊𝖛𝖔𝖈𝖆𝖙𝖎𝖔𝖓 𝕺𝖋 𝕻𝖔𝖜𝖊𝖗 𝕺𝖋 𝕬𝖙𝖙𝖔𝖗𝖓𝖊𝖞 𝕬𝖓𝖉 𝕹𝖔𝖙𝖎𝖈𝖊 𝕬𝖓𝖉 𝕯𝖊𝖈𝖑𝖆𝖗𝖆𝖙𝖎𝖔𝖓 𝕺𝖋 𝕹𝖚𝖑𝖑𝖎𝖋𝖎𝖈𝖆𝖙𝖎𝖔𝖓 𝕬𝖓𝖉 𝕹𝖔𝖙𝖎𝖈𝖊 𝕿𝖔 𝕮𝖊𝖆𝖘𝖊 𝕬𝖓𝖉 𝕯𝖊𝖘𝖎𝖘𝖙</u> *allative* events being orchestrated by *allative* listed above perpetrators declares Principal, competent *Sui Juris*, the right to refuse to contract and declares Principal, competent *Sui Juris, the right of* refusal of contract for, in and of, this cause and by this <u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF NULLIFICATION AND NOTICE TO CEASE AND DESIST</u> [**Docket Number#: 1785CV000127D**] and with all reservation of rights and for this corporate administrator.

𝕿𝖍𝖊𝖗𝖊𝖋𝖔𝖗𝖊, Principal, competent *Sui Juris*, declares this <u>𝕹𝖔𝖙𝖎𝖈𝖊 𝕿𝖔 𝕮𝖊𝖆𝖘𝖊 𝕬𝖓𝖉 𝕯𝖊𝖘𝖎𝖘𝖙</u> by

Fraudulent Mortgage Cause No. 00135316        <u>Docket No: 1785CV000127D</u>

In the matter of:                               )          IN THE COURT OF COMMON PLEAS

                                                )          WORCESTER COUNTY, SUPERIOR COURT

*Ex relatione*, Harold Harris et al.            )          DOCKET NUMBER: 1785CV000127D

vs.                                             )

ANTHONY N. RENZI, et al.                        )

                                                )

                                                )

<u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY
AND NOTICE AND DECLARATION OF NULLIFICATION
AND NOTICE TO CEASE AND DESIST OF ESCHEAT
AND ALL ALIEN PROPERTY FIEFDOM AND FREEHOLDS AND REAL-ESTATES
AND *IN REM* CLAIMS AND COLONIAL RIGHTS TO POSSESSION</u>
~In the Common Law and for the record~

reservation of all rights and by Principal, competent *Sui Juris'*,  Signature and Life Seal of this declaration and by 𝔑𝔬𝔱𝔦𝔠𝔢 𝔄𝔫𝔡 𝔇𝔢𝔠𝔩𝔞𝔯𝔞𝔱𝔦𝔬𝔫 𝔒𝔣 𝔕𝔢𝔳𝔬𝔠𝔞𝔱𝔦𝔬𝔫 𝔒𝔣 𝔓𝔬𝔴𝔢𝔯 𝔒𝔣 𝔄𝔱𝔱𝔬𝔯𝔫𝔢𝔶 and further by AUTHORIZING this herein NOTICE to further OPERATE as an INJUNCTION for the sodomizing conspirators to CEASE allative unlawful and unconstitutionally violating acts committed upon Principle, competent *Sui Juris' fundamental rights*, who has DECLARED OWNERSHIP and POSSESSORY rights at the age of maturity to possess ownership of the 𝔅𝔦𝔯𝔱𝔥 (𝔅𝔢𝔯𝔱𝔥) 𝔠𝔢𝔯𝔱𝔦𝔣𝔦𝔠𝔞𝔱𝔢 and who have not granted any voluntary permission for the unlawful access of allative accounts associated with the 𝔅𝔦𝔯𝔱𝔥 (𝔅𝔢𝔯𝔱𝔥) 𝔠𝔢𝔯𝔱𝔦𝔣𝔦𝔠𝔞𝔱𝔢, is made public in said cause and of any public notice of NULLIFICATION obligation, attempt, force, harassment, conspiracy, and by any means to include mail or personal appearance, personal service and by any agent or representative acting in collusion and by conspiracy, and without loss of personal quality of life or interruption of any contracted service or standard conducive to any comfort of living of Principal, competent *Sui Juris* or Principal, competent *Sui Juris'* heir and assigns or TRUSTS as is afforded to said corporations taking comfort in sodomizing and forcing provisions from NULLIFICATION contracts by claiming Principal signature and without Principal benefitting, or receiving any consideration and on behalf of said corporations or by said corporations or by any subsidiary, agent, employee or representative of the corporations of the "COUNTY  OF  WORCESTER,  INCORPORATED."  and  the  "COMMONWEALTH  OF MASSACHUSETTS, INCORPORATED." acting in any statutory or corporate administrative capacity, thereof, and considered liable in both a corporate and personal capacity, to engage Principal, competent *Sui Juris*, in any contract, cause or matter by the voiding  of consent of Principal, competent *Sui Juris*, 𝔉𝔬𝔯𝔢𝔟𝔢𝔯𝔪𝔬𝔯𝔢, and particularly due to Principal, competent *Sui Juris'*, unknown and forced disinheriting INDIGENOUS STATUS and codified status of the Black Codes and therefore unlawful attempts at disinheriting the Aboriginal Indigenous Principal, competent *Sui Juris* for the sole benefit of enforcing **White Supremacy** and **Colonialism**, resulting in **IDENTIFY THEFT** of the original

