IX

# 2019

i.      Correspondence to Michael Bomstein regarding continued refusal to communicate with anyone outside of beneficiaries May E. McCloud an invalid and Vera L Jones her guardian as *pro se* defendants. (Exhibit "BBBB")

ii.  Matrix Financial Motion for Declaratory Relief accusing Attorney Harmon of unauthorized practice of law 02 .05.2019. (Exhibit "CCCC")

iii.  Correspondence June 26, 2019 regarding Case: 170503419 enclosing Order from Guale Yamassee Consular Court attaching Liens to Respondents. (Exhibit "FFF")

iv.        Guale Yamassee Nation Evidence of Government and Tribe Documents and Federal Rules of Evidence 902 Self-Authentication. (Exhibit GGG")

v.        State Corporation Commission Correspondence (Exhibit "HHH")

vi.        Department of Records Notice of Deed Transfer to Trustee Yuhanna Fields. (Exhibit "III")

vii.        Notice of Sheriff Sale of Property 1361 S. 46th Street and Final Notice mailed to 1361 S. 46th Street. (Exhibit "JJJ")

viii.        Solicitation (evidence of published defamation) (Exhibit "KKK")

ix.        Solicitation Local Records Office. (Exhibit "LLL")

x.        Flagstar Escrow Analysis. (Exhibit "MMM")



**❦ RLH Ma'at Law ❦**
*Enforcing The Rights of the Indigenous People*

P.O. Box 7446
[Philadelphia Territory, Pennsylvania
Commonwealth 19101]
Phone:  401.343.0529
Cell: 267.312.7322

Rhashea Lynn Harmon El, Esquire*

**RLH Ma'at Law**
rlh@rlhmaatlaw.com
Fax: 1.888.696.0367

C/O 1315 Walnut Street, Suite 320
Rhashea Lynn Harmon El, Esquire
[Philadelphia Territory,
Pennsylvania
Commonwealth, 19107]
United States of America

January 25, 2019

On Behalf:
MAY E McCLOUD ESTATE
C/O VERA JONES Authorized Representative and LEGAL GUARDIAN
1818 S. Alden Street
Philadelphia, Pennsylvania 19143-5504

To:
SENT VIA EMAIL mbomstein@gmail.com
and REGULAR MAIL:
Attention: Michael Bomstein, Esq.
The Land and Title Building, Suite 2126
100 S. Broad Street
Philadelphia, Pennsylvania 19110

AND

SENT VIA EMAIL Vpalma@stradley.com & Astutzman@stradley.com
Attention: Vladimir Palma, Esquire
2005 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103

RE:       MATRIX FINANCIAL CORPORATION SERVICES VS.
          MAY E. MCCLOUD ET AL
DOCKET NO:   170503419

Greetings Counselor:

In correspondence dated, emailed and forwarded by USPS mail to counsel for Matrix Financial Corporation counsel was informed that RLH Ma'at Law & The Rights of Indigenous People's represents the Estate of May McCloud and Vera Lynn Jones in a limited scope regarding the above matter.

In that correspondence, dated January 14, 2019, RLH Ma'at Law & The Rights of Indigenous People's informed Counsel for Matrix Financial Corporation that:

* NY, PA, NJ

Authorized Internationally
"All Rights Reserved"

Legal Balance and Order

*℟ RLH Ma'at Law ℟*
*Enforcing The Rights of the Indigenous People*

the firm will accept all documents from Counsel representing Plaintiffs in the above matter, which are forwarded and mailed to either Vera L. Jones and/or May E McCloud.

All documents, correspondents in an attempt to ease the stressful burden on Respondents shall be forwarded to:

> [Address]
> c/o RLH Ma'at Law et al
> 1315 Walnut Street, Suite 320
> The Philadelphia Building
> Philadelphia, Pennsylvania 19107
>
> And/Or
>
> Email
> legaldocs@rlhmaatlaw.com

Not that it is any of Plaintiffs' Counsel business, but Respondent Jones has been hospitalized and is undergoing treatment for a health condition. RLH Ma'at Law & The Rights of Indigenous Peoples' represents Respondents.

As Indigenous peoples it is our Autonomous right to receive and to be treated as all other citizens and human beings.   As officers of the United States subsidiary States, it is your duty as Counsel to follow all rules and regulations that govern your license and permission to practice law as Attorneys here in America.

As indicated on this letter head the living being, Rhashea Lynn Harmon El is an Esquire. Regardless of where she may be licensed, as an indigenous being because she has been retained by indigenous people, she has the full authority to represent the clients in this matter in whatever capacity they so choose. This is not only a right bestowed internationally or through laws applicable prior to colonizing codex and laws created, but also unalienable rights established through the U.S. Constitution as well as the Commonwealth of Pennsylvania Constitution (mentioned and applicable solely due to the *jurisdictional venue* Counsel has chosen to file this matter).

Further, it has been brought to my attention that Counsel, subsequent January 14, 2019 not only forwarded documents to 1818 S. Alden Street, but also contacted Respondent Jones personally.   Counsel in this matter has been NOTICED that Respondents are not to be contacted directly. As Tribal members of the Yamasee Mund Bareefan Clan, Respondents are represented by their Indigenous Attorney and Plaintiffs' Counsel is required to communicate directly with the Tribal Counsel regarding this matter.

It is understood from Counsel Vladimir Palma's correspondence, dated January 18, 2019 that Discovery was "incomplete". I have been provided with this information and my firm is addressing this matter.

Additionally, as per Counsel Vladimir Palma's correspondence, Counsel indicated within the body of said correspondence that said "deficiencies be cured no later than January 27, 2019". As this matter concerns a public court matter, for which Respondents have consistently maintained that they have wrongfully been targeted and forced into said jurisdiction, it is not only the common practice within the judicial industry to not compute or enforce dates falling on a Saturday, Sunday or holiday, but the Commonwealth has even seen to including within its codex of rules of civil procedure a specific rule

NY, PA, NJ

Authorized Internationally
"All Rights Reserved"

Legal Balance and Order

*RLH Ma'at Law*
*"Enforcing The Rights of the Indigenous People"*

addressing the computation of time; *See:*

**Pa.R.C.P. Rule 203. Computation of Time.**

> "A. When any period of time is referred to in any rule, such period in all cases, except as otherwise provided in subdivision B of this rule,
>
> shall be so computed as to exclude the first and include the last day of such period. Whenever the last day of any such period shall fall on Saturday or Sunday, or on any day made a legal holiday by the laws of this Commonwealth or of the United States, such day shall be omitted from the computation."

*Et seq.*

I am certain that Plaintiff's Counsel in this matter are not above the law merely because Counsel possesses the title "Esquire". If I am incorrect, I welcome all constructive corrections.

As a friendly reminder, in all capacities and dealings with the Courts, Indigenous Peoples are friends of the Court and act without malice or intent to cause harm or injury to any United States Citizen. Therefore, should Counsel continue to violate any rules or laws as mentioned in documents produced to Counsel, RLH Ma'at Law & The Rights of Indigenous Peoples will report Counsel.

Therefore, as per my client's rights, in accordance with the Rules of Discovery, should your accusations of "deficiencies" be valid, you will receive the cure for such deficiencies by January 31, 2019 since Respondents did not receive notice of such "defect" until approximately January 23, 2019 by Certified Mail.

Again, do not contact my Indigenous clients directly.   As mentioned in my previous correspondence, we are bestowed with the authority to discuss all matters with you as we would with full representation. We are Counsel for Respondents.

For your reference and according to your rules of professional conduct *see:*

> "*Rule 4.2. Communication with Person Represented by Counsel.*
>
> *In representing a client, a lawyer shall not communicate about the subject of the representation with a person the lawyer knows to be represented by another lawyer in the matter, unless the lawyer has the consent of the other lawyer or is authorized to do so by law or a court order.*
>
> *Comment:*
>
> *(1) This Rule contributes to the proper functioning of the legal system by protecting a person who has chosen to be represented by a lawyer in a matter against possible overreaching by other lawyers who are participating in the matter, interference by those lawyers with the client-lawyer relationship and the uncounselled disclosure of information relating to the representation.*
>
> *(2) This Rule applies to communications with any person who is represented by counsel concerning the matter to which the communication relates.*

NY, PA, NJ

Authorized Internationally
"All Rights Reserved"

Legal Balance and Order

01.25.2019

*R.D.H. Ma at Law*
*"Enforcing The Rights of the Indigenous People"*

(3) The Rule applies even though the represented person initiates or consents to the communication. A lawyer must immediately terminate communication with a person if, after commencing communication, the lawyer learns that the person is one with whom communication is not permitted by this Rule.

(4) This Rule does not prohibit communication with a represented person, or an employee or agent of such a person, concerning matters outside the representation. For example, the existence of a controversy between a government agency and a private party, or between two organizations, does not prohibit a lawyer for either from communicating with nonlawyer representatives of the other regarding a separate matter. Nor does this Rule preclude communication with a represented person who is seeking advice from a lawyer who is not otherwise representing a client in the matter. A lawyer may not make a communication prohibited by this Rule through the acts of another. See Rule 8.4(a). Parties to a matter may communicate directly with each other, and a lawyer is not prohibited from advising a client concerning a communication that the client is legally entitled to make. Also, a lawyer having independent justification or legal authorization for communicating with a represented person is permitted to do so.

(5) Communications authorized by law may include communications by a lawyer on behalf of a client who is exercising a constitutional or other legal right to communicate with the government. Communications authorized by law may also include constitutionally permissible investigative activities of lawyers representing governmental entities, directly or through investigative agents, prior to the commencement of criminal or civil enforcement proceedings. When communicating with the accused in a criminal matter, a government lawyer must comply with this Rule in addition to honoring the constitutional rights of the accused. The fact that a communication does not violate a state or federal constitutional right is insufficient to establish that the communication is permissible under this Rule.

(6) A lawyer who is uncertain whether a communication with a represented person is permissible may seek a court order. A lawyer may also seek a court order in exceptional circumstances to authorize a communication that would otherwise be prohibited by this Rule, for example, where communication with a person represented by counsel is necessary to avoid reasonably certain injury.

(7) In the case of a represented organization, this Rule prohibits communications with a constituent of the organization who supervises, directs or regularly consults with the organization's lawyer concerning the matter or has authority to obligate the organization with respect to the matter or whose act or omission in connection with the matter may be imputed to the organization for purposes of civil or criminal liability. Consent of the organization's lawyer is not required for communication with a former constituent. If a constituent of the organization is represented in the matter by his or her own counsel, the consent by that counsel to a communication will be sufficient for purposes of this Rule.

