CLERK'S OFFICE
[UNITED] STATES DISTRICT COURT
[EAST]ERN DISTRICT OF VIRGINIA
[...]T BROAD STREET, SUITE 3000
[R]ICHMOND, VIRGINIA 23219-3528
OFFICIAL BUSINESS

To The Clerk of Court:

Enclosed please find a PowerPoint that was delivered for filing at the Court. Accompanying Exhibits:

Batch I - Batch V accompanying this package and Batch VI - IX in Box B.

Should you have any questions please contact the Court Administration of public remains Quiet.

Very respectfully,

[signature]

10.24.2020

The Court was closed on Nov. 30 at 3:30 pm. 10.2 d.2020 at 3:30 pm. Therefore, the documents had to be mailed. Thank you.



**UNITED STATES**
**POSTAL SERVICE**® | **PRIORITY**®
**MAIL**

PRIORITY MAIL
MEDIUM FLAT RATE
POSTAGE REQUIRED

⊠ Expected delivery date specified for domestic use.
⊠ Most domestic shipments include up to $50 of insurance (restrictions apply).*
⊠ USPS Tracking® included for domestic and many international destinations.
⊠ Limited international insurance.**
■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For de
exclusions see the Domestic Mail Manual at ht
** See International Mail Manual at http://pe.us
limitations of coverage.

## MEDIUM FLAT RA

ONE RATE ⊠ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSUR



PS00011000001

O-FR
ID: 11.875 x 3.375 x 13.625
OD: 12 x 3.5 x 14.125
ODCUFT: 0.343



**UNITED STATES POSTAL SERVICE**

*Retail*

**P**

US POSTAGE PAID
**$15.05**

Origin: 23 32
12/24/20
51765001 0-55

**PRIORITY MAIL 1-DAY®**

7 Lb 9.1 Oz
1005

EXPECTED DELIVERY DAY: 12/28/20

C001

SHIP
TO:
701 E BROAD ST
STE 3000
Richmond VA 23219-1872

USPS TRACKING® NUMBER

9505 5156 3312 0359 2631 17

FROM: Gmale Tamosseb Hamal Barcefon
Son
C/o 1361 S. 46th Street
Philadelphia, Pennsylvania [19143]

[Box 1 of 2]

TO: Clerk's Office
United States District of
Virginia
701 East Broad Street
Suite 3000
Richmond, Virginia 23219-3528

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE

POSTAL SERVICE ®  MAIL

ING ENVELOPE
STIC AND INTERNATIONAL USE

ree Package Pickup,
the QR code.

COM/PICKUP

KED ☒ INSURED

Package 1 of 2
Grave Vans i es ees Hand Darecten Scribe
Compriment and Books I - V.





**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**

PRIORITY MAIL
MEDIUM FLAT RATE
POSTAGE REQUIRED

- Expected delivery date specified for
- Most domestic shipments include up
- USPS Tracking® included for domes
- Limited international insurance.**
- When used internationally, a custom

*Insurance does not cover certain items. For det
exclusions see the Domestic Mail Manual at *http.*
** See International Mail Manual at *http://pe.usps*
limitations of coverage.

## MEDIUM FLAT RAT
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00011000001

O-FRB2 June 2020
ID: 11.875 x 3.375 x 13.625
OD: 12 x 3.5 x 14.125
ODCUFT: 0.343



UNITED STATES POSTAL SERVICE                      Retail

**P** | US POSTAGE PAID
**$15.05** | Origin: 23132
12/24/20
51765001 0-55

### PRIORITY MAIL 1-DAY®

7 Lb 4.1 Oz
1005

EXPECTED DELIVERY DAY:  12/28/20

C001

SHIP
TO:
701 E BROAD ST
STE 3000
Richmond VA  23219-1872

### USPS TRACKING® NUMBER



9505 5156 3312 0359 2631 24



FROM: Gyalle Yamassee _____ Baasden
Clan
c/o 1361 S. 46th Street
Philadelphia, Pennsylvania [19143]

[Box 2 of 2]

Official Business in Commerce

All Rights Reserved

TO: Clerks Office
United States District of Virginia
701 East Broad Street, Suite 3006
Richmond, Virginia 23219-3528

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.