IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

XI CHIN CLAN NATION, *et al.*

    Plaintiffs,

v.                                                              Civil Action No. 3:21CV6

QUEEN ELIZABETH, *et al.*,

    Defendants.

## ORDER

On January 12, 2021, the Court ordered Plaintiffs to file the correct *in forma pauperis* application no later than February 16, 2021. (ECF No. 4.) There being no response to the January 12, 2021 Order, the Court DENIES Plaintiffs' Motions to proceed *in forma pauperis*. (ECF Nos. 1, 2.)

Also on January 12, 2021, the Court ordered Plaintiffs to file an Amended Complaint no later than February 16, 2021. The Court warned Plaintiffs that "the failure to strictly comply with the Court's directives and with applicable rules will result in dismissal of this action without prejudice." (Jan. 12, 2021 Order 3, ECF No. 4.) To date, the Court has not received from Plaintiffs an Amended Complaint. Due to Plaintiffs' failure to comply with the guidance in the January 12, 2021 Order, the Court DISMISSES this case WITHOUT PREJUDICE for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

The Court directs the Clerk to send a copy of this Order to Plaintiffs.

It is SO ORDERED.

                                                        /s/
                                    M. Hannah Lauck
                                    United States District Judge

Richmond, Virginia
Date: March 2nd, 2021