**Fraudulent Mortgage Cause No. 00135316**      <u>Docket No: 1785CV000127D</u>

In the matter of:                    )              **IN THE COURT OF COMMON PLEAS**

                                     )              **WORCESTER COUNTY, SUPERIOR COURT**

*Ex relatione*, Harold Harris et al.  )            **DOCKET NUMBER: 1785CV000127D**

vs.                                  )

ANTHONY N. RENZI, et al.             )

                                     )

                                     )

<u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY
AND NOTICE AND DECLARATION OF NULLIFICATION
AND NOTICE TO CEASE AND DESIST OF ESCHEAT
AND ALL ALIEN PROPERTY FIEFDOM AND FREEHOLDS AND REAL-ESTATES
AND *IN REM* CLAIMS AND COLONIAL RIGHTS TO POSSESSION</u>
~In the Common Law and for the record~

inhabitants of the Americas.

𝕹otice-witness of this 𝕹otice 𝕬nd 𝕯eclaration 𝕺f 𝕽evocation 𝕺f 𝕻ower 𝕺f 𝕬ttorney 𝕬nd 𝕹otice 𝕬nd 𝕯eclaration 𝕺f 𝕹ullification 𝕬nd 𝕹otice 𝕿o 𝕮ease 𝕬nd 𝕯esist does not constitute consent to any adhesion contracts for the corporations of the "COUNTY OF WORCESTER, INCORPORATED" or the "COMMONWEALTH OF MASSACHUSETTS, INCORPORATED" and all SUBSIDIARIES, AGENCIES, AGENTS, *et cetera* thereof, where all matters are Publicly Declared under the jurisdiction of the Lex, Cannon Laws, and Common laws of the Colonial Operating Government(s) and *Ens Legis* situs at America.

   Without Prejudice

By: _Aurris Iv Harold L._               Date: _11/10/17_
Autograph of:
Principal, Competent *Sui Juris*
'All Rights Reserved'

Fraudulent Mortgage Cause No. 00135316

<u>Docket No: 1785CV000127D</u>

| | | |
|---|---|---|
| In the matter of: | ) | IN THE COURT OF COMMON PLEAS |
| | | WORCESTER COUNTY, SUPERIOR COURT |
| *Ex relatione*, Harold Harris et al. | ) | DOCKET NUMBER: 1785CV000127D |
| vs. | ) | |
| ANTHONY N. RENZI, et al. | ) | |
| | ) | |
| | ) | |

<u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY
AND NOTICE AND DECLARATION OF NULLIFICATION
AND NOTICE TO CEASE AND DESIST OF ESCHEAT
AND ALL ALIEN PROPERTY FIEFDOM AND FREEHOLDS AND REAL-ESTATES
AND *IN REM* CLAIMS AND COLONIAL RIGHTS TO POSSESSION</u>
~In the Common Law and for the record~

## 𝕵𝖚𝖗𝖆𝖙/𝕬𝖈𝖐𝖓𝖔𝖜𝖑𝖊𝖉𝖌𝖒𝖊𝖓𝖙

**Commonwealth of** _Massachusetts_ )

_Suffolk_ **County** )

On This Day _10th_ And Month Of _November_, And Year Of 20_17_ A.D., I, in propria persona _HAROLD HARRIS_, Did Personally Appear Before Me, Is Known To Be The Natural Man/Woman, Indigenous And Aboriginal To The Americas, Non-Ens Legis, Operating In The Requisite Capacity For Autograph And Execution Described Herein, Who Executed The Foregoing, Acknowledged The Contents Thereof; And Executed The Same As His/Her Free Act And Deed. Subscribed And Agreed To Before The Undersigned, I Present:

_Lias mBaho_
Notary Signature, All Rights Reserved

Seal/Stamp

_Lois M. BAHO_

My commission expires:

LOIS M. BAHO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 19, 2024

Fraudulent Mortgage Cause No. 00135316          <u>Docket No: 1785CV000127D</u>

| | | |
|---|---|---|
| In the matter of: | ) | **IN THE COURT OF COMMON PLEAS** |
| | | **WORCESTER COUNTY, SUPERIOR COURT** |
| *Ex relatione*, Harold Harris et al. | ) | **DOCKET NUMBER: 1785CV000127D** |
| vs. | ) | |
| ANTHONY N. RENZI, et al. | ) | |
| | ) | |
| | ) | |

<u>**NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY**</u>
<u>**AND NOTICE AND DECLARATION OF NULLIFICATION**</u>
<u>**AND NOTICE TO CEASE AND DESIST OF ESCHEAT**</u>
<u>**AND ALL ALIEN PROPERTY FIEFDOM AND FREEHOLDS AND REAL-ESTATES**</u>
<u>**AND *IN REM* CLAIMS AND COLONIAL RIGHTS TO POSSESSION**</u>
~In the Common Law and for the record~