• NY, PA, NJ

Authorized Internationally
"All Rights Reserved"

Legal Balance and Order

*RCH Ma'at Law*
*"Enforcing The Rights of the Indigenous People"*

*Compare Rule 3.4(f). In communicating with a current or former constituent of an organization, a lawyer must not use methods of obtaining evidence that violate the legal rights of the organization. See Rule 4.4.*

*(8) The prohibition on communications with a represented person only applies in circumstances where the lawyer knows that the person is in fact represented in the matter to be discussed. This means that the lawyer has actual knowledge of the fact of the representation; but such actual knowledge may be inferred from the circumstances. See Rule 1.0(f). Thus, the lawyer cannot evade the requirement of obtaining the consent of counsel by closing eyes to the obvious.*

*(9) In the event the person with whom the lawyer communicates is not known to be represented by counsel in the matter, the lawyer's communications are subject to Rule 4.3."*

Thank you for your attention to this matter.

Most Sincerely and in Honor,

Without Prejudice U.C.C. 1-308

R.-Lynn Harmon El©, Esq.
Private Attorney and Trustee of RCH Ma'at Law
and the Rights of the Indigenous Peoples and the
Authorized Representative and Owner for
Rhashea Lynn Harmon Foreign Trust

-All Rights Reserved-

01-25-2019

cc:
File
Ms. Vera Lynn Jones

Enclosures.

NY, PA, NJ

Authorized Internationally
"All Rights Reserved"

Legal Balance and Order





FILED
05 FEB 2019 05:46 pm
Civil Administration
E. MASCUILLI

| | |
|---|---|
| MATRIX FINANCIAL SERVICES CORP., | : COURT OF COMMON PLEAS |
| Plaintiff | |
| | : PHILADELPHIA COUNTY |
| v. | |
| | : CIVIL ACTION - LAW |
| MAY E. McCLOUD, ET AL., | |
| Defendants | : MAY TERM, 2017 |
| | : 03419 |

## ORDER

AND NOW, this          day of February, 2018, upon consideration of attorney Michael S. Bomstein's Motion for Declaratory Relief, and any responses thereto, it is ORDERED and DECREED that said Motion shall be and hereby is GRANTED. Finding that attorney Rhashea Lynn Harmon, Attorney I.D. No. 312859, is engaged in the unauthorized practice of law, until further order of Court, Bomstein is hereby excused from serving, and directed not to serve, any papers in this action upon attorney Harmon.

BY THE COURT:

_____
                                              J.

Case ID: 170503419
Control No.: 19020924

PINNOLA & BOMSTEIN, ATTORNEYS AT LAW
BY: Michael S. Bomstein, Esq.
Attorney I.D. No. 21328
Email: mbomstein@gmail.com
Suite 2126 land Title Building                    Attorney for Plaintiff
100 South broad Street
Philadelphia, PA 19110
Tel.: (215) 592-8383

---

| | |
|---|---|
| MATRIX FINANCIAL SERVICES CORP., | : COURT OF COMMON PLEAS |
| Plaintiff | |
| | : PHILADELPHIA COUNTY |
| v. | |
| | : CIVIL ACTION - LAW |
| MAY E. McCLOUD, ET AL., | |
| Defendants | : MAY TERM, 2017 |
| | : 03419 |

## COUNSEL'S MOTION FOR DECLARATORY RELIEF

TO THE HONORABLE JUDGES OF THE SAID COURT:

Michael S. Bomstein, co-counsel for plaintiff in the above-captioned action, hereby moves for declaratory relief regarding his responsibilities to defendants Jones and McCloud, and in support hereof avers as follows:

1. Defendants Jones and McCloud are proceeding *pro se* in this action.

2. Recently movant has received correspondence from attorney Rhashea Lynn Harmon, directing movant to send all papers in this action to her. Two such letters are attached hereto as Exhibits "A," and "B."

3. Harmon has not entered her appearance of record.

4. Harmon is under administrative suspension from the Pennsylvania Supreme Court Disciplinary board and is not currently authorized to practice law in Pennsylvania. (Copy of printout from Disciplinary Board website attached hereto as Exhibit "C.").

5. Movant does not wish to aid or abet Ms. Harmon in the unauthorized practice of law.

6. At the same time, movant does not wish to fail to act properly as an officer of his Court.

7. Movant is prepared to act in accordance with this Court's direction under the circumstances.

8. This Court has the authority to enter declaratory relief as well as the authority to control the practice of lawyers who appear before this tribunal.

WHEREFORE, movant hereby prays this Honorable Court enter an Order declaring his obligations with respect to service of papers upon defendants for the duration of this litigation.

PINNOLA & BOMSTEIN

/s/ Michael S. Bomstein
Michael S. Bomstein, Esq.
Attorney I.D. No. 21328
Email: mbomstein@gmail.com
100 South Broad Street, Suite 2126
Philadelphia, PA 19110
Tel.: (215) 592-8383

Co-Counsel for Plaintiff

Dated: February 5, 2019

PINNOLA & BOMSTEIN, ATTORNEYS AT LAW
BY: Michael S. Bomstein, Esq.
Attorney I.D. No. 21328
Email: mbomstein@gmail.com
Suite 2126 land Title Building          Attorney for Plaintiff
100 South broad Street
Philadelphia, PA 19110
Tel.: (215) 592-8383

---

MATRIX FINANCIAL SERVICES CORP.,    : COURT OF COMMON PLEAS
                         Plaintiff

                                    : PHILADELPHIA COUNTY

        v.
                                    : CIVIL ACTION - LAW
MAY E. McCLOUD, ET AL.,
                         Defendants : MAY TERM, 2017

                                    : 03419

## MEMORANDUM OF LAW IN SUPPORT OF
## COUNSEL'S MOTION FOR DECLARATORY RELIEF

### I. Matter Before the Court

Plaintiff's Motion for Declaratory Relief

### II. Issue Presented

Whether the the Court should enter an order declaring attorney Bomstein's

obligations with regard to service of papers in this action upon defendants.

*Suggested Answer: Yes*

### III. Operative Facts

The averments in plaintiff's within Motion are hereby incorporated by reference thereto.

### IV. Argument

Movant is a licensed member of the bar whose conduct is constrained by rules of

statewide application, including the Rules of Professional Conduct. Rule 5.5 prohibits the

unauthorized practice of law. 5.5(a) also prohibits assisting another in the unauthorized practice

of law.

It is clear that attorney Rhashea Lynn Harmon is practicing law in defiance of her administrative suspension. Movant Bomstein has no wish to facilitate that practice or be deemed to have assisted her in doing so. At the same time, Bomstein does not wish to act improperly by failing to serve defendants as they might otherwise wish.

Declaratory relief is afforded to persons under the Pennsylvania Declaratory Judgments Act, 42 Pa.C.S. §§ 7531-7541 ("the Act"). Under § 7532 , "Courts of record, within their respective jurisdictions, shall have power to declare rights, status, and other legal relations whether or not further relief is or could be claimed.." This Court also has the discretion to regulate the conduct of counsel appearing before it.

In light of the foregoing, movant asks this Honorable Court to make a determination of his professional obligations towards defendants.

## V. Relief

In light of the foregoing, movant prays this Honorable Court enter his proposed Order.

Respectfully submitted,

PINNOLA & BOMSTEIN

*/s/ Michael S. Bomstein*
Michael S. Bomstein, Esq.
Attorney for Plaintiff

Dated: February 5, 2019

## VERIFICATION

Michael S. Bomstein, states that he is attorney for the Plaintiff and that the facts set forth in the foregoing Motion are true and correct to the best of his knowledge, information and belief, and that this statement is made subject to the penalties of 18 Pa. C.S.A. 4904 relating to unsworn falsification to authorities.

*/s/ Michael S. Bomstein*
Michael S. Bomstein

Dated: February 5, 2019

## CERTIFICATE OF SERVICE

I hereby certify that I did serve or will serve a true and correct copy of the within motion upon all parties of record as follows.  Service upon counsel of record was or will be via the Court's electronic filing system.  May E. McCloud and Vera L. Jones  have been or will be sent copies by United States Mail, first class postage prepaid, to 1818 South Alden Street, Philadelphia, PA 19143.  This motion  has been or will be served upon attorney Rhashea Lynn Harmon at her office of record by mailng same to P. O. Box 7446, Phialdelphia, PA 19101.


/s Michael S. Bomstein
Michael S. Bomstein


Dated: February 5, 2019

*❧ RLH Ma'at Law ❧*
*"Enforcing The Rights of the Indigenous People"*

P.O. Box 7446
[Philadelphia Territory, Pennsylvania
Commonwealth 19101]
Phone: 401.343.0529
Cell: 267.312.7322

Rhashea Lynn Harmon El, Esquire*

C/O 1315 Walnut Street, Suite 320
Rhashea Lynn Harmon El, Esquire
[Philadelphia Territory,
Pennsylvania
Commonwealth, 19107]
United States of America

**RLH Ma'at Law**
rlh@rlhmaatlaw.com
Fax: 1.888.696.0367

January 14, 2019



**On Behalf:**
**MAY E McCLOUD ESTATE**
**C/O VERA JONES Authorized Representative and LEGAL GUARDIAN**
1818 S. Alden Street
Philadelphia, Pennsylvania 19143-5504

**To:**
SENT VIA EMAIL mbomstein@gmail.com
and REGULAR MAIL:
Attention: Michael Bomstein, Esq.
The Land and Title Building, Suite 2126
100 S. Broad Street
Philadelphia, Pennsylvania 19110

**AND**

SENT VIA EMAIL Vpalma@stradley.com & Astutzman@stradley.com
Attention: Vladimir Palma, Esquire
2005 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103

RE:      **MATRIX FINANCIAL CORPORATION SERVICES VS.**
         **MAY E. McCLOUD ET AL**
DOCKET NO:   170503419

Greetings:

This correspondence is to inform you that RLH Ma'at Law & The Rights of Indigenous People's represents the Estate of May McCloud and Vera Lynn Jones in a limited scope regarding the above matter.

The Indigenous firm has been retained to assist in the above matter as well as to assist in the matter concerning the Petition to Quiet Title.