Printed name of Notary

## 𝔓𝔯𝔬𝔬𝔣 𝔬𝔣 𝔖𝔢𝔯𝔳𝔦𝔠𝔢

I, *Lois M. BAHO* the undersigned witness, hereby certify that on the date listed below as date of certificate, I in fact witnessed the undersigned Principal, competent *Sui Juris*, sender mail and post in the facilities of the United States Postal Service the attached documents Listed herein:

**𝔏𝔦𝔰𝔱𝔰:**

Revocation of Corporate and Power of Attorney/Agent Document

Prior to witnessing the sender mailing the said envelopes, I personally witnessed the below sender place the attached documents in the envelopes. I certify and affirm to the fact that the attached documents were actually contained in the envelopes/packages:

**𝔏𝔦𝔰𝔱𝔰:**
:

Revocation of Corporate and Power of Attorney/Agent Document

Fraudulent Mortgage Cause No. 00135316          <u>Docket No: 1785CV000127D</u>

In the matter of:                      )          IN THE COURT OF COMMON PLEAS

                                       )          WORCESTER COUNTY, SUPERIOR COURT

*Ex relatione*, Harold Harris et al.   )          DOCKET NUMBER: 1785CV000127D

vs.                                    )

ANTHONY N. RENZI, et al.               )

                                       )

                                       )

<u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY</u>
<u>AND NOTICE AND DECLARATION OF NULLIFICATION</u>
<u>AND NOTICE TO CEASE AND DESIST OF ESCHEAT</u>
<u>AND ALL ALIEN PROPERTY FIEFDOM AND FREEHOLDS AND REAL-ESTATES</u>
<u>AND *IN REM* CLAIMS AND COLONIAL RIGHTS TO POSSESSION</u>
~In the Common Law and for the record~

**Further,** I certify that the sender prepared the envelopes with the proper amount of postage, in accordance with the Uniform Postal Act (UPA), protected and operating under the Uniform Postal Union (UPU) with his/her correct return address, and the envelope/package was addressed as stated below. These documents were sent to the following:

<u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY</u>
<u>AND NOTICE AND DECLARATION OF NULLIFICATION AND NOTICE TO</u>
<u>CEASE AND DESIST:</u>

Autographed and Witnessed by: ___Lois M. Both___ , on this

___10___ (day) of our Lord, in the ___November___ (month), and year of 20_17_A.D.

The name of the first addressee is: ANTHONY N. RENZI at: WALTER INVESTMENT MANAGEMENT CORP, 3000 BAYPORT DRIVE, #1100 TAMPA, FL 33607. This mailing to first addressee is sent by Principal, competent *Sui Juris* as sender. This mailing is sent by certified or tracking mail number #7014 1820 000 1772 8022, where this mailing is for entry into the court record.



Fraudulent Mortgage Cause No. 00135316     <u>Docket No: 1785CV000127D</u>

In the matter of:                          )          IN THE COURT OF COMMON PLEAS

                                           )          WORCESTER COUNTY, SUPERIOR COURT

*Ex relatione*, Harold Harris et al.       )          DOCKET NUMBER: 1785CV000127D

vs.                                        )

ANTHONY N. RENZI, et al.                   )

                                           )

                                           )

<u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY</u>
<u>AND NOTICE AND DECLARATION OF NULLIFICATION</u>
<u>AND NOTICE TO CEASE AND DESIST OF ESCHEAT</u>
<u>AND ALL ALIEN PROPERTY FIEFDOM AND FREEHOLDS AND REAL-ESTATES</u>
<u>AND *IN REM* CLAIMS AND COLONIAL RIGHTS TO POSSESSION</u>
~In the Common Law and for the record~

The name of the second addressee is the DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT C & L SERVICE CORP /MORRIS -GRIFFIN CORP 2488 E 81ST STREET, SUITE 700 TULSA, OK 74137. This mailing to second addressee is sent by Principal as sender. This mailing is sent by certified mail number #7014 1820 000 1772 8039 where this mailing is for entry into the court record.

The name of the third addressee is: BENJAMIN M. GREENE at: MCCARTER & ENGLISH, LLP, 265 FRANKLIN STREET, BOSTON, MA. 02110. This mailing to third addressee is sent by Principal, competent *Sui Juris* as sender. This mailing is sent by certified or tracking mail number #7013 1710 0001 2749 5970, where this mailing is for entry into the court record.

The name of the fourth addressee is: THOMAS GIBBONS
at: THE BNY MELLON 225 LIBERTY STREET NEW YORK, NY 10286. This mailing to fourth addressee is sent by Principal, competent Sui Juris as sender. This mailing is sent by certified or tracking mail number #7013 1710 0001 2749 6007, where this mailing is for entry into the court record.

The name of the fifth addressee is: PAUL DONOFRIO at: BANK OF AMERICA 100 N. TRYON STREET, CHARLOTTE, NC 28255. This mailing to fifth addressee is sent by Principal, competent *Sui Juris* as sender. This mailing is sent by certified or tracking mail number #7013 1710 0001 2749 5987, where this mailing is for entry into the court record.

The name of the sixth addressee is: DANIEL WICKEY at: HOMEBRIDGE FINANCIAL SERVICES, INC., 194 WOOD AVENUE SOUTH, NINTH FLOOR, ISELIN, NJ 08830. This mailing to sixth addressee is sent by Principal, competent *Sui Juris* as sender. This mailing is sent by certified or tracking mail number #7013 1710 0001 2749 5994, where this mailing is for entry into the court record.