\* NY, PA, NJ

**Legal Balance and Order**

Authorized Internationally
"All Rights Reserved"

Case ID: 170503419
Control No.: 19020924



*RLH Ma'at Law*
*"Enforcing The Rights of the Indigenous People"*

At this time, the firm will accept all documents from Counsel representing Plaintiffs in the above matter, which are forwarded and mailed to either Vera L. Jones and/or May E McCloud.

All documents, correspondents in an attempt to ease the stressful burden on Respondents shall be forwarded to:

> [Address]
> c/o RLH Ma'at Law et al
> 1315 Walnut Street, Suite 320
> The Philadelphia Building
> Philadelphia, Pennsylvania 19107
>
> And/Or
>
> Email
> legaldocs@rlhmaatlaw.com

In an effort to reduce any further delay in responses et cetera in this matter, the following documents:

a) Respondents' Response to Plaintiffs' Requests for Production of Documents;
b) Respondents' Preliminary Objections to Plaintiff's Petition to Quiet Title filed December 10, 2018;
c) Respondents' First Discovery Request Interrogatories and Request For Production of Documents Directed to Plaintiffs,

shall be forwarded to each counsels' email of record on January 14, 2019 and subsequently forwarded by regular mail.

Additionally, let this correspondence reflect Notice of Intent to file a Motion to Extend Discovery as well. Should counsel of record agree or disagree to the extension please advise.

It is our intention to assist Defendants in this matter and to alleviate much of the legal procedural requirements while also acting as an advisor to Respondents.

Additionally, within the limited scope of our representation we are bestowed with the authority to discuss all matters with you as we would with full representation.

* NY, PA, NJ

Authorized Internationally
"All Rights Reserved"

Legal Balance and Order

Case ID: 170503419
Control No.: 19020924



Thank you for your attention to this matter.

Most Sincerely and in Honor,

Without Prejudice U.C.C. 1-308

™R. Lynn Harmon-El©, Esq.
Private Attorney and Trustee of RLH Ma'at Law
and the Rights of the Indigenous Peoples and the
Authorized Representative and Owner for
Rhashea Lynn Harmon Foreign Trust

-All Rights Reserved-

cc:
File
Ms. Vera Lynn Jones

Enclosures.

\* NY, PA, NJ

Authorized Internationally
"All Rights Reserved"

Legal Balance and Order

Case ID: 170503419
Control No.: 19020924





*❦ RLH Ma'at Law ❦*
*"Enforcing The Rights of the Indigenous People"*

P.O. Box 7446
[Philadelphia Territory, Pennsylvania
Commonwealth 19101]
Phone:  401.343.0529
Cell: 267.312.7322

Rhashea Lynn Harmon El, Esquire*

**RLH Ma'at Law**
rlh@rlhmaatlaw.com
Fax: 1.888.696.0367

C/O 1315 Walnut Street, Suite 320
Rhashea Lynn Harmon El, Esquire
[Philadelphia Territory,
Pennsylvania
Commonwealth, 19107]
United States of America



January 25, 2019

**On Behalf:**
MAY E McCLOUD ESTATE
C/O VERA JONES Authorized Representative and LEGAL GUARDIAN
1818 S. Alden Street
Philadelphia, Pennsylvania 19143-5504

**To:**
SENT VIA EMAIL mbornstein@gmail.com
and REGULAR MAIL:
Attention: Michael Bornstein Esq.
The Land and Title Building, Suite 2126
100 S. Broad Street
Philadelphia, Pennsylvania 19110

**AND**

SENT VIA EMAIL Vpalma@stradley.com & Astutzman@stradley.com
Attention: Vladimir Palma, Esquire
2005 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103

RE:    MATRIX FINANCIAL CORPORATION SERVICES VS.
       MAY E. MCCLOUD ET AL
       <u>DOCKET NO:   170503419</u>

Greetings Counselor:

In correspondence dated, emailed and forwarded by USPS mail to counsel for Matrix Financial Corporation counsel was informed that RLH Ma'at Law & The Rights of Indigenous People's represents the Estate of May McCloud and Vera Lynn Jones in a limited scope regarding the above matter.

In that correspondence, dated January 14, 2019, RLH Ma'at Law & The Rights of Indigenous People's informed Counsel for Matrix Financial Corporation that:

* NY, PA, NJ

Authorized Internationally
"All Rights Reserved"

Legal Balance and Order

Case ID: 170503419
Control No.: 19020924



*"Enforcing The Rights of the Indigenous People"*

the firm will accept all documents from Counsel representing Plaintiffs in the above matter, which are forwarded and mailed to either Vera L. Jones and/or May E McCloud.

All documents, correspondents in an attempt to ease the stressful burden on Respondents shall be forwarded to:

> [Address]
> c/o RLH Ma'at Law et al
> 1315 Walnut Street, Suite 320
> The Philadelphia Building
> Philadelphia, Pennsylvania 19107
>
> And/Or
>
> Email
> legaldocs@rlhmaatlaw.com

Not that it is any of Plaintiffs' Counsel business, but Respondent Jones has been hospitalized and is undergoing treatment for a health condition. RLH Ma'at Law & The Rights of Indigenous Peoples' represents Respondents.

As indigenous peoples it is our Autonomous right to receive and to be treated as all other citizens and human beings.   As officers of the United States subsidiary States, it is your duty as Counsel to follow all rules and regulations that govern your license and permission to practice law as Attorneys here in America.

As indicated on this letter head the living being, Rhashea Lynn Harmon El is an Esquire. Regardless of where she may be licensed, as an indigenous being because she has been retained by indigenous people, she has the full authority to represent the clients in this matter in whatever capacity they so choose. This is not only a right bestowed internationally or through laws applicable prior to colonizing codex and laws created, but also unalienable rights established through the U.S. Constitution as well as the Commonwealth of Pennsylvania Constitution (mentioned and applicable solely due to the *jurisdictional venue* Counsel has chosen to file this matter).

Further, it has been brought to my attention that Counsel, subsequent January 14, 2019 not only forwarded documents to 1818 S. Alden Street, but also contacted Respondent Jones personally.   Counsel in this matter has been NOTICED that Respondents are *not* to be contacted directly. As Tribal members of the Yamasee Mund Bareefan Clan, Respondents are represented by their Indigenous Attorney and Plaintiffs' Counsel is required to communicate directly with the Tribal Counsel regarding this matter.

It is understood from Counsel Vladimir Palma's correspondence, dated January 18, 2019 that Discovery was "incomplete". I have been provided with this information and my firm is addressing this matter.

Additionally, as per Counsel Vladimir Palma's correspondence, Counsel indicated within the body of said correspondence that said "deficiencies be cured no later than January 27, 2019". As this matter concerns a public court matter, for which Respondents have consistently maintained that they have wrongfully been targeted and forced into said jurisdiction, it is not only the common practice within the judicial industry to not compute or enforce dates falling on a Saturday, Sunday or holiday, but the Commonwealth has even seen to including within its codex of rules of civil procedure a specific rule

*NY, PA, NJ*
Authorized Internationally
"All Rights Reserved"

Legal Balance and Order



addressing the computation of time; *See*:

*Pa.R.C.P.* Rule 203. Computation of Time.

> "A. When any period of time is referred to in any rule, such period in all cases, except as otherwise provided in subdivision B of this rule,

> shall be so computed as to exclude the first and include the last day of such period. Whenever the last day of any such period shall fall on Saturday or Sunday, or on any day made a legal holiday by the laws of this Commonwealth or of the United States, such day shall be omitted from the computation."

*Et seq.*

I am certain that Plaintiff's Counsel in this matter are not above the law merely because Counsel possesses the title "Esquire". If I am incorrect, I welcome all constructive corrections.

As a friendly reminder, in all capacities and dealings with the Courts, Indigenous Peoples are friends of the Court and act without malice or intent to cause harm or injury to any United States Citizen. Therefore, should Counsel continue to violate any rules or laws as mentioned in documents produced to Counsel, RLH Ma'at Law & The Rights of Indigenous Peoples will report Counsel.

Therefore, as per my client's rights, in accordance with the Rules of Discovery, should your accusations of "deficiencies" be valid, you will receive the cure for such deficiencies by January 31, 2019 since Respondents did not receive notice of such "defect" until approximately January 23, 2019 by Certified Mail.

Again, do not contact my Indigenous clients directly.   As mentioned in my previous correspondence, we are bestowed with the authority to discuss all matters with you as we would with full representation. We are Counsel for Respondents.

For your reference and according to your rules of professional conduct *see*:

> "*Rule 4.2. Communication with Person Represented by Counsel.*

> *In representing a client, a lawyer shall not communicate about the subject of the representation with a person the lawyer knows to be represented by another lawyer in the matter, unless the lawyer has the consent of the other lawyer or is authorized to do so by law or a court order.*
> *Comment:*

> *(1) This Rule contributes to the proper functioning of the legal system by protecting a person who has chosen to be represented by a lawyer in a matter against possible overreaching by other lawyers who are participating in the matter, interference by those lawyers with the client-lawyer relationship and the uncounselled disclosure of information relating to the representation.*

> *(2) This Rule applies to communications with any person who is represented by counsel concerning the matter to which the communication relates.*

NY, PA, NJ
Authorized Internationally
"All Rights Reserved"

Legal Balance and Order

050924 19
9020924

*B.S.H. Mo' at Law*
*"Enforcing The Rights of the Indigenous People"*

(3) The Rule applies even though the represented person initiates or consents to the communication. A lawyer must immediately terminate communication with a person if, after commencing communication, the lawyer learns that the person is one with whom communication is not permitted by this Rule.

(4) This Rule does not prohibit communication with a represented person, or an employee or agent of such a person, concerning matters outside the representation. For example, the existence of a controversy between a government agency and a private party, or between two organizations, does not prohibit a lawyer for either from communicating with nonlawyer representatives of the other regarding a separate matter. Nor does this Rule preclude communication with a represented person who is seeking advice from a lawyer who is not otherwise representing a client in the matter. A lawyer may not make a communication prohibited by this Rule through the acts of another. See Rule 8.4(a). Parties to a matter may communicate directly with each other, and a lawyer is not prohibited from advising a client concerning a communication that the client is legally entitled to make. Also, a lawyer having independent justification or legal authorization for communicating with a represented person is permitted to do so.