**Fraudulent Mortgage Cause No. 00135316**         <u>Docket No: 1785CV000127D</u>

| | | |
|---|---|---|
| In the matter of: | ) | IN THE COURT OF COMMON PLEAS |
| | | WORCESTER COUNTY, SUPERIOR COURT |
| *Ex relatione*, Harold Harris et al. | ) | DOCKET NUMBER: 1785CV000127D |
| vs. | ) | |
| ANTHONY N. RENZI, et al. | ) | |
| | ) | |
| | ) | |

<u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY</u>
<u>AND NOTICE AND DECLARATION OF NULLIFICATION</u>
<u>AND NOTICE TO CEASE AND DESIST OF ESCHEAT</u>
<u>AND ALL ALIEN PROPERTY FIEFDOM AND FREEHOLDS AND REAL-ESTATES</u>
<u>AND *IN REM* CLAIMS AND COLONIAL RIGHTS TO POSSESSION</u>
~In the Common Law and for the record~

The name of the seventh addressee is: JOHN FISCHER at: BAYVIEW LOAN SERVICING, LLC, 4425 PONCE DE LEON BLVD., 5TH FLOOR. This mailing to seventh addressee is sent by Principal, competent *Sui Juris* as sender. This mailing is sent by certified or tracking mail number #7013 1710 0001 2749 6014, where this mailing is for entry into the court record.

THOMAS P. CIALINO, ATTORNEY, BLANK ROME LLP One Logan Square 130 North 18th Street Philadelphia, PA 19103-6998

DAVID A. ARMSTRONG, Chief of Police, Holden Massachusetts Police Department Public Safety Building, 1370 Main Street, Holden MA 01520

HECTOR H. BALDERAS, AGO, State of New Mexico Office of the Attorney General 111 Lomas Blvd. NW, Suite 120 ALBUQUERQUE, NM 87102

OFFICE OF THE GOVERNOR, SUSANA MARTINEZ, 490 OLD SANTA FE TRAIL, ROOM 400, SANTA FE, NM 87501

GARY L. TILLET, Walter Investment Management Corp. 3000 Bayport Drive, Suite 1100 Tampa, FL 33607

JOHN C. CHAPMAN, Undersecretary, Office of Consumer Affairs and Business Regulation Ten Park Plaza, Suite 5170 Boston, MA 02116

MAURA HEALY, AGO, One Ashburton Place, Boston, MA 02108-1518

WILLIAM FRANCIS GALVIN, Secretary of the Commonwealth of Massachusetts, McCormack Building, One Ashburton Place, Boston, MA 02108

Fraudulent Mortgage Cause No. 00135316      <u>Docket No: 1785CV000127D</u>

| | | |
|---|---|---|
| In the matter of: | ) | **IN THE COURT OF COMMON PLEAS** |
| | | **WORCESTER COUNTY, SUPERIOR COURT** |
| *Ex relatione*, Harold Harris et al. | ) | **DOCKET NUMBER: 1785CV000127D** |
| vs. | ) | |
| ANTHONY N. RENZI, et al. | ) | |
| | ) | |
| | ) | |

<u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY</u>
<u>AND NOTICE AND DECLARATION OF NULLIFICATION</u>
<u>AND NOTICE TO CEASE AND DESIST OF ESCHEAT</u>
<u>AND ALL ALIEN PROPERTY FIEFDOM AND FREEHOLDS AND REAL-ESTATES</u>
<u>AND *IN REM* CLAIMS AND COLONIAL RIGHTS TO POSSESSION</u>
~In the Common Law and for the record~

SHERIFF LEWIS G. EVANGELIDIS, WORCESTER COUNTY SHERIFF'S OFFICE, 240 MAIN STREET, WORCESTER, MA 01608

JA RITA JOHNSON, Operations Manager, Doc. Perfection, Department of the Treasury, INTERNAL REVENUE SERVICE Stop 6055 C-1 Kansas City, MO 64999

FEDERAL BUREAU OF INVESTIGATION 201 Maple Street, Chelsea, Massachusetts USA 02150

BISHAR A. HUSSEIN, DIRECTOR GENERAL, UNIVERSAL POSTAL UNION, Weltpoststrasse 4, 3015 Bern Switzerland

MEGAN BRENNAN, POSTMASTER GENERAL, United States Postal Service, 475 L'Enfant Plaza SW, Washington DC 20260-0010

Fraudulent Mortgage Cause No. 00135316          Docket No: 1785CV000127D

In the matter of:                    )          IN THE COURT OF COMMON PLEAS

                                                WORCESTER COUNTY, SUPERIOR COURT
*Ex relatione*, Harold Harris et al.  )
                                                DOCKET NUMBER: 1785CV000127D
vs.                                  )

ANTHONY N. RENZI, et al.             )

                                     )

                                     )

### NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY
### AND NOTICE AND DECLARATION OF NULLIFICATION
### AND NOTICE TO CEASE AND DESIST OF ESCHEAT
### AND ALL ALIEN PROPERTY FIEFDOM AND FREEHOLDS AND REAL-ESTATES
### AND *IN REM* CLAIMS AND COLONIAL RIGHTS TO POSSESSION
~In the Common Law and for the record~

Under Natural Law, The Laws of Custom, International Law and the Common Laws of the living man and woman and for the records of allative Papal City-States and *Ens Legis* created with or without the permission and authority of said Papal authority, this Certificate of Service is executed by:

Witness Autograph: _____

Date of Certificate: _NOVEMBER 10, 2017_

All Rights Reserved,
At Arm's Length Dealings Without Prejudice.