(5) Communications authorized by law may include communications by a lawyer on behalf of a client who is exercising a constitutional or other legal right to communicate with the government. Communications authorized by law may also include constitutionally permissible investigative activities of lawyers representing governmental entities, directly or through investigative agents, prior to the commencement of criminal or civil enforcement proceedings. When communicating with the accused in a criminal matter, a government lawyer must comply with this Rule in addition to honoring the constitutional rights of the accused. The fact that a communication does not violate a state or federal constitutional right is insufficient to establish that the communication is permissible under this Rule.

(6) A lawyer who is uncertain whether a communication with a represented person is permissible may seek a court order. A lawyer may also seek a court order in exceptional circumstances to authorize a communication that would otherwise be prohibited by this Rule, for example, where communication with a person represented by counsel is necessary to avoid reasonably certain injury.

(7) In the case of a represented organization, this Rule prohibits communications with a constituent of the organization who supervises, directs or regularly consults with the organization's lawyer concerning the matter or has authority to obligate the organization with respect to the matter or whose act or omission in connection with the matter may be imputed to the organization for purposes of civil or criminal liability. Consent of the organization's lawyer is not required for communication with a former constituent. If a constituent of the organization is represented in the matter by his or her own counsel, the consent by that counsel to a communication will be sufficient for purposes of this Rule.

• NY, PA, NJ

Authorized Internationally
"All Rights Reserved"

Legal Balance and Order

Control No.: 19020924

*RLH Ma'at Law*
*"Enforcing The Rights of the Indigenous People"*

Compare Rule 3.4(f). In communicating with a current or former constituent of an organization, a lawyer must not use methods of obtaining evidence that violate the legal rights of the organization. See Rule 4.4.

(8) The prohibition on communications with a represented person only applies in circumstances where the lawyer knows that the person is in fact represented in the matter to be discussed. This means that the lawyer has actual knowledge of the fact of the representation; but such actual knowledge may be inferred from the circumstances. See Rule 1.0(f). Thus, the lawyer cannot evade the requirement of obtaining the consent of counsel by closing eyes to the obvious.

(9) In the event the person with whom the lawyer communicates is not known to be represented by counsel in the matter, the lawyer's communications are subject to Rule 4.3. "

Thank you for your attention to this matter.

Most Sincerely and in Honor,

Without Prejudice U.C.C. 1-308

R. Lynn Harmon El©, Esq.
Private Attorney and Trustee of RLH Ma'at Law
and the Rights of the Indigenous Peoples and the
Authorized Representative and Owner for
Rhashea Lynn Harmon Foreign Trust

-All Rights Reserved-

cc:
File
Ms. Vera Lynn Jones

Enclosures.

NY, PA, NJ
Authorized Internationally
"All Rights Reserved"

Legal Balance and Order

Case ID: 170503419
Control No.: 19020924

Control No.: 1902092₄

Case ID: 170503419

RLH Ma'at Law & The Rights of Indigenous Peoples
R. Lynn Harmon El, Esq.
C/O P.O. Box 9446
Philadelphia Territory, PA [19104]-de facto

PHILADELPHIA PA 190

28 JAN 2019 PM 3 L

191.10841024     CCTT

Attention Heather C. Ramsdale, Esq.
Land and Title Building, Suite 2/26
100 S. Broad Street
Philadelphia, Pennsylvania Commonwealth Territory
[19110]

# RLH Ma'at Law



*The*

# DISCIPLINARY BOARD
*of the Supreme Court of Pennsylvania*

## Harmon, Rhashea Lynn

## Public Information

Attorney ID: 312859
Current Status: Administrative Suspension
Date of Admission: 3/16/2012
Law Firm: RLH Maat Law Rights of the Indigenous Peoples Office
Other Organization:
Address: RLH MAAT LAW OFFICE
P.O. BOX 7446
PHILADELPHIA Pennsylvania 19101
Country: United States
Telephone: (267) 312-7322
Fax: (888) 696-0367
County: Philadelphia
District: District 1

Professional Liability Insurance: I do not maintain professional liability
insurance pursuant to the provisions of Rule of Professional Conduct 1.4(c),
but I do have private clients and/or possible exposure to malpractice actions.

Case ID: 170503419
Control No.: 19020924





*All Commercial Transactions and Trade and Notes are Backed by Indigenous Specie*

**Guale Yamassee Supreme Court Administration**
**Office of Supreme Court Administrator**
**AdminCourts@GualeYamasseeCourt.org**
**Phone and Fax: 1.833.482.5333**

June 26, 2019

Mr. Thomas Clewley
Administrative Manager, United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, Pennsylvania [19106]
SENT VIA U.S.P.S.
Uniform Postal Union Treaty Enforced

RE:   **MATRIX FINANCIAL vs. McCloud** *et al.*
      **First Judicial Derivative Docket: 170503419**

Greetings:

This correspondence concerns the above referenced matter and the continued and ongoing international human rights violations and constitutional violations. Through numerous pleadings filed and responded in the matter above the First Judicial District of Pennsylvania, Court of Common Pleas of Philadelphia County's agents, officials and officers have continuously ignored Tribal Constitutional and International Human Rights of Guale Yamassee Nationals and Guale Yamassee National's Chief Juris Consul.

On May 22, 2019, a hearing was held within your Jurisdiction involving our Nationals and Chief Juris Consul, for the Guale Yamassee Nation, specially visited. Official documents, authorized by Chief Black-Hawk was presented to Paula A. Patrick were ignored and returned to Chief Juris Consul Rhashea Lynn Harmon El. Further, a document presented to Paula A. Patrick, by Agent Michael S. Bomstein, was executed without Chief Juris Consul receiving a copy or having an opportunity to object. Here, Paula A. Patrick exhibited extreme bias and prejudice against Guale Yamassee's interest.

On June 21, 2019, "Notice of Attachment" for a "Trial" listed for July 18, 2019 in room 253 in City Hall, Philadelphia, PA beginning at 930 A.M was received by Nationals of Guale Yamassee involved in the above referenced derivative docket and represented by Guale Yamassee's National and Chief Consul Rhashea Lynn Harmon El.

Since, notifying allative Foreign Agents operating as Attorneys:

MICHAEL S BOMSTEIN, ESQ.        BRANDON R GAMBLE, ESQ.

 ...........................................*Non-Transferrable Bond of Guale Yamassee Nation*........................................... 
Copyright© 2019





*All Commercial Transactions and Trade and Notes are Backed by Indigenous Specie*

| | |
|---|---|
| CHRISTOPHER A REESE, ESQ. | PETER WARPNER, ESQ. |
| VLADIMIR PALMA, ESQ. | MICHAEL PELLEGRINO, ESQ. |
| ANDREW K STUTZMAN, ESQ. | JENNIE SHNAYDER, ESQ. |
| DAVID A CRAMER, ESQ. | ABIGAIL BRUNNER, ESQ. |

All have failed to communicate with our Guale Yamassee Chief Juris Consul.

The May 22, 2019 "hearing" was witnessed by Guale Yamassee Diplomat Nanye Amir El, who reported the matter to Supreme Grand Chief Black-Hawk Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations (MBC/INAAN), hereinafter referred to as ("Chief Black-Hawk"). Please see his attached correspondence. Should a **certified bonded copy** be required by your office, a formal request can be made by an Official of the United States or by contacting the United States Department of State.

Additionally, wee are aware of the United States' agencies and agents, operating on their behalf, intent to curtail and cease matters coming before their Jurisdictional Courts, wherein the foreign agents are asserting that many individuals allegedly lack international political authority to claim their indigenous status *et cetera*. Wee have attached a copy of a Transactional Communication regarding a previous matter involving one of our Nationals that again required the commercial involvement through correspondence of Chief Black-Hawk. Again, should a **certified bonded copy** be required by your office, a formal request can be made by an Official of the United States contacting Guale Yamassee Chief Juris Consul, Rhashea Lynn Harmon El, or by contacting the United States Department of State who is competently aware of our Government Status and International Recognition.

Wee, presume that since your agents have taken issue with our Chief Juris Consul, being a former member with the BAR, that you would feel more comfortable contacting the United States Department of State, who is carbon copied on this transaction.

Additionally, enclosed you will find an ORDER received and filed with this office 17.06.2019, from the Guale Yamassee *Sui Juris* Supreme Consular Court ORDERING and APPROVING a LIEN be placed on ALLATTIVE FOREIGN AGENTS' Bonds and Attorney BAR Derivatives, involved in the above matter. The liens shall be filed against the bonds of all foreign agents involved in the above referenced matter within 72 hours and registered internationally as per the enclosed ORDER.

Wee, Guale Yamassee Nation, through our government are currently engaged in negotiations with your government. The continued disrespect by your foreign agents operating on behalf of the United States' Foreign Entities is a violation of the Full Faith and Credit Agreement and International Comity with the United States.





..............................................*Non-Transferrable Bond of Guale Yamassee Nation*..............................................
Copyright© 2019





*All Commercial Transactions and Trade and Notes are Backed by Indigenous Specie*

Thank you for your receipt and acknowledgement of this international communications commercial matter.