Witness Name (printed): _ELLEN   DUFFY_

Date of Mailing: _NOVEMBER 10, 2017_

# LIST OF DEFINITIONS

For the purpose of this Notice and Declaration of Revocation of Power of Attorney the following definitions apply:

1) **'Agency'** means each authority of the Government of the United States, whether or not it is within or subject to review by another agency, and also includes:
   a. The Congress
   b. The Courts of the United States;
   c. The governments of the territories or possessions within and of the United States;
   d. The government of the District of Columbia;
   e. Agencies composed of representatives, in whatever capacity, of the parties or of representatives of organizations the parties to the disputes determined by them;
   f. Courts martial and military commissions
   g. Military authority exercised in the field of time of war or in occupied territory (especially the Americas);
2) **'Claim'**, means to demand as one's own. An assertion;
3) **'Color of Law'**, means the appearance or semblance of being lawful, valid, or right, without the substance of legal right;
4) **'Colorable'**, means that which has or gives color. That which is in appearance only, and not in reality, what it purports to be. That which is counterfeit, feigned, or having the appearance of truth;
5) **'Corporation'** means an artificial person or legal entity created by or under the authority of the laws of a state or nation composed in some rare instance of a single person and his successors, being the incumbent of a particular office, but ordinarily consisting of an association of numerous individuals, who subsist as a body politic under a special denomination, which is regarded in law as having a personality and existence distinct from that of its member(s) and which is by the same authority, vested with the capacity of acting in several respects, however, numerous, as a single individual. An artificial being, endowed with the capacity of perpetual succession and the rights and protections afforded a living being;
6) **'*Ens Legis*'** means a creature of the law; an artificial being as contrasted with a natural being. Applied to corporations, agencies, entities, deriving their existence solely and entirely from the laws created by man;
7) **'Incorporation'** means the act or process of forming or creating a corporation; the formation of a legal or political body with the quality of perpetual existence and succession, unless limited by the act of incorporation;
8) **'Living Being'** means a man or woman or one naturally created through the fertilization of an egg OF 'XX' by sperm of an 'XY' and possessing 'XY' or 'XX' chromosomes;
9) **'Person'**, includes an individual, partnership, corporation, entity, association, society, or public or private organization other than an agency;

10) **'Party'**, includes a person or agency named or admitted as a party, or properly seeking and entitled as of right, through jurisdiction and/or lawful standing, as a party, in an agency proceeding, and a person or agency admitted by an agency as a party for limited purposes;

11) **'Principal'** means the rightful source or authority or right who gives authority to others, knowingly or unknowingly, and without whom others, such as agents, attorneys, would fail to benefit;

12) **'Rule'**, means the whole or part of an agency statement of general or particular applicability and future effect designed to implement, interpret, or prescribe *de jure* law;

13) **'Sodomite'**, means a living man or woman who engages routinely in the act of demoralizing abuse and unnatural trespass of others;

14) **'Sodomize'**, means to engage in unnatural and demoralizing actions.



**pennsylvania**
HUMAN RELATIONS COMMISSION

### PENNSYLVANIA HUMAN RELATIONS COMMISSION
### PUBLIC ACCOMMODATIONS DISCRIMINATION QUESTIONNAIRE

## 1. YOUR CONTACT INFORMATION

**Name** _Vera L. Jones_

**Address** _c/o 1361 S. 46 th Street_
              Street                             Apt.
              _Philadelphia_     _Pennsylvania_       _19143_
                City             State               Zip Code

**Phone Number: (H)** _215.883.0745_      **(Cell)** _267.748.7111_

**(W)** _267.748.7111_    **May we call you at work?** ☒ Yes    ☐ No

**E-mail address:** _pharmav5@gmail.com_

**Name, address and phone number of a person, who does NOT live with you and will know how to contact you:**

**Name** _Rodney Harmon-El_    **Phone Number** _267.912.7322_

**Address** _The Philadelphia Building, 1315 Walnut Street, Suite 320_
                     Street                              Apt.
     _Philadelphia_        _Pennsylvania_       _19107_
       City               State                Zip Code

**E-mail address:** _RLH@RLH MBATLAW.COM_

## 2. AGAINST WHAT BUSINESS* OR ORGANIZATION DO YOU WANT TO FILE YOUR COMPLAINT?

**Name** _The First Judicial District of Pennsylvania Office of Judicial Records and Filings_

**Address in PA** _Filed and Mailed, from 296_    _Philadelphia_   PA   _19107_
                     Street               City         State        Zip Code

**Phone Number** _215.686.6645/7000_ **E-mail address** _____

**Type of business** _Local Government Judicial Agency_
                 (*For example, restaurant, theater, delivery service, state or local government agency, etc.)