Submitted,

Gentle Warrior Thunder Bolt
Chief Administrative Officer
All Rights Reserved

cc:
*United States Department of Justice (Office of International Affairs)*
*Lisette Shirdan-Harris*
*Paula A. Patrick*
*United States Marshals*
*Guale Yamassee Compliance Department*
*Guale Yamassee Marshals*
*Department of State*

*End of Bonded Note*
*Allative Nationals herein mentioned are bonded and backed by Indigenous Specie.*

 

.............................*Non-Transferrable Bond of Guale Yamassee Nation*.............................
Copyright© 2019





# The Guale Yamasse Sui Juris Consular Court

|  |  |  |
|---|---|---|
| Guale Yamassee Chief Consul Office, and | : | **EMERGENCY MOTION** |
| Diplomat Nanya Amir El, and | : | **FOR REVIEW AND RELIEF** |
| McCloud and Jones, Nationals Sui Juris | : |  |
| Plaintiffs, | : |  |
|  | : | Spring Term |
| Vs. | : | Filed: 03062019 |
| The Court of Common Pleas, Philadelphia County | : |  |
| And | : | Docket: 03062019 |
| Matrix Financial Services Corporation | : |  |
| And | : |  |
| Agents d/b/a | : |  |
| Attorneys for Matrix Financial Services | : |  |
| Corporation | : |  |
| Foreign Respondents. | | |



### SPECIAL ORDER *SUA SPONTE*

**AND NOW**, upon REVIEW of the file presented by Plaintiffs occurring before the Court of Common Pleas Philadelphia County since 2017 Docketed as: 170503419, operating within the jurisdiction of the United States of America, en North America, and

Upon **EMERGENCY MOTION** submitted subsequent events occurring on May 22, 2019 involving Guale Yamassee Chief Juris Consul Rhashea Lynn Harmon El, and Witnessed by Guale Yamassee Diplomat Nanya Amir El, wherein The Philadelphia Court of Common Pleas (by Charter), held a hearing violating Guale Yamassee Organic Constitution and Representation of Guale Yamassee Juris Consul on behalf of Guale Yamassee Nationals Right to Representation, and

**THEREFORE, WEE, GRANT** Plaintiffs' **EMERGENCY MOTION** and

Through **SUA SPONTE ORDER** under Guale Yamassee Nation's Constitutional Right incorporating The Rights of Indigenous Peoples and International Human Rights Laws to protect its Nationals and this Court's Constitutional Authority to uphold the Guale Yamassee Nation's Constitution and uphold Justice through enforcement of The Rights of Indigenous Peoples Individually and Collectively,

**WEE, AUTHORIZE** through this **ORDER**, Plaintiffs to file Liens and Attachments of derivative accounts against allative foreign agents.

Notice of this **SUA SPONTE ORDER** shall be forwarded to allative Foreign Respondents and the United States Department of Justice and the Internal Revenue Service as per international comity.

Supreme Juris Offi

Copyright©2019
*Non-Transferrable Bond of Guale Yamassee Nation*



k of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan n/Indigenous Native American Association of Nations (MBC/INAAN)

Date 5/23/2019

## With regard Yamassee Credentials, Documentation
### and the issue of fraud:

Our Government, it's official Departments, it's official representatives and instruments e.g. Ids, licenses, plates, trusts etc. are currently issued to our staff and families in accord with October 1ⁿ, 2004 Certification issued in The Commonwealth of Pennsylvania (Color copy enclosed)  which is supported by our constructive business agreement made between the "United States" and said "MBC/INAAN Government", via "The United States Department of State", date <u>February 11ᵗʰ, 2004</u>, in accord with our tribal policies and the policies of the United States Department of State.  This said agreement can be verified through the Guale/Yamassee <u>DARTS</u> data base; and the "<u>DARTS</u>" data base at the US Department of State Authentication office.  (Document Authentication Retrieval and Tracking System)

2 FAM 1291.5 Processing (TL: GEN-313; 08-18-2004) (The United States FOREIGN AND DOMESTIC AFFAIRS MANUEL = FAM)

> The Authentications Office tracks all correspondence and documents through the Document Authentication, Retrieval, and Tracking Systems (DARTS).  A case service number is assigned to all requests received in the Authentications Office. This service number appears on all authentication certificates and tracks all aspects of the authentication process, as well as fees collected, and is used as an effective method for the Authentications Office's internal control process.

**Note:**  DARTS= Data Authentication Retrieval and Tracking System.  .

There has been some question made with regard to public policy.

2 FAM 1291.2 Scope and Policy (TL: GEN-313; 08-18-2004)

> a. The Authentications Office authenticates a variety of documents from commercial organizations, private citizens, and officials of Federal and State

k of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan n/Indigenous Native American Association of Nations (MBC/INAAN)

governments. Documents include, but are not limited to, company bylaws, powers of attorney, trademark, diplomas, treaties, warrants, extraditions, agreements, certificates of good standing, and courier letters.

b. It will not authenticate documents that are contrary to public policy or are for an improper or unlawful purpose (see 22 CFR 131.1).

<u>PART 131—CERTIFICATES OF AUTHENTICATION</u>
Title 22: Foreign Relations

All non-judicial records or books kept in any public office of any State, Territory, or Possession of the United States, or copies thereof, shall be proved or admitted in any court or office in any other State, Territory, or Possession by the attestation of the custodian of such records or books, and the seal of his office annexed, if there be a seal, together with a certificate of a judge of a court of record of the county, parish, or district in which such office may be kept, or of the Governor, or secretary of state, the chancellor or keeper of the great seal, of the State, Territory, or Possession that the said attestation is in due form and by the proper officers.

I have also attached a certified original copy of the October 12, 2004 letter "final confirmation" reference # 05000529 issued from the Authentication Office of the US Department of State, clarifying quote...

"the statement on our certificates "full faith and credit" is in acknowledgment of the States certificate to the document and has sufficient legal value through State and Federal sevels for use in other countries and in this country." (Color copies supplied by our executive offices)

Treatment of this type notification to "all" the tribunals and public offices of the United States, "and of the several States", is outlined in chapter 2 section 113 of the USC. I respectfully refer to a review of UNITED STATES Code Title 1

"The edition of the laws and treaties of the United States, published by Little and Brown, and the publications in slip or pamphlet form of the laws of the United States issued under the authority of the Archivist of the United States, and the

 **k of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan n/Indigenous Native American Association of Nations (MBC/INAAN)**

Treaties and Other International Acts Series issued under the authority of the Secretary of State shall be competent evidence of the several public and private Acts of Congress, and of the treaties, international agreements other than treaties, and proclamations by the President of such treaties and international agreements other than treaties, as the case may be, therein contained, in all the courts of law and equity and of maritime jurisdiction, and in all the tribunals and public offices of the United States, and of the several States, without any further proof or authentication thereof."

**"All non-judicial records or books kept in any public office of any State, Territory, or Possession of the United States, or copies thereof, shall be proved or admitted in any court or office in any other State, Territory, or Possession by the attestation of the custodian of such records or books, and the seal of his office annexed, if there be a seal, together with a certificate of a judge of a court of record of the county, parish, or district in which such office may be kept, or of the Governor, or secretary of state, the chancellor or keeper of the great seal, of the State, Territory, or Possession that the said attestation is in due form and by the proper officers".** Little and Brown

_____

SGA Black H. Thunderbird



the Desk of the Supreme grand Chief Mund Bareefan ClanIndigenous Native American on of Nations, Original, Guale,Yamassee, Mechica, Creek, Seminole, Shushuni, Washitaw, Comanche,et,al;U.S. AUTHENTICATION date 2/11/ 2004

## With Regard to the Mund Bareefan Clan/Indigenous Native American Association of Nations

To whom it may concern;                                                          5/23/2017

I am Supreme Grand Chief Black-Hawk H. Thunderbird, of Mund Bareefan Clan-Indigenous Native American Association of Nations. Mund Bareefan is pronounced MT. Arafat in English (Hereinafter MBC/INAAN),

### STATE ACKNOWLEDGEMENT

October 1ˢᵗ, 2004 The Commonwealth of Pennsylvania Issued its Commonwealth/State Certification to the Mund Bareefan Clan-Indigenous Native American Association of Nations, which then called MT. 'Arafat Embassy Clan.  MT. 'Arafat is the English equivalent of Mund Bareefan.

### FEDERAL ACKNOWLEDGEMENT

__Federal acknowledgement__ was established on February 11, 2004, the Authentication office for **The U. S. Department of State** annexed authenticated documents, instruments and text of MBCG-INAAN on behalf of The United States in accord with… our authenticated agreement with the United States of February 11, 2004, is supported by…
The MBC/INAAN Constitution,
The MBC/INAAN CODE ANNOTATED
The Constitution of the United States of America,
Treaty and federal Indian law
"The Hague Convention for Abolishing the Requirement of Legalization for Foreign Public:
 Federal Rules of Civil Procedure) and Rule 902
Federal Rules of   Evidence), Documents," TIAS 10072; 33 U.S.T. 883, 527 U.N.T.S. 189. 28 U.S.C. 1739…

On October 12, 2004, we also received a written **confirmation letter, reference from the Authentication office** stating in part …

"the statement on our certificates "full faith and credit" is in acknowledgment of the States certificate to the document and has sufficent legal value through State and Federal sevels for use in other countries and in this country."

This letter is addressed to, Sean Henry-Bey, during his tenure as an official at our At-sik Hata Village, in the Macon Georgia area. Informing him that he did not have to re-apply (Color copy enclosed).



the Desk of the Supreme grand Chief Mund Bareefan ClanIndigenous Native American
on of Nations, Original, Guale,Yamassee, Mechica, Creek, Seminole, Shushuni, Washitaw,
Comanche,et,al;U.S. AUTHENTICATION date 2/11/ 2004

The following states have also annexed authenticated documents, instruments and text of MBC/INAAN, and have supplied their states endorsements.  On May 21ts 2008 the State of New York issued authentication to MBC/INAAN. October 1ᵗ, 2004 The Commonwealth of Pennsylvania issued Apostille  on November 4, 2004, The State of New Jersey issued Apostille certificate;  on November 12ᵗʰ , 2004; The State of Maryland, issued Apostille certificate;  on November 18ᵗʰ The State of Delaware, has issued its certificate , authentication  on December 2ⁿᵈ, 2004. The State of South Carolina issued its Apostille certificate, on January 9ᵗʰ 2009.  The State of Florida issued Apostille certificate    on February 25ᵗʰ 2010 The Commonwealth of Virginia, issued Apostille certificate The Great State of California issued its Apostille

Grand Chief Black-Hawk Thunderbird

### Brief in Support presented to, and certified by the US Department      of State, for the completion of the authentication with the United State et al.