**The Pennsylvania county where you were harmed:** _Philadelphia_

## 3. DESCRIBE HOW YOU WERE HARMED, AND WHEN, SO WE CAN DETERMINE IF WE CAN ASSIST YOU.* Check all that apply.

**Write the date(s)** you were harmed beside the discriminatory event or action:

☑ **Admission refused** ——————    ☑ **Re-admission refused** ——————————

☐ **Eviction (forced to leave)** ——————    ☐ **Accused of shoplifting** ———————————

☐ **Different price charged for goods or service** ——————————————————

☑ **Different service** ————————————    ☑ **Service denied** ——————————————————

☐ **Priveleges revoked** ——————— **Surveillance (you were followed or watched)** —————

☑ **Racial profiling** ———————————

☑ **Different terms/conditions of contract** ————————————————————————

☐ **Different terms/conditions of sale** ——————————————————————

☑ **Different terms/conditions of service** ———————————————————————

☐ **Different terms/conditions of goods** ————————————————————

☐ **Harassment (Complete #9 if you were harassed.)** ——————————————————

☐ **Denied access related to a disability** ———————————————————————

☐ **Denied reasonable accommodation for a disability** —————————————————

☐ **Interpreter denied (American Sign Language or other language)** ——————————

☐ **Discriminatory notice or ad displayed or published** —————————————————

**OTHER, please be specific:** *On going and systematic prejudicial discrimination based upon*
*ancestry, race, national origin, familial status,*

**\*PLEASE ATTACH COPIES OF ANY DOCUMENTS SUCH AS AN AD, LETTER, RECEIPT, CONTRACT, ETC. TO BACK UP WHAT YOU ARE SAYING.**

## 4. DO YOU FEEL YOU WERE TREATED DIFFERENTLY (DISCRIMINATED AGAINST) BECAUSE OF ANY OF THE CHARACTERISTICS BELOW?

The commission can investigate your complaint only if you believe you were treated differently and harmed because of your race, color, religion, ancestry, sex, national origin, disability or the use, handling or training of a guide or support animal for blindness, deafness or physical disability. For example, if you feel you were treated worse than someone else because of your race, please indicate race as the reason.  If you feel you were treated differently because of your race and sex, please check both race and sex.  **Only check those reasons which explain why you were harmed.**  Also, please identify your race, color, religion, national origin or ancestry, etc. if you were discriminated against based on those factors.

☐ **Male**   ☒ **Female**   ☐ **Pregnant**

☑ Race *Indigenous American*　　　　　　☑ Color *Copper Colored*

☐ Religion _____　☑ Ancestry *Indigenous Aboriginal American*

☑ National Origin (country in which you were born) *American (as defined by the Websters Dictionary of 1828- online edition)*

☐ Association with a person of a different race than your own:

　　Your race _____ the other person's race _____

☐ Use of a guide or support animal for disability (please complete #6)

☐ Handling or training of a support animal for disability (please complete #6)

☐ Other (please specify) _____

☐ I have a disability. (please complete #6)　☐ The manager, etc. treats me as if I am disabled.

☐ I had a disability in the past.  (please complete #6)

☐ I have a relationship or association with someone who has a disability. (please complete #6)

☐ **RETALIATION**

If you believe you were **harmed** because you complained about what you believed to be unlawful discrimination, because you **filed** a complaint about unlawful discrimination, or because you assisted someone else in complaining about discrimination, please complete the following information.

Date you filed a complaint with the PA Human Relations Commission _____

If you filed a complaint with another agency, list the agency's name and date of filing:

*Court of Commonwealth through Special Relief (see attached) - received by Court*

Date you complained about discrimination and person you complained to (name and position): *10.16.2017*

*The discrimination was first complained () to: 2 clerks in the Office of Judicial Records.*

Date you assisted someone in complaining about discrimination *9.11-9.13*

_____

**5.  STATE THE REASONS THE MANAGER, BUSINESS OWNER, ETC. GAVE FOR THE ACTIONS THAT HARMED YOU.** *The reasons are documented by rejecting E-files*

(5¹) *of Preliminary Objection due to "Memorandum of law Missing" guide and it was attached✓ and also based upon a phone conversation that resulted in hangups.*

Who told you about the reasoning for the action?  Include his or her position or title.　*(215)*

(5²) *The reasons were provided by contacting phone number: 686.6645 Adriana and Chris Spate*

(4¹) When were you told about the action taken against you? *September 12, 2017, September 13, 2017*

Date(s)

*September 15, 2017, October 14, 2017*

*October 18, 2017. (see attached exhibits)*

If you were given no reason, please check here.  ☐

(5³) Regarding how you were harmed, please identify a person or persons who were treated better than you. *For example, you were charged a different price for items in a department store than other customers, and you are wearing religious garments that identify your religion as different*

from theirs.

**Name of other person(s) - First and Last** (if unknown, say who they were - another shopper, diner, etc.)

**How is this person different from you?** For example, what is his or her race, age, religion, etc.?

**Please explain exactly how this person was treated better or differently than you. Include dates.**

_____

If you cannot identify someone who was treated better or differently than you, you need to describe an incident, statement, etc. which can be investigated, and which directly relates to why you were treated differently than someone else.

_____

_____

**6. IF YOU CHECKED ONE OF THE FOUR DISABILITY CATEGORIES NOTED IN #4 ABOVE, ANSWER THE FOLLOWING QUESTIONS.  (IF NOT, SKIP TO #7)**

What is your disability?