The Yamassee Native American Government; MT. 'Arafat Embassy, (hereinafter *(MBC/INAAN) and* "we") as do other Governments and their Embassies require the U.S. Department of State to authenticate documents to be used in the United States of America for said documents to be considered legal.   <u>Yamassee Native American Government Representatives/Diplomats are not limited to or required to carry US governmental or any other foreign governments issued licensing, such as but not limited to: apostilles, diplomas, birth certificates, passports, marriage licenses, driver's licenses, vehicle registration plates and so on.</u>  Diplomats of the Yamassee Native American Government "MT. 'Arafat Embassy" are being inconvenienced by US Governmental and private employees.   Yamassee Native American Government Officials and MT. 'Arafat Embassy Personnel carry very specific identification papers which are recorded with our data base at the ISMRS and all of the other agencies required by the US State Department for the authentication process to be complete. Diplomatic papers are used by/for Yamassee Government Officials, their immediate families and consul attaches only. For your convenience and examination there is a single sample/copy of our ID, passport/travel papers and conveyance plate with this correspondence. Conveyance plates are numbered and issued to Individual Diplomats. The ISMRS branch of MT. 'Arafat is willing to contract with one of your agencies to manufacture the plates to our specifications at a reasonable cost. Specifications are as follows:

All plate numbers will fall within NA    109 -A, THRU NA    9999-A. The first number to be used, is NA    109-A. Alphabetical prefix for Native American (NA) is displayed on *All* plates.  Please use this information for the education of
all USA Government/Corporate Officials, and all other Governments and Agents thereof. Make Notice of this fact; this is not a request for Authorization, but for Authentication. This is a clear honest communication of our intent towards co-operation



**the Desk of the Supreme grand Chief Mund Bareefan ClanIndigenous Native American on of Nations, Original, Guale,Yamassee, Mechica, Creek, Seminole, Shushuni, Washitaw, Comanche,et,al;U.S. AUTHENTICATION date 2/11/ 2004**

and for the protection of both the Yamassee Native American Government, and the US Government. The documents including our passports will be used in the United States of America and when necessary, internationally.

"The Yamassee Declaration of Independence "in part… 2. "I Declare that… My Tribal Roots: Guale, Yamassee, Original Cherokee, Seminole, Creek, Shushuni, Washita Mound Builders"… (taken from Constitution Of The MBC/INAAN).

**To Any Other Peoples And Nations, Inclusive Of The United States,**
Know That To Violate Our Constitution Is To Violate "The Declaration Of The Rights Of Indigenous Peoples" E/Cn.4/sub.2/1994/2/Add.1 (1994) Part VII Article 31& 36, Drafted By The Working Groups At Its 11th Session and The Indigenous Peoples Earth Charter Which Was Adopted At The Kari Oca Conference, 25-30 May 1992 United Nations" and ratified by the United Nations 1n 20082q.

**"The Of Bill of Rights Of MBC/INAAN Indigenous Peoples"**
<u>**Article 31**</u>
Indigenous people, as a specific form of exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their internal and local affairs, including culture, religion,
education, welfare, economics activities, land and resourced, management, environment and entry by non-members, as well as ways and means for financing these autonomous functions."

**"The Of Bill of Rights Of MBC/INAAN Indigenous Peoples"**
<u>**Article 36**</u>
"Indigenous people have the right to the recognition, observance and enforcement of treaties, agreements and other constructive arrangements concluded with States or their successor, according to their original sprit
of intent, and to have States honor and respect such treaties, agreements and other constructive arrangements. Conflicts and disputes which cannot otherwise be settled should be submitted to competent international bodies agreed to by all parties concerned."…



# NOTICE OF AUDIT

Guale Yamassee Audit and Compliance Office
P.O. Box 19835
Philadelphia, Pennsylvania [19143]

**DATE:**
08.08.2019

**ACCOUNT NUMBER:**

**DATE OF ORIGINAL REQUEST:**
08.09.2019:

**REQUIRED RESPONSE DATE:**
08.12.2019

**POINT OF CONTACT:**
Compliance Officer Listed

**CONTACT HOURS:**
M-TR 9-4

**CONTACT TELEPHONE NUMBER:**
1.833.482.5333

**CONTACT FAX NUMBER:**
1.833.482.5333

...............................................................................................



COMMONWEALTH OF VIRGINIA

MARK C. CHRISTIE
COMMISSIONER

JUDITH WILLIAMS JAGDMANN
COMMISSIONER

PATRICIA L. WEST
COMMISSIONER

JOEL H. PECK
CLERK OF THE COMMISSION
P.O. BOX 1197
RICHMOND, VIRGINIA 23218-1197

## STATE CORPORATION COMMISSION

### Office of the Clerk

### August 14, 2019

Mr. White Owl, Compliance Officer
Guale Yamassee Audit and Compliance Office
P. O. Box 19835
Philadelphia, Pennsylvania 19143

Dear Mr. Owl:

The enclosed document, directed to The Office of the United Nations, High
Commissioner for Human Rights, Geneva, Switzerland, was delivered to the State Corporation
Commission recently. The document is captioned "Re: Notice of Audit," but there is no
explanation why the document was sent to the SCC.

To the best of my knowledge, the document is not one that is required or permitted to be
filed with the Commission. Consequently, the document is returned herewith.

Sincerely,

Joel H. Peck
Clerk of the Commission

JHP/dmm

Enclosure




*UI Countervial Intessa Bers and Trade and Notes for Back at to Indigenous Single*

# GUALE YAMASSEE MBC/INAAN
# AUDITING AND COMPLIANCE OFFICE
Compenforcer@GualeYamasseeCourt.org
**Phone/Fax: 1.833.482.5333**

*"Notice to Principal is Notice to Agent; Notice to Agent is Notice to Principal"*

**August 8, 2019 GC**
**Fixed Leo 416' Moon Sagittarius, Era of Aquarius, Saturn and Pluto Capricorn**

**The Office of the United Nations**
**High Commissioner for Human Rights (OHCHR)**
**Palais des Nations**
**CH-1211 Geneva 10, Switzerland**
**SENT VIA UNITED STATES POSTAL SERVICE (U.S.P.S.)**
**Uniform Postal Union Treaty Effective**

RE:   **NOTICE OF AUDIT**

Greetings:

This international transmittal **NOTICE** is sent to you through the approved international Postal Service by certified mail as well as electronically.

Our office has received a Judicial Notice from the Guale Yamassee Sui Juris Court regarding numerous Treaty violations and international human rights violations occurring against Indigenous People.

We have reviewed the file and have looked into the matter and have found the Judicial Notice to be substantially credible.

Take NOTICE that this international transmittal provides you with the opportunity to cure any defects, breaches, or violations as per the terms of our Treaties with you.

Should you, as Principal or Agents of the Principal, wish to resolve the matters, you can contact us within 72 hours as per international commercial laws and protocols.

Your failure, refusal, or tacit acquiescence shall result in our office proceeding with our international audit and compliance investigation.

All transactional communications shall be in writing and may be forwarded to:




................................*Non-Transferable Bond of Guale Yamassee Nation*................................
Copyright©2019
All International and National Rights Reserved



*All Commercial Transactions and Trade and Notes are Backed by Indigenous Specie.*

**State Corporation Commission**
**Provost Marshal Department**
**Airbus Group, Inc.**
**Airbus France**

*End of Bonded Note backed by Indigenous Specie.*

8-09-2019





*New Transferable Bond of Trade Treasure Nation*

**Copyright©2019**
**All International and National Rights Reserved**

MMONWEALTH OF VIRGINIA
CORPORATION COMMISSION
1197, RICHMOND VIRGINIA 23218-1197



U.S. POSTAGE PITNEY BOWES

ZIP 23219 $ 000.68
02 4W
0000365563 AUG 15 2019

Mr. White Owl, Compliance Officer
Guale Yamassee Audit and Compliance Office
P. O. Box 19835
Philadelphia, Pennsylvania 19143

19143380835 B002



 **CITY OF PHILADELPHIA**

**DEPARTMENT OF RECORDS**
160 City Hall, Philadelphia, PA 19107
215-686-2290
*www.phila.gov/records*
James P. Leonard, Esq., Commissioner

MCCLOUD MAY E
1361 S 46TH ST
PHILADELPHIA PA 19143-3827

November 14, 2019

**Document #:** 53576571
**Type / Tipo:** DEED / ESCRITURA
**Date / Fecha:** 10/09/2019

(Message in English & Spanish)
(Mensaje en Inglés y Español)

**Name & Address / Nombres y Domicilio:**
FIELDS YUHANNA
1361 S 46TH ST

**Dear Property Owner,**

In order to prevent real estate fraud, the Records Department notifies the property owner when a deed or mortgage is recorded. Recently, the document described above was recorded in the Philadelphia Records Department.

**If you are already aware of the recorded document and there are no problems with it, you need do nothing further.**

If you are not aware of the recorded document, you can view or obtain a copy from the Records Department, Room 154, City Hall, Monday through Friday, 8:00 AM to 4:00 PM. If necessary, you may want to obtain the services of a private lawyer. You may contact The Lawyer Referral and Information Service (LRIS) of the Philadelphia Bar Association, 215-238-6333, Philadelphia Legal Assistance, 215-981-3800, Community Legal Services (CLS), 215-981-3700, or the SeniorLaw Center, 215-988-1242.

**NOTE:** This new recording may impact your property for purposes of the Homestead Exemption program. You may need to reapply to receive the Homestead Credit on your City real estate taxes. For more information, please visit www.phila.gov/OPA/AbatementsExemptions/Pages/Homestead.aspx or contact the Revenue Department at 215-686-6442.

Para prevenir el fraude en bienes raíces, el Departamento de Archivos de la Ciudad de Filadelfia notifica al dueño de la propiedad cuando un testamento o hipoteca es archivada. Recientemente, el documento descrito arriba fue archivado en el Departamento de Archivos de Filadelfia.

**Si usted ya sabe que hay un documento registrado y no hay problema con este, entonces ya no necesita hacer nada más.**

Si usted no está enterado de que hay un documento registrado, puede verlo u obtener una copia en el Departamento de Registros, Oficina 154 de la Casa Alcaldía, de lunes a viernes, de 8:00 AM a 4:00 PM. Si es necesario, podría querer adquirir los servicios de un abogado privado. Puede comunicarse con La Referencia de Abogados y Servicio de Información (The Lawyer Referral and Información Service, LRIS) del Colegio de Abogados de Filadelfia, 215-238-6333, Asistencia Legal de Filadelfia, 215-981-3800, Servicios Legales de la Comunidad (Community Legal Services – CLS), 215-981-3700, o con el Centro de Leyes para Personas Mayores, 215-988-1242.

**NOTA:** Este registro nuevo puede ocasionar un impacto en su propiedad por motivos del programa de Exención Impositiva para Viviendas Familiares. Puede que tenga que volver a presentar una solicitud para recibir el crédito de vivienda de sus impuestos de bienes raíces en la ciudad. Para obtener más información, por favor visite www.phila.gov/OPA/AbatementsExemptions/Pages/Homestead.aspx o comuníquese con el Departamento de Ingresos al número 215-686-6442.