How long have you had this disability and when did it start?

Do you still have this disability?   ☐ yes     ☐ no
If yes, how much longer do you expect to have the disability?

What major life activities do you have great difficulty performing because of your disability (Check all that apply.)

☐ Seeing   ☐ Hearing   ☐ Bending   ☐ Walking   ☐ Lifting   ☐ Stooping   ☐ Turning
☐ Climbing   ☐ Running   ☐ Talking   ☐ Standing for long periods
☐ Sitting for long periods   ☐ Caring for yourself   ☐ Thinking   ☐ Concentrating
☐ Relating to Others
Other Major Life Activities (Be specific)

If you have had a disability in the past, when did it start, and what date did it end?

If a business owner, manager or employee, etc, treats you as if you are disabled:  What disability do they think or believe you have?

Names and positions of the people who are treating you as disabled:

**Why do you think that these people think or believe you have a disability?**

**How did the business owner, employee, etc. learn about your disability?**

**On what date did they learn about your disability?** _____

**Which specific person learned about your disability? (include his or her position or title)**

**If you are related to someone who has a disability, what is your relationship to this person?**

**What is this person's disability?** _____

**How and on what date did the business owner, manager, etc. learn about this person's disability?**

**Did you ask for an accommodation or assistance?** ☐ yes   ☐ no

**IF YES,**

    **(1) To whom did you make your request?** _____

    **(2) On what date was the request made?** _____

    **(3) Please describe the accommodation or assistance you requested, and why.**

**Did the business owner, manager, etc. provide the requested accommodation or assistance?**

☐ yes ☐ no

**If so, on what date?** _____

**If not, did he or she provide some other accommodation or assistance instead?** ☐ yes   ☐ no

**If yes, please explain.** _____

**Did the owner, manager, etc. deny your request for an accommodation or assistance?**

☐ yes   ☐ no

**If so, who denied your request?** _____

**What date was the request denied?** _____

**What reason was given to you for the denial?** _____

_____

_____

_____

**7. IF YOU WERE DENIED ACCESS TO A PUBLIC ACCOMMODATION BECAUSE OF A DISABILITY, PLEASE DESCRIBE THE INACCESSIBLE FACILITY OR SERVICE, IN ADDITION TO COMPLETING QUESTION 6.**

What service, facility or area was not accessible, and how?  *(Be as specific as possible, for example: entrance was not accessible because of stairs, doorway/aisles too narrow for wheelchair, medical facility refused to provide ASL interpreter, no accessible parking, etc.)*

_____

_____

_____

**8. IF YOU WERE DENIED ACCESS TO A PUBLIC ACCOMMODATION FOR A REASON OTHER THAN DISABILITY, PLEASE DESCRIBE THE INACCESSIBLE FACILITY OR SERVICE AND HOW IT WAS NOT ACCESSIBLE.**

What service, facility or program was not accessible, and how was it inaccessible?  *(Be as specific as possible, for example: the business owner demanded that I order in English, when a Spanish-speaking employee was available.)*

*Access to submitting my lawful response to a Complaint that was filed against me by the Judicial District of Philadelphia's Clerk's was unlawfully obstructed and arbitrarily and maliciously frivoled in an effort to continue its unlawful and illegal judicial employees that systematically and corruptly displaces the Indigenous American population.*

**9. IF YOU CHECKED THAT YOU WERE HARASSED UNDER #3, ANSWER THE FOLLOWING QUESTIONS AS COMPLETELY AS POSSIBLE.**

Name the person(s) who harassed you:  _____

His or her position or title (manager, owner, employee, fellow customer, etc.

_____

When were you harassed:  Starting date_____  Ending date_____

Is the harassment still continuing?  ☐ yes   ☐ no

How often did the harassment occur?  As well as possible, please indicate **date, month and year** of each incident and how often the harassing actions occurred.

☐ One time only _____  ☐ Once a day _____

☐ Several times daily _____

☐ multiple times/week _____

☐ multiple times/month _____

Please provide two or three examples of the harassment you experienced.

PA Public Accommodation Discrimination Questionnaire, Rev. 8-13

_____

_____

_____

**Did you consider any of the above acts of harassment to be especially severe and/or offensive?**

☐ Yes ☐ No   If so, please explain why. _____

_____

_____

**Did the harassment have a negative or harmful effect on you or your health, or your health?  If so, please explain:**

_____

_____

_____

**Did you complain to anyone about the harassment?**   ☐ Yes ☐ No

**To whom did you complain?** _____

| Name | Position or title |

**What date did you complain?** _____

**Did the harassment stop after you complained about it?** ☐ Yes ☐ No

**If it ended, on what date did it stop?** _____

**After you complained, were any other actions taken against you? (for example – eviction, denied service etc.)** ☐ Yes ☐ No

**What were the actions?** _____

**On what dates did they occur?** _____

**Who took the action against you?** _____

| Name | Position or title |

**Did this person know that you complained about the harassment?** ☐ Yes   ☐ No

**10. IF YOU HAVE FILED THIS COMPLAINT WITH ANY OTHER LOCAL, STATE OR FEDERAL AGENCY, PLEASE ANSWER THE FOLLOWING:**

**Name of the agency with which you filed:** _The City of Philadelphia Office of the Inspector_
_Feb 20.2017 3:35 am_ (none, see confirmation of receipt
**Date of filing**     **Inquiry or Complaint number** _from OI/4_ )