82-Misc.- 161   redeed 08/2018

**LOCAL RECORDS OFFICE**
3915-903 Union Deposit Rd.
Harrisburg, PA 17109
Phone: (800) 790-0721

THIS SERVICE TO OBTAIN A COPY OF YOUR DEED OR
OTHER RECORD OF TITLE IS NOT ASSOCIATED WITH
ANY GOVERNMENTAL AGENCY. YOU CAN OBTAIN A
COPY OF YOUR DEED OR OTHER RECORD OF YOUR
TITLE FROM THE COUNTY RECORDER IN THE
COUNTY WHERE YOUR PROPERTY IS LOCATED.

7050216-LR  PUA26161105 DIGIT-446

Yuhanna Fields
1361 S 46th St
Philadelphia, PA 19143



Please Respond By:

**12/09/2019**

---

### LOCAL RECORDS OFFICE

Local Records Office provides a copy of the only document that identifies Yuhanna Fields as the property owner(s) of 1361 S 46th St  by a recently recorded transferred title on the property.

Local Records Office provides a property profile where you can find the property address, owner's name, comparable values, and legal description or parcel identification number, property history, neighborhood demographics, public and private schools report.

Records obtained through public information show a deed was recorded in your name Yuhanna Fields on 10/9/2019 which indicates your ownership and interest in the specified property below.

### PHILADELPHIA PUBLIC INFORMATION

**Legal Property Address: 1361 S 46th St  Philadelphia  PA 19143**

| Purchase or Transfer Date: | 10/9/2019 | Year Built: | 1940 | Property ID: | 27-2-1658-00 |
| Doc Number: | 53576571 | Lot Sq. Ft: | 1146 SF | Improvements: | $0 |
| Sale Amount: | N/A | Square Feet: | 716 SF | Use Code: | 1007 |
| Assessed Value: | N/A | Pool: | N/A | Property Type: | SF1 |

For a complete property profile and an additional copy the only document that identifies you as a property owner usually called deed, please detach coupon and return with an $89 processing fee in the envelope provided. You will receive your documents and report within 21 business days.

Upon receipt of your processing fee, your request will be submitted for documents preparation and reviewed. If for any reason your request for deed and property profile cannot be obtained, your processing fee will be immediately refunded.

LOCAL RECORDS OFFICE IS NOT AFFILIATED WITH THE COUNTY IN WHICH YOUR DEED IS FILED IN, NOR AFFILIATED WITH ANY GOVERNMENT AGENCIES. THIS OFFER SERVES AS A SOLICITING FOR SERVICES AND NOT TO BE INTERPRETED AS BILL DUE. THIS PRODUCT OR SERVICE HAS NOT BEEN APPROVED OR ENDORSED BY ANY GOVERNMENTAL AGENCY, AND THIS OFFER IS NOT BEING MADE BY AN AGENCY OF GOVERNMENT. THIS IS NOT A BILL THIS IS A SOLICITATION YOU ARE UNDER NO OBLIGATION TO PAY THE AMOUNT STATED, UNLESS YOU ACCEPT THIS OFFER.

---

**\*\*Please detach coupon and mail with your check\*\***

CODE: PUA26161105-446

| PROPERTY ID NO. | SERVICE FEE | PLEASE RESPOND BY: | CHECK NO. |
|---|---|---|---|
| 27-2-1658-00 | $ 89.00 | 12/09/2019 | |

Yuhanna Fields
1361 S 46th St
Philadelphia, PA 19143

MAKE CHECK PAYABLE TO:

**LOCAL RECORDS.**
3915-903 Union Deposit Rd.
Harrisburg, PA 17109

☐ Please check box if your mailing address is different
and print mailing address on reverse side.

Your Phone Number: (_____)_____
Please write the PROPERTY ID NO. On the lower left corner of your check.

**Local Records Office:** In the United States anyone can have access to the records of any Real Property. The Real Property is usually recorded in the County records where Local Records Office runs powerful on-line searches to find the Deed of millions of people throughout The United States and gathers at the same time several Characteristics of the property such as: Property Characteristics, Property History, Sale Loan Amount, Assessment and Tax Information, Nearby Neighbors, Comparable Sale Date, Neighborhood Demographics, Private and Public Schools reports, Plat Map, and others. Those are sent to thousands of new property owners.

Real property is property that includes land and buildings, and anything affixed to the land.  Real property only includes those structures that are affixed to the land, not those which can be removed, such as equipment.

Real Property Records are generally filed with and kept on a county level; they originate from two major governmental sources: County Recorder's or Courthouse and Property (Tax) Assessor's offices.

Property Title refers to a formal document that serves as evidence of ownership. Conveyance of the document may be required in order to transfer ownership in the property to another person. Title is distinct from possession, a right that often accompanies ownership but is not necessarily sufficient to prove it. In many cases, both possession and title may be transferred independently of each other.

Property deeds are legal instruments that are used to assign ownership of real property, to transfer title to the land and its improvements such as a house. Words used to convey property transfer may be grant, assign, convey or warrant, but they basically all do the same thing. they transfer the interest of the person selling the house to the person buying the house.

Types of property ownership:

a) **Sole Ownership:** The simplest form of property ownership, sole ownership grants one individual complete rights over the property in question.

b) **Tenancy by the Entireties:** When a married couple purchases real estate together, they are granted tenancy by the entireties by many states. This means that each party holds one-half interest in the property, but neither can dispose of or otherwise abridge the right of the other to the property.

c) **Tenancy in Common:** This form of ownership allows multiple people to own a percentage of the same property. While the percentage owned may vary, each person has an equal right to the property during their lifetime. If one of the tenants in common dies, their interest in the property passes to their heirs; it does not devolve to the other tenants in common.

d) **Joint Tenancy:** Joint tenancy agreements require that four conditions be met: ownership must be received at the same time, tenants must hold an equal interest, tenants must each be named on the title, and all must have exactly the same rights of possession. Unlike tenants in common, joint tenants have right of survivorship: the ownership of the property passes to the remaining joint tenants in the event of the death of one of the owners. One joint tenant can buy out another, or legal proceedings can be instituted to dissolve the joint tenancy. If one participant sells his or her interest in the property to another person, the joint tenancy is converted into a tenancy in common, and the right of survivorship is no longer valid: the other tenants have no recourse against this action by one or more of their number.

e) **Community Property:** In some states, real estate purchased by a married couple becomes community property. This form of ownership basically creates a condition where the real estate (and other property, if applicable) is owned by the partnership created by the marriage. If the marriage is dissolved through divorce, the value of the property must be divided between the partners. Community property ownership may give right of survivorship, essentially giving the entirety of the property to the surviving spouse in the event of death; other forms allow the partners to leave their interest in the property to their heirs after they die.

f) **Tenancy in Severalty:** Absolute and sole ownership of property by a legal entity, without cotenants, joint-tenants, or partners.

**DISCLAIMER:** * Local Records Office is not affiliated with any State or the United States or the County Records. Local Records Office is an analysis and retrieval firm that uses multiple resources that provide supporting values, deeds and evidence that is used to execute a property reports and deliver a requested deed.
Local Records Office is not affiliated with the county in which your deed is filed in, nor affiliated with any government agencies. This offer serves as a soliciting for services and not to be interpreted as bill due.
This Service to obtain a copy of your Deed or other record of Title is not associated with any Governmental Agency. You can obtain a Copy of your Deed or other Record of your Title from the County Recorder in the County where your property is Located. The price varies depending on each county rate. This product or service has not been approved, or endorsed by any government agency, and this offer is not being made by agency of government. This is not a bill. This is a solicitation; you are under no obligation to pay the amount stated, unless you accept this offer.

| *Mailing Address* | | |
|---|---|---|
| **Address:** | | |
| **City:** | **State:** | **Zip Code:** |



| Matrix Financial Services Corporation | | : PHILADELPHIA COUNTY |
|---|---|---|
| | | : |
| | Plaintiff | : COURT OF COMMON PLEAS |
| | | : |
| vs. | | : CIVIL DIVISION |
| | | : |
| May E. Mccloud | | : NO.: 170503419 |
| Vera L. Jones | | : |
| | Defendant(s) | : |

## NOTICE OF SHERIFF'S SALE OF REAL PROPERTY

TO:     May E. Mccloud                                                         September 6, 2019
        1361 SOUTH 46TH STREET
        PHILADELPHIA, PA 19143-3827



        Vera L. Jones
        1361 SOUTH 46TH STREET
        PHILADELPHIA, PA 19143-3827

**\*\*\*PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION RECEIVED WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY.\*\*\***

Your house (real estate) at 1361 South 46th Street, Philadelphia, PA 19143-3827, is scheduled to be sold at the Sheriff's Sale on 12/03/2019 at 09:00 AM at the First District Plaza, 3801 Market Street, Philadelphia, PA 19104, to enforce the court judgment of $80,228.08 obtained by Matrix Financial Services Corporation (the mortgagee) against you. In the event the sale is continued, the new date will be announced at the time of sale.

## NOTICE OF OWNER'S RIGHTS

### YOU MAY BE ABLE TO PREVENT THIS SHERIFF'S SALE

To prevent this Sheriff's Sale, you must take **immediate action:**

1. The sale will be canceled if you pay to the mortgagee the back payments, late charges, costs and reasonable attorney's fees due. To find out how much you must pay, you may call: **215-563-7000. Ex. 1230**

2. You may be able to stop the sale by filing a petition asking the Court to strike or open the judgment, if the judgment was improperly entered. You may also ask the Court to postpone the sale for good cause.

3. You may also be able to stop the sale through other legal proceedings.

You may need an attorney to assert your rights. The sooner you contact one, the more chance you will have of stopping the sale. (See notice on page two on how to obtain an attorney.)

**YOU MAY STILL BE ABLE TO SAVE YOUR PROPERTY AND YOU HAVE OTHER RIGHTS EVEN IF THE SHERIFF'S SALE DOES TAKE PLACE.**

1. If the Sheriff's Sale is not stopped, your property will be sold to the highest bidder. You may find out the price bid by calling 215-563-7000.

2. You may be able to petition the Court to set aside the sale if the bid price was grossly inadequate compared to the value of your property.

3. The sale will go through only if the buyer pays the Sheriff the full amount due in the sale. To find out if this has happened, you may call 215-563-7000.

4. If the amount due from the Buyer is not paid to the Sheriff, you will remain the owner of the property as if the sale never happened.