**11. HAVE YOU BEEN INVOLVED IN ANY COURT ACTION REGARDING THIS MATTER? (COURT ACTION INITIATED BY YOU OR ANYONE ELSE).  IF SO, PLEASE SPECIFY**

**THE COURT AND THE DATE FILED, TO THE BEST OF YOUR MEMORY.**

☐ Yes  ☒ No _____

        Court        City        County      State      Date filed

**12. IF YOU HAVE FILED THIS COMPLAINT WITH ANY OTHER LOCAL, STATE OR FEDERAL AGENCY, PLEASE ANSWER THE FOLLOWING:**

Name of the agency with which you filed: _____

_____

Date of filing                  Inquiry or Complaint number

**13. IF YOU WILL HAVE AN ATTORNEY REPRESENTING YOU ON THIS MATTER, PLEASE HAVE YOUR ATTORNEY SEND US A LETTER THAT CONFIRMS THIS. (YOU DO NOT NEED AN ATTORNEY TO FILE A COMPLAINT.)**

<u>**YOU MUST SIGN AND DATE THIS FORM BEFORE RETURNING IT.**</u>

☑ *I hereby verify that the statements contained in this form are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 PA.C.S. Section 4904, relating to unsworn falsification to authorities.*

Signature _____ *: Vera-L. Jones :*

Date _____

**IF YOU HAVE OTHER INFORMATION YOU BELIEVE WE NEED TO KNOW TO HELP US UNDERSTAND YOUR COMPLAINT, PLEASE PROVIDE IT BELOW.  FEEL FREE TO ATTACH ADDITIONAL PAGES TO DESCRIBE WHAT HAPPENED TO YOU AS COMPLETELY AS POSSIBLE.**

_____ *"SEE Attachments and Exhibits"* _____

_____

_____

_____

_____

_____





**COMMONWEALTH OF PENNSYLVANIA**
**Human Relations Commission**
**Philadelphia Regional Office**
**110 North 8th Street, Suite 501**
**Philadelphia, PA 19107**
**(215) 560-2496 voice**
**(215) 560-3599TTY**
**www.phrc.state.pa.us**

October 27, 2017

Vera L. Jones
c/o 1361 S. 46th Street
Philadelphia, PA 19143

**RE: Vera L. Jones vs. The First Judicial District of Pennsylvania; Office of Judicial Records**
**– Case # 201701873**

Dear Ms. Jones:

This letter is to acknowledge receipt of your questionnaire/letter or complaint in the Philadelphia Regional Office on October 24, 2017, and has been assigned Case # 201701873.

Normally we would anticipate assessing your inquiry **within twelve to fourteen weeks** of its receipt depending on overall workload and staff availability. Within that time frame, you will be contacted by a member of the Intake Staff regarding whether the Commission has jurisdiction and/or if additional information is needed in order to process your complaint. **However, because of staff shortages there is a backlog and it may take longer for someone to contact you so please be patient.**

It is important to keep your contact information updated and/or if you are away for an extended period of time. If you have not done so, please provide your full contact information, such as phone # where you can be reached during business hours and email address. Once you are contacted, please respond to our Intake Staff's phone calls or correspondence in a timely manner.

Thank you for your anticipated cooperation and patience in our processes.

Sincerely,

*Stacey Marie Davids*

Stacey Marie Davids
Intake Clerk Typist 2 - Intake Department

/smd

Vera L. Jones
1361 South 46th Street
Philadelphia, PA  19143-3827

AOPC 1238   Rev.12/15/2017





# Supreme Court of Pennsylvania

**Eastern District**

John W. Person Jr., Esq.
Deputy Prothonotary
Patricia A. Johnson
Chief Clerk

468 City Hall
Philadelphia, PA 19107
(215) 560-6370
www.pacourts.us

December 15, 2017

RE:   McCloud v. First Jud Dist of PA, Pet. of: Jones, V
      141 EM 2017
      Intermediate Court Docket No:

Dear  Attorney Williams

    This is to advise that the below listed item(s) was/were received in the above-captioned matter.

        Pa. R.C.P. 123 Application for Relief for Mandate and Injunction to Cease Obstructing Access to Filing Documents in Court and Pa. R.C.P. 1531 Special Relief

    An original and one (1) copy of either the Answer, or a letter stating that an Answer will not be filed, is required to be filed on or before December 29, 2017.

    In order to facilitate the newly instituted electronic records management system, the Office of the Prothonotary requests that all filers leave the original copy of any document submitted for filing unbound.  All remaining copies of answers should be bound in compliance with Pa.R.A.P. 124 (a)(5).

    In addition to the paper copies of the items listed above, an electronic copy provided on Compact Discs (CDs) will be accepted and would be appreciated.  Acceptable electronic formats, at this time, are PDFs, TIFFs, and Word documents.  Said disc should be accompanied by an averment that the material on the CD is a complete and accurate representation of the paper version.

                      Very truly yours,
                      Office of the Prothonotary

/jd
cc:  Vera L. Jones
     May E. McCloud