5. You have the right to remain in the property until the full amount due is paid to the Sheriff and the Sheriff gives a deed to the buyer. At that time, the buyer may bring legal proceedings to evict you.

6. You may be entitled to a share of the money paid for your house. A proposed schedule of distribution of the money bid for your house will be filed by the Sheriff not later than thirty (30) days after the sale. This schedule will state who will be receiving that money. The money will be paid out in accordance with this schedule unless exceptions (reasons why the proposed distribution is wrong) are filed within ten (10) days after the filing of the proposed schedule.

7. You may also have other rights and defenses, or ways of getting your home back, if you act immediately after the sale.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE LISTED BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

**Lawyer Referral and Information Service**
**Philadelphia Bar Association**
**1101 Market Street**
**11th Floor**
**Philadelphia, PA  19107**

**Telephone (215) 238-6333**

## LEGAL DESCRIPTION

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the Northeasterly side of 46th Street at the distance of 478 feet, 4 inches Southeastward from the Southeast side of Woodland Avenue in the 27th Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said 46th Street 14 feet, 4 inches and extending of that width in length or depth Northeastward 80 feet to a certain alley 3 feet wide.

TOGETHER with the free and common use, right, liberty and privilege of the said alley as and for a passageway and watercourse at all times hereafter, forever.

TITLE TO SAID PREMISES IS VESTED IN MAY E. MCCLOUD AND VERA L. JONES, by Deed from LEON A. WOMACH AND JESSIE WOMACH, H/W, Dated 03/18/1996, Recorded 06/28/1996, in Book JTD 27, Page 480.

OPA Number: 272165800

Premises Being: 1361 SOUTH 46TH STREET, PHILADELPHIA, PA 19143-3827

## LEGAL DESCRIPTION

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the Northeasterly side of 46th Street at the distance of 478 feet, 4 inches Southeastward from the Southeast side of Woodland Avenue in the 27th Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said 46th Street 14 feet, 4 inches and extending of that width in length or depth Northeastward 80 feet to a certain alley 3 feet wide.

TOGETHER with the free and common use, right, liberty and privilege of the said alley as and for a passageway and watercourse at all times hereafter, forever.

TITLE TO SAID PREMISES IS VESTED IN MAY E. MCCLOUD AND VERA L. JONES, by Deed from LEON A. WOMACH AND JESSIE WOMACH, H/W, Dated 03/18/1996, Recorded 06/28/1996, in Book JTD 27, Page 480.

OPA Number: 272165800

Premises Being: 1361 SOUTH 46TH STREET, PHILADELPHIA, PA 19143-3827



**RE:** 1361 S 46th St
Philadelphia, PA 19143

File Number: 1114-2164
Auction Sale Date: 12/3/2019
Auction Sale Time: 9:00 AM

# FINAL NOTICE: CALL IMMEDIATELY

## Stop Foreclosure Auction on your Home

## 1-800-601-0780

### File Number: 1114-2164

This information was obtained through public record sources

Loss Mitigation Dept.

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
SACRAMENTO, CA
PERMIT #1827

## Auction Sale Date: 12/3/2019

3*2*887**********MIXED AADC 956
May Mc Cloud
1361 S 46TH St
Philadelphia, PA 19143-3827



EQUAL HOUSING
OPPORTUNITY

PRESORTED
FIRST-CLASS MAIL
U S POSTAGE
PAID
SACRAMENTO, CA
PERMIT 01827

YOUR
IMMEDIATE
ATTENTION
IS
REQUIRED

# FINAL NOTICE
## Auction Sale Date: 12/3/2019

2*2°572***********MIXED AADC 956
May Mc Cloud
1361 S 46TH St
Philadelphia, PA 19143-3827

Eligibility Code: N1114-0661
Auction Sale Date: 12/3/2019
Auction Sale Time: 9:00 AM

RE: 1361 S 46th St
Philadelphia, PA 19143



# FINAL NOTICE - CALL IMMEDIATELY

## Stop Foreclosure Auction on your Home
## $395.00

### 1-888-511-0558
### Eligibility Code: N1114-0661
Se Habla Español

Subject to change. Certain conditions apply. Information obtained through public channels.



**LAW OFFICE
OF
BRADLY E. ALLEN**
7711 CASTOR AVENUE
PHILADELPHIA, PA 19152
Phone (215) 725-4242
Fax (215) 725-8288
Email: beallaw@verizon.net
Website: www.bradlyallenlaw.com

November 8, 2019

Ms. May McCloud and
Ms. Vera Jones
1361 S. 46th Street
Philadelphia, PA 19143-3827

**RE:   SAVE YOUR HOME FROM SHERIFF SALE – December 3, 2019**

Dear Ms. McCloud and Ms. Jones,

I am a Bankruptcy Attorney in Philadelphia who can help you save your house from sheriff sale. A Sheriff Sale has been scheduled by your mortgage company according to The Legal Intelligencer, which is the daily legal paper for the city of Philadelphia.

My office can file a **Chapter 13 Bankruptcy Petition which will stop and cancel the Sheriff sale** which has been scheduled. The Chapter 13 Petition will force the mortgage company to begin accepting regular monthly payments from you and the back mortgage payments can be paid through a five year repayment plan through the Bankruptcy Court. A Chapter 13 Bankruptcy can also include credit card debts, taxes, lawsuits, utilities, missed car payments, student loans and any other type of debts you might have.

**Please be aware that you may be able to file a Chapter 13 Bankruptcy even if you have had a previous Bankruptcy case completed or dismissed.** The Bankruptcy Code has classified debtor's attorneys who practice Bankruptcy Law as "Debt Relief Agencies"; and as a result, I am considered a "Debt Relief Agency".

If you have decided not to save your house, then my office can file a Chapter 7 Bankruptcy Petition for you which will wipe out the mortgage obligation, real estate taxes and any other credit card debts or most other types of debts you might have.

I have been in private practice handling bankruptcy cases for 30 years with an office in Northeast Philadelphia. In addition, I am able to meet with you at Center city location if that is more convenient for you. My office also handles family law, personal injury, wills and estates, business and real estate, and other legal matters. My fees are affordable and payments plans are available. If you would like additional information about my legal services or a map with directions to my office, then please visit my web site at **www.bradlyallenlaw.com**. Please feel free to contact me if you would like to schedule an appointment to come in to discuss a Bankruptcy or any other legal matter.

Sincerely yours,

BRADLY E. ALLEN, ESQUIRE

**Phone: (800) 730-6721**

TITLE FROM THE COUNTY RECORDER IN THE COUNTY WHERE YOUR PROPERTY IS LOCATED.

7050216-LR  PUA26161105 DIGIT-446

Yuhanna Fields
1361 S 46th St
Philadelphia, PA 19143



Please Respond By:

**12/09/2019**

---

## LOCAL RECORDS OFFICE

Local Records Office provides a copy of the only document that identifies Yuhanna Fields as the property owner(s) of 1361 S 46th St  by a recently recorded transferred title on the property.

Local Records Office provides a property profile where you can find the property address, owner's name, comparable values, and legal description or parcel identification number, property history, neighborhood demographics, public and private schools report.

Records obtained through public information show a deed was recorded in your name Yuhanna Fields on 10/9/2019 which indicates your ownership and interest in the specified property below.

---

### PHILADELPHIA PUBLIC INFORMATION

**Legal Property Address:** *1361 S 46th St Philadelphia PA 19143*

| | | | | | |
|---|---|---|---|---|---|
| Purchase or Transfer Date: | 10/9/2019 | Year Built: | 1940 | Property ID: | 27-2-1658-00 |
| Doc Number: | 53576571 | Lot Sq. Ft: | 1146 SF | Improvements: | $0 |
| Sale Amount: | N/A | Square Feet: | 716 SF | Use Code: | 1007 |
| Assessed Value: | N/A | Pool: | N/A | Property Type: | SF1 |

For a complete property profile and an additional copy the only document that identifies you as a property owner usually called deed, please detach coupon and return with an $89 processing fee in the envelope provided. You will receive your documents and report within 21 business days.

Upon receipt of your processing fee, your request will be submitted for documents preparation and reviewed. If for any reason your request for deed and property profile cannot be obtained, your processing fee will be immediately refunded.

LOCAL RECORDS OFFICE IS NOT AFFILIATED WITH THE COUNTY IN WHICH YOUR DEED IS FILED IN, NOR AFFILIATED WITH ANY GOVERNMENT AGENCIES. THIS OFFER SERVES AS A SOLICITING FOR SERVICES AND NOT TO BE INTERPRETED AS BILL DUE. THIS PRODUCT OR SERVICE HAS NOT BEEN APPROVED OR ENDORSED BY ANY GOVERNMENTAL AGENCY, AND THIS OFFER IS NOT BEING MADE BY AN AGENCY OF GOVERNMENT.  THIS IS NOT A BILL THIS IS A SOLICITATION YOU ARE UNDER NO OBLIGATION TO PAY THE AMOUNT STATED, UNLESS YOU ACCEPT THIS OFFER.

| 27-2-1658-00 | $ 89.00 | 12/09/2019 | |

**Yuhanna Fields**
**1361 S 46th St**
**Philadelphia, PA 19143**

MAKE CHECK PAYABLE TO:

**LOCAL RECORDS.**
**3915-903 Union Deposit Rd.**
**Harrisburg, PA 17109**

☐ *Please check box if your mailing address is different*
*and print mailing address on reverse side.*

**Your Phone Number: (_____)_____**
**Please write the PROPERTY ID NO. On the lower left corner of your check.**



 P.O. Box 619063
Dallas, TX 75261-9063

December 18, 2019



6-655-03374-0000971-001-1-000-000-000-000

MAY E MCCLOUD
C/O VERA JONES
1818 S ALDEN ST
PHILADELPHIA PA  19143-5504

1361 S 46TH ST
PHILADELPHIA, PA 19143
Loan Number: 503182676

Dear May E McCloud:

We have performed an escrow analysis on your account.  Based on that analysis, we have determined that your escrow account has a shortage of $0.00 and an escrow balance of $2,033.13.

A shortage exists when, at the time of our escrow analysis, your escrow account balance is less than the target starting balance for the next escrow year. If your escrow account balance is showing negative, there is a deficiency.

If you have any questions, please call us at (800) 968-7700, Monday-Friday 7:30 a.m.-8 p.m. or Saturday 7.30 a.m.-4 p.m. ET.

Sincerely,

Escrow Department

